IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YANGA J. WILLIAMS, as surviving ) spouse of FREDERICK JEROME ) WILLIAMS, deceased, and the ) ESTATE OF FREDERICK JEROME ) WILLIAMS, by its Administrator, ) BRENDA G. BATES, ) ) Plaintiffs, ) ) v. ) ) TASER INTERNATIONAL, INC., ) a Delaware Corporation, ) GWINNETT COUNTY, GEORGIA, ) GWINNETT COUNTY SHERIFF R. ) L. "BUTCH" CONWAY, in his ) official capacity, ROBERT E. ) KENYON, in his individual and ) official capacity, T. J. TOPOR, in ) his individual and official capacity, ) PRISON HEALTH SERVICES, ) INC., a Delaware Corporation, ) STEPHEN C. SMITH, MICHAEL ) A. MUSTACHIO, IN his individual ) and official capacity, MARK R. ) COOK, in his individual and official ) capacity, TODD P. BUTORAC, ) in his individual and official ) capacity, and JAMES THOMAS ) FERGUSON, in his individual and ) official capacity, ) ) Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:06-CV-0051-RWS |

**<u>DEFENDANTS GWINNETT COUNTY, GEORGIA, GWINNETT COUNTY SHERIFF R.L. "BUTCH" CONWAY, ROBERT E. KENYON, T.J. TOPOR, MICHAEL A. MUSTACHIO, MARK R. COOK, TODD P. BUTORAC, JAMES THOMAS FERGUSON'S RULE 26 EXPERT DISCLOSURES</u>**

COME NOW Defendants Gwinnett County, Georgia, Gwinnett County Sheriff R.l. "Butch" Conway, Robert E. Kenyon, T.J. Topor, Michael A. Mustachio, Mark R. Cook, Todd P. Butorac, James Thomas Ferguson, by and through counsel of record and, pursuant to Federal Rules of Civil Procedure Rule 26(a)(2) and Local Rules 26.1 and 26.2(C), hereby file the Rule 26 Expert Reports of Tom S. Neuman, M.D., FACP, FACPM and Vincent J.M. DiMaio, M.D., which are attached hereto.

Tom S. Neuman and Vincent J.M. DiMaio reserve the right to supplement or amend the reports as it becomes necessary pursuant to Federal Rules of Civil Procedure Rule 26(e) and Local Rule 26.1(C).

Dr. Neuman's report does not include his fee schedule which is as follows: $500.00 per hour for meetings, conversations, consultations, reviews of documents, etc.; $2,000.00 depositions and trials (scheduled to begin at either 8:00 a.m. or 1:00 p.m. in San Diego); $4,000.00 per 8 hour day plus expenses for out of town travel; first class air fare for flights over 3 hours.

This 14th day February, 2008.

                        CAROTHERS & MITCHELL, LLC

                        /s/ Thomas M. Mitchell
                        Thomas M. Mitchell
                        Georgia Bar No. 513597
                        Attorney for Defendants Gwinnett County Sheriff R. L. "Butch" Conway, Mark R. Cook, Todd P. Butorac and James Thomas Ferguson

278 West Main Street
Buford, GA 30518
(770) 932-3552

                        THOMPSON, O'BRIEN, KEMP & NASUTI, PC


                        /s/ Bret T. Thrasher
                        Bret T. Thrasher
                        (signed with express permission by Thomas M. Mitchell)
                        Georgia Bar No. 710682
                        Attorney for Gwinnett County, Georgia, Robert E. Kenyon, T. J. Topor

40 Technology Parkway, South
Suite 300
Norcross, GA 30092
(770) 925-0111

        TERRY E. WILLIAMS & ASSOCIATES, PC

        /s/ Terry E. Williams
        Terry E. Williams
        (signed with express permission by Thomas M. Mitchell)
        Georgia Bar No. 764330
        Attorney for Michael A. Mustachio

4330 South Lee St., NE
Bldg. 400, Suite A
Buford, GA 30518
(678) 541-0790

        GWINNETT COUNTY LAW DEPARTMENT

        /s/ Karen G. Thomas
        KAREN G. THOMAS
        (signed with express permission by Thomas M. Mitchell)
        Georgia Bar No. 295330

75 Langley Drive
Lawrenceville, GA 30045-6900
(770) 822-8700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YANGA J. WILLIAMS, as surviving ) spouse of FREDERICK JEROME ) WILLIAMS, deceased, and the ) ESTATE OF FREDERICK JEROME ) WILLIAMS, by its Administrator, ) BRENDA G. BATES, ) ) Plaintiffs, ) ) v. ) ) TASER INTERNATIONAL, INC., ) a Delaware Corporation, ) GWINNETT COUNTY, GEORGIA, ) GWINNETT COUNTY SHERIFF R. ) L. "BUTCH" CONWAY, in his ) official capacity, ROBERT E. ) KENYON, in his individual and ) official capacity, T. J. TOPOR, in ) his individual and official capacity, ) PRISON HEALTH SERVICES, ) INC., a Delaware Corporation, ) STEPHEN C. SMITH, MICHAEL ) A. MUSTACHIO, IN his individual ) and official capacity, MARK R. ) COOK, in his individual and official ) capacity, TODD P. BUTORAC, ) in his individual and official ) capacity, and JAMES THOMAS ) FERGUSON, in his individual and ) official capacity, ) ) Defendants. ) | CIVIL ACTION<br><br>FILE NO. 1:06-CV-0051-RWS |

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R.5.1B

I HEREBY CERTIFY that I have this date served a copy of the within and foregoing **DEFENDANTS GWINNETT COUNTY, GEORGIA, GWINNETT COUNTY SHERIFF R.L. "BUTCH" CONWAY, ROBERT E. KENYON, T.J. TOPOR, MICHAEL A. MUSTACHIO, MARK R. COOK, TODD P. BUTORAC, JAMES THOMAS FERGUSON'S RULE 26 EXPERT DISCLOSURES,** upon all parties by depositing a copy in the United States mail, postage prepaid, addressed as follows:

James E. Butler, Jr., Esq.
Alan J. Hamilton, Esq.
Butler, Wooten, Fryhofer, Daughery & Crawford, LLP
2719 Buford Highway
Atlanta, GA 30324

Joan G. Crumpler, Esq.
Keenan R. S. Nix, Esq.
Morgan & Morgan, PA
191 Peachtree St., NE
Suite 4200
Atlanta, GA 30303

Melvin T. Johnson, Esq.
Melvin Johnson & Assoc.
1841 Montreal Road
Suite 218
Tucker, GA 30084

Jessie C. Fontenot, Jr., Esq.
Womble Carlyle Sandridge & Rice
Suite 3500, One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309

Phillip E. Friduss, Esq.
Ellen L. Ash, Esq.
Landrum & Friduss, LLC
8681 Highway 92
Suite 400
Woodstock, GA 30189

Terry E. Williams, Esq.
G. Kevin Morris, Esq.
Terry E. Williams & Associates, PC
4330 South Lee St., NE
Bldg. 400, Suite A
Buford, GA 30518

Bret T. Thrasher, Esq.
John Patrick O'Brien, Esq.
James M. Cavin, Esq.
Thompson O'Brien Kemp & Nasuti
40 Technology Parkway South
Suite 300
Norcross, GA 30092

John R. Maley, Esq.
Barnes & Thornburg, LLP
11 South Meridian St.
Indianapolis, IN 46204

I further certify pursuant to L.R. 7.1D that the above-titled document complies with L.R. 5.1B and was prepared using a 14 point Times New Roman font.

-8-

This 14th day of February, 2008.

                      CAROTHERS & MITCHELL, LLC

                      /s/ Thomas M. Mitchell
                      Thomas M. Mitchell
                      Georgia Bar No. 513597
                      Attorney for Defendants Gwinnett County Sheriff R. L. "Butch" Conway, Mark R. Cook, Todd P. Butorac and James Thomas Ferguson

278 West Main Street
Buford, GA 30518
(770) 932-3552