# *United States District Court*
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| YANGA J. WILLIAMS, as surviving spouse of FREDERICK JEROME WILLIAMS, deceased, and the ESTATE of FREDERICK JEROME WILLIAMS, by its Administrator BRENDA G. BATES,<br><br>        Plaintiffs,<br><br>v.<br><br>TASER INTERNATIONAL, INC., a Delaware Corporation, GWINNETT COUNTY, GEORGIA, GWINNETT COUNTY SHERIFF R.L. "BUTCH" CONWAY, in his official and individual capacity, ROBERT E. KENYON, in his individual capacity, T.J. TOPOR, in his individual capacity, PRISON HEALTH SERVICES, INC., a Delaware Corporation, STEPHEN C. SMITH, MICHAEL A. MUSTACHIO, in his individual capacity, MARK R. COOK, in his individual capacity, TODD P. BUTORAC, in his individual capacity and JAMES THOMAS FERGUSON, in his individual capacity,<br><br>        Defendants. | Case No.: 1:06-cv-0051-RWS |

## DEFENDANT TASER INTERNATIONAL, INC.'S DISCLOSURE OF EXPERT, MARK W. KROLL, Ph.D.

Pursuant to Fed. R. Civ. P. 26(a)(2), I, Mark W. Kroll, Ph.D., hereby submit my report that contains a complete statement of all opinions to be expressed and the bases and reasons therefore; the data and other information I considered in forming the opinions; the exhibits or list of references I used as a summary of or support for the opinions; my qualifications, including a list of all publications authored within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which I have testified as an expert at trial or by deposition within the preceding four years.

I further state that I am a competent adult and have personal knowledge of the following facts. Attached hereto is a true and accurate copy of my expert report in the above-referenced. My opinion is expressed to a reasonable degree of scientific certainty.

I affirm under penalties of perjury that the foregoing statements are true.

Date: _13 Feb 2008_

_____
Mark W. Kroll, Ph.D.

STATE OF _Minnesota_ )
                                        )
COUNTY OF _Wright_ )

Before me the undersigned, a Notary Public in and for said County and State, personally appeared _Mark W. Kroll_, who acknowledged the execution of the foregoing instrument as of this _13_ day of _February_, 2008.

_Wright_
County of Residence

_1-31-10_
My Commission Expires

_____
Notary Public

_Jennifer Stein_
Printed

JENNIFER STEIN
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

INDS02 MCR 952436v1

*Table of Figures* ............................................................................................................ 2

*General Comments* ....................................................................................................... 3

   **Previous Testimony** ................................................................................................. 3

   **DEGREE OF CERTAINTY:** ................................................................................... 3

   **FEES:** .......................................................................................................................... 3

   **TASER DISCLAIMER:** ............................................................................................ 3

   **RIGHT TO AMEND:** ............................................................................................... 3

   **FURTHER DEVELOPMENT:** ................................................................................ 4

   **SPECIFIC REFERENCES:** ..................................................................................... 4

   **NEWLY IDENTIFIED ISSUES:** .............................................................................. 4

   **OPINION METHODOLOGY** ................................................................................. 4

   **SCIENTIFIC METHOD** .......................................................................................... 4

   **DOCUMENTS REVIEWED** ................................................................................... 5

   **APPENDICES** ........................................................................................................... 6

*Conclusions* .................................................................................................................... 6

*OPINION DETAILS* ..................................................................................................... 6

   **Complaint** .................................................................................................................. 6

   **High Hurdles** ............................................................................................................ 7

   **The TASER M26 Had No Effect on Mr. Williams' Heart** ................................. 9

   **Animals and Anecdotes** .......................................................................................... 9

   **Bibliographic Analysis of Plaintiffs' Experts' Reports** .................................... 11

      Animal Papers ....................................................................................................... 11

      Human Papers ....................................................................................................... 13

   **Expert Report of Dr. Spitz** .................................................................................. 14

   **Expert Report of Dr. Stuart** ............................................................................... 17

   **Expert Report of Dr. Webster** ............................................................................ 19

      How Thin is Thin? ................................................................................................ 20

      What is the Electrical Charge? ............................................................................ 22

      Conclusions ............................................................................................................ 25

   **Expert Report of Dr. Zipes** ................................................................................. 29

   **The Anecdotes of Dr. Zipes** ................................................................................ 35

      The Watson Anecdote .......................................................................................... 35

      The Greshmond Gray Anecdote .......................................................................... 35

   **Anecdotes might move but they never prove.** .................................................... 41

*References* .................................................................................................................... 42

**TABLE OF FIGURES**

Figure 1. Plaintiffs' Theory of ECD Causation Requires Many Unsupported Logical Leaps .................................................................................................................. 8

Figure 2. A Simplified Hierarchy of Medical Science ...................................................... 10

Figure 3. Usage Rate of the Animal Papers was Determined by the Papers' Degree of Negativity. ............................................................................................................. 12

Figure 4. The Full Chapter on the TASER ECD from Dr. Spitz's Book. ........................ 15

Figure 5. Male Skin-to-Heart Distance From Dr. Webster's Research. ......................... 21

Figure 6. Capture Percentage vs. ECD Net Charge .................................................... 22

Figure 7. ECD Current Tracings From Dr. Webster's Paper .......................................... 23

Figure 8. Cleveland Clinic Fibrillation Probability vs Current Duration. ........................ 37

Figure 9. Greshmond Gray Upper Chest View ............................................................. 39

Figure 10. Greshmond Gray Full Chest View ............................................................... 39

Figure 11. Anecdotal Evidence of TASER ECD Safety ................................................. 41

**GENERAL COMMENTS**

**Previous Testimony**

I have testified as an expert at trial or by deposition within the preceding four years in:

- the patent case of *Parker v. Cardiac Science*,

- the wrongful death case of *Lomax estate v. TASER International, Inc.* (TASER) et. al.

- the wrongful death case of *Heston estate v. TASER, et al*.

- I am presently scheduled to give expert testimony for the Lewandowski v. TASER and Petersen v. TASER cases February 14, 2008.

In the *Wilson v. TASER* case filed in the United States District Court for the Northern District of Georgia (Rome Division) the Court has ruled on a *Daubert* motion by opposing party and has not precluded me from acting as an expert in the case.

**DEGREE OF CERTAINTY:**

All opinions contained herein or the attached appendices are to a reasonable degree, or higher, of professional, scientific, and/or medical certainty.

**FEES:**

My fees for this expert witness report are $200 per hour for the research and preparation and my fees for testimony are $450 per hour. All fees are in addition to out-of-pocket expenses.

**TASER DISCLAIMER:**

This report, information, testimony, etc. is being provided within my consulting capacity. TASER International, Inc. (TASER) is not responsible for any statements, opinions, testimony, etc. For purposes of this case I am not a spokesman for TASER. Also, TASER does not set, establish, accept, or endorse law enforcement policies, procedures, etc., especially those relative to use of force, medical attention, etc.

**RIGHT TO AMEND:**

The opinions in this report are living opinions. That is, should additional discovery material be received, and/or additional research be completed, and then reviewed, these

opinions may be altered and/or reinforced depending upon what information is obtained, reviewed, and/or studied.

**FURTHER DEVELOPMENT:**

The opinions which are expressed in this report are not necessarily fully developed. Rather, they are listed to comply with current report requests. Each opinion may be further developed through research, investigation, during deposition and/or trial testimony.

**SPECIFIC REFERENCES:**

Some of the opinions in this report may list specific references to some of the case specific documents reviewed and/or considered. These listings are not intended to be all-inclusive. I specifically reserve the right to supplement the support for each of the opinions in this report.

**NEWLY IDENTIFIED ISSUES:**

If new issues are opined, identified, and/or developed subsequent to submission of this report, I reserve the right to supplement, or further supplement, this report.

**OPINION METHODOLOGY**

The opinions provided in this case were developed using the disciplines of electrical engineering, biomedical engineering, cardiovascular physiology, scientific methods, mathematics, and physics and are to a reasonable degree of professional, engineering, and/or medical certainty.

Additionally, the opinions provided in this case were developed using one or more qualitative and quantitative research methodologies, in addition to my education, training, experience, and literature review.

**SCIENTIFIC METHOD**

I have invested most of my adult life researching and developing electrical devices to diagnose and treat disease. My primary scientific specialty is the effect of electrical shocks on the human body.

Briefly, I research, lecture, and publish on electric shocks and their effects on the human body. I have lectured throughout Europe and Asia (in over 30 countries) as well as at many of the major universities and medical centers of the U.S. (United States) on this topic. With over 260 issued U. S. patents and numerous pending and international patents, I currently hold the most patents on electrical medical devices of anyone in the world. I also currently hold the most cardiac device patents. Over 1 million people have devices with my patented features in their chest, monitoring every heartbeat.

I am an author on about 150 abstracts, papers, book chapters, and invited presentations and the co-editor of the book, "Implantable-Cardioverter Defibrillator Therapy" published in 1996 by Kluwer of Boston and the upcoming book, "Cardiac Bioelectric Therapy" being published in 2008 by Springer-Kluwer of New York.

I am an author on 4 papers on TASER[®] Electronic Control Devices (ECDs or devices) (3 published and 1 under review) as well as numerous scientific abstracts. I have given many presentations on ECDs to scientific and medical audiences. These include:

1. 2007 AAFS (American Academy of Forensic Science) conference major presentation in San Antonio, Texas.

2. 2007 BEMS (Bioelectromagnetic Society) meeting Plenary Address in Kanazawa, Japan.

3. Major invited lecture at the 2006 NAME (National Association of Medical Examiners) conference in San Antonio, Texas.

4. Advanced Death Investigation Course of St. Louis University (2007) as faculty lecturer to full audience.

5. Faculty lecturer to full audience at Institute for the Prevention of In-Custody Death Conferences (2006 and 2007), Las Vegas, Nevada.

6. Chaired special session on TASER ECDs at 2006 Cardiostim meeting in Nice, France.

7. Guest lecture to U.S. Military classified audience 2006 on ECDs.

In addition to the major addresses above, I have lectured at the United States Department of Justice (2007), AAFS (2006), and BEMS (2006) on the topic of ECDs. Additionally I have presented at numerous conferences and assemblies for law enforcement executives, risk managers, attorneys, trainers, etc.

**DOCUMENTS REVIEWED**

1. Complaint of plaintiffs: Estate of Mr. Williams

2. Autopsy Report

3. Listened to 911 call of Mr. Williams's son

4. Police Investigation Report

5. Expert report of Dr. Zipes

6. Expert report of Dr. Webster

7. Expert report of Dr. Stuart

8. Expert report of Dr. Vassallo

9. Expert report of Dr. Spitz

10. Jail video

11. Hospital records

## APPENDICES

Attached hereto, and hereby made an integral part hereof, please find Appendix 1 that presents my opinions on the general safety of TASER ECDs. Appendix 2 presents the science behind the design of TASER ECDs. Appendix 3 presents my Curriculum Vitae.

## CONCLUSIONS

The ADVANCED TASER M*26 ECD (M*26, ECD, or device) did not cause or contribute in any way to the tragic death of Mr. Frederick Williams.

## OPINION DETAILS

### Complaint

Plaintiffs' complaint (paragraph 169) states that the M26 induced VF (ventricular fibrillation) in Mr. Williams. This is a scientific impossibility because:

1. Mr. Williams was still resisting (believed to be tensing) at least 29 seconds after the conclusion of the last M26 discharge and this cannot happen during VF.

2. Mr. Williams' pulse was verified by two different witnesses more than 3 minutes after the last M26 discharge. Ms. Johnson states that she believed she had pulse in Mr. Williams' arm and paramedic Steve Smith states that Mr. Williams had a pulse and was breathing. There is no pulse in VF.

3. The M26 delivers too little charge to cause VF. There has never been a case of an animal or human put into VF with an M26.

4. Mr. Williams was too heavy, and had too high of a BMI (body mass index), to allow current delivered by the M26 to get close enough to his heart to cause VF, even if he was hit with barbs at full depth in optimal positioning to affect the heart.

5. Mr. Williams was exposed to the M26 in drive-stun mode and thus there were no barbs to penetrate his skin or intercostal muscles.

6. There is no evidence that Mr. Williams was ever in VF. An AED (automatic external defibrillator) was attached to Mr. Williams and it advised "no shock advised" as it did not detect VF. The first noted rhythm of Mr. Williams was asystole.

7. In well over 70 years of medical, scientific, and electrical research there is no support for speculations that the minimal amount of current and energy delivered into a human body by a TASER M26 discharge, or discharges, as applied to Mr. Williams is likely, or even medically and/or scientifically possible, to directly cause clinically significant adverse effects, serious injury, or death.

Almost every technical or medical allegation made in the complaint regarding the TASER M26 is incorrect and are dealt with in in greater detail in Appendix 1.

## High Hurdles

Plaintiffs have several high hurdles to leap in order to connect the TASER ECD to the tragic death of Mr. Williams. Human studies have clearly shown that these devices have no effect on the heart. And, importantly, these studies were done with the more powerful X26 (compared to the M26) and done with penetrating barbs (as opposed to mere skin contact as was the case the case with Mr. Williams).

Note that plaintiffs are citing a few (post-Williams' incident) *highly selected* swine studies and attempting to opine that these limited and extreme porcine model studies suggest that the TASER M26 could have caused VF in Mr. Williams. There are several scientifically unrefuted hurdles to jump over in order for these speculations to find support as seen in Figure 1. Plaintiffs would have to argue:

1. *Swine are the same as humans.* This is difficult as numerous studies have shown that swine are much more sensitive to electrical current as are humans and other mammals.

2. *32 = 88.* The post-Williams' incident swine-study papers with an ECD giving VF used the X26 which has a net charge of 88 µC (microcoulombs). The ECD used on Mr. Williams was the M26 with 32 µC of delivered charge. In the cited Nanthakumar paper, the researchers were *never* able to cause VF with the M26 even under worst-case scenario conditions with a more electrically sensitive swine model.

3. ***Barbed = Barbless (Penetration = Touch).*** The post-Williams' incident swine study papers used fully penetrated TASER device barbs. However, Mr. Williams only received skin surface contacts as the M26 was used in "drive-stun" mode, and not in penetrating-dart mode. This is an important distinction and was stressed in a late-2007 Canadian media interview given by Dr. Webster when he stated that the barbs would have to go in between the ribs for there to be any risk. "You've got to have a very thin person with a dart between his ribs right over his heart."

4. ***64 = 195.*** The small swine which was fibrillated in the cited post-Williams' incident Dennis study weighed 64 lbs (pounds), while Mr. Williams weighed 195 lbs at autopsy. This is an important distinction as it is well known that the amount of current it takes to induce VF is proportional to the body weight. This was also stressed in the 2007 Canadian media interview given by Dr. Webster when he stated that the barbs would have to go in between the ribs in a "very thin person for there to be any risk.



**Figure 1. Plaintiffs' Theory of ECD Causation Requires Many Unsupported Logical Leaps**

5. ***Fast = slow.*** The post-Williams' incident swine research papers cited describe a total of 2 instances in which pigs were put into an excessively *fast* heart rate, which is VF (ventricular fibrillation). However, Mr. Williams had an excessively *slow* heart rate which is called asystole (or bradyasystole from the Greek "brady" for slow). This may be why Dr. Zipes appears to have opined that Mr. Williams might have had VF at first which then changed into asystole. (This was also sci-entifically impossible for reasons discussed elsewhere.)

## The TASER M26 Had No Effect on Mr. Williams' Heart

Known scientific evidence points away from the possibility of the M26 having any nega-tive effect on Mr. Williams' heart.

1. Mr. Williams' arrhythmia, asystole, is not inducible by ECD electrical stimulation.

2. Numerous human studies have now shown that the stronger X26 has no effect on the human heart. And, no human studies have shown that the X26 has any negative effect on the human heart.

3. Numerous human studies have shown that the stronger X26 has no effect on the human heart even with fully inserted darts instead of the skin surface "drive-stun" skin contact.

4. Mr. Williams' BMI (body-mass-index) of 28.9 suggests that his heart was too far back from his skin to be affected by even stronger X26 pulses and darts in full penetration. (See discussion of Dr. Webster's expert report.)

5. Mr. Williams still had a pulse about 3 minutes after the ECD discharges as wit-nessed by two witnesses. With VF, the pulse disappears instantly.

## Animals and Anecdotes

**Anecdote.** In medical science there are clear hierarchies of evidence. The lowest level is the "anecdote." An anecdote (also called a case study or testimonial) is a story of one individual. It has no statistical power and no evidentiary value. The lack of statistical power means that the result might have been due to chance. However, an anecdote can provide inspiration for scientific studies and thus they are occasionally indirectly helpful. See Figure 2.

**Animal Study.** An animal study can be very scientific if done with good study "design" and sufficient animals to achieve statistical confidence. Medical progress would be es-sentially impossible without animal studies. Results from animal studies are invaluable for suggesting human (or "clinical" studies). However, the limitations of animal studies include that animals are of a different species than humans. For example, the unfortu-

nately common disease of Type 2 diabetes has no good animal model. In other words, no animal species has been found that can duplicate the human for this disease.

Of direct relevance is the use of swine for heart studies. There are several advantages of porcine (swine) models: (1) swine are inexpensive, (2) being farm animals they have less animal rights restrictions than common pet animals, and (3) their hearts are visibly similar to humans. However, the swine has significant differences from the human: (1) the swine chest is round instead of oval for the human, (2) the wiring of the swine heart is quite different with the stimulation "telephone wires" of the Purkinje system going through the full wall of the swine heart while just being on the surface in the human heart, (3) the swine is far easier to fibrillate than the human, and (4) the swine heart is much more vertical in the chest than is the human.



**Figure 2. A Simplified Hierarchy of Medical Science**

**Human Data from Clinical Studies.** This is the top of the medical science hierarchy. The accepted sequence for medical science is as follows:

1. An anecdote suggests a certain hypothesis but has very limited scientific value.

2. Animal studies are performed to give a preliminary test of this hypothesis.

3. Human or "clinical" studies are performed to test the hypothesis. In the case of disagreement with animal studies, the human results *trump* the earlier animal results.

It is important to understand the difference between an anecdote and a clinical study and this can be illustrated with an example.

1. **Anecdote:** A patient suffering from liver cancer tells everyone that this was due to drinking 4 glasses of prune juice every day.

2. **Clinical trial:** Patients are divided into two groups. One group drinks prune juice every day while the other drinks no prune juice. After 6 months, the liver cancer rates of the two groups are compared.

**Bibliographic Analysis of Plaintiffs' Experts' Reports**

As a frequent reviewer of submitted medical papers one of the jobs of a reviewer is to verify that the cited references are appropriate and that important references are not omitted. Thus as through the lens of a reviewer, a bibliographic analysis of plaintiffs' experts' reports was performed.

**Animal Papers**

The Medline (National Library of Medicine) is searchable without charge by anyone at www.pubmed.gov. At the time of Plaintiffs' experts' report deadline of 20 Dec 2007, there were 9 animal studies, in Medline, dealing with TASER ECDs. The Holden study used guinea pigs while the other 8 used swine. The animal study papers cited by the 4 MD plaintiffs' experts were as follows:

**Table 1. Animal Study Papers Cited by Plaintiff's Physician Experts.**

|  | Dr. Spitz | Dr. Stuart | Dr. Vassalo | Dr. Zipes |
|---|---|---|---|---|
| Nanthakumar | Cited | Cited | Cited | Cited |
| Dennis[1] | Cited | Cited | Cited | Cited |
| Wu[2] | Cited | Cited | Cited | Cited |
| Jauchem 2006[3] | Not Cited | Not Cited | Cited | Cited |
| Jauchem 2007[4] | Not Cited | Not Cited | Not Cited | Not Cited |
| Lakkireddy 2006[5] | Not Cited | Not Cited | Not Cited | Not Cited |
| Lakkireddy 2007[6] | Not Cited | Not Cited | Not Cited | Not Cited |
| McDaniel[7] | Not Cited | Not Cited | Not Cited | Not Cited |
| Holden[8] | Not Cited | Not Cited | Not Cited | Not Cited |

A very strong pattern was obvious. All 4 physicians cited the same 3 papers and all failed to include 5 others. The odds of this pattern being an accident are 1 in 33,554,432. In other words, with strong statistical confidence, this was not coincidental.

The most likely explanation is that the 4 physicians were provided with the same 4 swine papers. Drs. Spitz and Stuart may have noticed that the Jauchem paper was not extremely supportive of their theories (no VF was induced even with extreme conditions) and that may have led to their dropping this paper.

The question was, does this highly limited swine study list gives evidence of bias in the selection of the studies for review and analysis? The porcine model papers were scored for having a negative tone with a "1" and given a "0" if the paper had a positive tone regarding TASER ECD safety. The Lakkireddy, McDaniel, and Holden studies had positive tone and were given a score of "0." The Jauchem studies found no VF but did report acidosis and breathing interruptions and thus received scores of 0.5. (It is interesting to note that the Nanthakumar paper was actually positive on the M26 cardiac safety regarding the risk of VF but the Plaintiff's experts did apparently not appreciate this.)

As seen in Figure 3 a statistical analysis shows that the usage rate among the 4 physician experts was highly correlated to the negativity of the article with (p = .0002). This means that there is a 99.98% confidence that this was not coincidental.



Figure 3. Usage Rate of the Animal Papers was Determined by the Papers' Degree of Negativity.

**Human Papers**

The human papers cited by Plaintiffs' physician experts were also analyzed. The experts all cited only the Cao pacemaker anecdote while ignoring the published response to the Cao anecdote. They also ignored the Haegeli anecdote of an implantable device patient that found *no* capture of the heart. (Dr. Zipes also listed 2 papers dealing with 1980 devices made by another manufacturer and those are not analyzed here.)

The odds of all 4 experts selecting only the same 1 out of 10 Medline human papers is:

$$2^{10*(4-1)} = 2^{30} = 1,073,741,824 \text{ to } 1$$

Thus In other words, with odds of over 1 billion to 1 (strong statistical confidence), this was not coincidental. The most likely explanation is that the 4 physicians were provided with the same single human anecdote.

**Table 2. Human Papers Cited by Plaintiff's Physician Experts.**

|  | Dr. Spitz | Dr. Stuart | Dr. Vassalo | Dr. Zipes |
|---|---|---|---|---|
| Cao[9] | Cited | Cited | Cited | Cited |
| Cao response[10] | Not Cited | Not Cited | Not Cited | Not Cited |
| Dawes[11] | Not Cited | Not Cited | Not Cited | Not Cited |
| Haegeli[12] | Not Cited | Not Cited | Not Cited | Not Cited |
| Ho (cardiovascular)[13] | Not Cited | Not Cited | Not Cited | Not Cited |
| Ho (respiration)[14] | Not Cited | Not Cited | Not Cited | Not Cited |
| Ideker[15] | Not Cited | Not Cited | Not Cited | Not Cited |
| Levine[16] | Not Cited | Not Cited | Not Cited | Not Cited |
| Strote[17] | Not Cited | Not Cited | Not Cited | Not Cited |
| Vilke[18] | Not Cited | Not Cited | Not Cited | Not Cited |

It should be noted that the Cao anecdote is the only human paper dealing with modern TASER ECDs that had a negative conclusion. This research limitation casts doubt on the reports' stated conclusions.

**Expert Report of Dr. Spitz**

Dr. Spitz opines:

> In consideration of the circumstances surrounding the death and the *timely* relationship between the restraint and the absence of vital *signs,* the type of restraint and the absence of significant findings at the autopsy, it is my opinion, that Frederick Williams died as a result of the combined effect of multiple taser applications to the chest, being forcibly held down with a knee against his chest and abdomen, restricting his ability to breathe, a neck hold to prevent him from moving, while being swarmed by six or seven officers, further impairing his ability to breathe.

Dr. Spitz is not appropriately qualified to draw his speculated link between the TASER M26 applications and the tragic death of Mr. Williams. This is clear for several reasons:

1. Dr. Spitz's report indicates that his exposure to the publicly available scientific and medical literature was limited to the few porcine model papers provided to him.

2. Dr. Spitz's report indicates that he has not read and analyzed human studies of ECDs. His human citation list is limited to the Cao anecdote and excludes the published response to this anecdote.

3. Dr. Spitz's report does not indicate that he researched Medline, or other available reference sources, to familiarize himself with the scope and contents of the publicly available scientific and medical literature. Additionally, many of these papers were included in the TASER compendium DVD that he indicates he received.

4. Dr. Spitz refers to his book and states: "My textbook, *MEDICOLEGAL INVESTIGATION OF DEATH,* 4th edition, published by Charles C. Thomas, Springfield, Illinois, 2005 discusses many of the issues in this letter in greater detail." The ECD portion from the book is shown below and can be used to gauge Dr. Spitz's depth of understanding of TASER ECDs.

   a. The opening sentence of the chapter completely misstates the purpose of the TASER ECD when it suggests that they are deigned as a "substitute for lethal force." That specifically goes against the training and purpose, as these devices are a substitute for batons, pepper spray, pain holds, and fist strikes.

   b. The textbook ECD reference is 3 paragraphs and largely consists of quoting 2 newspaper articles. There are no medical or scientific references listed or discussed. Figure 4 gives the full extent of this "chapter."

   c. The section mis-states that the ECD delivers 50,000 volts. This is a common urban myth repeated in newspaper stories but should not be in a medical textbook. The actual peak voltage delivered by the M26 is 5,000 volts while

the X26 delivers a peak voltage of 1200 volts. And, placed into appropriate contexts even these voltages do not accurately reflect degree of risk concern in that a strong static shock is 15,000 V (volts) plus, and a Van de Graff generator discharges up to 25,000,000 V.

d.   The section gives an output current of 0.0021 amperes. This is correct for the TASER X26 but not correct for the M26 (which is the subject of this case). The section appears to indicate that the text's authors were aware that there are different ECD models available.



**TASER STUN GUNS**

WERNER U. SPITZ

The use of taser guns as a substitue for lethal force by law enforcement has increased in recent years with approximately 7,000 police departments currently employing this device. The X26 Taser model delivers 50,000 volts of electricity (0.0021 amps) through a pulsating discharge causing painful and severe muscle contractions and temporary incapacitation. These stun guns are advertised as being safe and indeed many individuals have been shocked without known adverse effect. However, it is significant that all testing done to determine the safety of these weapons has been carried out by the Taser manufacturers or on their behalf.

902                    *Medicolegal Investigation of Death*

According to the *New York Times* (Alex Berenson, January 21, 2005) more than 100,000 police officers nationwide carry the weapon and the manufacturer, Taser International, began selling a version of the X26 to civilians in the fall of 2004. The same article indicates that some cardiologists and biomedical engineers believe that these stun guns may interfere with the heart's rhythm. The number of reported deaths following taser application has risen significantly with the increase in the use of these devices. More than 100 people are said to have died in the past five years, after being shocked with taser guns (Kevin Johnson, *USA Today*, May 12, 2005).

In our experience, deaths have followed taser use. In some of these cases autopsy showed cardiomegaly, i.e., enlargement of the heart, due to hypertensive disease or coronary artery disease. In others, there were multiple shockings to the chest or back in the heart area. The effect of electricity in the body is cumulative with successive applications. Thus, repeated shocking may entail serious complications, including ventricular fibrillation (VF) and seizures. It would seem that more research is needed before the safety of these weapons can be ensured.

**Figure 4. The Full Chapter on the TASER ECD from Dr. Spitz's Book.**

5.   The Spitz report does not address how the lower charge M26 could have the same cardiac effects as the higher charge X26 (which was the subject of his cited swine studies).

6.   The Spitz report does not address how the skin-contact "drive-stun" mode could have the same cardiac effects as the penetrated barb mode (which was the subject of his cited swine studies).

7.  The Spitz report does not address how a 195 lb subject (Mr. Williams) could have the same cardiac sensitivity as a 64 lb swine (which was the subject of his cited Dennis study) when it has been scientifically established for some time that the electrical dosage for cardiac danger is proportional to the weight.

8.  The Spitz report does not address how a subject (Mr. Williams) found in asystole is connected to a study involving VF (ventricular fibrillation), which is a completely different rhythm.

9.  The Spitz report does not address how a human being should have the same cardiac sensitivity as a swine when it is well known that pigs are far more sensitive to electrical current.

10. The Spitz report does not appear to indicate that Dr. Spitz is familiar with the ECD literature.

**Expert Report of Dr. Stuart**

Dr. Stuart makes the following unsupported conjectures:

> It is my opinion that this patient sustained a cardiac arrest as a direct complica-
> tion of electrocution from repeat Taser shocks to his precordium…. With a rea-
> sonable degree of medical certainty, I believe one can directly relate his death to
> the use of Taser here.

Dr. Stuart's report does not reflect that he possesses sufficient qualifications to draw his
speculated link between the TASER M26 applications and the tragic death of Mr. Wil-
liams for reasons including:

1. From his use of the word "electrocution" it is appears that Dr. Stuart may not
   fully understand the scientific meaning of this word.

2. Dr. Stuart's report indicates that his exposure to the scientific and medical lit-
   erature was limited to the few porcine model papers provided to him.

3. Dr. Stuart's report indicates that he has not read the human studies of ECDs.
   His human citation list is limited to the Cao anecdote and excludes the pub-
   lished response to this anecdote.

4. Dr. Stuart's report indicates that he did not go to Medline, or other publicly
   available resources, and research the scientific and medical literature. Nor
   does the report indicate that the papers on the TASER compendium DVD that
   were received were reviewed and/or analyzed.

5. Dr. Stuart's report does not address how the lower charge M26 could have
   the same cardiac effects as the higher charge X26 (which was the subject of
   his cited porcine model studies).

6. Dr. Stuart's report does not address how the skin-contact "drive-stun" mode
   could have the same cardiac effects as the penetrated barb mode (which was
   the subject of his cited porcine model studies).

7. Dr. Stuart's report does not address how a 195 lb subject (Mr. Williams) could
   have the same cardiac sensitivity as a 64 lb swine (which was the subject of
   his cited porcine model studies) when it is well known (to specialists) that the
   electrical dosage for danger is proportional to the weight.

8. Dr. Stuart's report does not address how a subject (Mr. Williams) found in
   asystole is connected to a porcine animal study involving VF (ventricular fibril-
   lation) that is a completely different rhythm.

9.  Dr. Stuart does not explain how a subject found in asystole is connected to a study involving VF (ventricular fibrillation) that is a completely different rhythm.

10. Dr. Stuart's report does not address how a human being should have the same cardiac sensitivity as a swine when it is well known that swine are far more sensitive to electrical current.

**Expert Report of Dr. Webster**

1. On page 6 of his December 19, 2007 expert report in the above-captioned case Professor John Webster (hereinafter "Webster report") states: "It is my opinion that the Taser weapon can induce human ventricular fibrillation…."

In contrast, in an interview published just a few weeks before the December 19, 2007, expert report, Professor Webster was quoted in the National Review of Medicine:[19]

> The medical literature on stun gun-induced VF has demonstrated that it can occur, but that it's highly unlikely. "In my mind it's not an issue," says John Webster, PhD, a professor of Biomedical Engineering at the University of Wisconsin who has studied the question. Using pigs as subjects, Dr Webster measured how close to the heart the barb from a stun gun would have to be to cause VF. The result was 17 mm and even less when he revised his method of inserting the barb following criticism from Taser scientists.
>
> "We've done a lot of work trying to estimate the probability that a human could die of ventricular fibrillation," explains Dr Webster. "It's a few per million kind of thing. You've got to have a very thin person with a dart between his ribs right over his heart."

Also, in Professor Webster's October 2006 deposition Professor Webster stated that the probabilities were far less than "a few per million." And, the "few per million" are of those people exposed to a TASER ECD and not the probabilities within the general population which would yield a much lower probability.  In the general population, according to 2004 numbers (the latest available), the odds of dying by a fall involving bed, chair, or other furniture (774 deaths) is 100s of times greater than the odds of dying from a TASER ECD.

2. On page 6 of the Webster report, Professor Webster states:

> It is my opinion that the Taser weapon induced cardiac arrest in Frederick Williams.

In his writings Professor Webster indicates his knowledge and understanding of the difference between the term "ventricular fibrillation" and the broader term "cardiac arrest" and this term switch suggests that Prof. Webster may be uncomfortable with the allegation of a TASER ECD inducing the cardiac arrest rhythm of asystole which is the first identified rhythm of Mr. Williams on May 25, 2004.

3. On page 7 of the Webster report, Professor Webster states:

> Pigs are the animals of choice in the vast majority of Taser studies because they have hearts and torsos of similar size to humans.

This was partly but not completely accurate a few years ago. Actually, humans are now the study model of choice in the vast majority of TASER ECD studies, as medical sci-

ence has moved beyond the pig studies. As to the porcine model, the swine chest is significantly different from the human's and it is well documented in the literature that swine are extremely sensitive to high frequency electrical currents that do not negatively affect humans.[20] While the hearts are similarly shaped, the human heart lays at an angle while the swine heart is almost vertical in the chest.

The principle reasons swine have been used for ECD animal (non-human) studies is that they are an inexpensive animal model and, being farm animals, often lack the extreme animal rights restrictions found in some states regarding other animals — especially "pet" animals such as dogs.

4. On page 7 of the Webster report, Professor Webster states:

> Exhibit 9 shows that the dart-to-heart distance that causes ventricular fibrillation
> in a pig ranges from 0 to 24 mm [millimeters].

This seems to be a misleading comment as it derives from an obsolete paper in which a conductive tunnel was surgically created down to the surface of the swine heart. When Professor Webster redid this study correctly, without the artificial conductive gel channel, he found that the dart tip-to-heart distance was 5.8 ± 2 mm which is dramatically less than 24 mm.[21]

The new (unpublished) Webster paper is inapposite of Professor Webster's stated opinions in the Williams' Webster report.

Also, even the 5.8 mm value exaggerates the human situation as swine are more sensitive to electrical current — especially higher frequencies – than humans. The corresponding dart tip-to-heart distance value for humans is on the order of 4 mm. (Unpublished modeling of Dorin Panescu, PhD)

5. On page 8 of the Webster report, Professor Webster mentions a Canadian porcine model paper in which 1 swine had VF induced.[22] That 1 case of VF was induced with the TASER X26 ECD (X26) and only shortly after an injection of epinephrine. This animal model paper is actually favorable to the TASER M26 as it shows that it was impossible for the researchers to induce VF with the lower charge M26 ECD.

## How Thin is Thin?

On page 8 of the Webster report, Professor Webster mentions a Chicago study in which VF was reportedly induced in a pig. (The second pig had a surgically modified chest and is thus excluded.)

Even if the findings of this porcine model paper are valid, it fails to add to our understanding of the sad death of Mr. Williams. The device used in the Chicago swine study was a TASER X26 that has almost 3 times the net charge of the M26 that was used on Mr. Williams. There were 4 additional differences: (1) swine were used instead of humans even though pigs are more sensitive to electricity, (2) pigs have their hearts along

a more vertical axis of the chest thus allowing current to pass through the heart in a vector which cannot be produced with humans, (3) the wiring of the swine heart is quite different with the stimulation "telephone wires" of the Purkinje system going through the full wall of the swine heart while just being on the surface in the human heart, and (4) the affected pigs weighed only about 64 lbs which is less than one third of Mr. Williams weight (195 lbs at autopsy).  The current requirements for inducing fibrillation are well known to correlate with the subject's weight. [23]

7. On pages 9 and 10 of the Webster report, Professor Webster states:

> Using echocardiography of erect humans we measured skin-to-heart distances from 10 to 57 mm…..Thus the fact that the stun drive mode does not use darts still brings Frederick William's heart within distances that cause ventricular fibrillation in pigs.

Extremely thin, (low BMI) females had to be included in this range to ever get down to a 10 mm skin-to-heart distance and that does not apply to Mr. Williams. The actual data for males taken from Professor Webster's echocardiography study illustrates:[2]



Figure 5. Male Skin-to-Heart Distance From Dr. Webster's Research.

Mr. Williams had a BMI of 28.9. This made him borderline obese. The yellowed area of the graph shows where people with Mr. Williams BMI would fall. These individuals average about 32 mm for the skin-to-heart distance. This is far from the 5.8 mm required to fibrillate even pigs — and with the higher charge and longer pulse duration of the X26. Even the subject with the lowest skin-to-heart distance (of 19 mm) would not be fibril-

lated — even if he was a swine or hit with the stronger, longer pulse duration, and in probe (versus drive-stun deployment) X26.

It is hard to improve on Professor Webster's own words to the reporter when he was recently quoted as, "It's [VF] a few per million kind of thing. You've got to have a very thin person with a dart between his ribs right over his heart."[19]

Note that in the ECD drive-stun mode there is no dart and hence no dart between any ribs over the heart.

## What is the Electrical Charge?

On page 9 of the Webster report, Professor Webster indicates that the stimulation capability of the older M26 is equivalent to that of the X26. This is, of course, a difficult challenge, and a scientific impossibility, as this speculation directly contradicts the Canadian paper Professor Webster cited.[22]

In the Nanthakumar porcine study, barbs were placed under the skin across the heart. With the M26 there was some cardiac capture in 48% of the 5-second applications. [VF requires approximately 5 times the amount of charge as capture.] This went up to 96% for the X26 applications.  The figure below explains the reason why.



**Figure 6. Capture Percentage vs. ECD Net Charge**

The 32 µC (microcoulomb) net charge of the M26 is about 1/3rd that of the 88 µC of the X26 and hence it is much less incapable of stimulating cardiac tissue.

On page 9 of the Webster report, Professor Webster states that the pulse charge is the important quantity. He is certainly correct with this. However, the charge that he gives for the M26 is about 3 times the relevant "net charge" value. This appears to be partly due to the repetition of an arithmetical error made in his 2005 conference paper and the ignoring of the important charge cancellation effect.[24] (His exhibit 7)

Figure 7 below is taken from Figure 4 of Prof. Webster's exhibit 7.



**Figure 7. ECD Current Tracings From Dr. Webster's Paper**

The text states:

> As an example, for the M26, it is the charge delivered during the first half period (7.8 µs [microseconds]) that determines the fibrillating threshold and for the X26 it is the charge delivered during the first 164 µs. Figure 4 shows the M26 and the X26 waveforms for a typical load of 300 Ω. By integrating the current waveforms, we can obtain the maximum charge delivered by the X26 that is 130 µC at 164 µs and by the M26 that is 103 µC at 7.8 µs.

A casual inspection of the M26 waveform curve shows that this charge number (103 µC) is too large. If the 12 A (ampere) peak were extended to make a square wave then the total charge would be 93.6 µC -- less than the stated 103 µC. To accurately measure the charge (which is only the area under the curve of the current tracing) it is necessary to integrate the sine wave for the first half period.

The average current during a sinusoidal half peak is given by:

$$I_{ave} = I_{pk} \ \frac{1}{\pi} \int_0^\pi \sin t \, dt = 2 \ I_{pk} / \pi$$

Thus, the average current for the M26 during the first half phase is actually:

7.64 A = 2•12 /π

Thus the charge during the first half period is given by:

59.6 µC = 7.8 µs • 7.64 A

TASER conservatively specifies a "main phase" charge of 85 µC for the M26 that is different terminology than "first half period" that Dr. Webster uses.

However, the 88 µC number is too high (for VF risk) as it ignores the cancellation effects of the negative phase right after it. To use a locomotion analogy, if a person walks forward 60 paces and then walks backward 30 paces they have netted only 30 paces of progress. The stimulation of cardiac cells is similar. For low frequency waveforms, there can be benefits from the cancellation effects of a negative second phase.[25] However with high frequencies, the negative second phase tends to partially cancel out the effects of the positive first phase. This is shown graphically on page 134 of the famous Reilly reference.[26]

This is also demonstrated 100s of times per day with cardiac ablation. In a typical procedure, a catheter delivers up to 50 W (watts) directly to the inside of the heart. With a common impedance of 100 Ω (ohms), the average current is about 700 mA (milliamperes). However, the electrical conduction of the heart is not negatively stimulated. The reason is that the signal alternates at a high frequency (500 kHz [kilohertz]) and thus each phase cancels the one before and thus prevents cardiac stimulation. Note that this is 500 times the current of the X26 — and — is delivered internally to the heart.

**Table 3. TASER ECD Charges**

|  | M26 | X26 |
|---|---|---|
| Main Phase Charge from Dr. Webster report | 103 µC | 130 µC |
| Main Phase Charge from TASER specifications | 85 µC | 100 µC |
| Net Charge from TASER specifications | 32 µC | 88 µC |

We can summarize the results of this charge analysis as follows:

**Table 4. Analysis of Dr. Webster's Statements on Electrical Charge**

| Question | Position of Dr. Webster | Analysis |
|---|---|---|
| Is charge the critical factor for inducing VF? | Yes | Correct |
| Does the M26 deliver less charge than the X26? | "Comparable" in expert report. Different in paper since 103 µC < 130 µC. | The M26 does deliver less charge in the main phase that does the X26 so the qualitative comparison is correct. The word "comparable" is well chosen as the charges can be compared and seen to be different. |
| Is the "net charge" of the M26 significantly lower than that of the X26? | Not discussed | 32 µC is a little over 1/3 of 88 µC and thus significantly less. |

**Conclusions**

Dr. Webster opines:

> I have reviewed the videotape that shows Frederick Williams was active up to and until the time he received five Taser shocks, and he then had rapid loss of consciousness. This is highly suggestive that the Taser induced cardiac arrest.

First, "highly suggestive" seems to not rise to the level of by a reasonable degree of certainty. Second, this comment does not make scientific sense. Certainly, the number of ECD applications is scientifically irrelevant to cardiac stimulation. As has been known for many years, fibrillation is either induced or not induced in the first 1-5 seconds of sufficient current. So, if one application were to some magic "sweet spot" of cardiac danger none of the other applications matter. [23,27-31]

Furthermore, fibrillation results in the loss of fighting ability within a matter of seconds. Thus, if an ECD application were somehow able to cause VF, then the struggling and resistance would be over and there would be no more need for ECD applications.

Finally, this speculation is contrary to the facts. There are basically 4 rhythms that can stop cardiac output: (1) asystole or profound bradycardia, (2) PEA (pulseless electrical activity), (3) VT (ventricular tachycardia), or (4) VF.

Only the last rhythm (VF) is induced by electrical current. (VT generally requires special pulse sequences and also a previous infarct scar neither of which were present with Mr. Williams.)

Is there any evidence that Mr. Williams was in VF? The answer is no for reasons including:

1. A subject in VF collapses within seconds of a successful induction.

2. The first detected rhythm found Mr. Williams had a rhythm of asystole that is not inducible electrically.

3. The paramedics were able to restore a pulse with atropine and epinephrine. Had the asystole been due to a degradation from VF, this would not have been possible.

On page 10 of the Webster report, Professor Webster speculates:

> The videotape shows, and testimony of Mustachio corroborates, that he pushed hard on the Taser. By doing so, Mustachio moved the Taser electrodes used in the stun drive mode closer to the heart than in the case where we measured the skin to heart distance using echocardiography.

The distances between the skin and heart are so much greater than that required to induce VF that a slight compression of epidermis, dermis, or fat would not have a material impact. Recall that an echocardiography probe is also applied with some pressure and that is how Professor Webster determined the skin-to-heart distances for his paper.

On page 10 of the Webster report, Professor Webster makes the suggestion that the ECD application gave Mr. Williams acidosis by citing an earlier animal study by Jauchem et al. That Jauchem study is decidedly not applicable here for several reasons, including.

1. The Jauchem study, used a porcine model, appears to have been designed primarily to study issues of cardiac safety and rhabdomyolysis.[3,32] Despite prolonged ECD exposures (up to 90-180 seconds total each) the study found no such cardiac or rhabdomyolysis concerns or problems. And, even after such extreme exposures within a short window of time all of the pigs survived.

2. In the Jauchem study the swine were placed in the supine position (on the back) used is nonphysiological for swine and the anesthetics used TZ (tiletamine-zolazepam) and propofol are known for compromising respiration.[33]  However, the Jauchem study researchers mentioned that they intentionally chose TZ as it had minimal effects on creatine phosphokinase that is a marker for muscle damage – to look for rhabdomyolysis. Thus, they intentionally were exaggerating breathing effects in order to focus on potential muscle damage – which was not found. Additionally, there were no control animals used in the study that did not

receive an ECD exposure. Thus it was not possible to separate the effects of the anesthetic and posture from the ECD exposures.

3.  In the Jauchem extended ECD duration study, with barbs across the chest combined with the TZ and propofol anesthetic combined with the ventilator being turned off, the pigs stopped breathing during the ECD applications. And, their breathing was compromised in general and thus recovery was not good.

4.  However, in contrast to Jauchem's swine study, human studies at the University of Minnesota and with NIJ (National Institute of Justice) funded research at UCSD (University of California San Diego) has shown that ECDs have no negative impact on human breathing.[14,34] The Minnesota group has also studied volunteers with continuous ECD (XREP) exposures for up to 45-second and also found no breathing compromise.

5.  Two studies by Ho, et al. have examined blood markers of acidosis. In "Cardiovascular and Physiologic Effects of Conducted Electrical Weapon Discharge in Resting Adults", subjects were exposed to 5 second discharges of the TASER X26.[13] Serum bicarbonate was followed serially. In a "pure" uncompensated respiratory acidosis, the serum bicarbonate should increase. The mean baseline bicarbonate was 22.6. Immediately after the exposure, the mean bicarbonate was 22.0. This does not suggest an uncompensated respiratory acidosis. Of course, interpretation of these results requires some caution since serum lactate did increase with the muscle contraction, and metabolic acidosis, if present, would tend to lower the bicarbonate.

6.  In a subsequent Ho, et. al. human study, subjects were asked to exercise to physical exhaustion, and were then immediately exposed to a 15-second discharge of the TASER X26.[35] Venous pH was drawn prior to exertion, immediately after exertion, and immediately after the TASER ECD exposure. In this study, the mean venous pH at baseline was 7.37. After exercise to physical exhaustion, the mean pH dropped to 7.258. After the 15-second continuous TASER X26 discharge, the mean pH remained flat (7.225, not a statistically significant change). The recovery pH returned to baseline (mean pH 7.358). A small control group with the same exertion regimen and a repeat exertion regimen of 15-seconds had similar pH changes. This would tend to imply that the 15-second TASER X26 discharge did not exacerbate the acidosis caused by the physical exertion. The control group had similar pH levels after their repeat brief exertion which suggests that the discharge did not delay recovery any more than would a 15-second manual restraint.

7.  These two Ho, et. al. human studies suggest that the exposure to ECDs does not affect the acid-base balancing of the respiratory system. Another study found no clinically significant changes in pH in 32 law enforcement officers after an ECD discharge.[36]

In summary, TASER ECDs (even the higher charge X26 units) do not cause acidosis or interfere with breathing.

On page 10 of the Webster report, Professor Webster opines:

> Thus this repeated Tasering is more dangerous than single Tasering.

It is unlikely that Professor Webster drafted this statement. Whoever wrote this sentence has a limited experience of ECDs, as someone working in the area would know that the word TASER is a registered trademark and thus cannot be used as a verb or a noun. The neologism and gerund "Tasering" is so bizarre that it is suspected that Professor Webster did not write this sentence. A text search was performed to determine if Professor Webster had ever used this inappropriate term. A search of Professor Webster's papers demonstrated that he had never used this inappropriate term.

Professor Webster's writings indicate that this statement regarding repeated ECD applications is not scientifically supported.  It is considered that that Professor Webster written this report himself he would not have included a porcine model paper showing that 180 second ECD exposures on unventilated, supine, anesthetized swine **never** led to a cardiac arrest or death of any of animals.

Based on experience with Professor Webster's voluminous publications and comparing those to the Webster report, there remain serious doubts that he wrote much of the report. The style and low level of scientific rigor are not consistent with most of Professor Webster's other writings.

**Expert Report of Dr. Zipes**

Comments on Dr. Zipes expert report.

On page 7of his report Dr. Zipes states that

> More likely than not is the fact that, having ventricular tachycardia or ventricular fibrillation for approximately 12 to 13 minutes. Williams developed either asystole or very fine, low amplitude, ventricular fibrillation, which could not be recognized by the AED as a shockable rhythm.

This is a critical portion of plaintiffs' argument as asystole is not inducible with electrical stimulation, whereas ventricular fibrillation (VF) is.  However, Dr. Zipes' speculation is not scientifically supported, rather it goes against all preset scientific knowledge.  The problems with Dr. Zipes' scientifically unsupported speculation includes:

1.  The evidence in this case is void of any proof that Mr. Williams was ever in VT (ventricular tachycardia) or VF.

2.  If VF had existed, it would not degenerate to asystole in 12 or 13 minutes.

3.  If the speculated VF had existed long enough to degenerate into asystole, there would have been no resuscitation with drugs.  When VF has gone on long enough to degenerate into asystole, it is then a "flat-line" asystole and the heart is irreversibly arrested.

The fundamental problem with Dr. Zipes' expert report (and a fundamental problem with the whole case of the Plaintiffs) is found in the one word in the above quote. That word is "fact." Dr. Zipes and the Plaintiff's certainly wish it was a "fact " that Mr. Williams was in VT or VF. But, they have zero proof of that. Actually, essentially all of the evidence points away from Mr. Williams ever having VT or VF.

On page 9 of his report, Dr. Zipes opines

> Such a warning was appropriate, because in fact, such unintended effects, including death from ventricular fibrillation, have been well-documented in animals and humans.

This statement lacks scientific support.  In 1.2 million human ECD applications including one anecdotal ECD probe deployment directly to my chest, there has never been a documented case of VF.  The two scientifically unsupported anecdotes mentioned by Dr. Zipes will be discussed in a later section on his anecdotes. Those, and the studies of smaller swine, appeared after the unfortunate May 27, 2004, death of Mr. Williams.

If a warning was necessary for the low current of a handheld battery powered TASER ECD (<2-4 mA) then a warning must go out to all Americans to have their bathrooms

rewired as the GFI (ground fault interrupter) outlets are not safe enough as they limit the current to 6 mA.

The injury pattern from TASER ECD has been studied by Dr. William Bozeman, among others, under grant for the National Institute of Justice, United States Department of Justice.[37] In a recent interview, Dr. Bozeman's conclusion was:

> The main points are the remarkable safety, overall, of real-world uses of the device.

From the top of page 10 of his report, Dr. Zipes cites the Jauchem porcine model paper and states that "Jauchem, et al evaluated shocks of 5-seconds followed by 5-second non-exposure, repeatedly for three minutes in pigs…" In addition, the Jauchem swine study; discussed earlier, also found that VF was never induced in pigs that weighed around 118 lbs.  In addition, the Jauchem study is inapposite of Dr. Zipes' speculation that multiple ECD applications are somehow more dangerous than a single application.

In the middle of page 10 of his report, Dr. Zipes includes a discussion regarding the previously discussed Nanthakumar's swine study

> The M26 has a power of 26 watts and delivers 1.76 joules of energy during each pulse. The mean weight of the pigs was 49.9 +/- 1.2 kg. Out of 94 discharges delivered to the chest with an interdart distance of 26-30 mm, 79% resulted in stimulation of the myocardium, while none of 56 non-thoracic discharges stimulated the myocardium. When the discharge was vectored across the chest, electrical and mechanical capture of the heart ensued.

The Nanthakumar quote discusses the output of the M26 device and then abruptly transitions into a one-pig anecdote of induced VF (by an X26, not the lower charge M26). Dr. Zipes then concludes that it shows the possibility of serious ventricular arrhythmia. The casual reader of Dr. Zipes' quote might erroneously conclude that it is possible to induce VF from the output of an M26.  That inference would in error as the single case of swine VF was actually induced by the higher charged X26.  As can be seen by the inspection of his Figure 1 that clearly shows the 19 pps rate of the X26.  It is possible that Dr. Zipes erroneously drew a connection between the M26 and the induction of VF inadvertently due to a lack of understanding of the differences between the devices.

On the bottom of page 10 of his report, Dr. Zipes discusses the, previously discussed, Wu swine study paper suggesting a risk of VF when barbs are close enough to the heart in pigs.  This paper is largely irrelevant to this case and is discussed in detail in my comments of the expert report of the study's co-author Professor Webster.

At the top of page 11 of his report, Dr. Zipes mentioned the anecdote of a prisoner that had his pacemaker recording possible effects of an X26 ECD discharge.  This anecdote is irrelevant as Mr. Williams had no pacemaker  (or other wires embedded to send electricity directly to the heart in him) and the prisoner did not die.  This anecdote has been discussed in the literature by authorities on both pacemakers and TASER ECDs.  Dr.

Zipes' report does not include these discussions in his analysis of the anecdote.  It is surprising that Dr. Zipes appears to be unaware of these anecdotes limiting and explaining publications.[10]   HAEGELI

In the middle of page 11 of his report, Dr Zipes discusses the, previously discussed, Dennis swine study paper at length.  Dr. Zipes mentions that in the Dennis study that the higher charge TASER X26 was applied to these pigs.  Dr. Zipes' analysis of the Dennis porcine study does not include that the pig that had VF induced weighed only 29 kg (kilograms) (or about 64 lbs).  Dr Zipes' report does not outline how the Dennis swine study is connected to the case of Mr. Williams who was much heavier, with a much thicker chest, did not have darts placed under the skin, and was controlled with a lower delivered charge M26.

Dr. Zipes also briefly discusses another human anecdote on page 11 of his report, Dr. Kornblum "Considered the possibility of Taser-induced arrhythmia."  There is a single anecdote of an author discussing a different device made by a different manufacturer without any scientific connection to a death of an individual with a high dose of "angel dust." It is not clear how this 1980s anecdote has any connection to the Williams' case.

Dr. Zipes then discusses the Akeem Watson and Greshmond Gray anecdotes on page 12 or his report.  At first blush, these appear to be foundationally supportive to the chain of reasoning in Dr. Zipes' report and are thus discussed in greater detail supra.

Dr. Zipes' "statement of opinions" has 6 parts and each will be discussed in sequitor.

> 1.  A Taser shock can cause cardiac arrest by capturing the cardiac rhythm at very rapid rates, and precipitating ventricular tachycardia or ventricular fibrillation, as shown in human and animal reports.

This statement is scientifically unsupported in that there is no scientifically and medically possible evidence of a human ever having VF or VT induced by an ECD even with the stronger X26.  And, even though the stronger X26 was reported to have induced VF in 2 or 3 small pigs, even small pigs have never had VF induced from the lower delivered charge M26.  In addition, there is no evidence of even a small pig being induced into VF with the skin contact drive-stun mode as used on Mr. Williams.

Finally, and most importantly, recent human, rather than swine, studies have directly contradicted Dr. Zipes' speculation.  About 100 human volunteers have had continuous echocardiographic monitoring during applications of the stronger X26 in various thorax positions including directly over the heart including using the penetrating barbs.  In no case was there any cardiac capture – much less with VF induced.  Since these studies have yet to be published in the literature Dr. Zipes may not be aware of these studies as they have only appeared to date in abstract form, and the full-length manuscripts are in review and in press now.

Dr. Zipes states:

> It is my opinion that Fredrick Williams developed polymorphic ventricular tachy-
> cardia or ventricular fibrillation that either stopped spontaneously or following re-
> suscitation efforts as a result of the TASER shocks that he received.

This opinion is not supported by available scientific knowledge of TASER ECD's. In ad-
dition it is contrary to what is known about ventricular arrhythmias.

2.      Dr. Zipes' report continues:

> The temporal relationship of Mr. Williams' collapse to the Taser shocks supports
> the conclusion the Taser directly caused Mr. Williams' cardiac arrest.

This is inaccurate and logically fallacious. Dr. Zipes was not at the incident nor
were any of the experts. However, 3 independent eyewitnesses have stated that Mr.
Williams had a heart beat as late as 3 minutes after the last TASER ECD application. If
the TASER ECD had somehow directly caused Mr. Williams' cardiac arrest, his heart
rate would have been absent and undetectable within a few seconds. However, even if
Mr. Williams' collapse had occurred within seconds of his TASER ECD application, that
is insufficient to casually link the ECD application to his arrest. Human studies have
demonstrated that these devices do not capture the human heart and are much less
capable of causing VF. This has been demonstrated even with the stronger X26.

3.      Dr. Zipes' report states:

> The medical hazard of Taser shocks resulting in cardiac arrest was foreseeable
> prior to 2004 and appropriate testing should have been done to investigate this
> possibility. Delivering 1or 2-second shocks in areas remote from the heart (for
> example, the back) in humans while recording an ECG recording is totally inap-
> propriate and in no way would exclude the possibility of Taser-induced ventricular
> tachycardia or ventricular fibrillation from occurring. At the least, testing should
> have been done in an appropriate animal model with infused catecholamines to
> simulate an agitated state, drugs, and various cardiac pathologies such as coro-
> nary artery disease and old myocardial infarction. Further, since frequent re-
> peated Taser shocks have been administered to individuals, such testing should
> have employed repeated shocks.

The lack of scientific support and illogic of this paragraph is confounding. Now with over
1.2 million ECD applications and over a dozen published human studies it is clear that
there is zero risk of an ECD application – outside of the risk of a head injury from a fall,
or other similar such injury.[37] So one has to wonder how could a scientifically and expe-
rientially nonexistent risk be foreseeable? It has been well known for decades that the
amount of externally applied current necessary to induce VF in a human being varies
with the weight and is about 300 mA for someone with Mr. Williams' weight. This is al-
most 100 times higher than the delivered current of the M26. Granted, the current re-
quired to affect the heart goes down significantly when a barb is inserted into the chest
and pushed close enough to touch the heart. (If this were not the case, battery oper-

ated pacemakers would only last a few days.)   However, Mr. Williams was ECD exposed in the drive-stun mode with nothing penetrating his chest.  It is difficult to scientifically assess Dr. Zipes' comment regarding "delivering 1 or 2 second shocks in areas remote from the heart (for example, the back)." Numerous studies and papers have been presented with human applications to the chest very close to the heart and with durations up to 15 seconds.  Unpublished studies are now up to 45 seconds in humans and 30 minutes in pigs.  The suggested testing of "appropriate animal model with infused catecholamines" one such study was done and published in fact with the M26 which was used on Mr. Williams.[38] And, human studies including catecholamine stressing and measurements have been completed and abstracts and posters have been presented.

Dr. Zipes' comment that "such testing should have employed repeated shocks" is also misdirected.  In the Jauchem pig study cited by Dr. Zipes the pigs received 18 ECD discharges each and none suffered VF.  In addition, the Nanthakumar study showed that there was no difference in capture between 5 second and 15 second applications.  Electricity does not build up like poison.  If continuous current does not induce VF within a few seconds it is highly unlikely that it will induce VF later on.  This is recognized in international and UL standards for safety.  They recognize the fact that the safe current limits for a 100-second application is the same as for 2-second application.

    4.  Dr. Zipes' report continues:

> It is not open and obvious to the lay or average law enforcement user that such adverse effects as ventricular tachycardia and fibrillation could occur."

 I agree with this.  In fact, as someone who has invested his life studying the effects of electric shocks on the human body this risk is not open and obvious to me either.  If there was such a risk of short pulse duration low current, then every bathroom in the United States would have to be rewired as the ground fault interrupter (GFI) outlets are based on the accepted understanding that 6 mA (milliamperes) current can never be dangerous.

> Taser trained and instructed law enforcement individuals, including Gwinnett County personnel involved in this case, that its device was safe and posed no cardiac risk. Taser's claims were not, and are not, medically supported. Taser improperly downplayed potential dangers that were not adequately understood and overplayed its safety claims and studies.

This statement indicates a dearth of understanding of TASER product and training materials. Additionally, this speculation is simply not supported by dozens of independent studies from the United Kingdom, Canada, Israel, the United States Department of Justice and Department of Defense, and others.  The state of the understanding of this risk was best summarized by Dr. Bozeman who studied the issue of TASER ECD risk for the Department of Justice.[37]

One might have been able to construct a thin argument of risk 10 years ago before there were published scientific papers specifically on these devices. (Even considering that 70 years of literature indicated the safety of the amount of current delivered by an ECD and the dearth of literature supporting the speculation that ECDs are somehow in-herently dangerous.) (Even that would have been very questionable given that the out-put currents are well below those accepted for consumer safety). However, today, after dozens of studies and over 1.2 million human exposures any question of the safety of the TASER ECD cannot be taken seriously.

     5.      Dr. Zipes' report states:

> This product is not regulated by the FDA or Bureau of Alcohol, Tobacco and Firearms. There is no similar regulatory process to determine the accurate warn-ing regarding known and unknown risks.

This is not true. Both the Underwriters Laboratory (UL) and the International Electrotechnical Commission (IEC) have long established limits for electrical safety. The UL accepts a continuous current of 10 mA as safe and the IEC accepts 25 mA con-tinuous current to the outside of the body as safe. If some government regulatory agency were to decide that 3.6 mA was dangerous then they would be contradicting 100 years of electrical safety research and would require every bathroom in the United States to be rewired.

     6.      In this statement Dr. Zipes' report states peremptorily "Alternative causa-tions for Frederick Williams' death are excluded, including excited delirium." The basis for Dr Zipes' exclusion is the statement that "Many of the individuals dying with this di-agnosis…" have various drugs in their systems. It would be more convincing and rele-vant if Dr. Zipes could say that "all of the individuals dying with this diagnosis" have dangerous drugs in their system. That is simply not true as discussed at length in my Appendix. Thus this exclusion is not convincing.

**The Anecdotes of Dr. Zipes**

In his expert report Dr. Zipes lists two anecdotes as evidence that an ECD could cause fibrillation in humans. The anecdotes mentioned in the Zipes report have little scientific weight compared to the human scientific studies using echocardiography demonstrating that there is no cardiac effect from ECD discharges even when the electrodes are placed very close to the heart. (As these particular echocardiography studies have not yet appeared in full length manuscripts Dr. Zipes may not be aware of them.)[39] In addition, a closer examination of the 2 anecdotes suggests that neither reflects any evidence of an ECD induced VF.

**The Watson Anecdote**

The Watson anecdote was published by Kim and Franklin in their letter in *The New England Journal of Medicine (NEJ)*.[40] (Watson was a 200 lb (pound) emotionally disturbed violent out-of-control teenager who was refusing medical care for self-caused lacerations from punching out glass.) This NEJ letter has been well described in subsequent writings as materially misstating the facts of the case.[41] The letter is quoted as saying "paramedics saw the adolescent to be in VF and began performing CPR (cardiopulmonary resuscitation) within 2 minutes after the collapse." The facts are that the pictured VF was not found until 23 minutes after the ECD application and the CPR began at 14 minutes after the ECD application. Thus the paramedics did *not* find the adolescent in VF after the collapse. That did not occur until 3 shocks later. The astute reader can analyze the NEJ letter and notice there is no time given on the VF strip shown, which was 23 minutes after the ECD application. And, the paramedics found a normal pulse and respiration *after* the ECD application and thus Watson was not put into VF by the ECD.

**The Greshmond Gray Anecdote**

The Greshmond Gray anecdote has 6 significant problems regarding its putative evidence for the ECD induction of VF. These are:

(a) Mr. Gray's BMI was too high to allow a barb to get close to the heart,

(b) the time course between the ECD application and the hemodynamic collapse was too long for VF,

(c) the failure of prompt defibrillation suggests that this was *not* a case of electrically induced VF,

(d) the barb locations were not in the "sweet spots" as found by Dr.  Webster or Dr. Tchou for possible induction of VF with a deep barb,

(e) the VF induction hypothesis disagrees with the medical examiner's conclusions, and

(f) irrelevant due to the use of the higher charge X26 and the use of penetrating barbs instead of the skin contact electrodes.

## 3a. Mr. Gray was too heavy for ECD induced VF

Mr. Gray weighed 203 pounds and had a 71-inch length at autopsy. Thus his standing height would be less than 71 inches but conservatively 71 inches will be used as his height. This gives a BMI of 28.4. Professor Webster has shown in his unpublished ECD (no-gel) porcine study that a distance of 5.8 mm from the barb tip to the epicardium was required to induce VF in swine.[42] Based on the greater sensitivity of pigs to electrical current for VF this has been adjusted to 4 mm by Dorin Panescu, PhD.

Assuming a perfect hit between the ribs with a maximum depth ECD probe penetration we can calculate that the heart depth could be no more than 12 mm. This is due to the 4 mm for the tip to heart spacing, 9 mm for the barb length, and less 1 mm for the thickness of the T-shirt he was wearing. Thus the question becomes, how often would someone of Mr. Gray's BMI have a heart depth of only 12 mm?  We can look at the CT scan data from the Cleveland Clinic (AHA [American Heart Association] 2007) collected by Dr. Patrick Tchou for people with BMIs in this area of 22-32.[43] Using the log normal distribution we find that the probability of a 12 mm depth is $1.04 \times 10^{-6}$.  In other words this truly is a "one in a million" possibility. If we use the heart depth data from Dr. Webster (which used echocardiography) and look at the 30 male patients of the group that had a BMI centered at 28.4 we get almost an identical answer.  There the probability of a 12 mm heart depth is $1.87 \times 10^{-6}$.  In other words, as Professor Webster stated in his interview prior to his Webster report, this really is a "one in a million" sort of thing for those people exposed to an ECD.

In conclusion, with a confidence of 99.9999% Mr. Gray's BMI was too large for the induction of VF by an ECD.

## 3b. The event timing was wrong for the electrical induction of VF

The time course of the ECD applications and the hemodynamic collapse of Mr. Gray demonstrate that Mr. Gray's VF could not have been induced by the ECD. Dr. Zipes makes the common error of "start vs. stop" timing, which is discussed in more detail in Appendix 1. Numerous studies going back decades show that if steady current is going to induce VF, it either happens in the first 5 seconds or not at all. [23,27-31] Most of these studies suggest the timing is around 1 – 2 seconds in almost all cases. In a porcine ECD study, the Cleveland Clinic placed barbs in the most sensitive locations and then gave amplified shocks until VF could be induced in order to establish the safety margin for various barb locations.[5] A statistical model of their raw data shows that the typical VF induction occurred in 3 seconds and that 90% occurred in 4.6 seconds. This model

predicts a probability of 99.9999914% that VF would be induced within 16 seconds — if at all as seen in Figure 8.



**Figure 8.** Cleveland Clinic Fibrillation Probability vs. Current Duration.

If someone was resisting and/or struggling against emergency services officers and an ECD were to fibrillate them they would be essentially dead and immediately stop resisting and struggling. *To state the sometimes-lost obvious, dead people cannot resist, struggle, and/or fight.*

The fact that a law enforcement officer was required to apply an ECD for longer than the standard dosage of 5 seconds meant that the subject continued to resist.  If the subject continued to resist regardless of the application of the ECD he is not going to stop until he changes his mind or has a hemodynamic collapse.  That apparently is exactly what happened in the case of Mr. Gray. His first ECD application was at 18:17:52 (running for 16 seconds) and the last one began at 18:18:41 and ran for 5 seconds. Thus, at a minimum, there was a 55 second gap between the beginning of the ECD application and the collapse. It is simply not logical nor consistent with what is known about electrocution to blame the last ECD application instead of the first. If the barb location and current were somehow adequate to cause VF, it would have happened in seconds of the first ECD application and the fight would have been over.

The idea that the final 5-second application was lethal — when the initial 16-second application was not — defies all common sense. More importantly, it defies our scientific understanding of the effects of electricity on the heart.

Finally, the words of plaintiff's attorney Ms. Joan Crumpler were very instructive.  In an interview appearing in the March 8, 2007 LaGrange (GA) Daily News she stated that the second and third ECD application occurred while Greshmond was "flat on the ground, unarmed, moaning and incapable of moving." The fact that Mr. Gray was moaning meant that he was breathing and his heart was beating while he was being restrained. This demonstrates that he was not fibrillated by the first ECD applications.  Had he been fibrillated by the current he would not have been able to moan. Had the barbs somehow been magically inserted, or relocated, close enough to his heart to cause fibrillation the whole struggle would have been over in a few seconds and he would not have been moaning nearly a minute later.

Any ECD application after the first 5 seconds is largely irrelevant to the induction of VF. Any ECD application after the first 10 seconds is completely irrelevant to the induction of VF. The last 2 ECD applications could not have had anything to do with a hypothetical induction of VF.

## 3c Failure of defibrillation

Dr. Zipes's report asserts that an AED (automatic external defibrillator) was attached to Mr. Gray within a few minutes of his loss of consciousness. I have no reason to doubt that time estimate. What is important about this is that the AED failed to defibrillate Mr. Gray.  The experience of over 1 million ICD (Implantable Cardioverter Defibrillator) implants teaches us a very important lesson. Electrically induced VF is very easy to convert-especially in younger people such as Mr. Gray. With an ICD implant the shock is typically given in 10-20 seconds after the induction of VF and the success rate is essentially 100%. This success rate eventually goes down with increasing delays but is still nearly 100% at 1 minute.[44]

The fact that multiple prompt defibrillation shocks failed to defibrillate Mr. Gray is strong evidence that the VF that Mr. Gray had was not electrically induced. (The only alternative explanation for this failure of defibrillation is that Mr. Gray had such significant cardiomyopathy and fibrosis that an extremely high amount of energy would have been required to defibrillate him. Since Dr. Zipes has asserted that Mr. Gray's heart was completely normal he cannot use that alternative.)

## 3d. The ECD barbs were in the wrong location

The barbs were not over Mr. Gray's heart. The issue of the timing and the required extreme depth of the barbs now become moot because it appears that the barbs were not over Mr. Gray's heart to begin with. The description of the barb locations is somewhat inconsistent between different parts of the autopsy and the ambulance reports. However one can conclude that one barb was high in the chest near the neck and the other one was in the abdomen. The emergency department pictures in Figure 9 and Figure 10 suggest the barbs were directly over the sternum that is a good insulator as are all bones.



**Figure 9. Greshmond Gray Upper Chest View**



**Figure 10. Greshmond Gray Full Chest View**

There was no barb directly over the heart and between any ribs. Recall that Professor Webster has stated that the risk of a VF is "a one in a million sort of thing" [of those exposed to an ECD] except for a thin person with a barb right between their ribs over the heart. None of these were true in the case of Mr. Gray.  As an anecdote, I personally recently received a TASER X26 ECD application with full barb penetration in almost the identical positions as Mr. Gray. Obviously I did not suffer VF and I have a significantly lower BMI than Mr. Gray had.

## 3e. Contradicting the autopsy

The final problem with the use of Mr. Gray as an anecdote is that this directly contradicts the findings of the GBI (Georgia Bureau of Investigation). Recall that Dr. Zipes is suggesting that an ECD directly induced VF in Mr. Gray. However, this speculation is contradicted by the unrefuted autopsy conclusion as released by the GBI on November 9, 2004. In that press release GBI states "The electrical current from the TASER® did not directly cause the electrical abnormality in Mr. Gray's heart rhythm."

## 3f. Irrelevancy

Mr. Williams was contacted with the cutaneous "drive-stun" contacts, while Mr. Gray received the much better connection with the barbs. Very importantly, Mr. Gray received applications from an X26 that delivers almost 3 times the net charge of the M26, which was used on Mr. Williams. Thus, even if Mr. Gray had been put into VF by the ECD application (and there is strong evidence that he was not) then this has minimal probative value in understanding a situation with an M26 in drive-stun mode. See the discussion of the expert report of Professor Webster.

## Conclusion

No one disagrees that Mr. Gray had VF following his resistance and struggling against law enforcement officers. However, there are 6 significant problems with the scientifically unsupported speculation that the ECD could have induced VF in Mr. Gray (including irrelevancy). It must concluded that this was highly unlikely and in fact essentially medically and scientifically impossible. Therefore, there must have been another cause of his VF. A possible candidate is asystole followed by a bradycardia pause-dependent VF.[45]

**Anecdotes might move but they never prove.**

The above discussion has demonstrated that the anecdotes of Mr. Watson and Mr. Gray do not illustrate the electrical induction of VF by an ECD. However, let us assume for a moment that even *one* of these cases was consistent with the ECD inducing VF in a criminal suspect.



**Figure 11. Anecdotal Evidence of TASER ECD Safety.**

Is that enough to "prove" that an ECD is likely to induce VF? The answer is no. I decided to make an anecdote of myself. I had myself shot in the chest with a TASER X26 with the barb locations as close as could be duplicated to the situation of Mr. Gray. One barb was on the sternum very close to my neck (shown by blood stains in Figure 11) and one was in the abdomen just between my lower ribs and umbilicus. I did not die. My 2 sons have also taken 6 total TASER ECD exposures.

If an anecdote equaled proof, (which it does *not* either scientifically or legally), then I could claim that my experience "proved" that an ECD is not likely to cause VF. Obviously, much stronger evidence than that would be required. In fact, I personally required much stronger evidence of the safety or I would not have accepted that exposure.

# REFERENCES

**1.** Dennis AJ, Valentino DJ, Walter RJ, Nagy KK, Winners J, Bokhari F, Wiley DE, Joseph KT, Roberts RR. Acute effects of TASER X26 discharges in a swine model. *J Trauma* 2007;63:581-90.

**2.** Wu JY, Sun H, O'Rourke AP, Huebner S, Rahko PS, Will JA, Webster JG. Taser dart-to-heart distance that causes ventricular fibrillation in pigs. *IEEE Trans Biomed Eng* 2007;54:503-8.

**3.** Jauchem JR, Sherry CJ, Fines DA, Cook MC. Acidosis, lactate, electrolytes, muscle enzymes, and other factors in the blood of Sus scrofa following repeated TASER exposures. *Forensic Sci Int* 2006;161:20-30.

**4.** Jauchem JR, Cook MC, Beason CW. Blood factors of Sus scrofa following a series of three TASER((R)) electronic control device exposures. *Forensic Sci Int* 2007.

**5.** Lakkireddy D, Kowalewski W, Wallick A, Verma A, Martin K, Ryschon J, Butany J, Natale A, Tchou P. Cardiovascular safety profile of electrical stun guns (TASER®): Impact of point of delivery on ventricular fibrillation thresholds. *Heart Rhythm* 2006;3:S249.

**6.** Lakkireddy D, Khasnis A, Antenacci J, Ryshcon K, Chung MK, Wallick D, Kowalewski W, Patel D, Mlcochova H, Kondur A, Vacek J, Martin D, Natale A, Tchou P. Do electrical stun guns (TASER-X26) affect the functional integrity of implantable pacemakers and defibrillators? *Europace* 2007;9:551-6.

**7.** McDaniel WC, Stratbucker RA, Nerheim M, Brewer JE. Cardiac safety of neuromuscular incapacitating defensive devices. *Pacing Clin Electrophysiol* 2005;28 Suppl 1:S284-7.

**8.** Holden SJ, Sheridan RD, Coffey TJ, Scaramuzza RA, Diamantopoulos P. Electromagnetic modelling of current flow in the heart from TASER devices and the risk of cardiac dysrhythmias. *Phys Med Biol* 2007;52:7193-209.

**9.** Cao M, Shinbane JS, Gillberg JM, Saxon LA. Taser-induced rapid ventricular myocardial capture demonstrated by pacemaker intracardiac electrograms. *J Cardiovasc Electrophysiol* 2007;18:876-9.

**10.** Kroll M, Luceri RM, Calkins H. A very interesting case study involving a TASER Conducted Electrical Weapon (CEW) used on a patient with a pacemaker. *J Cardiovasc Electrophysiol* 2007;18:E29-30; author reply E31.

**11.** Dawes DM, Ho JD, Johnson MA, Lundin E, Janchar TA, Miner JR. 15-Second conducted electrical weapon exposure does not cause core temperature elevation in non-environmentally stressed resting adults. *Forensic Sci Int* 2007.

**12.** Haegeli LM, Sterns LD, Adam DC, Leather RA. Effect of a Taser shot to the chest of a patient with an implantable defibrillator. *Heart Rhythm* 2006;3:339-41.

**13.** Ho JD, Miner JR, Lakireddy DR, Bultman LL, Heegaard WG. Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med* 2006;13:589-95.

**14.** Ho JD, Dawes DM, Bultman LL, Thacker JL, Skinner LD, Bahr JM, Johnson MA, Miner JR. Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers. *Acad Emerg Med* 2007;14:197-201.

**15.** Ideker R, Dosdall D. Can the Direct Cardiac Effects of the Electric Pulses Generated by the TASER X26 Cause Immediate or Delayed Sudden Cardiac Arrest? *Am J Forens Med* 2007;28.

**16.** Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the taser. *J Emerg Med* 2007;33:113-7.

**17.** Strote J, Hutson HR. Taser Use in Restraint-Related Deaths. *Prehospital Emergency Care* 2006;10:447 - 450.

**18.** Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26. *Am J Emerg Med* 2008;26:1-4.

**19.** Bergen R. Doctors question safety of TASERs after death. *National Review of Medicine* 2007;4.

**20.** Pak HN, Kim YH, Lim HE, Chou CC, Miyauchi Y, Fang YH, Sun K, Hwang C, Chen PS. Role of the posterior papillary muscle and purkinje potentials in the mechanism of ventricular fibrillation in open chest dogs and Swine: effects of catheter ablation. *J Cardiovasc Electrophysiol* 2006;17:777-83.

**21.** Wu J, Sun H, O'Rourke A, Huebner S, Rahko P, Will J, Webster J. Taser Blunt Dart-to-Heart Distance Causing Ventricular Fibrillation in Pigs. *IEEE TRANSACTIONS ON BIOMEDICAL ENGINEERING,* 2008:under review.

**22.** Nanthakumar K, Billingsley IM, Masse S, Dorian P, Cameron D, Chauhan VS, Downar E, Sevaptsidis E. Cardiac electrophysiological consequences of neuromuscular incapacitating device discharges. *J Am Coll Cardiol* 2006;48:798-804.

**23.** Ferris LP, King BG, Spence PW, Williams HB. Effect of electric shock on the heart. *Electrical Engineering* 1936;55:498-515.

**24.** Sun H, Wu J, Abdallah R, Webster J. ELECTROMUSCULAR INCAPACITATING DEVICE SAFETY. *The 3rd European Medical and Biological Engineering Conference* 2005:6.

**25.** Kroll M. A minimal model of the single capacitor biphasic defibrillation waveform. *Pacing Clin Electrophysiol* 1994;17-11:1782-1792.

**26.** Reilly JP. Applied Bioelectricity: From Electrical Stimulation to Electrical Pathology. New York: Springer, 1998:1-563.

**27.** Roy OZ, Park GC, Scott JR. Intracardiac catheter fibrillation thresholds as a function of the duration of 60 Hz current and electrode area. *IEEE Transactions on Biomedical Engineering* 1977;BME-24:430-435.

**28.** Biegelmeier G, Lee WR. New considerations on the threshold of ventricular fibrillation for a.c.shocks at 50~60 Hz. *IEE Proc.* 1980;127:Pt. A: 103-110.

**29.** Antoni H. Pathophysiological basis of ventricular fibrillation. In: Bridges JF, Ford GL, Sherman IA, Vainberg M, eds. Electrical Shock Safety Criteria. New York: Pergammon Press, 1985:33-43.

**30.** Biegelmeier. Effect of current passing through the human body and the electrical impedance of the human body: A guide to IEC-Report 469. VDE,-Verlag, Berlin: ETZ, 1987.

**31.** Jacobsen J, Buntenkotter S, Reinhard HJ. [Experimental studies in pigs on mortality due to sinusoidal and phase-controlled alternating and rectified currents (author's transl)]. *Biomed Tech (Berl)* 1975;20:99-107.

**32.** Jauchem JR. Re: Acidosis, lactate, electrolytes, muscle enzymes, and other factors in the blood of Sus scrofa following repeated TASER((R)) exposures. *Forensic Sci Int* 2007.

**33.** Lagutchik MS, Januszkiewicz AJ, Dodd KT, Martin DG. Cardiopulmonary effects of a tiletamine-zolazepam combination in sheep. *Am J Vet Res* 1991;52:1441-7.

**34.** Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC. Physiological Effects of a Conducted Electrical Weapon on Human Subjects. *Ann Emerg Med* 2007.

**35.** Ho J. Physiologic Effects of Prolonged Conducted Electrical Weapon Discharge on Acidotic Adults. *SAEM* 2007.

**36.** Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC. Physiological effects of a conducted electrical weapon on human subjects. *Ann Emerg Med* 2007;50:569-75.

**37.** Bozeman W, Winslow J, Hauda W, Graham D, Martin B, Heck J. Injury Profile of TASER®Electrical  Conducted Energy Weapons (CEWs) *Annals of Emergency Medicine* 2007;50:S65.

**38.** McDaniel W, Stratbucker R, Smith R. Surface application of TASER stun guns does not cause ventricular fibrillation in canines. Proc Annu Int Conf IEEE Eng Med Biol Soc. , 2000.

**39.** Ho J, Reardon R, Dawes D, Johnson M, Miner J. ULTRASOUND MEASUREMENT OF CARDIAC ACTIVITY DURING CONDUCTED ELECTRICAL WEAPON APPLICATION IN EXERCISING ADULTS. *Fourth Mediterranean Emergency Medicine Congress* 2007.

**40.** Kim PJ, Franklin WH. Ventricular fibrillation after stun-gun discharge. *N Engl J Med* 2005;353:958-9.

**41.** Kroll MW, Calkins H, Luceri RM. Electronic control devices and the clinical milieu. *J Am Coll Cardiol* 2007;49:732; author reply 732-3.

**42.** Wu JY, Sun H, O'Rourke AP, Huebner S, Rahko PS, Will JA, Webster JG. Taser blunt dart-to-heart distance causing ventricular fibrillation in pigs. *IEEE Trans Biomed Eng* 2008:under review.

**43.** Bashian G, Wagner G, Wallick D, Tchou P. Relationship of Body Mass Index (BMI) to Minimum Distance from Skin Surface to Myocardium: Implications for Neuromuscular Incapacitating Devices (NMID). *Circulation* 2007;116:II-947.

**44.** Yamanouchi Y, Brewer JE, Donohoo AM, Mowrey KA, Wilkoff BL, Tchou PJ. External exponential biphasic versus monophasic shock waveform: efficacy in ventricular fibrillation of longer duration. *Pacing Clin Electrophysiol* 1999;22:1481-7.

**45.** Diaz-Castro O, Puchol A, Almendral J, Torrecilla EG, Arenal A, Martinez-Selles M. Predictors of in-hospital ventricular fibrillation or torsades de pointes in patients with acute symptomatic bradycardia. *J Electrocardiol* 2004;37:55-60.

Appendix 1

# Science and Medicine of TASER® Electronic Control Devices

Mark W. Kroll, PhD, FACC, FHRS

Copyright 2008
Mark Kroll & Associates, LLC
Box 23
Crystal Bay, MN 55323

Updated:
26 January, 2008

*0.0 Frequently asked questions* ........................................................................ **4**

*0.1 TABLE OF FIGURES* ................................................................................. **5**

*0.2 electrical glossary:* .................................................................................. **7**

*0.4 Heart Rhythm Glossary* ........................................................................... **8**

1.   *How do electronic control devices work?* .............................................. **9**

   **1.1. Summary of Relevant Cardiac Physiology and Pathology** ........................... **9**

   **1.2. Relevant Electrical Principles** ................................................................... **11**

   **1.3. How Does the ECD Indirectly Capture Muscles?** ..................................... **13**

   **1.4. The Importance of Pulse Durations** .......................................................... **13**

   **1.4. TASER® Electronic Control Devices Electrical Characteristics Table** ........ **15**

   **1.5. The TASER ECD Waveforms** ................................................................... **16**

   **1.7 Selective Nerve Stimulation** ...................................................................... **18**
      Electrical Stimulation of Motor and Sensory Nerves ............................................... 19
      Outline of Selective Stimulation Parameters      20
      Cardiac vs. Muscle Stimulation ............................................................................... 21
      After Effects ............................................................................................................. 21
      Conclusion ............................................................................................................... 21

*2. TASER ECDs Cannot Harm the Heart* ...................................................... **23**

   **2.1 What is Electrocution?** ............................................................................... **23**

   **2.2 No Single TASER ECD Pulse Could Stop the Heart** ................................. **24**
      Summary .................................................................................................................. 24
      Different Duration Definitions ................................................................................... 24
      Safety Margin Calculations ...................................................................................... 25

   **The Urban Myth of "Russian Roulette" 25**
      Safety Margin for a Single Pulse in the Vulnerable Cardiac Cycle Zone ................ 26
      Green Model: 130:1 (X26) and 153:1 (M26) Safety Margins ................................... 26
      Peleska Model: 100:1 (X26) and 118:1 (M26) Safety Margins ............................... 27
      International Safety Standards ................................................................................. 27
      Conclusion ............................................................................................................... 27

   **2.3. Multiple Pulses from the TASER ECD Cannot Stop the Heart** ................. **27**
      Knickerbocker Model: 74:1 Safety Margin .............................................................. 27
      Beigelmeier Model: 74:1 Safety Margin .................................................................. 28
      Dalziel Model: 84:1 Safety Margin .......................................................................... 29
      Conclusion ............................................................................................................... 29

   **2.4 Computer Modeling Results** ...................................................................... **30**

   **2.5 Animal Study Results** ................................................................................ **30**
      Sensitive Swine ....................................................................................................... 30
      Safety Margin for Frontal Hits ................................................................................. 31
      The "Negative" Pig Studies ..................................................................................... 31
      Is Ventricular Fibrillation Even an Issue? ................................................................ 33

   **2.6. Human Studies Show that the TASER ECDs Do Not Affect the Heart** .......... **33**
      Are There Any Negative Human Studies? ............................................................... 34

**2.7. How Can the ECD Affect the Skeletal Muscles But Not the Heart?** .............. 35

**2.8 The TASER ECD is Safer than Some Headache Remedies** ........................... 36

**2.9 Longer TASER ECD Applications Do Not Affect the Heart** ........................... 37
Summary ................................................................................................... 37
Standards for Long Duration Shocks ............................................................ 37
Experimental Results on Long Duration Shocks ............................................. 37

**2.10. Common Illegal Drugs *Do Not* Make the ECD More Dangerous** ............... 39
Summary ................................................................................................... 39
Cocaine ..................................................................................................... 40
Other Stimulants ........................................................................................ 40
Alcohol ...................................................................................................... 41

**2.11 Zero Cardiac Effect From TASER Device Applications to the Back** ............ 41

**2.12 Acidosis and VF** ..................................................................................... 41

**2.13 The TASER ECD Cannot Cause Cardiac Electroporation** ........................... 42
Summary ................................................................................................... 42
Discussion ................................................................................................. 42

**2.14 The TASER ECD Cannot Cause Cardiac or Remote Burns** ........................ 43

**2.15 Lethal Fainting or Vaso-Vagal Reaction** .................................................. 44

**2.16 Emotional Stress as an Indirect Cause of Cardiac Arrest** ........................... 46

**2.17 No Increased Risk From Multiple Devices** ................................................ 47

**2.18 Pacemakers and Implantable Defibrillators** .............................................. 49

*3. The Taser ECD Does Not Harm Other Organs* ........................................... 50

**3.1 Breathing** .............................................................................................. 50

**3.2. Acidosis** .............................................................................................. 51

**3.3. Rhabdomyolysis** .................................................................................. 52

**3.4. Nerves** ................................................................................................ 53
Summary ................................................................................................... 53
Laceration Nerve Damage .......................................................................... 53
Electroporation Nerve Damage ................................................................... 53
Cauterization Nerve Damage ...................................................................... 54

**3.5. Effects on the Brain** .............................................................................. 54

**3.6. Eye Injuries** .......................................................................................... 55

**3.7 Secondary Effects from Falls** .................................................................. 55

**3.8 Spinal Compression Fractures** ................................................................ 55

*4. Why do some people die while being taken into custody?* ...................... 57

**4.1. Excited Delirium** ................................................................................... 58
Why is There No Insurance Billing Code for "Excited Delirium"? ................... 59
International Classification of Diseases (ICD Codes) ..................................... 61
Position of the National Association of Medical Examiners ............................ 61

**4.2. Anti-Police Organization Fund-Raising "Studies" are Junk Science.** .......... 62
Summary ................................................................................................... 62

Causation vs. Correlation..................................................................................................63

**4.3. Examining (a few of) the Medical Examiners**.....................................................**64**

**4.4 Old Fashioned Bias and Cluster Analysis** ..........................................................**67**

**4.5 Logical Errors**........................................................................................................**68**
Science, Scientific Method, Scientific Reliability, Scientific Certainty............................68
Inverse Causation..........................................................................................................68
Stop versus Start Confusion .........................................................................................69
Example of "start-versus-stop" confusion .....................................................................69
Some Means All.............................................................................................................70
Circular Illogical Reasoning on Drugs ..........................................................................71

**4.6 The "Last Straw," "Over the Edge," or "Boo!" Causation Theories** .............**71**

**4.7 Just a Little Bit Longer**..........................................................................................**73**

**4.8 Legal Warnings as a Substitute for Scientific Causation.** ...............................**74**

**4.9 Keeping the Rhythm** ..............................................................................................**75**

***5.0 Epidemiology***.......................................................................................................**76**

**5.1 Field Usage Statistics** ...........................................................................................**76**

**5.2 Training Usage Statistics**......................................................................................**77**

**5.3 Mortality Rates** ......................................................................................................**78**

6.0 REFERENCES...............................................................................................**79**

## 0.0 FREQUENTLY ASKED QUESTIONS

In well over a century of medical, scientific, and electrical research there is no support for speculations that the minimal amount of current and energy delivered into a human body by a TASER CEW discharge, or discharges, is likely, or even medically and/or scientifically possible, to directly cause clinically significant adverse effects, serious injury or death.

Q. Does a TASER® ECD (Electronic Control Device) actually *deliver* 50,000 V (volts)?

No. The TASER X26 delivers 400 V in its pulse. See page 15.

Q. Has anyone actually been killed by a TASER ECD?

No. The only deaths scientifically linked to an ECD were those of four resisting subjects that indirectly sustained head injuries secondarily after ECD induced falls. See page 55.

Q. Is there any danger from an ECD to a person with a pacemaker or an implantable defibrillator?

In general, no. There is a theoretical tiny risk for someone with certain older pacemaker models but no such ECD induced injury has ever been recorded. See page 49.

Q. How many human beings have taken a TASER ECD hit so far?

About 1,200,000. See page 76.

Q. Are long duration ECD exposures or simultaneous ECD multiple hits more dangerous?

No. Electricity does not build up in the body like a poison. See page 37.

Q. Is it true that the AMA (American Medical Association) does not recognize "excited delirium" or "excited delirium syndrome" as a diagnosis?

Yes, but only by logic concluding that the AMA does not recognize bullet wounds either. See page 59.

## 0.1 TABLE OF FIGURES

Figure 1. The heart has 4 chambers and 4 valves. .............................................. 9

Figure 2 TASER X26 peak currents are much lower than those of a strong static shock. The defibrillator pulse is 1 million times longer in duration than the static shock. ................................................................................................................... 12

Figure 3 The threshold in amperes for the capture of the A-$\alpha$ motor neurons as a function of the pulse duration. Note that narrow pulses require much more current. ........................................................................................................... 14

Figure 4 The threshold in mJ (millijoules) for the capture of the A-$\alpha$ motor neurons as a function of the pulse duration.......................................................... 14

Figure 5 Output waveform of TASER X26 ECD in tissue. The output circuit attempts to deliver a constant charge per pulse. Thus the output current is largely load independent................................................................................................. 17

Figure 6 ADVANCED TASER M26 output waveform into a typical load. Due to the short duty cycle, the net average effective current is < 1 mA compared to the instantaneous peak current of 15 A or more. ..................................................... 18

Figure 7. Normal EKG (electrocardiogram or ECG). The tall spike is the R-wave. The rounded positive humps before and after are the P-wave and T-wave respectively. ..................................................................................................... 26

Figure 8. Fibrillating currents as a function of body weight. Note that the ~2 mA ECD currents are barely off of the zero line. ..................................................... 28

Figure 9. ECD current tends to follow the grain of the skeletal muscles. Very little penetrates the body below the muscles. (Note: this illustration is not to scale, nor does it illustrate the optimal electrical impulse vulnerable probe positions)........ 35

Figure 10. Short applications (less than 1 second) require increasing current levels to induce VF. ............................................................................................ 38

Figure 11. Summary of animal studies going back to 1936 show that at a certain time ($t_2$ which is 0.8-5 s) the risk of electrocution does not increase with longer durations. ....................................................................................................... 38

Figure 12. The TASER X26 current is 1 million times removed from the level of current required to cause internal burns. Due to the special waveform design the device is able to partially contract some muscles with its low average current of only 2 mA. ...................................................................................................... 43

Figure 13. Appendectomy CPT for Nevada....................................................... 60

Figure 14. The rate of the TASER ECD (CEW or Conducted Electrical Weapon) being mentioned as contributory is now dropping rapidly.................................... 67

Figure 15. The "over the edge" speculation requires the suspension of scientific facts and logic. .................................................................................................. 72

Figure 16. Low deployment departments have much higher usage rates per ECD as they are called out to many difficult situations while each officer has an ECD in full deployment departments. ............................................................................ 76

Figure 17. Distribution of Human Exposure Training Policies. ........................... 78

## 0.2 ELECTRICAL GLOSSARY:

Current    Measure of the number of electrons per second flowing along an electrical path. Unit is the "ampere."

Voltage    Electrical pressure pushing an electrical current. Unit is the "volt."

Resistance    Measure of resistance to electrical current. Unit is the "ohm."

milli    A thousandth of a unit. For example a mA ("milliampere") equals 0.001 amperes (or $10^{-3}$ amperes).

micro    A millionth of a unit. For example a μA ("microampere") equals 0.000001 amperes (or $10^{-6}$ amperes).

kilo    One thousand of a unit. For example a kA ("kiloampere") equals 1000 amperes.

Mega    One million of a unit. For example a MA ("megampere") equals 1,000,000 amperes.

volt    Unit of voltage classically defined as the voltage from a certain type of battery cell.

coulomb    Unit of electrical charge equal to 6,240,000,000,000,000,000, or 6.24 quintillion or $6.24^{18}$, electrons

ampere    Unit of current equal to 1 coulomb of charge per second or 6,240,000,000,000,000,000 electrons per second.

joule    Unit of energy approximately equal to 0.2388 cal (calorie) of heat energy. One cal equals 4.2 J (joules).

watt    Unit of power equal to a rate of energy flow of 1 joule per second. Also equals 1/746 horsepower.

ohm    The amount of resistance that requires 1 volt to push 1 ampere of current through a path.

## 0.4 HEART RHYTHM GLOSSARY

Sinus rhythm Actually, the good rhythm. Normal "sinus" rhythm means the heart is beating normally.

Fibrillation    Chaotic electrical activity in which no pumping occurs. If found in the ventricle this is called VF (ventricular fibrillation) and the patient will die unless promptly defibrillated with a strong shock.

Asystole       "Flatline" rhythm with zero or almost zero electrical activity. Not inducible with electrical stimulation. Very common with excited delirium.

PEA  Pulseless electrical activity. The heart has some electrical activity but there is no mechanical response.

## 1. HOW DO ELECTRONIC CONTROL DEVICES WORK?

The TASER® ECD (electronic control device) (or device) functions by delivering carefully tuned (short duration and low energy) pulses to the motor neuron system to capture skeletal muscles and prevent a person from harming themselves or others.[1] These are small battery operated handheld devices.

### 1.1. Summary of Relevant Cardiac Physiology and Pathology

A cardiac arrest is the complete cessation of the heartbeat and results in death in seconds. This is almost always due to VF (). This is not a "heart attack" or "heart failure."

The heart consists of four main chambers called the left and right atria and the left and right ventricles as seen in Figure 1. The heartbeat signal originates in the right atrium and travels down to the ventricles.



**Figure 1. The heart has 4 chambers and 4 valves.**

During rest, the heart beats about 70 times per minute in the adult male, while pumping about 5 liters of blood in that minute. The cells of the pacemaker region

9

(of the heart) oscillate spontaneously about 70 times each minute. This, in turn, initiates a similar discharge of the nearby muscle fibers of the atrium. A tiny electrical signal sweeps over the atria, causing them to contract.

When this signal reaches the border between the atria and the ventricles, it is picked up by the AV (atrio-ventricular) node. This delays the signal slightly (about 1/10th of a second) to allow the ventricles to fill with the blood from the atria. The AV node then connects to a system of branching fibers that carries the electrical current to all parts of the ventricles.

The contraction of the ventricles (lower chambers of the heart) in response to this electrical activity is called systole. A period of recovery follows called diastole. Here the heart muscle relaxes and the atria refill.

The electrical activity of the heart can be detected by electrodes placed at the surface of the body. Analysis of an EKG (electrocardiogram or ECG) aids in determining, for example, the existence of damage following a heart attack. This is because death of a portion of the heart muscle blocks electrical transmission through that area and alters the appearance of the EKG.

In VF, impulses arising in the ventricles are disorganized and random. If this happens, the ventricles begin to twitch spasmodically. In VF, blood flow ceases and — unless the heart rhythm is reset — death follows swiftly — within seconds. In fact, VF is the immediate cause of as many as 25% of all deaths.

Hospital emergency departments, ambulances, and (recently) commercial aircraft and grade schools are routinely equipped with AEDs (automatic external defibrillators) which, by giving the heart a strong jolt of direct electrical current, will typically reset its rhythm and restore the victim's life.

The coronary arteries feed blood back to the heart muscle itself. When an artery is blocked the muscle being fed by this artery will die. This is called a "heart attack" or "myocardial infarction." Sometimes the heart is so weakened by the heart attack that it slowly wears out and the patient dies after a few years. This slow death is referred to as "heart failure."

VF (the most common type of cardiac arrest) is an electrical riot of the heart cells. It results in death in seconds. It is not a heart attack; it is not heart failure.

Automobile analogies may be helpful. The heart attack is a fuel problem in that the fuel (blood) is being restricted from getting to the heart muscle itself. VF is an electrical conduction disturbance, or absence of coordinated electrical impulse, problem in the heart. Finally, heart failure is the engine simply slowly wearing out.

**Table 1. Most common lethal cardiac problems.**

| Condition | Car Analogy | Caused by | Typical time to death |
|---|---|---|---|
| Myocardial infarction (heart attack) | Fuel problem | Blocked artery | > 1 minute |
| Cardiac arrest | Electrical problem | Typically ventricular fibrillation | 5-10 seconds |
| Heart failure | Engine wearing out | Typically nonfatal heart attack | 5-10 years |

## 1.2. Relevant Electrical Principles

It is helpful to understand some basic electrical terms to explain how the ECD pulses are actually weaker than a strong winter static electricity shock.

Electrical current is merely the number of electrons going down a wire per second. Since the number of electrons per second is very large, the term "ampere" (abbreviated "A") is used to represent a large number of these electrons per second. The ampere is a measure of the rate of flow of the electrons. Thus, 1 A is a flow rate of one C (coulomb) in one second. One C is 6,240,000,000,000,000,000 (or 6.24 quintillion) electrons. While a very large number, 6.24 quintillion electrons, is approximately equivalent to the number of water molecules in two (2) drops of water. One ampere is also 374,400,000,000,000,000,000 electrons per minute (60 seconds).

The "voltage" is merely the electrical pressure pushing the current down its path. One V (volt) is roughly the voltage from a single battery cell and this was its classic definition.

Qualitatively, it makes sense that a high resistance path would allow less electrical current for the same electrical pressure or voltage. (This is just like a thin water hose requiring more pressure to push water through it.) In fact, this is quantitatively exactly how the $\Omega$ (ohm) of resistance is defined. It is the ratio of the voltage divided by the current.

Steady shocks of the current flowing through the human chest of 1/3 (0.33) ampere are typically fatal. Yet, a strong static electricity shock can have 100 times that much peak current — 30 A. The reason that the 30 A peak static shock is not fatal is that the pulse of the static electrical discharge is too short in duration to affect the heart.

The area under the current curve (see Figure 5) is called the "electrical charge." That is the total number of electrons delivered. A charge of 1 C is defined to be 6,240,000,000,000,000,000 electrons. The charge from a TASER X26 (X26) is about 100 µC (microcoulombs) or about 624,000,000,000,000 electrons. The charge from the main pulse of the ADVANCED TASER M26 (M26) is about

85 µC. Due to the high frequency of the M26 waveform, the net charge (that which could theoretically affect the heart) is only 32 µC vs. the 88 µC of the X26.



**Figure 2 TASER X26 peak currents are much lower than those of a strong static shock. The defibrillator pulse is 1 million times longer in duration than the static shock.**

In comparison, an AED delivers appropriately 40 mC (millicoulombs) into the person at discharge. Thus, the AED delivers approximately 400 times the charge as a TASER ECD (.04 C vs. .0001 C).

### 1.3. How Does the ECD Indirectly Capture Muscles?

The TASER ECD delivers a rapid series of very short duration (10 to 100 μs) electrical pulses. Each pulse has less peak current than a strong static electricity shock that one could get from a doorknob on a winter day. (See Figure 2) Just as a strong static shock temporarily incapacitates someone, this series of 19 very short duration shocks per second from the TASER X26 will likely temporarily incapacitate a violent criminal resisting arrest so that law enforcement officers will not have to use force tools or techniques with higher risk exposures, greater levels of physical force, multiple officer restraint techniques, chemical agents, impact tools (clubs), or firearms.

The ultra-short electrical pulses applied by TASER ECDs are intended to stimulate A-α motor neurons, which are the nerves that control skeletal muscle contraction, without stimulating cardiac muscle. Many types of factors contribute to the cardiac safety of these devices as seen in:

**Table 2. Factors promoting cardiac safety in spite of skeletal muscle control.**

1. The anatomic location of the heart farther from the barbs than the skeletal muscles

2. Short durations of the electrical pulse

3. Anisotropy of skeletal muscle tending to wrap current around the thorax instead of into the thoracic cavity

4. Electrical shielding effect of the perpendicular muscle grain between the pectoralis major and minor, between pectoralis minor and intercostals, and between the intercostals and the epicardium

5. The electrical shielding effects of the lungs around large portions of the heart

### 1.4. The Importance of Pulse Durations

Nerve and cardiac electrical stimulation is accurately described by the strength-duration curve applied to average current.[2] The threshold for stimulation with pulses of infinite duration is the lowest and is called the "rheobase." The threshold for shorter stimulation pulses then rise up from the rheobase (minimal) levels of current as the pulse is shortened. The duration at which the required field *doubles* is called the "chronaxie," abbreviated $d_c$. Pulses with duration near the chronaxie are most energy efficient for stimulation.



**Figure 3 The threshold in amperes for the capture of the A-α motor neurons as a function of the pulse duration. Note that narrow pulses require much more current.**

Figure 3 shows a representative strength-duration curve for widespread transcutaneous stimulation of A-α motor neurons which control skeletal muscle contraction. The rheobase for A-α motor neurons is approximately 1 A (ampere) with a chronaxie of 100 µs (microseconds). In contrast, the cardiac chronaxie, for transcutaneous stimulation, is 3–5 ms (milliseconds) — 30–50 times longer in pulse duration.

Figure 4 shows the relative energy requirements to capture the A-α motor neurons with different pulse widths. Note that the most energy efficient pulse width is about 100 µs.



**Figure 4 The threshold in mJ (millijoules) for the capture of the A-α motor neurons as a function of the pulse duration.**

14

## 1.4. TASER® Electronic Control Devices Electrical Characteristics Table

| Electrical Output Characteristic | TASER® X26 and C2 | ADVANCED TASER® M26 |
|---|---|---|
| TASER ECD Waveforms, Pulse Plots, Pulse Rates | | |
| Waveform | Complex (a single cycle 100 kHz [kilohertz] arcing phase followed by monophasic 100 µs [micro-second] stimulation phase). 48 µs decay time constant | 50 kHz damped oscillation with a 17 µs decay time constant |
| Pulse Rate | 19 PPS (pulses per second) crystal controlled. For C2 this drops to 12 pps for 15 s, goes back to 19 pps for 2 and then 8 pps for the last 8 s. | 20 ± 25% PPS with NiMH® recharge-able cells<br>15 ± 25% PPS with Alkaline cells |
| Pulse Duration | 100 µs | 40 µs full waveform<br>10 µs main phase |
| Total per second discharge time ("on" time) | 0.0019 seconds. Less for C2 on average | 0.0008 seconds (at 20 PPS) |
| A "delivered" parameter represents the amounts that enter a subject's body when a circuit is completed and current is delivered from the TASER ECD. Energy delivery is bipolar. | | |
| Voltage - peak (into 400 Ω [ohm] load)<br>Voltage - avg. over duration of main phase<br>Voltage - avg. over duration of full pulse<br>Voltage - average over one second | 1,200 V (volts)<br><br>442 V<br><br><br>400 V<br><br>0.84 V (0.56 average for C2) | 5,000 V<br><br>3,400 V<br><br><br>320 V<br><br>1.44 V |
| Current - average over one second - (average current is the flow of cou-lombs) - mA (milliamperes) (0.001 A [amperes]) | 2.1 mA or 0.0021 A (average rectified current)<br>1.9 mA current from main phase which is a better estimate of stimulation capacity.<br>These are 1.4 and 1.3 mA respectively for the C2 | 3.6 mA or 0.0036 A (average rectified current)<br>1.7 mA current from main phase which is a better estimate of stimulation ca-pacity |
| Energy per pulse delivered into (400 Ω) load | 0.07 J (joules) | 0.50 J |
| Delivered charge - main phase | 100 µC (microcoulombs), 88 µC net | 85 µC, 32 µC net |
| Power output - de-livered into (400 Ω) load | 1.33 W (watts)<br>0.88 average for C2 | 7.39 W at 15 PPS |
| Estimated current density in heart | Less than 2.7 mA/cm$^2$ for the following conditions: TASER ECD mode: drive-stun, probe placement: frontal chest, subject dimensions: at least 40 cm chest diameter, and BMI > 26 | |

15

| Electrical Output Characteristic | TASER® X26 and C2 | ADVANCED TASER® M26 |
|---|---|---|
| A "STORED" PARAMETER  REPRESENTS A VALUE FOUND INSIDE THE ECD CIRCUITRY AND IS NOT "DELIVERED" INTO THE SUBJECT. | | |
| Waveform and stimulation capability with typical 400 Ω load | 1 A average current during 100 µs pulse | 8.5 A average current during 10 µs main phase<br>0.8 A average current during 40 µs full pulse |
| Voltage - peak (open circuit arcing - 5 cm (centimeter) arc) | 50,000 V | 50,000 V |
| Energy per pulse - at main capacitor | 0.36 J | 1.76 J |
| Power output - delivered to main capacitor | 6.84 W (4.52 for C2) | 26 W at 15 PPS |
| TASER ECD Power Source | | |
| Power source | Digital Power Magazine (DPM) or eXtended DPM (XDPM)<br>Two 3 V camera cells (Duracell® Ultra, CR123A) | 8 - AA NiMH® cells (1.2 V per cell) or<br>8 - AA Alkaline cells (1.5 V per cell) |
| Expected number of TASER device discharges from fresh battery of cells | Approximately 195 five-second discharges, depending on temperature, battery charge and load characteristics. | 200–300 typical, depending on temperature, battery charge and load characteristics. |
| Expected number of TASER pulses per battery of cells | 20,000 pulses (estimate) (19 pps x 5 s = 95 pp/5s; 95 pp/5s x 195 discharges = 18,525 pulses per battery of cells [this can be estimated to 20,000 pulses]) | 6,000 pulses (M26 with battery of eight NiMH® AA) 1700 mAh (milliampere hour) penlight cells have been tested to continuously discharge for up to 6.5 minutes – which calculates to approximately 6,000 pulses per fresh battery of 1700 mAh cells |

## 1.5. The TASER ECD Waveforms

The TASER X26 ECD, is a 7.2 ounce, limited power source is a battery of two three-volt "photo" (lithium camera-type) cells (Duracell® CR123) operated, pistol-shaped device that shoots two tethered darts and delivers 19 very short duration pulses per second (19 PPS) with a typical peak voltage of 1200 V (1000-1400 V) for a five-second burst. The average voltage — which is what leads to stimulation — is actually only 400 volts. The device also generates an open-circuit (arcing) voltage of up to 50,000 V to arc through air or across thick clothing but that voltage is never seen in, or "delivered" into, the body. Briefly, the pulse generated is a specially designed short pulse with a pulse duration of about 100 µs to efficiently capture alpha motor neurons while having minimal cardiac effects.[3,4] (These devices should not be confused with a generic "stun gun" which uses

various high frequency electrical currents, over a short fixed-electrode vector, to cause pain without motor neuron activation resulting in skeletal muscle capture.)

The typical electrical charge delivered is 100 µC (microcoulombs) giving an average net current of approximately 2 mA (milliamperes) (=19 pulses per second • 100 µC). As seen in Figure 5, the peak current of the normal pulse (labeled 1X) is 3.3 amperes (typical range of 3.0-3.6 A).



**Figure 5 Output waveform of TASER X26 ECD in tissue. The output circuit attempts to deliver a constant charge per pulse. Thus the output current is largely load independent.**

In probe deployment mode, the M26 and X26 devices use compressed nitrogen to fire two small probes at distances up to 7.7 m (meters) which is 25 feet. TASER cartridge models are available to reach out to 11 m (35 feet), as well. These probes, which are designed to pierce or become lodged in most light clothing, are discharged from the cartridge at a velocity of approximately 200 feet per second and can penetrate the body to a depth of no more than 13 mm (millimeters). The X26 is 60% smaller, 60% lighter, and consumes one fifth (1/5th) the power of the M26. Yet, the direct incapacitating effect of the X26 has been estimated to be 5% greater than that of the M26 due to the more optimal pulse duration.

The TASER M26 delivers damped sine wave current pulses with a fundamental frequency of 50 kHz (kilohertz) as seen in Figure 6. The main phase has a peak current of about 15 A and an average current of about 8.5 A. The output voltage will vary with contact impedance and may exceed 50,000 V to arc through air and/or clothing when the probes are not directly contacting the body; dropping to a delivered voltage of about 3,000–5,000 V. The first, main cycle (or primary phase) is about 10 µs long and delivers the charge to cause the A-α motor neuron capture. The charge in this phase is about 85 µC. The other phases do not appear to contribute to the contraction but actually cancel some of the effects of

17

the principle phase as far as cardiac stimulation. Thus the "net" charge (of 32 μC) is the best measure for predicting cardiac stimulation.[5]



**Figure 6 ADVANCED TASER M26 output waveform into a typical load. Due to the short duty cycle, the net average effective current is < 1 mA compared to the instantaneous peak current of 15 A or more.**

## 1.7 Selective Nerve Stimulation

The low-current, brief pulse-width stimulus train applied by the latest generation of electrical weapons is intended primarily to capture the motor neuron and cause the activatation of skeletal muscle contraction (thus disabling the target individual through incapacitation of their ability to voluntarily move and to stand), while secondarily also eliciting strong sensations of sensation overload and dis-comfort. An important safety concern of the electrical weapon technology is to significantly minimize or eliminate stimulation of the heart, which could cause life-threatening arrhythmias or cardiac arrest. The low-current and — in particular — brief pulse duration nature of electrical weapon stimuli applied through darts (which have contacted the torso), or directly in drive-stun, are inherently protec-tive against such cardiac events (i.e. because current needs to penetrate deep within the torso to reach the heart itself, and because stimulus pulse durations needed to activate the heart are longer in duration than those needed to stimu-late skeletal muscle or nerve). See Table 2.

In general, skeletal muscle activation by electrical stimulation is elicited by excita-tion of α -motor neurons which innervate such muscle fibers. This fact often comes as a surprise, in that skeletal muscle cells are themselves excitable. Re-call that "rheobase" is defined as the minimum stimulus strength necessary (gen-erally occurring at long stimulus durations or pulse widths) and "chronaxie" is the

stimulus duration needed at twice the rheobase stimulus strength (as a measure of how steeply the strength-duration relationship rises for brief stimulus durations).

Skeletal muscle, per se, excitability, however, is far less than that of their motor neuron cells in that both rheobase and chronaxie values of skeletal muscle are higher than those of the myelinated nerve axons which innervate them. Thus there is essentially zero direct activation of skeletal muscle cells. Sensations of pain, discomfort, sensation overload, etc. in response to electrical weapon stimuli would be expected to result from a host of sensory nerve fiber types, to some extent dependent upon the specific locations of electrical weapon dart attachment to the body (as well as the specific tissues located between and near the darts in what might be called the "capture" zone of the darts where excitable cells are likely activated).

**Electrical Stimulation of Motor and Sensory Nerves**

Electrical stimulation of motor or sensory nerves can be achieved in general if an imposed electric field near such nerves is sufficient in amplitude, timing and spatial extent to depolarize (i.e. shift the cell's membrane potential in a positive direction) the cell to "threshold" (where an action potential is elicited). Rattay's "activating function" modeling approach to nerve excitation implies that relatively long, straight cell processes (such as the axons of α-motor neurons which may be up to a meter in length as they pass from their cell bodies out to muscles in the extremities) are stimulated according to the shape of the E field (i.e. electric field) imposed along their lengths where *changes* in the E field (which will also correlate to *changes* in the current density J) bring about stimulation.[6]

In this brief analysis, however, we will focus only upon a corollary to Rattay's theory which also states that where nerve cells start and stop (i.e. at their cell body or at their connections to other cells such as at skeletal muscle innervation sites or at the end receptors of sensory cells, etc.) or where such cells bend with respect to the imposed E field (e.g. near the electrical weapon darts where current spreads out away from the dart penetration sites) then stimulation thresholds tend to correlate well to the *magnitude* itself of the imposed E field (or current density J).

The largest diameter myelinated α-motor neuron axons (which innervate skeletal muscle fibers) tend to have relatively low electrical thresholds. This is because, in general, threshold correlates inversely with cell diameter (so larger diameter cells are easiest to stimulate). Large 20 micron diameter α-motor neuron axons require an E field minimum of about 6 V/m (volts per meter) (or 60 mV/cm (millivolts per centimeter)) along each cell at threshold which in theory then scales inversely with diameter (threshold doubles for fibers half the size, etc.).[7,8] Thresholds for relatively brief stimulation pulses then rise up from minimal (rheobase) levels of current. The degree of threshold increase with decreased

19

pulse width is often described in terms of a strength-duration "time constant" ($\tau$ pronounced "tau") which, in turn, is related to the "chronaxie."[1] A quick and relatively simplistic review of the sizes of a range of motor and sensory nerve myelinated axons then predicts the following approximate rheobase E field threshold levels and corresponding strength duration time constants:

**Outline of Selective Stimulation Parameters**
*Motor Efferents and Afferents* ($\tau$ about 80-150 µs (microseconds))
       Motor neuron axons (lead to skeletal muscle contraction)
              A- $\alpha$ myelinated fibers
              About 13 microns (8-20 microns)
              About 9 V/m threshold (6-15 V/m)

       Muscle spindles (participate in stretch reflex of skeletal muscle)
              Ia A- $\alpha$ myelinated fibers
              About 17 microns (13-20 microns)
              About 7 V/m threshold (6-9 V/m)

       Golgi tendon organs (sense muscle tension)
              Ib A- $\alpha$ myelinated fibers
              About 16 microns (12-19 microns)
              About 7.5 V/m threshold (6-10 V/m)

*Sensory cutaneous and sharp pain*
       Cutaneous tactile receptors, vibration, fine touch ($\tau$ about 30 µs)[9]
              II A-ß and A-$\gamma$ myelinated fibers
              About 8 microns (2-15 microns)
              About 15 V/m threshold (8-60 V/m)

       Sharp pain, temperature, crude touch ($\tau$ about 650 µs; Li and Bak, 1974)
              III A-$\delta$ myelinated fibers
              About 3 microns (1-5 microns)
              About 40 V/m threshold (24-120 V/m)

---

[1] Depending upon the strength-duration model used, time constant $\tau$ can be thought of as about equal to the chronaxie, or as about equal to 1.4 times the chronaxie level. Note also that strength duration time constant and chronaxie are known to vary quite a bit depending upon the exact means of stimulation and the spatial extent of the stimulation field with respect to the tissues excited.

Perceptions of pain, discomfort, and sensation overload are carried not only by the myelinated axons as described above (type III A-$\delta$ fibers) but also by small, nonmyelinated type IV C axons. These are the cells thought to be responsible for dull, aching diffuse pain (as opposed to the sharper pain carried by type III fibers). From the work of Li and Bak[10] we can estimate that C fibers have stimulation thresholds about twenty times higher than those of sensory A fibers. Specifically:

> Dull, diffuse pain; post-ganglionic autonomic fibers ($\tau$ about 500-600 μs; estimated from Li and Bak, 1973)[10]
>> IV unmyelinated C fibers
>> About 0.5-2 microns
>> Thresholds of about 500 V/m or higher.

**Cardiac vs. Muscle Stimulation**

By comparison to motor or sensory myelinated nerves, the heart's excitability (as in pacing of the heart) is relatively low for brief stimuli. This is because, despite the fact that the minimum (rheobase) level of stimulus needed for long duration pulses is probably similar between cardiac cells and myelinated nerves[8] cardiac strength-duration time constants are about 2-3 ms or higher (i.e. at least 10-20 times higher than the A-$\alpha$ motor neuron fibers which control skeletal muscle contraction). The heart is also located deep within the torso (as opposed to the skeletal muscle which comprises much of the superficial layers of the torso and into which electrical weapon darts may penetrate if they embed just below the skin). Thus, relatively little, if any, current will pass through the heart in this situation. This effect of relatively low penetration into the heart given surface or near-the-surface stimulation of tissues is well known and well studied both in the electrical safety literature as well as the medical literature of transthoracic pacing and defibrillation.

**After Effects**

Muscles immediately relax after the nerve signals are released. This is most clearly demonstrated by the rapid muscle contraction and release from the playing of the piano or from any repetitive movement,

**Conclusion**

The TASER X26 delivers a somewhat complex "shaped" stimulation waveform that (to a first approximation) appears as a pseudo monophasic (half sinusoid) pulse of about 50-100 μs duration about every 50 ms (delivering peak currents that can range over several amperes but with only about 88 μC of net charge delivered). This waveform is shown in Figure 5. From both efficacy (in terms of efficiently activating skeletal muscle between and near the darts) and safety (in terms of activating skeletal muscle with a wide safety margin in comparison to

21

corresponding current levels that would be needed to excite or fibrillate the heart) viewpoints, the TASER X26 stimulus pulse appears to be a very good stimulus. This is because:

The duration of the X26 stimulus pulse is on the order of the strength-duration time constant $\tau$ (and chronaxie) for electrical excitation of the $\alpha$ motor neuron fibers which innervate and control the contraction of skeletal muscle, making it an effective stimulus in terms of pulse duration. It appears likely that reflex activation of additional skeletal muscle response may also occur through excitation of motor afferent myelinated nerves.[2]

The very short duration of the X26 pulse is also likely to result in widespread excitation of cutaneous myelinated nerves responsible in normal function for senses of touch, pressure, vibration, pain, and temperature. Given the modest separation of the timing of the X26 pulse (again, about 50 to 100 μs in duration) in comparison to the time constant values for excitation of the type III A-™ myelinated nerve fibers responsible for "sharp" pain ($\tau$ equal to about 650 μs) as well as for activation of C fibers responsible for dull or aching pain ($\tau$ equal to about 500-600 μs), one can conclude that activation of nerves responsible for perception of pain (at least in normal sensation) would certainly be higher if the X26 pulse were increased in duration.[3] C fibers also have notably higher thresholds (in terms of rheobase E fields necessary to stimulate) than myelinated motor or sensory nerve fibers.

---

[2] Skeletal muscle not contained within the "target" zone of the electrical weapon darts might also be activated if motor afferent or efferent nerves are stimulated which then innervate more distant musculature (as in the instance where nervous structures within or entering/leaving the spinal cord might be excited).

[3] The subject of the nature and qualities of sensory perception through electrical stimulation is also well studied; of note is the qualifier that perception is known to vary when stimulation is compared to normal sensation where the (presumably) same nerve fibers are activated. Sensation with electrical stimulation tends to be "less natural", and more difficult to describe, and is often perceived as "overwhelming" due to the unnatural simultaneous sensory nerve activation.

## 2. TASER ECDS CANNOT HARM THE HEART

### 2.1 What is Electrocution?

"Electrocution" is the term first coined to describe the government's execution of a criminal by use of electricity. It was a contraction of "electrical execution." Today the term "electrocution" is more broadly used to describe the induction of a cardiac arrest by the application of, or exposure to, electrical shock. This is what has inappropriately been theorized as the mechanism by which a TASER ECD could allegedly kill a person. It is an immediate death — on the order of seconds (≤ 5 seconds) — as electricity does not linger or build up in the body like a poison.[11-19]

The electrical induction of VF has recently become one of the best scientifically researched causes of death.  Paradoxically, this is due to the surgical implantation of lifesaving ICDs (implantable cardioverter defibrillators) about 500 times per day when an EP (cardiac electrophysiologist) will intentionally electrocute (use electricity to induce a cardiac arrest) a patient.[20,21] The ICD will then recognize the ensuing electrically induced VF and deliver a lifesaving electrical shock thus verifying the ICD's proper function.

From this experience of over 1,000,000 such intentional electrocutions, certain facts have been medically and scientifically established beyond any shadow of a doubt:

1. VF is either induced or not induced within 1-5 seconds.[4]

2. Rhythms of asystole and PEA (pulseless electrical activity) are not induced.

3. The cardiac pulse disappears immediately.

4. The patient loses consciousness within 5-15 seconds.

5. A sufficiently strong defibrillation shock—either internal or external—restores a cardiac sinus rhythm 99.9% of the time.

6. There is no increased risk of a later VF since electrical current does not linger, or build up, in the body as a poison or drug might.

---

[4] This must not be confused with the more complex process of using elaborate pulse sequences to induce a non-fibrillation tachycardia.

These scientifically indisputable facts are appreciated by only a few media re-
porters, as can be ascertained by "TASER-related deaths" headlines and media
stories. Fortunately, the majority of medical examiners do understand these sci-
entific facts as can be seen from the increasing sophistication of autopsies in the
same media misreported cases. Unfortunately, a few earlier medical examiners
(prior to 2007) — especially those who failed to consult with an electrophysiolo-
gist — did not share this basic understanding.

As amazing as it may sound, there are medical examiners who are *unaware* of
the existence of this important medical specialty.[22]

This human experience is entirely consistent with over 70 years of animal electri-
cal safety studies and international and Underwriters Laboratories standards.

## 2.2 No Single TASER ECD Pulse Could Stop the Heart

### Summary

The TASER ECD cannot stop the heart.[23] While a battery powered hand-held
TASER ECD has very brief duration high currents, just like a strong static elec-
tricity shock, the very brief electrical pulses are significantly too short in duration
to affect the heart.

First, it is important to note that no scientifically reliable data exists to find that a
TASER ECD causes electrically induced cardiac death. And, decades of scien-
tifically reliable electrical injury and biomedical electrical device history clearly
demonstrates that hand-held battery powered TASER ECDs are within electri-
cally safe output ranges. Also, the safety of the TASER devices has been verified
in numerous human and animal studies. It is doubtful that any law enforcement
use-of-force technique or tool has been tested so thoroughly for safety or effec-
tiveness.

### Different Duration Definitions

The term "duration" is used in the study of electrophysiology with 2 very different
scales.

1. Pulse duration. This is the width of a total length of time in seconds of an
   individual electrical pulse and is typically 1 ms (millisecond, thousandth of
   a second) or even far less. For example the pulse duration of an X26 ECD
   is about 0.1 ms or 100 µs. This duration is on the scale that a cell requires
   to be stimulated.

2. Shock or application duration. This refers to the total length of time that an
   electrical current is applied on the order of time that a human could esti-
   mate it. This is typically 1 second or more. For example, the programmed
   X26 application duration is 5 seconds. During that time it will deliver 95 (or

19 PPS (pulses per second) times 5 s (seconds) = 95 PPS/5s) of the short duration pulses.

**Safety Margin Calculations**

The best evidence for the cardiac safety of the TASER device lies in the 670,000 voluntary training exposures and 515,000 field uses (total of about 1.2 million human uses) without any credible evidence of a resulting cardiac arrhythmia.

Nevertheless, the safety margin of the TASER device outputs can be quantified by comparing them to published scientific data on the electrical induction of VF (the main cause of cardiac arrest).

There are two primary ways to deliver an electrical shock to induce VF. The first is to deliver a sufficiently strong single shock exactly during a particularly vulnerable point in the heartbeat cycle. (The multiple pulse method is covered in Section 2.3) The vulnerable spot, or period, is called the "T-wave." See Figure 7. More accurately it is the first half of the T-wave.[24]

**The Urban Myth of "Russian Roulette"**

The suggestion that the TASER device could induce VF by shocking into the vulnerable period of the heartbeat cycle has been referred to as "Russian Roulette," "Lightning Lottery," or the "Tailspin."

An ACLU (American Civil Liberties Union) report, with some of the cardiologists' quotes, might give one the impression that each time a law enforcement officer uses the TASER ECD, they are playing a lottery game.[25] And, once in a while, they will hit a lucky (or un-lucky) spot in the cardiac cycle and kill the person. They quote Dr. Kathy Glatter's December 2004 statement where she stated, "If I hit the heart or create electricity in the wrong time of the [heart beat] cycle, it could send the whole heart into an electrical tailspin." In January 2005, Dr. Zian Tseng had a more colorful metaphor when he stated to a media reporter, "I think [ECDs] are dangerous...you are shocking someone repeatedly, it becomes a bit like Russian Roulette. At some point, you may hit that vulnerable period."

This T-wave is the "vulnerable" period of the heartbeat as this is when the heart is the most sensitive to an electric shock causing VF (ventricular fibrillation or cardiac arrest). (This is also the point where a blunt trauma mechanical shock could cause VF in a syndrome known as *commotio cordis*.) So, Drs. Glatter and Tseng were simply explaining that a sufficiently strong electrical shock in the T-wave could induce VF. To this extent, their comments are absolutely true. Are these comments relevant to the TASER ECD? Not really. They are somewhat irrelevant for two reasons. First, the most vulnerable section is the first half of the T-wave and this lasts about 54 ms (milliseconds, or .0054 seconds) on average in humans.[24] Secondly, The TASER X26 ECD puts out 19 PPS (pulses per second). That means that the spacing between pulses is about 1/19th of a second or 52.6 ms. In other words, for the average individual, no vulnerable period escapes

25

the TASER ECD pulsing – the TASER ECD pulse hits "every" T-wave. This would be an easy lottery to win. A lottery that paid off for every ticket bought!



**Figure 7. Normal EKG (electrocardiogram or ECG). The tall spike is the R-wave. The rounded positive humps before and after are the P-wave and T-wave respectively.**

### Safety Margin for a Single Pulse in the Vulnerable Cardiac Cycle Zone

The ADVANCED TASER M26 main phase delivered charge is about 85 µC (microcoulombs) and the TASER X26 delivers about 100 µC. It has been known for over a century that the critical parameter of electrical stimulation by short duration pulses is the electrical charge.[2] This has been more recently confirmed for cardiac stimulation with short duration pulses, such as those from the TASER ECDs.[26]

### Green Model: 130:1 (X26) and 153:1 (M26) Safety Margins

Green investigated the VF induction threshold for canines stimulated along their long axis.[27] He found that the lowest threshold occurred with a 5 ms (millisecond) quarter sine wave and was 2 A (amperes). Integrating, we find a minimum required charge of 6.5 mC (millicoulombs). On the basis of many studies, it is common practice to use a normalization factor of 2 to 1 to go from canine results to human as humans are so much larger than the small dogs typically used in these laboratory experiments.[8] This suggests a human VF threshold of 13 mC. With the TASER X26 charge of 100 µC we can calculate the safety margin as:

$$\text{Safety margin} = 13 \text{ mC} \div 100 \text{ µC}$$
$$= 130:1$$

For the TASER M26 the safety margin would then be even higher at:

$$\text{Safety margin} = 13 \text{ mC} \div 85 \text{ µC}$$
$$= 153:1$$

26

**Peleska Model: 100:1 (X26) and 118:1 (M26) Safety Margins**

Peleska studied capacitor discharges into the cardiac T-wave and found a minimum required charge of 5 mC to induce VF.[28] This suggests a human threshold of 10 mC.

The safety margin is thus:  100:1  = 10 mC ÷ 100 µC for the TASER X26 and:

$$118:1 = 10 \text{ mC} \div 85 \text{ µC for the TASER M26}$$

**International Safety Standards**

Revisions to the international electrical safety standard IEC-479 (IEC is the International Electrotechnical Commission) are in process which would include scientific measurements directly related to the risk of fibrillation such as the charge in microcoulombs.[29] The proposal refers to 100 µC as "disagreeable" and 10,000 µC as "ventricular fibrillation likely." Note that this second number is 100 times greater than the TASER ECD charge.

**Conclusion**

No pulse from the TASER X26 or the M26 could ever induce VF by affecting the heart during the "sensitive" spot. The charge in the device pulses is too low by factors of at least 100:1. The "Lightning Lottery," "Russian Roulette," and "Tailspin" theories are simply medically and scientifically impossible.

**2.3. Multiple Pulses from the TASER ECD Cannot Stop the Heart**

Since it is clear that no single pulse from a TASER ECD can induce VF, it is important to analyze the impact of the stream of 19 PPS (pulses per second). For the continuous current modeling, we need to calculate the "continuous" current level. With a charge of 100 µC delivered 19 times per second we have 1.9 mC per second delivered, which is an average current of 1.9 mA (milliamperes mA) for the TASER X26. The pulse rate for the TASER M26 varies from 15 to 20 PPS depending on the battery charge. With the charge of 85 µC the average current varies from 1.3-1.7 mA. The more conservative 1.7 mA is so close to the typical 1.9 mA from the TASER X26 that we can simplify calculations by using a conservative 1.9 mA for both devices. (Counting both positive and negative phases of the M26 and X26 gives slightly higher numbers of 3.6 mA and 2.1 mA respectively for the conservative TASER International, Inc. (TASER) official specifications. In my opinion, the lower numbers are the most appropriate metric for indicating the ability of the pulses to affect the heart as the polarity changing phases merely offer cancellation effects.)

**Knickerbocker Model: 74:1 Safety Margin**

Knickerbocker studied the VF threshold with 20 Hz (hertz or cycles-per-second) AC (alternating current).[30] He found a threshold of 70 mA for canines in the long axis and a 2 second connection. This suggests a human threshold of 140 mA.

27

This gives a safety margin of 74:1 = 140 mA ÷ 1.9 mA for the X26 and M26.

**Beigelmeier Model: 74:1 Safety Margin**

Beigelmeier's model holds that long-term AC (5 seconds or more) requires 1/20th of the current to fibrillate as does a single 20 ms (millisecond) pulse (which single pulse would have to be into the T-wave).[14] We can predict the single pulse VF threshold from the Jones and Geddes study which found a ratio of 52:1 for a 10 ms pulse (the widest pulse they investigated). This would give a single 10 ms pulse a VF threshold of 1.4 A = 52 • 27 mA.

Dividing this by Beigelmeier's ratio of 20 gives a predicted AC threshold of 70 mA. Doubling this for humans gives us a human threshold of 140 mA and a safety margin of:

> 74:1 for the TASER X26 and TASER M26

(which matches the results from the Knickerbocker model)



**Figure 8. Fibrillating currents as a function of body weight. Note that the ~2 mA ECD currents are barely off of the zero line.**

**Dalziel Model: 84:1 Safety Margin**

In the 1960s Dalziel performed a meta-analysis of VF thresholds for mammals.[31] This is shown in Figure 8. This includes the animal fibrillation data from Ferris dating back to the 1930s.[32] Conservatively, Dalziel included swine which are very easy to fibrillate due to subtle cardiac conduction system differences.[33] In fact, cardiac ablation — which is performed on humans daily — routinely fibrillates pigs.[34]

The average current required to cause fibrillation is given by the formula:

$$I = 3.68W + 28.5 \text{ mA}$$

Where W is the body weight in kg (kilograms). For lbs (pounds) the formula is:

$$I = 1.67W + 28.5 \text{ mA}$$

For a typical excited delirium custody-related death of 200 lbs (91 kg)[35] the average current required to fibrillate would be:

$$I = 362 \text{ mA}$$

which gives an average safety margin of 191:1. However, Dalziel recognized that sensitivities to electrical currents vary and he thus performed a statistical analysis. He plotted the lower limit of sensitivity as the middle line in the figure. Note that this middle line gives a fibrillating current of over 170 mA for our 200 lb resisting human subject. This gives a safety margin of:

Safety margin      = 170 mA ÷ 1.9 mA
                               = 89:1

**Conclusion**

The above analyses demonstrate the essentially zero risk of the induction of VF from the TASER X26 and M26 ECDs with the 2 scenarios known for cardiac risk.

For the risk of delivering a pulse into the vulnerable period of the cardiac cycle the charge required is about 100–130 times that which the TASER X26 delivers. The TASER M26 safety margin was calculated at an even higher range of 118-153:1.

We also analyzed the risk for the delivery of "continuous" current. We found a safety margin of 74:1-89:1 by 2 different methodologies for the TASER X26 and TASER M26.

It appears that the TASER device output is incapable of inducing VF in adult human beings. These analyses are based on currents through the trunk. Currents

29

passing from arm to arm have considerably higher safety margins. Other paths such as within a leg have essentially infinite safety margins. With a barb tip practically touching the heart, the margins are lower as will be discussed later.

Additionally, TASER ECDs are hand-held battery operated devices with the TASER M26 being powered by a battery of eight AA penlight cells and the TASER X26 being powered by a battery of two three-volt photo (camera) cells. And, TASER ECDs function at nearly 100% capacity when activated. Meaning, if a TASER ECD were to malfunction (for whatever reason) the amount of electrical discharge would be reduced, and not increased. Also, TASER ECDs are limited charge battery operated devices, and not plugged into a wall outlet or powered by a nuclear generator, the amount of possible electrical discharge is very much limited by the battery of cells and the ECD's maximum energy storage capacitor (about 1,88 J) they rely on.

## 2.4 Computer Modeling Results

Extensive computer modeling has been performed to analyze the flow of the ECD current in the human body by Dorin Panescu, a recognized authority in finite element analysis of biological current flow.[36-38] The models describe strength-duration thresholds for myocyte excitation and ventricular fibrillation induction. Finite element modeling is used to compute current density in the heart for worst-case TASER electrode placement. The model predicts a maximum TASER current density of 0.27 mA/cm$^2$ in the heart. Numerically simulated TASER ECD current density in the heart is about half the threshold for cardiac myocyte excitation and more than 500 times lower than the threshold required for inducing ventricular fibrillation. Showing a substantial cardiac safety margin, TASER devices do not generate currents in the heart that are high enough to excite myocytes or trigger VF. Other modeling studies have been published as well.[39]

The United Kingdom government sponsored a hybrid modeling/animal study that found very high safety margins for the induction of VF.[40]

## 2.5 Animal Study Results

### Sensitive Swine

Swine are more sensitive to electrical induction of arrhythmias than are other mammals[32] possibly due to the transmural penetration of the Purkinje fibers.[33] They are exquisitely sensitive to high frequency electrical current. For example, high frequency cardiac ablation is performed on hundreds of human patients every day without the induction of VF. However, the exact same procedure will typically lead to VF in a pig.[34]

Thus pigs provide an extremely conservative test for cardiac safety of ECDs. If an ECD fails to induce VF in a pig with conditions similar to law enforcement or

self-defense field usage, this implies a high degree of safety. If however, one is able to occasionally cause an arrhythmia in a pig (with barbs close to the heart for example) it is incorrect to then leap to the conclusion that a human would have the same risk of an arrhythmia.

## Safety Margin for Frontal Hits

A study at the University of Missouri, Columbia, determined the cardiac VF safety margin of the TASER X26 ECD. This institution has a well founded reputation for leading research in defibrillation going back decades. This study used a porcine model for the testing as pigs — pound for pound — are the easiest mammals to put into VF (ventricular fibrillation or cardiac arrest) by electricity.[32] Also, the anesthetic used, isoflurane, is known to increase the risk of VF[41] and thus this study was extremely conservative.

Even with the smallest pigs (only 60 pounds) the electrical output of the TASER X26 had to be increased by high factors to ever cause VF.

## The "Negative" Pig Studies

A well-respected University of Wisconsin research group (headed by Professor John Webster) failed to induce VF in pigs and was finally forced to surgically open the skin, and move the fat and muscle insulating the heart. Then they poured a conductive gel (which conducted about 8 times better than the removed fat and the muscle against its grain) into the surgically bored hole until it directly contacted the heart. Only then were they able to induce VF by inserting a barb into the conductive gel within 5/8 inch (17 mm) of the heart.[42] This was a very useful result as it showed the great lengths that one had to go to in order to get VF from a TASER device in a porcine model.

Significantly, when Professor Webster repeated the study with *intact* pigs the mean dart-to-heart distance to induce VF dropped dramatically to 5.8 mm. This close contact could not occur in human males due to the thicker intercostal muscles. In human females it is essentially impossible, as it would simultaneously require a very low BMI (body mass index), very slender frame, minimal breast tissue, absence of a shirt, absence of a supportive undergarment, and an unusually angled shot. This corrected paper is under review and thus the unintentional misdirection from the group's first conductive gel paper will not be fully and publicly corrected for some time.[43]

This 5.8 mm spacing corresponds to a 4 mm tip-to-heart spacing required for induction of VF in humans due to their reduced sensitivity to high frequency current. This has been verified by computer modeling by Dorin Panescu.

Using actual intact pigs, Cleveland Clinic (OH) researchers inserted TASER ECD barbs to their full depth over the cardiac apex. However, the Cleveland Clinic *never* induced VF.[44]

31

The Wisconsin group compared the required tip-to-heart spacing to echocardio-graphic skin-to-heart spacing data and suggested that there was a very small but non-zero risk of inducing VF with a perfect hit. Echocardiographic distance measurements are suboptimal due to the requirement of pressure and errors from sound velocity in different tissues. The Cleveland Clinic measured the skin-to-heart spacing in 45 patients.[45] In the BMI (body-mass-index) range seen with custodial deaths,[35] the minimum spacing found was 22 mm. Even if an XP (Extended Penetration) 13 mm barb was used and a perfect orientation and penetration was established the tip-to-heart spacing would still be 9 mm which is twice the required 4 mm spacing to induce VF.

In 2006 Nanthakumar et al presented a study of TASER ECDs using 6 pigs averaging 50 kg (kilograms) (110 lb).[46] In the worst-case barb position they achieved some ventricular capture but induced no arrhythmias during 94 full strength applications. They then infused epinephrine and delivered 16 ECD applications — again in the worst-case position. They had 1 case of VF from these 16 applications. The authors concluded that these devices may have cardiac risks.

One concern has to do with the timing of the shocks with the epinephrine infusion. The paper does not mention any delay between the time of infusion and the ECD applications. While perhaps counterintuitive, epinephrine reduces the VF threshold only for the first few minutes.[47] After that the VF threshold is increased significantly *above* the baseline. This timing is helpful for the clinical scenario. Typically, an individual exhibits violent agitation with hyperactivity[48] for several minutes and third parties call for help. The law enforcement officers and EMS (emergency medical services) normally require 5-15 minutes to arrive before they can capture and control the individual and apply any restraint device(s). At this point, the adrenergic tone has been elevated for several minutes. An epinephrine infusion just minutes before an ECD application would appear to give results *opposite* of those seen in real life.

In February 2007, Dr. Nanthakumar published a clarification[49] stating:

> We did not state that NIDs cause ventricular fibrillation in humans, and we agree that we cannot conclude from our study that NID discharges cause arrhythmias in typical use.

Another pig study claimed to find cardiac capture in small pigs.[50] They also claimed to have induced VT (ventricular tachycardia) in a 64 lb pig.

**Is Ventricular Fibrillation Even an Issue?**

The first concern (with studies of VF in swine) lies with the implicit assumption that the rhythm with a law enforcement related "in-custody death" is VF. ECDs are involved in 30-32% of in-custody deaths.[35,51,52] However, studies have not reported a single case in which the presenting rhythm was VF when an ECD was used. A study of 162 consecutive in-custody-deaths found that while there was a significant association of impact weapons and handcuffs with sudden death, in this study the ECDs were never (0/50, p = .001) associated with a sudden collapse. This would seem to eliminate electrically induced VF as the cause of death.

Field reports of custodial deaths consistently show that the presenting rhythms are almost always PEA or asystole.[53] When law enforcement officers immediately apply an AED, the AED reports "No Shock Advised" which shows that VF is not found. No autopsy report has yet depicted a case in which a barb was found close enough to the heart to have even theoretically caused VF.

The recent thoughts of Prof. Webster[54] (the first person to suggest that a barb close to the heart might induce VF) are very helpful here:

> John Webster, a professor of biomedical engineering at the University of Wisconsin, takes a different position, dismissing as "not an issue" a connection between stun guns and ventricular fibrillation. Webster conducted a study into how close to the heart a stun gun strike would have to be to produce ventricular fibrillation - less than 17 millimetres. "It's a few-per-million kind of thing," Webster said in the National Review of Medicine of the chances a stun gun probe could produce death. "You've got to have a very thin person with a dart between his ribs right over his heart."

Finally, in all of the porcine studies PEA and asystole were *never* seen. Since this is the rhythm seen with the custodial deaths —scientifically inappropriately linked by the media to an ECD — this is strong evidence that an ECD had nothing to do with these deaths.

**2.6. Human Studies Show that the TASER ECDs Do Not Affect the Heart**

The first published human ECD study was performed under the auspices of the Hennepin County (MN) Medical Center.[55] Adult volunteers (n=66, age 40.3 ± 6.8 years, 65 male, 1 female) had typical cardiovascular histories: 6 hypertension, 6 hypercholesterolemia, 1 each of myocardial infarction and bypass grafting, heart failure, coronary disease, transient ischemic attack, and diabetes with 51 reporting no significant history. Each was shot in the back with standard TASER device barbs and received the full 5-second application from the law enforcement model TASER X26. Each had blood drawn before, immediately after, and at 16 and 24

33

hours post-exposure. Troponin I, potassium, creatine kinase, lactate, and myoglobin were tested. A 12-lead ECG (electrocardiogram) was recorded in 32 randomly chosen subjects at each venipuncture. A blinded cardiologist read all 128 ECGs in random order.[56]

There were no significant changes in any of the serum markers. Thirty of the 32 ECG subgroup had normal ECGs for all 4 recordings. One subject had all 4 recordings interpreted as left ventricular hypertrophy and another had occasional sinus pauses in all 4 recordings. The TASER ECD did not affect cardiac or skeletal serum markers or cause serial ECG changes. In other words, no sign of any effect on the heart was found in any of the volunteers.

Other human studies, through the University of California at San Diego, found no negative effects on the heart in the volunteers exposed to the TASER devices.[57-59]

The world's expert on fibrillation is Raymond Ideker, MD, PhD who has over 400 scientific articles and book chapters and almost 1000 total papers and abstracts. He analyzed the TASER X26 output and calculated that it should have a 28:1 safety margin for the typical adult human.[60] This safety margin of 30:1 is far higher than that of many over-the-counter medications. For example, acetaminophen (the active ingredient in many headache and pain medications) has a safety margin of only about 10:1 for the recommended dosage.[61,62]

Finally, and most importantly, continuous echocardiographic monitoring of the human heart during ECD applications show no cardiac capture — even in exercised subjects.[63]

## Are There Any Negative Human Studies?

No. Every study done of the human effects of TASER ECD discharges has found no deleterious effects. There have been 2 anecdotes suggesting possible problems and those will be discussed here.

The infamous NEJ (New England Journal) letter was misreported — in a non peer-reviewed letter — with material omissions.[64] A violent 14 year-old subject exhibiting all of the signs of excited delirium was briefly subdued with a short ECD discharge. Paramedics were present and found a normal pulse and respiration. After a delay of 14 minutes the subject collapsed and probably had an ideoventricular rhythm. After an aggressive therapy of three defibrillation shocks along with atropine and epinephrine the subject finally had the VF strip shown in the published anecdote. A total of 23 minutes elapsed between the ECD application and the VF strip which was published.[65]

A prisoner with a pacemaker received an ECD application during violent behavior. There was no harm to the pacemaker or to the prisoner.[66] The pacemaker appeared to have detected some unusual heartbeats but these were most likely mediated by the pacemaker and its leads.[67]

In summary, the weight of the argument of ECD danger is 2 pigs. The weight of the argument for safety is dozens of quality human studies and 1.2 million human applications without cardiac effects.

## 2.7. How Can the ECD Affect the Skeletal Muscles But Not the Heart?

ECD electrical pulses stimulate the A-α motor neruons which in turn cause the skeletal muscle to contract.[7] The time constant for stimulation of motor neurons from electrodes on the chest of dogs is approximately 0.24 ms, much shorter than the 3.6 ms for cardiac muscle.[4] Other studies give time constants and chronaxies even shorter and nearer to 100 μs.[68]

The second reason why the motor neurons are excited by the TASER pulse — while the heart muscle is not — is that the motor neurons are much closer to the electrodes than is the heart. (see Figure 9) This also explains why the muscles most affected are those nearest to the electrodes of the TASER device. The different electrical resistivities of the various body tissues, and the relative insulating effect of the air-filled lungs, also cause the electric field to be many times smaller in the heart than in the surface tissues near the electrodes. In fact, the amount of current that passes through the heart from electrical pulses delivered to the chest wall is only about 4–10% of the total current delivered through chest electrodes.[69,70]



**Figure 9. ECD current tends to follow the grain of the skeletal muscles. Very little penetrates the body below the muscles. (Note: this illustration is not to scale, nor does it illustrate the optimal electrical impulse vulnerable probe positions).**

35

Most of the current flows around the chest between the 2 electrodes in the intercostal muscles. Electrical current prefers to flow with the grain of a muscle versus flowing against the grain by a factor of 10:1.[71] Also, the 4–10% value occurs when electrodes are optimally placed to attempt to affect the heart. When the electrodes are elsewhere on the body, as they are in the large majority of cases when the TASER device is used, the percent of applied current that traverses the heart is even less. Also, transcutaneous application of an ECD (e.g. drive-stun application) delivers even less current.

MRI (Magnetic Resonance Imaging) studies show that current has trouble passing between the intercostal (between the ribs) muscles and the cardiac muscles, as their fibers are perpendicular.[71] Careful computer modeling studies show that very little current goes more than 1 cm (centimeter) below the skin.[36,72,73]

## 2.8 The TASER ECD is Safer than Some Headache Remedies

Acetaminophen (also sold as paracetamol in the UK [United Kingdom] has caused fatalities in adults with dosages of 15 grams or 30 extra-strength tablets.[61,62] One in 10 US (United States) poisonings is acetaminophen alone. There are around 250 US deaths annually from acetaminophen. In the UK, it is even more popular and it accounts for every second poisoning.

What is the safety margin for acetaminophen? The bottle labeled safe dose for a single day is 8 tablets. The safety margin for someone taking the daily dose in 1 sitting is thus only 4:1.

To be generous, assume that people always followed the timing instructions, which recommend only 2 tablets every 4 hours. (People with bad headaches and other pains may not follow these limits and that is one reason there are so many acetaminophen poisonings.) After 4 hours the last 2 tablets are largely metabolized thus they are counted as — effectively — only 1 in the body. Now add in the 2 new tablets. The body now sees an effective ingestion of 3 tablets, or 1.5 grams. With a lower lethal limit of 15 g, there is now a safety margin of only 10:1.

According to the conservative University of Missouri (MO) porcine study, the TASER ECD safety margin for a full-sized adult is 30 times, thus a TASER device is indeed far safer than acetaminophen.

How about body size effects? The threshold acetaminophen dose requiring treatment is 150 mg/kg (milligram per kilogram) of body weight. Assume a 110 pound young person. Such an individual's body weight is 50 kg, giving a threshold acetaminophen dose of 7.5 g, or 15 tablets. The safety margin (for the 3 tablets in 4 hours) is 5:1. At this weight, a TASER device has a safety margin of 22:1 by the McDaniel study.

With alcohol, the safety margin of acetaminophen declines precipitously.[74] In fact, there have been deaths in alcoholics using only the recommended dosage.[75]

36

Regardless of body weight, the TASER device is around 3 to 4 times safer than acetaminophen. Note that this analysis does not include the risk that criminals struck by the TASER device may fall and hit their heads on a hard object or impale themselves on a sharp object, thus risking possible death from the secondary trauma. This analysis deals only with death and not injury such as that from a barb hitting the eye or an increased risk of certain cancers associated with acetaminophen.

## 2.9 Longer TASER ECD Applications Do Not Affect the Heart

### Summary

Electricity does not build up or linger in the body like poison. If an electrical current does not electrocute someone in ≤ 5 seconds, it will not electrocute the person with a longer application. Thus, longer applications have no materially different effect on the heart.

It is well known that VF can be induced by sufficiently strong electrical current flowing through the body. The current that is required to cause VF is dependent on the length of time for which the current is applied, and it is well established that the induction threshold decreases for the first few seconds and does not decrease further. In other words, if a person is not electrocuted by a certain level of electrical current after 5 seconds, the person will not be electrocuted by a 60 second exposure either. If 1 ping-pong ball hit to the head does not kill a person, 1,000 probably cannot either.

### Standards for Long Duration Shocks

Both the IEC and UL (Underwriters Laboratories) regulations recognize that electrocution either happens in the first few seconds or does not happen.[76]  Currents that will not induce VF in 5 seconds will not induce VF in 1 minute as shown in Figure 10 taken from Chilbert p 496.[76]

Figure 10 shows that the TASER ECDs are literally off the charts as their currents are too low to fall on the graph. The lines on this graph represent worst case scenarios with extremely low probabilities of VF and are less than 1/10th the current typically required to electrocute an adult human being.

### Experimental Results on Long Duration Shocks

Animal studies going back to the 1930s show that the risk of inducing VF does not build up (increase) after the first few seconds. Figure 11 (taken from Antoni p 216)[12] summarizes these studies. The time "$t_2$" is the time at which further applications of current do not increase the risk of inducing VF. These studies have found time $t_2$ to range from 0.8 to 5 seconds.[11,13-16,32] Based on the animal results above, Beigelmeier and Lee calculated that $t_2$ ranged from 2-5 seconds for humans due to the lower heartrate.[13,14]



**Figure 10. Short applications (less than 1 second) require increasing current levels to induce VF.**



**Figure 11. Summary of animal studies going back to 1936 show that at a certain time ($t_2$ which is 0.8-5 s) the risk of electrocution does not increase with longer durations.**

38

One study in smaller pigs (110 lbs) looked at an extreme scenario by burying the TASER probes under the skin and placing a barb over the most sensitive part of the heart. They found no difference between a 5 s and a 15 s application in causing ventricular capture (24/25 vs. 28/28, p = NS by Yates-corrected $\chi^2$).[46] (Due to the differences in thoracic geometry this bilateral passage of current through the heart would be impossible in humans with the lung insulation.)

One human study found that connecting a 9-volt cell directly to the inside of the heart could induce VF within 3 seconds in the majority of patients.[19] Another human study found that the internal cardiac current duration required to fibrillate (96% success rate) with a small steady DC (direct current) was 3.8 ± 1.4 seconds.[17]

The fact that electrocution takes only fractions of a second to a few seconds is also well recognized in pathology.

**Table 3. Studies Show Cardiac Effects from Electrical Current Appear in a Few Seconds.**

| Author | Year | Subjects |
|---|---|---|
| Antoni[11] | 1985 | Guinea pigs |
| Biegelmeier[13] | 1987 | Human |
| Biegelmeier[14] | 1980 | Human |
| Jacobsen[15] | 1975 | Pig |
| Roy[16] | 1977 | Dog |
| Ferris[32] | 1936 | Various |
| Nanthakumar[46] | 2006 | Pig |
| Weismuller[19] | 1992 | Human |
| Sharma[17] | 2004 | Human |

## 2.10. Common Illegal Drugs *Do Not* Make the ECD More Dangerous

### Summary

Since common illegal drugs are dangerous in so many ways, some uninformed individuals are tempted to inappropriately assume that the drugs must also be

dangerous for electrocution. In fact, the opposite is true. For example cocaine intoxication actually makes a person *harder*, or more difficult, to electrocute.

## Cocaine

It is well documented that cocaine has strong effects on the heart such as dramatically raising the heart rate and blood pressure.[77] Chronic cocaine usage also significantly increases the risk of a heart attack [78] and cardiac arrest.[79] Thus, the natural, although incorrect, "medically intuitive" assumption is that the presence of cocaine also makes it easier to electrocute someone. I.e., electrically induce VF. What is surprising — even to some cardiologists — is that this *natural* assumption is wrong. Most scientific studies have shown that cocaine makes electrocution more difficult — not easier.[80-82] This is due to the sodium channel blocking effects of cocaine which makes it much harder to stimulate a heart cell.

America's most famous heart hospital, the Cleveland Clinic, has recently soundly confirmed these findings using actual TASER X26 waveforms.[83] They found that the safety margin went up significantly with the presence of cocaine and almost doubled for barbs near the heart.

## Other Stimulants

With the methamphetamine epidemic there is concern that drug abusers using this and other illegal stimulants could be at increased risk for electrocution from the TASER devices. However, a small animal study found no TASER device induced VF even in the presence of various similar stimulating agents.[84] Also, the large study from the UK Home Office found no increased from common drugs.[85]

Cardiac electrophysiologists routinely use intravenous stimulants (such as isoproterenol) to help induce ventricular tachycardias in their electrophysiology labs. Hence, a typical first blush reaction is to assume that stimulants increase the risk from a TASER ECD or external electrical shock in general. However, stimulants — including isoproterenol — tend to actually increase the amount of electrical current required to induce arrhythmias.[86] The same is true with other stimulants such as phenylephrine.[87]

This apparent contradiction stems from the fact that EPs (electrophysiologists) use strong enough pacing pulses (in the electrophysiology lab) directly delivered to a tiny spot on the inside of the heart. So, the decreased sensitivity to electrical stimulation from an adrenergic stimulant is irrelevant in the EP lab — it is trumped by the highly focused and concentrated *internal* current delivery. However, this same decreased sensitivity (from adrenergic stimulants) makes externally applied currents much safer. In general, stimulants actually increase the safety margin for externally applied electrical currents, such as by ECDs.

And, it has long been known that a direct catecholamine (internal stimulants) challenge of epinephrine and norepinephrine appears to only lower the VF threshold for the first 3 to 7 minutes (which in a custodial related death is usually

before the arrival of law enforcement and EMS to a call for strange or bizarre behavior), after which time the VF threshold actually goes up.[47] Thus, the person, ironically, is probably safer from electrocution than the responding law enforcement officers and EMS personnel once they arrive on the scene.

Note that this field ECD application situation is far different from someone quickly ingesting a large drug dosage in front of law enforcement officers and then struggling against the officers' attempts at capture, control, and restraint. That could be dangerous with some stimulants for the first few minutes as was shown in an absolute worst case situation of low body weight, barb inserted under the skin, barb placed over the heart, and a strong pure stimulant (epinephrine — with no protective effects such as cocaine has) given intravenously.[46]

**Alcohol**

A study of intoxicated adults showed that there were no cardiac effects and no damage from a prolonged (15 second) TASER ECD application.[88]

## 2.11 Zero Cardiac Effect From TASER Device Applications to the Back

There is zero possibility of a cardiac effect from TASER ECD applications to the back. This is not to say that there is a risk from using the TASER devices frontally. That has never been scientifically and medically demonstrated in over 1.2 million human uses. However, all human and animal studies of TASER devices clearly show that there is a zero risk from using these devices on a person's back.

The Nanthakumar porcine study[46] concluded that there was no health risk of cardiac capture or an arrhythmia from electrodes away from the front of the chest. Also the researchers were unable to achieve any sort of cardiac effect with the TASER M26 device and concluded that the higher frequency of its output made it difficult to affect the heart.

The Webster study also concluded that there was zero risk with an ECD application to the back.[42]

In summarizing the most relevant features of these "negative" animal studies it can be concluded that there is zero risk of a TASER device affecting the heart when the application is on the back or when the device is the TASER M26 instead of the TASER X26.

## 2.12 Acidosis and VF

In a potential custody-related death there may have been a physical struggle before the usage of an electrical weapon, the influence of respiratory acidosis is an important question. One scientifically unfounded speculation heard regularly is

that the presence of respiratory acidosis increases the susceptibility to VF. This issue was carefully studied by Gerst, et al.[89] They induced respiratory acidosis by reducing the rate of the ventilator and brought the pH down to as low as 7.00. The VFT (ventricular fibrillation threshold) was constant to within the resolution of their current generator (± 1 mA). There was no change in the average VFT. They also induced *metabolic* acidosis by injecting lactic or hydrochloric acid. This did reduce the VFT.  So, metabolic acidosis can cut the VFT by 20-40% but respiratory acidosis does not affect it.

An Air Force porcine study lowered the pH from 7.4 to 7.0 after 18 5 s applications over 3 minutes by respiratory acidosis with the ventilator turned off. Based on the Gerst results one would not expect any decrease in the VFT. In fact, there were no inductions of VF in that trial. And, none of the animals died from the affects of the ECDs.

In conclusion, the published literature on the effects of respiratory acidosis on the susceptibility of VF to electrical stimulation does *not* suggest that TASER electrical weapons would be more dangerous in subjects with respiratory acidosis.

### 2.13 The TASER ECD Cannot Cause Cardiac Electroporation

**Summary**

Experts are starting to admit the impossibility of the TASER device directly causing VF (cardiac arrest). So, others have begun speculating to different types of electrical injuries such as cardiac electroporation and burns. Ironically, these require even *more* current than does the electrical induction of cardiac arrest (electrocution). (See Figure 12) Thus, those who may now insupportably opine cardiac electroporation are incorrect.

**Discussion**

Sufficiently strong electric shocks can, indeed, cause myocardial (heart tissue) death and myocardial cell death can cause ventricular arrhythmias minutes to hours after it occurs.[90] However, the shocks must be enormous to cause heart cell death. Shocks of 360 J (joules) or even higher used for external defibrillation appear to correlate with some measurable markers of temporary injury but do not tend to cause heart cell death on any level sufficient for arrhythmias. [91-99,100] A typical 360 J external defibrillation shock delivers over 80 mC (millicoulombs) of electric charge, which is approximately 500 times the charge of a TASER X26 pulse. Thus, it is extremely unlikely that the TASER X26 causes myocardial necrosis. The TASER M26 delivers even less charge but more energy. It typically delivers about 0.5 J per pulse compared to the 360 J of an external defibrillator.

Extremely large electrical shocks can cause heart cell death by electroporation.[101] During electroporation, the shock electric field creates such a large change in the cell wall voltage that the cell wall breaks down and pores form in it that allow the free flow of ions.[102] If the electroporation is severe, the cell dies.

Almost always, the cell's self-repair mechanisms can close the pores before the cell dies. During this time of self repair, which can last for several minutes, the electrical activity of the cell is abnormal and arrhythmias can occur. However, the stimulus strength needed to cause even *temporary* electroporation is approximately 50 times that needed to pace the heart.[103,104] The X26 delivers about ¼ the charge required for pacing and the TASER M26 even less so the TASER devices should have safety margins of about 200:1 or more for permanent electroporation of the heart. FEM (finite element models) show that the safety margins protecting the heart from electroporation are enormous.[73,105]



**Figure 12. The TASER X26 current is 1 million times removed from the level of current required to cause internal burns. Due to the special waveform design the device is able to partially contract some muscles with its low average current of only 2 mA.**

The simplest argument against electroporation is to notice that strong (Level 4) static shocks can have a peak current of 30 A (amperes) according to international specification.[106] This is twice the peak current of the M26 and nearly 10 times the peak current of the X26. There is no case in recorded history of someone suffering electroporation damage from a static shock.

## 2.14 The TASER ECD Cannot Cause Cardiac or Remote Burns

A second way in which an electric stimulus could cause heart cell death is by generating enough heat to "cook" some heart tissue. (Depending on the tempera-

ture, this may be referred to as cauterization or ablation). The effect of high voltage and high currents on the heart has been studied previously. Exposure to high voltage high current from lightning strikes or power line electrocution has been shown to cause contraction band necrosis involving the atrial and ventricular myocardium, tunica media of the medium and large coronary arteries, and the sinus and AV nodes.[107-110] These focal changes affecting the myocardium were extensive throughout the ventricles and atria. The vascular injury due to endothelial damage, smooth muscle contraction band necrosis, disseminated intravascular coagulation, and hypertensive chemoreflex contributed to the acute and late thrombosis and vessel rupture, manifesting in myocardial infarction and intramural hemorrhages.[111] Hearts were described to be normal in outside appearance, except for a few petechiae.

Ablation requires the tissue to be raised to about 55° C. The TASER X26 pulse has 70 mJ (millijoules) of energy and delivers 19 PPS for 5 seconds. There are 95 pulses, which thus together deliver 6.65 J of energy. One J of energy generates 0.2388 calories of heat. Therefore, 1.59 calories are delivered which will raise the temperature of 1 cc (cubic centimeter) of water by 1° C. Thus, the idea of the TASER device causing any ablation beyond a few mm from the tiny barb is fanciful. (There may be small localized burns close to the arcing point when the drive stun mode is used.)

The TASER X26 heating would warm 1 cc of water if there was no loss of heat to other tissues during the 5-second application. However, due to heat loss, the actual temperature increase would be far less. The body generates about 100 W (watts) or 100 J/s (joules per second) at rest. Thus over a 5-second application the X26 is directly adding 5/500 or 1% to the body's intrinsic heating. With an exercising or struggling individual the percentage increase is far less.

Assuming no cooling at all, a 5 second X26 application injects 1.59 calories of heat into the body. With a 180 pound subject, the average temperature increase would be:

$$0.000019° C = 1.59 \text{ cal} \div 180 \text{ lbs} \div 454 \text{ g per lb}$$

Therefore the average body temperature increase from a 5-second TASER X26 application would be 19 *millionths* of a degree Celsius.

It must be noted that pediatric defibrillation delivers far higher energy shocks to "restart" the heart. A common dosage recommendation is 2-9 J/kg of body weight based on careful animal studies.[112]

## 2.15 Lethal Fainting or Vaso-Vagal Reaction

This theory speculates that the ECD pain caused a "vasovagal" reaction leading to asystole. As bizarre as this sounds, it has actually been put forth in a lawsuit.

In lay terms, the ECD hurt and this made the person "faint to death."[113] First, some definitions:

**Asystole:** "flat-line" ECG (electrocardiogram or EKG) with no electrical signal and no pumping.

**Sympathetic tone:** "fight or flight" signal to increase heart rate, and tighten the arteries etc.  This can be analogized to the accelerator on a car. A useful mnemonic is to think of "S" for "speed."

**Vagal tone:** "feed or sleep" signal which slows the heart rate etc. This can be analogized to the brakes on a car. A useful mnemonic is to think of "V" for "vacation."

**Vasovagal syncope.** "Fainting" or "Black-out." The brain increases vagal tone which slows the heart rate while decreasing the sympathetic tone in order to relax the arteries. This causes a sudden drop in blood pressure which leads to fainting. This is a benign condition with no increased associated mortality.[114] It appears to be designed into our bodies to allow for a "withdrawal" from unpleasant experiences and is thus common at the sight of blood or needles.[115]

This vasovagal (fainting to death) mechanism theory has several fundamental scientific problems:

Vasovagal syncope is not possible with extreme agitation. To use the automobile analogy, the car is going so fast that the brakes cannot make it stop instantly.

Most illegal drugs are good pain killers (analgesics) or pain blockers (anesthetics). For example, methamphetamine kills pain equally as well as morphine and thus its abusers are feeling no pain.[116] Angel dust (phencyclidine or PCP) is also a powerful anesthetic and analgesic.[117-120]

Vasovagal fatalities are absolutely freak medical incidents and the reporting of them shows just how rare they are considered. Outside of a head injury after falling[121] only 1 possible fatality could be found in recorded medical literature from a vasovagal response.[122] There is also a case of *intentionally caused* vasovagal syncope leading to asystole when a heart patient was deliberately turned up rapidly but this was not fatal.[123] There was another case of a patient with a fainting history and then having asystole after fainting while being told he had colon cancer which was again not fatal.[124]

Asystole is, however, highly associated with excited delirium acidosis deaths.[35]

**2.16 Emotional Stress as an Indirect Cause of Cardiac Arrest**

It is sometimes suggested that the emotional stress of a TASER device application could indirectly induce a cardiac arrest. This is based on the lay-person perception that emotional stress could cause a cardiac arrest. Like, most lay misperceptions, there is some truth to this. People under significant stress do have an increased incidence of VF. However, the effects are far more delayed than generally appreciated. Most of the increased risk is seen after 6 months of stress and it has minimal impact within a day of the stress.[125] See also the "Boo" Causation Myth later in this paper on page 71.

This theory is often stated as "a catecholamine increase pushed the person over the edge." I.e., the person was so close to death that any extra stimulation could have killed. This is a legally convenient (albeit unscientific) theory as the law enforcement officer now is forbidden to add any stress to a violent struggling or resisting subject or they will die. This leaves absolutely no options to the law enforcement officers and EMS personnel except to walk away and increase risks to innocent bystanders and the violent person himself.

There are also several scientific issues with the catecholamine causation theory. Fighting, struggling, or resisting subjects have such elevated levels of catecholamines that a further increase is much harder to obtain. There is only so much epinephrine that the body can manufacture.[126]

Researchers exposed 10 subjects to a few second spray of OC (oleoresin capsicum or "pepper spray) to the eyes (the usual target) and 5 subjects to a standard 5-second TASER X26 exposure with the probes shot into the back from about 7 feet.[127] They measured alpha-salivary amylase and cortisol at baseline, at 10 minutes, 20 minutes, and 1 hour. The results showed that salivary alpha-amylase increased 173% at 10 minutes with the oleoresin capsicum compared to -0.8% for the TASER ECD. Salivary cortisol increased 87% with the oleoresin capsicum versus 91% with the TASER ECD at 20 minutes. As a comparison, in a study in which a subject was asked to retain his firearm from an attacker, resulting in a 1- minute physical struggle, the amylase increased 27% at 10 minutes, and cortisol increased 259% at 20 minutes. It is important to note that in this study, the subjects were law enforcement officers who had previously participated in such drills (in fact, a few were instructors), so these results would be expected to be low as compared to real-world situations.

In a study by Halter, et al. of symptom-limited handgrip versus cold pressor task versus symptom-limited supine bicycle exercise, with bicycle exercise testing, plasma norepinephrine and epinephrine concentrations increased three to six times more than during either the symptom-limited handgrip or cold pressor testing.[128] Additionally, increases in heart rate, systolic blood pressure, rate pressure product, stroke volume, ejection fraction and cardiac output were significantly

greater during bicycle exercise than during the other two tests. The authors concluded that the bicycle exercise testing induced a much greater sympathetic response than either of the two tests. In another unpublished study comparing the TASER X26 to the cold pressor task, cortisol increased 40% at 15 minutes with the cold pressor task versus 77% with the TASER X26 exposure. This was not a statistically significant difference.

Mental stress can lead to some subtle changes in the stability of the cardiac T-wave[129] and in the spectral characteristics of the heart rate[130] — at least in patients already with ischemic heart disease. However, contrary to common belief, mental stress does not decrease the threshold for electrical induction of VF.[131]

While perhaps counterintuitive, direct epinephrine injections reduce the VF threshold only for the first few minutes — and then the reduction is only on the order of 20-30%.[47] After that the VF threshold is increased significantly *above* the baseline.

Psychological stress can contribute to VF and can increase the risk of VF within 30 minutes of the stress. However, 100% of such cases studied had coronary artery disease and 98/100 had *severe* coronary artery disease.[132]

Could psychological stress cause VF in someone without significant heart disease? In other words, could someone get so upset that they suffered a cardiac arrest? The answer is essentially, no. This is one of the rarest occurrences in medicine and is so rare that a special registry has been setup to record these freak occurances.[125] To be specific, *idiopathic* VF induced by psychological stress is so rare that there have been only 20 recorded cases in the USA and 5 in the UK.

Think about it. If extreme acute stress was that dangerous toddlers would die from temper tantrums and we would not survive to puberty.

In conclusion, the idea of someone (without severe existing heart disease) dying from a catecholamine surge, or extreme anger, etc is not scientifically supportable and is an urban myth.

## 2.17 No Increased Risk From Multiple Devices

There is essentially no increased risk from simultaneous ECD discharges. There are several reasons for this.

1. The primary reason for a suspected simultaneous discharge is that the first officer either missed the person with both probes or the person's fall, roll, flailing, or

other movement(s) broke one of the wires or dislodged one of the probes. The reality of law enforcement firearms shootings is far removed from the unrealistic ideas given by television shows. In a stressful situation it is simply very hard to hit an animated human target. In studies of law enforcement officers shooting firearms in a combat situation the accuracy in hitting the person is surprisingly low.[133,134] Typically, less than 20% of the bullets hit the person. A long term study of New York City police shootings found an average hit rate of only 15%.[135] With multiple officers involved the percentage drops to an even lower level. The experience of Los Angeles County is that the hit percentage was only 9% with more than 2 officers involved.[135] With a TASER ECD the challenge is even greater for the following reasons:

With an ECD two (2) probes must simultaneously hit, and remain attached to, the body. This is obviously more difficult than hitting the target with a single bullet (without wires). (Remember that electrical current *always* requires 2 wires. This is true for household wall sockets as well as jumper cables.)

    A. Crossed wires can short out and cause a failure to deliver current.

    B. Wires often break when the person falls, flails, or rolls away.

    C. As opposed to bullets, wires have a limited range (15-30 feet) depending on the cartridge type.

In a multiple officer situation, law enforcement officers often cannot tell if they delivered any probes and/or energy to the person. The fine wires are hard to see and the probes are small. It is sometimes difficult for an individual officer to know which probes and wires — if any — came from their particular ECD.

2. For the pulses to have an additive effect on the heart they would have to occur within 3 ms of each other. This is like lining up one comb against another. Since there is a pulse every 54 ms there is a 6% chance of this happening. Even if the pulses were to overlap, there is a 50% probability of them having the opposite polarity so they would actually largely cancel each other's current flow. Thus probability of an overlap is about 3%.

3. Finally, with the combs perfectly aligned, so that the currents actually summed, AND both ECDs had BOTH of their barbs land ACROSS the heart, the human safety margin of about 50:1 would only be reduced to 25:1 and thus there still is no chance of causing ventricular fibrillation.

**2.18 Pacemakers and Implantable Defibrillators.**

The most persistent and surprising urban myth is that there is some special danger with an ECD being used on a patient with a pacemaker or ICD (implantable defibrillator).

First, pacemakers and ICDs are required by international standard to withstand the 360 joule shock of an external defibrillator.[136] This has over 5000 times the energy of an X26 pulse.

This pacemaker case study is best appreciated in light of the extensive study of the device effects of TASER ECDs performed at the Cleveland Clinic. [137] Lakkireddy et al implanted 7 different ICD and 9 different pacemaker models in a small (28 kg) swine. They then applied TASER X26 currents through the worst case pathway with one barb at the sternal notch and the other at the point of maximum cardiac impulse. While they noted occasional capture, there were no inductions of any sustained arrhythmias. It is also relevant that the age of the typical custodial death case (32.1 ± 6.4) is far removed from that of the typical pacemaker patient (around 80) with the first implant at 75.1 years. These results — taken in toto — suggest that ECDs are safe despite a rare encounter with a pacemaker patient.

There have been 2 published case studies of such rare encounters and neither subject had serious harm.[138,139]

## 3. THE TASER ECD DOES NOT HARM OTHER ORGANS

### 3.1 Breathing

It has been known for decades, that due to the routing of the phrenic nerves it is extremely difficult to electrically induce respiratory paralysis in the human.[140] The phrenic nerve derives from the C3-C5 cervical plexus and the closest passage of phrenic nerves to the skin is just above the clavicle near the sternocleidomastoid muscle. The left and right phrenic nerves travel through the center of the thorax passing just on the margins of the heart on the way to enervate the left and right hemidiaphragm muscles. They are surrounded by the highly insulative lungs throughout this passage, thus making them very insensitive to external electrical currents.

This has proved frustrating to researchers seeking to make a respiratory pace-maker following the success of external cardiac pacemakers in the 1950's. In the 1980's, researchers at Purdue University had some success in achieving electri-cal ventilation in dogs.[140] Probably due to the significantly different canine thoracic geometry, these results did not carry over to human experiments and the human research attempts have been abandoned.

Even with electrical current forced longitudinally through the whole thorax, the amount of current required to cause temporary respiratory arrest is on the order of the lethal level capable of inducing VF. A classic study found that it could re-quire up to 20-50 mA to cause temporary respiratory arrest in dogs that are much smaller than humans.[141] This level of current is at least a decade removed from the 1.9 mA delivered by the TASER X26.

In addition, hundreds of videotapes of humans receiving TASER ECD applica-tions demonstrate that respiration is maintained during TASER ECD applications. Subjects are able to talk although the conversations were more filled with epi-thets than philosophy.

The United States Air force has published a study, using a porcine model, con-cerned with issues of cardiac safety and rhabdomyolysis.[142,143] Despite pro-longed ECD exposures (up to 180 seconds total each) the study found no such cardiac or rhabdomyolysis concerns or problems. And, even after such extreme exposures within a short window of time all of the pigs survived.

In addition, the supine position (on the back) is nonphysiological for swine and the anesthetic used TZ (tiletamine-zolazepam) is known for compromising respi-ration.[144] However, the researchers intentionally chose TZ as it had minimal ef-fects on creatine phosphokinase which is a marker for muscles damage – to look for rhabdomyolysis. Thus, they intentionally were exaggerating breathing effects in order to focus on potential muscle damage – which was not found. Addition-

ally, the anesthetized animals were not ventilated and there were no control animals used in the study that did not receive an ECD exposure. Thus it was not possible to separate the effects of the anesthetic, lack of ventilation, and the posture from the ECD exposure.

Since 2005, human studies have been performed by staff from several Emergency Departments. ECD exposure volunteers were instrumented with a breathing monitoring device which showed that the TASER X26 did not interfere with breathing.[145]

The first such study assessed the breathing capability of human subjects during extended exposures to a TASER ECD. It comprised 52 resting human subjects who underwent breath-by-breath gas exchange monitoring during a 15-second discharge from a TASER X26. The subjects were randomized and placed on a pulmonary function measurement device and received either 3 discharges of 5-seconds each with a one-second break between cycles or had a continuous discharge of 15 seconds applied. Common respiratory parameters were collected before, during and after the exposure. Health histories and demographic information were also collected on the volunteers.

The researchers were unable to detect any respiratory impairment during either prolonged continuous or prolonged intermittent ECD exposure in this study population. It does not appear that prolonged ECD exposure causes a decreased tidal volume, hypercapnia, hypoxia, or apnea.

The same group of researchers has also studied volunteers with continuous ECD exposures up to 45-seconds and also found no breathing compromise.

The University of California at San Diego has also performed breathing studies using the X26 ECD.[58] They found no impairment of breathing in any of the volunteers.

### 3.2. Acidosis

Two published studies by Ho, et al. have examined blood markers of acidosis. In "Cardiovascular and Physiologic Effects of Conducted Electrical Weapon Discharge in Resting Adults", subjects were exposed to 5 second discharges of the TASER X26.[55] Serum bicarbonate was followed serially. In a "pure" uncompensated respiratory acidosis, the serum bicarbonate should increase. The mean baseline bicarbonate was 22.6. Immediately after the exposure, the mean bicarbonate was 22.0. This does not suggest an uncompensated respiratory acidosis. Of course, interpretation of these results requires some caution since serum lactate did increase with the muscle contraction, and metabolic acidosis, if present, would tend to lower the bicarbonate.

In the related second published Ho, et al human study, subjects were asked to exercise to physical exhaustion, and were then immediately exposed to a 15-second discharge of the TASER X26.[146] Venous pH was drawn prior to exertion, immediately after exertion, and immediately after the TASER ECD exposure. In this study, the mean venous pH at baseline was 7.37. After exercise to physical exhaustion, the mean pH dropped to 7.258. After the 15-second continuous TASER X26 discharge, the mean pH remained flat (7.225, not a statistically significant change). The recovery pH returned to baseline (mean pH 7.358). A small control group with the same exertion regimen and a repeat exertion regimen of 15-seconds had similar pH changes. This would tend to imply that the 15-second TASER X26 discharge did not exacerbate the acidosis caused by the physical exertion. The control group had similar pH levels after their repeat brief exertion which suggests that the discharge did not delay recovery any more than would a 15-second manual restraint.

These two studies suggest that the exposure to ECDs does not affect the compensatory mechanisms of the respiratory system.

Another published study found no clinically significant changes in pH in 32 police officers after an ECD discharge.[147]

### 3.3. Rhabdomyolysis

Rhabdomyolysis is the breakdown of muscle fibers resulting in the release of muscle fiber contents into the circulation. Some of these are toxic to the kidney and frequently result in kidney damage. This is detected acutely by myoglobin and creatine kinase levels in the blood. Only creatine kinase is useful for chronic diagnosis.

Myoglobin is an oxygen-binding protein pigment found in the skeletal muscle. When the skeletal muscle is damaged, the myoglobin is released into the bloodstream. It is filtered out of the bloodstream by the kidneys. Myoglobin may block the structures of the kidney, causing damage such as acute tubular necrosis or kidney failure.

Myoglobin breaks down into potentially toxic compounds, which can also cause kidney failure. Necrotic (dead tissue) skeletal muscle may cause massive fluid shifts from the bloodstream into the muscle, reducing the relative fluid volume of the body and leading to shock and reduced blood flow to the kidneys. Rhabdomyolysis may be caused by any condition that results in sufficiently severe damage to skeletal muscle, especially trauma.

Rhabdomyolysis is very common with excited delirium deaths.[148-150] Thus it may be tempting to speculatively attempt to link the rhabdomyolysis to the ECD us-

age.[151] After all, the ECD indirectly causes skeletal muscle contractions so maybe it damages the muscles. However, carefully done animal and human studies find no evidence of rhabdomyolysis (myoglobin or creatinine kinase) even with repeated applications.[55,142,143]

The simple reason why ECD exposures do not cause rhabdomyolysis is because the ECD induced or caused motor neuron activated muscle contractions are simply not sufficiently severe or strong to cause the degree of muscle damage that results in rhabdomyolysis.

### 3.4. Nerves

**Summary**

Major organ nerve damage can be caused by 3 possible mechanisms: laceration, cauterization, and electroporation. None are even remotely possible with TASER devices.

**Laceration Nerve Damage**

Even if the TASER probe's barbs can penetrate the skin, they go only a maximum of 13 mm deep and are thus nowhere near the important nerves controlling the organs.

**Electroporation Nerve Damage**

The TASER M26 phases are too short for efficient electroporation. The TASER X26 has too low of a peak current for electroporation. (See related discussion in the cardiac section 2.12)

Electroporation is the injury to the cell wall due to a very high electrical field.[152] The "field" is the change in voltage per cm (centimeter) of distance. If a person grabs the electrodes on a 12 V (volt) car battery (one in each hand) the person will feel nothing. However, if the person puts a 9 V cell against his/her tongue (s)he will feel an electrical stimulation. Why does a lower voltage stimulate when the higher one does not? The difference is in the electrical field. The distance between a person's hands is about 200 cm so the field is only 12 V/200 cm = 0.06 V/cm. However the 9 V battery terminals are only 1 cm apart so the average field was 9 V/cm. So the little cell gave 150 times the electrical field. (Another issue is the salty saliva in the mouth which is a good electrical conductor. But even if one grabbed the car battery with hands wringing wet with saltwater there would still be no sensation.)

The electrical field required for temporary electroporation is about 35–50 V/cm. But, almost all electroporation is temporary as cells have amazing abilities for self healing after electric shock. For permanent electroporation injury, the fields must be much stronger by a factor of at least 10:1. The field required for permanent electroporation injury appear to be about 700 V/cm[153] to 800 V/cm.[154]

The time constant for electroporation membrane charging is typically about 60 µs (microseconds).[155] Thus, the short 10 µs main phases of the M26 are unlikely to accomplish much electroporation. In fact, the effect of this 60-µs time constant is to reduce the 5,000 V peaks to effectively 500 V. (This is essentially low-pass fil- tering.) The 60 µs time constant tends to smooth out the TASER M26 phases. This is why medical research electroporation is typically done with 100 µs long pulses. Using the peak *effective* electroporation voltage of 500 V delivered from a TASER M26 into a subject, the resulting electrical fields were modeled. A 10-mm barb was modeled as 10 superimposed 1-mm spheres. The abdominal barb was assumed to be in the fat, which is worse case, and has a 2000 Ω cm conductivity. The leg barb was assumed be half in fat and the deepest half to be in muscle.

Regions of possible temporary electroporation were limited to about 1 mm from the barbs. Any regions of permanent electroporation were so small (a few layers of cells) that they would have been, at most, a thin coating on the barbs. With the lower peak currents, the X26 ECD is also unable to cause any electroporation.

## Cauterization Nerve Damage

Even if the barbs do penetrate the skin cauterization is impossible as the TASER M26 device only delivers 37 J (joules) of energy over the full 5 second applica- tion. (This is given by 7.39 watts • 5 seconds) That is not enough to even raise the temperature of a teaspoon of water by more than a few degrees—much less burn tissue.

There is a very thin therapeutic cauterization that occurs within a very thin layer of cells around the barb. This is possibly one reason why there has never been a verified documented infection caused by a barb insertion.

## 3.5. Effects on the Brain

Any alleged claims of brain damage are completely unscientific. The easiest way to understand this is to compare the TASER device output to the output of an ECT (electroconvulsive therapy) device. An ECT device is used to deliver an electrical shock to the brain to reset it as a therapy for severe refractory depres- sion.[156] The popular Somatics® ME 2316 delivers 20.3 watts with 1 ms pulses for a 30–60 second application. [157,158] This gives a total of up to 1218 J (joules) of energy—directly to the head! This is 183 times more energy than delivered by the TASER X26 over a full 5 second application. The brain is nothing but nerves yet nerve damage is not found. In fact, therapeutic benefit is found even for epi- lepsy.[159] A typical ECT unit delivers between 500 and 900 mA of current to the head.[158] This is 100s of times the current from a TASER M26 or X26.

There was a freak deployment in which an ECD barb apparently penetrated the brain.[160] Even then there was no brain damage.

### 3.6. Eye Injuries

Strong evidence of the safety of the TASER X26 involves a case report of a subject taking a barb in his eye.[161] Even though there was obviously an acute mechanical injury, the electrical pulses did not damage the eye or the connecting nerves. The individual recovered his vision except for a pinhole from the barb location.

In another case of the penetration of the right eye, there was no nerve damage.[162] (The mechanical damage was easily repaired.) A cataract was seen in the left eye but even that association is somewhat suspect since the barb impact was to the right eye. Regardless, there was no detectable nerve damage in either eye.

### 3.7 Secondary Effects from Falls

I have investigated over 440 in-custody-deaths occurring within a week of the approximately 1.2 million human uses of an ECD. I have been able to find only 4 cases in which there may be a medically or scientifically possible link between the ECD usage and the death. In these cases, a violently resisting subject fell, apparently as the secondary result of the ECD application, and suffered a traumatic brain injury.

This is not surprising as injurious falls are commonplace with arrest resistance. Also, the International Association of Chiefs of Police warned about the risks of falls from ECDs as early as 1988 and 1996. The TASER International training material, videos, and warnings cover this extensively.

Outside of these expected falls, there has never been a death that could be scientifically linked to an ECD application.

The comprehensive Bozeman study of 962 field uses also only found a clear linkage — of ECD usage to serious injury — in the context of 2 falls.[151] This is consistent with the data from the Seattle Police Department as reported by Smith.[163] There is one report of a person breaking an arm from the sudden fall.[164]

### 3.8 Spinal Compression Fractures

There are 2 anecdotes of an officer suffering an anterior compression fracture from a training exposure.[165,166] However, when TASER probes are placed on a person's back such that the electrical current stimulates back muscles, as they were in the reported cases (right shoulder and left hip), the muscle contractions caused by the TASER ECD electrical pulse cause the back muscles to contract and the person's back is arched backward (in extension) as a result. When the electrical current is turned off, the back muscles relax and the person typically

starts to reflexively fall forward (flexion). If the person is standing during the voluntary exposure, then spotters help the person to the floor (as was the case with the case studies), usually resting on their knees with their body bent forward in the process.

Orthopedic specialists suggest that a backward arching of the back due to contractions of the back muscles, which occurs during the period of time that the TASER device was turned on, would not cause an anterior stress fracture of the spine -- any arching of the spine during ECD discharge is simply in the wrong direction (posterior, and not anterior). The literature indicates that a common cause of compression fractures in the elderly are sneezes -- the violent forward motion compresses the anterior portion of the vertebrae, An anterior stress fracture would occur only while the person was arching, collapsing, or falling forward, and this would happen only after the current was turned off (in the instance of an exposure to the back). This would appear to be inconsistent with the conclusions that the patient's thoracic fractures were related to the paraspinous muscular contractions. One subject was suspected of having osteopenia.

**4. WHY DO SOME PEOPLE DIE WHILE BEING TAKEN INTO CUSTODY?**

Sadly, about 800 people die per year in the USA during the arrest process. The United States Bureau of Justice Statistics (BJS) found 2002 such deaths during the period 2003-2005.[167] Of these 2002 deaths for the period 2003-2005, 39 were associated with ECDs (01.9%) according to this BJS survey. Similar population groups die in other countries with illegal drug problems. They are largely part of the 31,000 that die annually due to illegal drugs.



Also, in the US in 2004 (the last year for which mortality totals are available), of the 2,397,615 total deaths, in addition to the 30,711 drug-induced deaths there were 21,081 alcohol-induced deaths, 32,439 intentional self-harm (suicide) deaths, 29,569 deaths by firearm, 18,807 deaths from falls, 17,357 deaths from assault (homicide), and 2,883 deaths from complications of medical and surgical care.

To put these 800 annual CRDs (custody-related deaths) into perspective, it is important to note that for 2004 there were an estimated 2,000 ME/C (medical examiner/coroners') offices in the US, with 7,320 full-time equivalent employees, with total annual budgets of $718.5 million, while there were an estimated 2,398,000 human deaths, of which 956,000 were referred to the ME/C offices, and 487,000 were accepted by the ME/C offices for investigation. Thus, the 800 CRDs were 0.164% of the deaths investigated by ME/Cs in 2004.

### 4.1. Excited Delirium

Excited delirium, also known as agitated delirium, with associated metabolic aci-dosis[35,48,149,150,168-190] is often a fatal condition with the following typical features:

1. Extreme agitation, screaming, or panic[48,150,175,184,191,192]
2. Incoherence, disorganized speech, grunting or animal sounds.[193,194]
3. Hyperthermia signs: clothing removal, sweating, application of water or high temperature.[149,150,175,181,184,192,193,195-197]
4. Paranoia, anxiety, or avoidance behavior.[48,175,176,181,187,192,198]
5. Extreme strength.[181,193 181,187]
6. Extreme stamina[173,194]
7. Constant motion or hyperactivity.[48,199-202]
8. Imperviousness to pain as demonstrated by self-inflicted injuries or failure of compliance pain holds, sprays, or baton strikes.[194]
9. Violence, assault, or aggression towards others.[48,177,192,193,200,201,203-206]
10. History of chronic stimulant abuse or mental illness.[35,48,170,176,201,203,207-210]
11. Disorientation or hallucinations[192,202,209,211,212]
12. Breaking of shiny objects such as glass and mirrors[194]
13. Brief quiet period before collapse[48,180,191,194]
14. Acidosis (acidic blood)[169,183,194]
15. Rhabdomyolysis or kidney damage (if person is resuscitated)[149,150,213]
16. Presenting rhythm of PEA (pulseless electrical activity) or asys-tole[35,173,189,214]
17. Positive (Deborah) Mash brain test for dopamine transporters, heat shock proteins, and amygdala activation.[150,175-178,215-217]
18. Positive hair test for chronic stimulant abuse.[215,218-222]

Most simply explained, the person is mentally out of control and exceeds the normal physical limits of the human body compensatory mechanisms until it "burns out." In greater detail, the person's metabolism goes way up, the respira-tory system is unable to adequately compensate, the blood becomes acidic, breathing is decreased, the pH starts to drop even more rapidly, and the heart shuts down with a rhythm of PEA or asystole, and the subject is dead.

Excited delirium is found in textbooks dating back to the 1800s.[223-225] The first description of an excited delirium death was a British case from 1650.[226]

Note: It is important to avoid the distraction of the various terms that have been applied to this syndrome. For example, what is now referred to as excited delir-ium[35,48,149,150,168-174,176-181,183,184,200,213,224,227-229] or agitated delirium[186-190,205,217,230-270] has also been called: Bell's mania,[202] acute exhaustive mania,[271] acute deliri-ous mania,[202] delirium grave,[202] typhoma,[202] acute delirium,[202] manic-depressive

exhaustion,[196] excited catonia,[244] lethal catatonia,[272] malignant hyperthermia, hyper-exertion,[273] and neuroleptic malignant syndrome.[171,190,195,203,272]


**Why is There No Insurance Billing Code for "Excited Delirium"?**

Surprisingly, some non-medical critics have questioned the scientific basis, or existence of, excited delirium since it has no numerical code for insurance billing purposes with the exact words, "excited delirium." Obviously, this is not a condition for which an insured productive member of society makes psychiatric appointments. This is an emergency typically associated with law enforcement and EMS involvement.[274-278]


Some have suggested that "excited delirium" does not exist because the AMA (American Medical Association) does not "approve" the diagnosis. This is a "red herring" for several reasons.


The AMA does not approve or disprove of *any* diagnoses – just billable procedures!


The AMA database is the Current **Procedural** Terminology (CPT) listing of insurance billable procedures." For example, one can go to the AMA website at: https://catalog.ama-assn.org/Catalog/cpt/cpt_search.jsp and see that an appendectomy pays $580.03 in Nevada. This is shown in detail in Figure 13.


The group that deals with dead people is called the National Association of Medical Examiners (NAME). They *do* recognize excited delirium and have for years.[215,216,279]


It is insincere and finally self-defeating to use the AMA CPT insurance billing codes to make diagnostic decisions. If one were to argue that a custodial death could never be blamed on excited delirium (since there is no AMA billing code for it) then one could also never blame a TASER ECD or an ECD in general since there are no CPT codes for those either.


The strongest evidence for the irrelevance of the lack of CPT coding — for excited delirium — is the fact that there is no CPT code for "delirium" in general. Yet, no one would question the existence of delirium conditions in medicine. A simple Medline search shows over 15,000 papers mentioning delirium.


Individuals suffering from excited delirium are often in the process of a rapid death. They are not calling a psychiatrist to set up an appointment to be seen for excited delirium. In fact, chronic and acute illegal drug abusers, generally are not employed and generally do not even have medical insurance. Thus there is no great constituency for including the exact words "excited delirium" in the codes.

(The AMA also does not have a billing code for cocaine. And Medicare will not pay for amphetamine or methamphetamine, according to the AMA billing code.) Just in case the police were to make an emergency call to a psychiatrist who arrived before the person died, there are, in fact, codes for acute psychosis, agitated delirium, etc that could be used for the insurance billing. To suggest that a condition does not exist because there is no insurance billing code — for the exact phrase— is rather silly.



**Figure 13. Appendectomy CPT for Nevada.**

There is no AMA CPT code for treating bullet wounds either. There is no AMA CPT code with the word "bullet" in it.[280]

Similarly, part of the 2007 Walter Reed Medical Center scandal surrounds the fact that until recently, there was no numerical code for Traumatic Brain Injury[281-283] so soldiers with this were getting coded as "Organic Psychiatric Disorder". This is just another example of how real conditions exist regardless of whether the insurance billing coding system is keeping up with known medical diagnoses.[284]

As Drs. Farnham and Kennedy so bluntly — and accurately — put it, "… but as psychiatrists we are more interested in the living than the dead and how to prevent the living becoming the dead."[185]

## International Classification of Diseases (ICD Codes)

There are numerous ICD codes which could cover an excited delirium state as shown in Table 4.

**Table 4. ICD-9 Codes for Delirium**

| | |
|---|---|
| 799.2X | Abnormal Excitement |
| 296.00S | Manic Excitement |
| 799.2AM | Psychomotor Excitement |
| 307.9AD | Agitation |
| 799.2V | Psychomotor Agitation |
| 780.09E | Delirium |
| 293.1J | Delirium of Mixed Origin |
| 292.81Q | Delirium, Drug-Induced |
| 292.81R | Delirium, Induced by Drug |

## Position of the National Association of Medical Examiners

We have already discussed the irrelevance of the lack of an AMA insurance billing code. What many are unaware of is that excited delirium is well accepted by the medical examiner community and they actually have a position statement to this very effect. The National Association of Medical Examiners (NAME) has recognized excited delirium for more than a decade.[215,216,279] At the risk of stating the obvious, medical examiners *are not paid by insurance companies* and thus insurance billing codes are irrelevant to them.

Thus, the physicians who deal with violent death have recognized excited delirium as a cause of death for some time. [215,216,279] Here are 3 paragraphs copied — in full — from this position statement (emphasis added):[216] (note that the statement also uses the synonym "agitated delirium.") (emphasis added)

> The time of the terminal cocaine use cannot be reliably determined by drug analysis alone. Estimation of the time and quantity of cocaine ingested may not reliably relate to toxicity, lethality, or the development of ***excited delirium***. Attempts at calculating dose based upon the formula using volume of distribution, weight, and a blood level cannot be accurately performed on postmortem samples. Drug levels do not necessarily relate to drug toxicity or poisoning.

61

A diagnosis of cocaine-induced *agitated delirium* can be made when investigative information supports a history of chronic cocaine use. Whenever the victim presents with a clinical or investigative history of acute psychosis (paranoid behavior, undressing, violent behavior, and often with hyperthermia) and a complete investigation and forensic autopsy does not reveal a pathologic process as the proximate or underlying cause of death, then a central nervous system active drug should be suspected. Cocaine may be present in low levels or only the metabolite may be detected in urine or spinal fluid. Chronic drug use is necessary to induce the changes in the neurochemistry that lead to *agitated delirium*. The presence of hyperthermia (core temperature > 103° F) is strongly supportive of a cocaine-induced event.

A catecholamine-mediated *excited delirium*, similar to cocaine, is becoming increasingly recognized and has been detected in patients with mental disorders taking antidepressant medications, and in psychotic patients who have stopped taking their medications. This may relate to the same neurochemistry and channelopathies that are associated with the effects of cocaine. Some medical evidence suggests a genetic predilection for a mutated potassium channel locus in some susceptible individuals.

## 4.2. Anti-Police Organization Fund-Raising "Studies" are Junk Science.

### Summary

Some anti-law enforcement groups have used ECDs for very successful fundraising campaigns by suggesting that custodial deaths in which an ECD was used were somehow caused by the ECD.[285,286]

Why do some people succumb to sudden unexpected and unforeseeable death while encountering law enforcement officers, or in emergency rooms, hospitals, psychiatric centers, in the backs of ambulances, while being tended to by EMS personnel?  We all want answers and we all want to blame something. Often, some people seek to blame a single cause temporal, or in proximity, to the person's death, while most often the causation of death is actually multi-factorial and is usually chronic rather than acute. Resisting arrest and consuming illegal drugs, especially over a long period of time, is dangerous and often leads to "excited delirium"-type deaths, which is the most likely explanation for this sad type of death.

The fact that a TASER ECD was used in some attempts to capture, control, and restrain someone who is violently struggling and resisting against law enforcement or EMS attempts to save their life is not why they died.

This cannot be put any better than it was in the Farnham editorial in the British Medical Journal.[182]

Legal reasoning favours single proximate causes rather than medical conditions, but the intervention most proximate to the time of death is not necessarily the cause of death. Similarly, popular journalism favours controversy and blame rather than balance and exploration.

## Causation vs. Correlation

Why does the sun come up after the rooster crows? If one thinks that the rooster's crow caused the sun to come up then one has committed the *post hoc ergo propter hoc* logical fallacy. The statement "*post hoc ergo propter hoc*" is Latin for "after this therefore because of this." You put your coat on before you go out on a winter day. Do you think your coat caused the air to turn cold? That is why some media reporters lacking scientific training and an understanding of statistics, as well as a well grounded foundation in logical thinking and fallacial analyses may wrongly, and naively, see causations where there are none.[287-289]

About 30,000 (30,711 in 2004) Americans die annually of drug-related causes according to the Center for Disease Control. The death of a stimulant abuser is not a peaceful sleepy death like one from heroin – especially if the individual is a chronic abuser. It is violent, disturbing, and with bizarre behavior.[190] It may also be ugly, sad and tragic. The methamphetamine epidemic is also causing a rapidly increasing number of stimulant deaths which may top those of cocaine. The end-stage of chronic cocaine or methamphetamine usage, in some individuals, is a fairly consistent sequence of events often referred to "excited delirium" and is discussed in an earlier section.

In the 1990s, these in-custody-deaths were blamed on oleoresin capsicum (pepper spray). "*Pepper Spray: A Magic Bullet under Scrutiny.*"[290] In that report, the ACLU (American Civil Liberties Union) of Southern California "documented" 7 fatalities after the use of pepper spray in a 9-month period. Amnesty International still attempts to link 100 deaths to pepper spray by referring to these deaths "after" the use of pepper spray.[286] These deaths have also been blamed on choke-holds[291], LVNR® (lateral vascular neck restraints), hog-tying, compression restraints, and positional asphyxia.[186,292-299] Amnesty International still attempts to link over 100 deaths to the use of pepper spray.[286] Now the uninformed death causation du jour is the TASER ECD and it is being seen — by some — as a simple, "obvious" scapegoat for these tragic deaths.

If a person with normal mental function has excessive exertion, that individual's brain will recognize the signals that the blood is getting acidic and will force the body to slow down. This is the normal compensatory function. If someone's mental functioning is such that this feedback signal is ignored, the person may struggle, resist, and fight until they die.[300] Thus, excited delirium can kill by making the blood so acidic that nothing can function.[169,181,215,300,301] The typical features of excited delirium are shown in the earlier checklist. The main causes are chronic, illicit stimulant abuse, or the presence of certain mental health conditions.[183,184,302]

When someone is dying this horrible, although primarily long-term self-created and self-induced, death described as excited delirium, they usually exhibit bizarre, unusual, and violent struggling behavior which often attracts attention. Law enforcement and EMS personnel are then called and they have to deal with this syndrome for which no good or accepted protocols or treatment have been agreed upon.[183]

Studies of excited delirium deaths show that the majority of the cases have no TASER device involvement.[35 52,303]

### 4.3. Examining (a few of) the Medical Examiners

Why have a few MEs (medical examiners) indicated that TASER devices were a cause of death, a contributing factor in a death, or could not be ruled out as a cause of death? Remember, of the (2004) 2,398,000 human deaths, of which 956,000 were referred to ME/C offices,and 487,000 were accepted by the ME/C offices for investigation, only about 800 were CRDs, and only 1/3 of these were ECD temporarlly associated.

Even if every death in which the TASER device is even mentioned —was assumed to actually be the fault of the TASER device — then it would appear to be an amazingly safe weapon. Around 27 such cases out of about 1.2 million estimated uses (12/31/2007) indicates that the theoretical death rate is about 1 in 44,000. This is lower than the lifetime risk of a lighting death of 1 in 30,000. But, even those few cases exaggerate the role of the TASER devices in any deaths.

MEs cannot detect electricity in the body after a shock like they can detect drugs or bullets. So, they sometimes (less today than pre 2007) take a politically safe approach and make the meaningless statement that, "The role of the TASER [ECD] was undetermined," or "… could not be ruled out,," which translates into the media headline of "Another TASER Death!" This can be an honest admission, although scientifically, medically, and logically invalid, by an ME (medical examiner) of knowing nothing about electricity. However, this seemingly innocuous statement is often misperceived and generally salaciously misreported resulting in unjustified scrutiny and litigations.

Also, in many such death cases the ME does not perform the investigation or the tests that could actually assist in proving causality of death. The examiners often do not test for the striatal dopamine transporter levels in the brain,[177,178,304] nor do they perform hair analysis for indications of chronic drug abuse.[218-222] Nor do many of the examiners perform psychological autopsies to gain additional information that could lead them to other possible contributors or causations of death. Nor, do they routinely collect and analyze medical, drug use, and criminal histories. These lapses may be for budgetary reasons or time constraints. Also, there is no great societal pressure to expend large amounts of time and resources precisely investigating the death of a drug addict or street criminal.

A death from excited delirium, in the chronic drug abuser, will often occur at a point when the drug itself has been metabolized (processed) and thus is not detectable, or at least not quantifiable, in the blood.[305]  Or, it is detectable at a fairly low level, or only as a metabolite, not within the known fatal range for an acute usage. The tests to determine the neural effects of chronic drug usage are tricky, expensive, and time consuming. At a minimum they require an expeditious harvesting and freezing of the brain so that it can be analyzed for the modifications from long-term drug use. In the vast majority of excited delirium type deaths this is generally not done.

Very rarely do the MEs affirmatively list the TASER device as a contributing factor in a death. In those rare cases, TASER has presented the autopsy and law enforcement records to cardiac electrophysiologists, toxicologists, cardiologists, experts in excited delirium, neuropharmacologists, and other specialists. In every case analyzed to date, the medical and scientific experts have concluded that the ME speculation that the ECD contributed to death was scientifically and medically impossible. The most common mistakes made by the examiners were: (1) failure to appreciate the timing of electrocution (within 5 seconds of ECD initial exposure), (2) failure to adequately test for excited delirium, (3) failure to understand the lack of physiological effects of ECD exposure, and (4) failure to logically analyze and deduce causation free of logical fallacy contamination. Since electrocution is instantaneous (seconds), cases in which death occurred minutes or hours after the TASER application are easy to eliminate by someone understanding fibrillation.

A press search was performed for the years 2002-2005 for cases of an SICD (sudden in custody death) with a temporal TASER ECD association and obtained the autopsy reports. Working with other experts, the number of errors found in the MEs' reports were calculated.[306]

As discussed above, sudden death from electrical discharge (electrocution) is caused by the induction of VF and generally follows this sequence: (1) pulse disappears immediately, (2) there is loss of physical strength for continued resistance, (3) collapse occurs within 5-15 seconds, (4) VF rhythm occurs, and (5) immediate defibrillation is usually successful. Any material failure to appreciate the above facts was scored as an error.

Other errors were counted if the ME report reflected hypotheses not supported by known scientific literature. These included: blaming the ECD for cardiac physical changes, inclusion of a publicity sensitive safe comment (e.g. "we were unable to eliminate the role" of the ECD), falsely assuming that prolonged ECD applications are more dangerous than other restraint techniques, claiming that ECDs impair breathing, presumption of a lethal synergy between stimulant drugs and the ECD, use of the ECD in the "drive stun" mode only since this involves current passing between 2 very close transcutaneous electrodes and does not create any major body mass involvement. Finally, the use of the metaphorical

"last straw," without any scientifically reliable basis for determining a contribution to death, was scored as an error.

**Table 5. Errors in Autopsy reports from 2002 to 2005.**

| Probable Error in Citing the ECD | N |
|---|---|
| Time to collapse ≥ 1 minute | 21 |
| Continued resistance after ECD application | 14 |
| Rhythm other than VF | 11 |
| Publicity sensitive comments | 9 |
| Failure of immediate defibrillation | 7 |
| Drive stun mode | 6 |
| Assumed drug-ECD electrocution synergy | 6 |
| Discharge duration or parity | 5 |
| "Last straw" metaphor as a mechanism | 4 |
| Cardiac damage ascribed to ECD | 3 |
| Assumed ventilation impairment | 2 |

Twenty-seven cases were found where the autopsy report inappropriately listed the ECD as a contributory or as an "unknown" factor. As expected, the rate of such reports appeared to be growing at 2.6 per year ($r^2$=.74, p = .06) due to increased adoption and deployment of the TASER ECDs by law enforcement agencies. Autopsy reports were reviewed for these cases and ME errors were statistically tabulated. The decedents were all male with mean age 35.6 ± 10.7 years (median = 32) which is consistent with recently reported custodial death data.[52,303]  A mean of 3.1 ± 1.2 scored errors per report with a range of 1-6 was found. This rate was very stable across the study period. A sobering finding was the rate at which the "last straw" logical causal oversimplification fallacy was mentioned as a linkage in lieu of a scientifically reliable and literature supported mechanism. Scored errors are listed in Table 5:

In an update including the ECD incident involved with subsequent death autopsies from calendar year 2006, a dramatic shift was found. The rate of ME mentions was rapidly trending towards zero as seen in Figure 14. This shows the impact of the many published scientific papers demonstrating the safety of the TASER ECDs.



**Figure 14. The rate of the TASER ECD (CEW or Conducted Electrical Weapon) being mentioned as contributory is now dropping rapidly.**

## 4.4 Old Fashioned Bias and Cluster Analysis

The special case of Summit County, Ohio, merits special attention. Three of the ECD-blamed deaths come from this 1 of over 3000 counties in the USA.

The Summit County Medical Examiner has ruled the TASER ECD as a primary cause of death in 3 of 4 TASER Temporal Death (TTD) cases. These are Holcomb, Hyde, and McCullaugh. Dandridge was the one that was blamed on excited delirium and cocaine back in August 2004 before the ECD media hysteria of 2005-2006.

Nationwide there are about 9 more cases in which the ECD (of all brands and models) was blamed as THE or ONE of THE primary causes (sometimes tied with 2 or 3 other causes). This requires a very liberal reading of the autopsies and went back to 1982. This is out of the 304 TTD cases with autopsy reports from outside of Summit County.

In Summit County there is a 3/4 chance of a TTD being ruled against a TASER ECD. For the rest of the US and Canada it is 9/295. The chi-square statistic is used to compare fractions and this gives a probability of p = 1.39 e-13 of this be-

ing due to chance. In other words, by the odds of 7197948388176 to 1 Summit County has a bias against either TASER ECDs or the local law enforcement community. The City of Akron, Ohio, and TASER are seeking judicial correction of these autopsies.[307]

Cook County, Illinois also presents an interesting case study. During the tenure of one Chief Medical Examiner, it was forbidden to ever find the cause of death as excited delirium. After he left, excited delirium was again discovered as a cause of death. A possible factor was that the chief medical examiner was involved in a bitter and protracted lawsuit against the Chicago Police Department stemming from a bar fight that his sons got into with an F.B.I. (Federal Bureau of Investigation) agent and the later responding Chicago Police Officers.[308,309]

## 4.5 Logical Errors

### Science, Scientific Method, Scientific Reliability, Scientific Certainty

The basis for any logical determination of a causal connection, an association, or a correlation must be from scientifically reliable research grounded in the scientific method, and determined to an acceptable degree of scientific certainty (normally to a reasonable degree of scientific or medical probability), and with some determinable degree of contribution.

### Inverse Causation

One logical error is so common that there are riddles based on it. This is the error of the inverse causation. In fact, the best way to introduce this error is with a riddle.

"Why do I always find something in the last place that I look?" After a brief reflection the answer is obvious: once someone finds something they stop looking for it. Therefore they will always find that which is being sought in the last place they look. With the inverse causation thinking one would be tempted to ascribe the discovery to the fact that the article was hidden in the very last possible hiding place in the universe.

Let us go back to the rooster example. Why does the sun rise after the roster stops crowing? Does the sun, in fact, listen for a local rooster crowing to stop before it shows its shining face? Obviously not. The causation is the exact inverse. The roster begins crowing with the first hint of sunlight refracted through the atmosphere and then stops.

Inverse causation fallacious thinking is often common with the media and others with law enforcement involved in-custody deaths. With excited delirium a person will often have superhuman strength and stamina until they stop breathing. This is when they often have their very short "quiet (post-exercise peril) period" and

they then quickly develop a cardiac rhythm of asystole or PEA. During the quiet period the law enforcement officers and EMS are able to cease with the more aggressive restraint techniques and handcuff or further restrain the person. (This ending is the reason why handcuffs are associated with 100% of in-custody deaths.[52,303]) However, the person was already programmed to progress to a lethal cardiac arrhythmia of asystole or PEA and they now have a lethal cardiac arrhythmia.

With the logical analysis mistake of inverse causation it is often tempting for the uninformed to (wrongly) temporally blame the death on the last restraint technique or specifically the last few seconds of the restraint technique, or on the device or tool that they least understand, or most fear (e.g. "electricophobia" – the unreasonable fear of electricity).

**Stop versus Start Confusion**

This is the error of associating the cessation of an input with an injury rather than the associating of the initiation. Imagine that someone swallowed a lethal dose of a poison. Depending on the metabolic pathway the poison may take hours to days to kill. For example, acetaminophen may take weeks to kill.[310] Because the suicidal individual feels a minimal effect at a half hour, they might take another lethal dosage. This might continue for hours until they are vomiting so much that they cannot swallow anything. A few weeks later they finally die. Someone having the "stop vs. start" confusion would blame the last "stop" dosage for the death when the first "start" dosage was already fatal. Just as with excited delirium, the initial factor leading to the person's death is usually the chronic, or longterm, stimulant abuse, and not the acute, or recent, abuse.

Drowning provides another example. Imagine that a body was found at the bottom of a pool. The body is retrieved and brought to the surface where there is plenty of air. Security tapes show that the person was in the pool for 4 hours. No rational person would suggest that it was the last 5 minutes in the pool that killed the person.

In summary, the last or "stop" seconds of electrical current are irrelevant for electrocution.

**Example of "start-versus-stop" confusion**

A violent criminal subject is controlled for 120 seconds with an ECD. There are many reasons why such a long application may be necessary such as when the person is barricaded in an automobile and removal is difficult. (See typical example on page 73) The person finally collapses and the ECD is turned off. The naïve calculus would allow for the consideration of an electrically induced VF since the collapse was within seconds of the final ECD application. This would lead to a false conclusion. The correct timing start is to the initial application. Had the

current been sufficient to induce VF then the person would have collapsed within 5-15 seconds and there would have been no long application required.

**Some Means All**

This interesting logical fallacy is best explained by example as it can be subtly and very misleadingly hidden in a narrative. Here is a direct quote from a physician expert report in a civil litigation.[113]

> All people with methamphetamine intoxication do not die of the methamphetamine or of "excited delirium". In the present case the only significant adverse physical stimulus was from the TASER® applications. Are we really expected to believe that the TASER® has no physiologic effects when delivered in the manner of this case?

Since *some* people do not die from a toxic level of methamphetamine, some have illogically opined that *all* people could survive a toxic level of methamphetamine. This is clearly erroneous. Based on this clear logical fallacy and logical sleight-of-hand one then concludes that something else was needed. The physician also incorrectly assumes, without scientifically reliable human data, that a TASER device discharge has significant negative physiological effects that can cause death. This is simply incorrect.

This case also provides an example of a clever, although possibly unintentional, "term switch." Note that the ECD is referred to as providing an "adverse physical stimulus" in the middle sentence while it is referred to as having "physiologic effects" in the last sentence. The ECD clearly has physiological effects or it would be worthless on human beings. However, by slipping in the adjective "adverse" an uncritical thinker might be tricked into wrongly agreeing that the ECD had a harmful effect on the person.

Another trick in this example is the "excluded middle." The reader is implicitly given only 2 extreme choices. They are:

The ECD had an adverse effect

The ECD had no effect at all

The correct choice is a middle choice — that the ECD is well known to have — which is the effect of capturing a person *without* having any adverse effect.

This type of reasoning would argue that a person with clinically significant bullet wounds could not have died from that damage since many people survive bullet wounds.

70

**Circular Illogical Reasoning on Drugs**

The typical in-custody death case involves someone with a history of drug abuse as well as possibly an acute toxic level of the same drug of choice, or a polydrug synergism. With the overwhelmingly positive field experience with TASER ECDs, no longer can anyone suggest any danger with a healthy person — without looking silly. However, the same critics point to the few deaths of drug users, or a few with negative individual susceptibilities — in which an ECD was used in the restraint process — and speculate that ECDs are therefore more dangerous with drugs.[285,286] This is completely unscientific for several reasons:

ECDs are involved in less than 100 of the 30,000+ illegal drug deaths annually in the USA.

Scientific studies show that drugs do not make the ECDs more dangerous.[83,86,87,311]

Crossover data from large and small jurisdictions show that implementing ECDs makes subject and officer field injury rates go significantly down and not up.[312 163]

**4.6 The "Last Straw," "Over the Edge," or "Boo!" Causation Theories**

When someone is desperate to blame the ECD and has no scientific or colorable linkage then a common "mechanism" is the logical fallacy commonly referred to as the "last straw" or "pushed over the edge."[306] It is typically verbalized as, "Well, Mr. Doe was in bad shape from the years of hard drugs, and the heavy drug dosage that day (binging), and the fighting, struggling, and resisting with the officers, and the emergency medical responders, but the TASER ECD was the *last straw* [that broke the camel's back]." In the infamous[5] (IL) Ronald Hasse autopsy, this was referred to as "pushing over the edge."

> An autopsy found Hasse's system contained .55 micrograms of methamphetamine per milliliter of blood — .05 micrograms above what is considered a lethal level. But the illegal drug probably would not have killed Hasse without his getting "pushed over the edge" by the TASER's jolts, Denton said.[313]

This fallacy also wrongly presupposes (or assumes) that if a TASER ECD were not used, then no alternative force tool or technique would be used, or that the incident, the struggle, etc. would immediately cease on its own. The police offi-

---

[5] This was the first autopsy to blame an ECD for a death and was riddled with 6 significant errors.

cers and EMS personnel were highly unlikely to have simply walked away and left Mr. Hasse to his own care.

A variation on this interesting fallacious theory is that the pain and stimulation from an ECD increased the catecholamine levels (epinephrine and norepinephrine) to some magic point so that the subject died. This theory has several fundamental flaws. One example (from an actual physician expert report in a lawsuit) suggested that an agitated PCP abuser (that had been hyperactive for some time) had his adrenaline levels raised by the ECD stimulation.

PCP is an anesthetic (nerve blocker) and that is what it was developed for.[117,119,314,315] Thus the signals would not get from the site of electrical contact to the brain. PCP is a powerful analgesic (pain killer) and thus the violent subject was not feeling any pain.[117-119] PCP already raises the norepinephrine levels extremely high and thus it is doubtful that anything can add to that.[316] Exercise also dramatically raises the epinephrine and norepinephrine levels by a factor of 7 to 1 and thus it is doubtful that anything could have added to that with the extreme level of exertion that the subject was under.[317] These scientific facts are best summarized with the cartoon in Figure 15. In summary, the PCP blocked the ability of the TASER device to increase the catecholamine production which was already at a maximum due to the struggle and PCP usage.



**Figure 15. The "over the edge" speculation requires the suspension of scientific facts and logic.**

72

## 4.7 Just a Little Bit Longer

Sometimes a long ECD application is required to capture, control, and accomplish restraint of an especially violent person in a potentially harmful situation. For example, consider this case as related by a senior law enforcement official.

> GLENDALE, AZ. JAN 20, 2005. My officers had a domestic violence call where the husband had assaulted his wife pretty badly and took off with their 5 year old son in a car. The officers were able to get the car stopped in an apartment complex parking lot and confronted the man. As they approached the vehicle the man produced a knife and threatened the officers with it from the vehicle. A short standoff occurred with the officers not retreating because the 5 yr old was in the passengers' seat and within reach of the man. As officers were addressing him the man lunged for his 5 year old with the knife and a TASER was deployed. The man was immediately incapacitated and was pulled from the driver's side while the 5 yr old was pulled from the passenger's side. The man received a 30-second continuous ride while being removed and the world was a safe place again. ALL of the officers in this situation came to me and thanked me for the weapon and their training relating to the TASER. They all agreed that this would have been a definite shooting had the weapon not been with them. [318]

The officers had to give a continuous 30 second TASER ECD application to keep the violent subject from killing his own son. This is the equivalent of 6 normal applications. Under the Northern California ACLU recommendations,[25] this would not have been allowed and this 5 year old boy could be dead from a stab wound and the father probably dead from multiple bullet wounds as the officers tried to stop the knife attack.

It is difficult to justify doing long duration studies on humans as one needs to balance the abuse consideration of volunteers against a very small possibility of injury to a violent criminal subject. However, when one of these criminal subjects dies after a long ECD application was required then a personal injury lawyer may argue that there are insufficient studies for the certain duration used.  They will then further speculate, that if the company had done studies *just* a little longer then they would have seen the mysterious cause of death that is being sued over.

Current ongoing human research, presently unpublished, has increased the continuous ECD duration to 45 seconds, and has also included multiple simultaneous ECD applications. To date the unpublished research continues the earlier published research findings of no clinically significant negative physiological effects.

Unpublished studies performed at the University of Pennsylvania for the US Department of Defense have found that ventilated swine were able to tolerate 3 minute (180 second) continuous ECD applications and all survived. They are now preparing to extend the study out to 6 minutes.

## 4.8 Legal Warnings as a Substitute for Scientific Causation.

An occasional critic has attempted to rely on the extremely conservative TASER ECD warnings, as a substitute for a scientific mechanism of harm. (These warnings were, in part, based upon published speculations, plausibilities, and conceivabilities, and not on research based conclusions from sound scientific research.) As one example from a deposition follows:

> …how can you put at the bottom of a report that the TASER had nothing to do with the death when TASER's own literature gives you warnings that in the right circumstances, bad things can happen.[319]

TASER does provide many warnings — driven in part by earlier speculation — which can be considered extremely conservative. Given the litigious environment that any manufacturer faces in this country, this may have been prudent. Consider these examples:

> Home appliance-maker Rowenta reminds customers to not iron their clothes while wearing them. Just to be sure that youngsters can't cop the old super-power plea, Houston-based retailer Frankel's Costume warns users that just because they are wearing a Superman costume doesn't mean they can fly. And when Apple introduced its iPod "shuffle" digital music player in 2005, the company added a "Do Not Eat" warning on its Web site.[320]

However, the logical fallacy in relying on them — as a substitute for providing a scientific or medical causation mechanism, degree of certainty of causation, and degree of contribution to conclusion — is best exposed by an analogy. Imagine that a methamphetamine addict is found dead in his yard with a high dosage of the drug in his blood. Also, testimony suggests that he may have climbed a stepladder and used his lawn mower that morning. Let us further imagine that both the stepladder and lawn mower had warnings that state that their use could be dangerous for anyone under the influence of alcohol or drugs. Would anyone suggest that this was evidence that the ladder and/or lawn mower made any contribution to the death?

In well over a century of medical, scientific, and electrical research there is no support for speculations that the minimal amount of current and energy delivered into a human body by a TASER CEW discharge, or discharges, is likely, or even medically and/or scientifically possible, to directly cause clinically significant adverse effects, serious injury or death.[29,76] Thus, there would appear to be no

need for TASER to "disprove the negative" and study every conceivable combination of drugs and medical conditions in order to defend its products.

## 4.9 Keeping the Rhythm

It is very important to understand the difference between the lethal rhythms of custodial deaths and those that can be induced by electrical stimulation as listed in the Glossary on page 8. The lethal arrhythmia of VF can be induced by sufficiently strong electrical currents. However, this rhythm is almost never seen in custodial deaths. The fact that a rare few pigs were inducible into VF by ECD stimulation has confused some into assuming that this was relevant to the media-linked deaths in which an ECD was used. However, no pig was ever induced into asystole or PEA which are the primary rhythms of custodial deaths.

## 5.0 EPIDEMIOLOGY

### 5.1 Field Usage Statistics

Reports of law enforcement ECD usage rates were gathered from web searches of media stories. These covered 81 reports from 61 unique cities for the years: 2001-2007 with a mean reporting period midpoint of 2005.9 ± 1.3 years. The reporting period duration was 3 months to 3 years with a mean of 1.1 ± 0.48 years. The reports covered departments with 20 - 40,000 officers with between 5 and 3847 TASER ECDs deployed in the particular department.

The usage rate per ECD varied significantly but most of that variation was due to different deployment levels with a correlation of $r^2$=.64 with a spline fit as seen in Figure 16. (The deployment level is the number of ECDs divided by the number of sworn officers.) For example, in a city that only has ECDs issued to the SWAT unit, each of those devices will be called on often and they will be used, on average, about 1.5 times per year. Full deployment is defined as a deployment level > 0.75. (This typically means that every patrol officer has an ECD as many sworn officers do not patrol.) With full deployment, the usage rate drops to about 0.3 per year per ECD.



**Figure 16. Low deployment departments have much higher usage rates per ECD as they are called out to many difficult situations while each officer has an ECD in full deployment departments.**

This model of usage rate versus deployment rate was then used on the TASER sales database which has department size, net ECDs owned, and deployment

rate. This produced an average annual usage rate per ECD of 0.568. I.e. each ECD in law enforcement hands is used 0.568 times per year.

The TASER sales history was integrated over time from Q1 2000 and yielded 826,720 "ECD years" to 30 Sept 2007. That gave 469,577 field uses to 30 Sept 2007. Extrapolating to 31 Dec 2007 gives an estimated field usage total  of 513,970. This is increasing at the rate of 488 field uses per day. This count does not include non-discharge compliance uses from displaying, laser sighting, or arcing the device. Also, these numbers do not include the 103,000 ECDs in civilian hands (since 1993).

## 5.2 Training Usage Statistics

In summer 2007 a survey was sent to all TASER ECD certified instructors. A total of 2082 surveys were completed which covered 106,637 TASER ECDs. This is about 30% of the devices fielded with law enforcement and thus the survey has unusually high statistical confidence. Instructors were asked about their training policies and the number of human training exposures per ECD.

The following were the responses on the training policy issue as seen in Figure 17:

Forbidden:    112 instructor responses;   5.4%

Allowed:       247 instructor responses;   11.9%

Encouraged: 1151 instructor responses;          55.3%

Mandatory:   578 instructor responses;   27.8%

As can be seen, the most common law enforcement department policy decision is to encourage the law enforcement officer to receive an encouraged TASER ECD exposure. The second most common policy is to make the exposure mandatory. The *least* common policy is to forbid an exposure (5.4%). Note that the above percentages were calculated by the instructor responses and not by the particular departments. Since larger departments have multiple instructors, this method gives a better impression of the number of officers subject to a given policy.

Responses from 2082 certified instructors and modeling from deployment rates yielded a weighted mean of 1.98 human training exposures per ECD. The reason this number is >1 is that low deployment departments share an ECD across multiple officers. A statistical "bootstrap" technique with 1500 samples of 1581 data each was used to estimate the confidence limits on this training exposure rate. The 95% confidence limits were 1.85-2.12 which is ± 6.8%.

77



**Figure 17. Distribution of Human Exposure Training Policies.**

The mean response date to the survey was 18 Sept 2007. The mean calculated training hits given for officer turnover was 4.62% per year. This is 1.17% per quarter. This was added to the calculated number above for each 91 days after 18 Sep 2007.

An estimated 336,022 ECDs were fielded by 1 Jan 2008. Times 1.98 gives 665,323 ECD training exposures. Adding in 1.17% for turnover exposures gives 673,108 training exposures with confidence limits of 627,337–718,880.

## 5.3 Mortality Rates

Since 1982, there have been 12 autopsies in which an ECD has been listed as a cause of death or as the cause of death. Added to the 4 cases in which the ECD actually contributed to a death from a secondary fall gives a total of 16 cases. There have been 0 deaths from the 670,000 training exposures. This gives a very conservative upper-limit mortality rate of 13.6 per million exposures.

In none of the 12 autopsies, has the alleged ECD contribution withstood legal or scientific scrutiny. Counting only the 4 deaths (from secondary head injuries with falls) after an ECD exposure, the actual total mortality rate for a human exposure is 3.4 per million. And, consider, in 2004 there were 18,807 deaths from falls out of 2,397,615 total deaths, out of the general population of 293,656,842, which yields a mortality rate from falls in the general population of 6.4 per million.

78

## 6.0 REFERENCES

**1.** Kroll M. Crafting the Perfect Shock. *IEEE Spectrum* 2007;44:27-30.

**2.** Weiss G. Sur la possibilite' de rendre comparable entre eux les appareils survant a l'excitation electrique. *Arch Ital de Biol* 1901;35:413-446.

**3.** Alon G, Inbar G. Optimization of pulse duration and pulse charge during transcutaneous electrical nerve stimulation. . *Austral J Physiotherapy* 29(6):195-201.

**4.** Voorhees CR, Voorhees WD, 3rd, Geddes LA, Bourland JD, Hinds M. The chronaxie for myocardium and motor nerve in the dog with chest-surface electrodes. *IEEE Trans Biomed Eng* 1992;39:624-8.

**5.** Reilly JP. Cardiac sensitivity to electrical stimulation Electrical Stimulation and Electropathology. NY, NY: Cambrige Univ. Press, 1992:180-230.

**6.** Rattay F. The basic mechanism for the electrical stimulation of the nervous system. *Neuroscience* 1999;89:335-46.

**7.** Sweeney J. Skeletal muscle response to electrical stimulation. . In: Reilly J, ed. Electrical Stimulation and Electropathology New York City: Cambridge University Press, 1992:285-327.

**8.** Reilly JP. Applied Bioelectricity: From Electrical Stimulation to Electrical Pathology. New York: Springer, 1998:1-563.

**9.** Li C, Bak A. Excitability characteristics of the A- and C-fibers in a peripheral nerve. *Exp Neurol.* 1976;50:67-79.

**10.** Koslow M, Bak A, Li C. C-fiber excitability in the cat. *Exp Neurol.* 1973;41:745-753.

**11.** Antoni H. Pathophysiological basis of ventricular fibrillation. In: Bridges JF, Ford GL, Sherman IA, Vainberg M, eds. Electrical Shock Safety Criteria. New York: Pergammon Press, 1985:33-43.

**12.** Antoni H. Cardiac Sensitivity to Electrical Stimulation. In: Reilly J, ed. Applied Bioelectricity: From Electrical Stimulation to Electrical Pathology. Springer, 1998:194-239.

**13.** Biegelmeier. Effect of current passing through the human body and the electrical impedance of the human body: A guide to IEC-Report 469. VDE,-Verlag, Berlin: ETZ, 1987.

**14.** Biegelmeier G, Lee WR. New considerations on the threshold of ventricular fibrillation for a.c.shocks at 50~60 Hz. *IEE Proc.* 1980;127:Pt. A: 103-110.

**15.** Jacobsen J, Buntenkotter S, Reinhard HJ. [Experimental studies in pigs on mortality due to sinusoidal and phase-controlled alternating and rectified currents (author's transl)]. *Biomed Tech (Berl)* 1975;20:99-107.

**16.** Roy OZ, Park GC, Scott JR. Intracardiac catheter fibrillation thresholds as a function of the duration of 60 Hz current and electrode area. *IEEE Transactions on Biomedical Engineering* 1977;BME-24:430-435.

**17.** Sharma AD, Fain E, O'Neill PG, Skadsen A, Damle R, Baker J, Chauhan V, Mazuz M, Ross T, Zhang Z. Shock on T versus direct current voltage for induction of ventricular fibrillation: a randomized prospective comparison. *Pacing Clin Electrophysiol* 2004;27:89-94.

**18.** Swerdlow CD, Olson WH, O'Connor ME, Gallik DM, Malkin RA, Laks M. Cardiovascular collapse caused by electrocardiographically silent 60-Hz intracardiac leakage current. Implications for electrical safety. *Circulation* 1999;99:2559-64.

**19.** Weismuller P, Richter P, Binner L, Grossmann G, Hemmer W, Hoher M, Kochs M, Hombach V. Direct current application: easy induction of ventricular fibrillation for the determination of the defibrillation threshold in patients with implantable cardioverter defibrillators. *Pacing Clin Electrophysiol* 1992;15:1137-43.

**20.** Kroll M, Tchou P. Testing of Implantable Defibrillator Functions at Implantation. In: Ellenbogen K, Kay G, Lau C, Wilkoff B, eds. Clinical Cardiac Pacing, Defibrillation and Resynchronization Therapy. Philadelphia: W.B. Saunders Company, 2006:531-557.

**21.** Singer I, Lang D. The Defibrillation Threshold. In: Kroll M, Lehmann M, eds. Implantable Cardioverter-Defibrillator Therapy: The Engineering-Clinical Interface. . Boston: Kluwer, 1996.

**22.** Lomax Estate vs. Las Vegas Police Department et al. Knoblack Deposition: UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA, 2007.

**23.** Ideker R, Dosdall D. Can the Direct Cardiac Effects of the Electric Pulses Generated by the TASER X26 Cause Immediate or Delayed Sudden Cardiac Arrest? *Am J Forens Med* 2007;28.

**24.** Hou CJ, Chang-Sing P, Flynn E, Martinez L, Peterson J, Ottoboni LK, Liem LB, Sung RJ. Determination of ventricular vulnerable period and ventricular fibrillation threshold by use of T-wave shocks in patients undergoing implantation of cardioverter/defibrillators. *Circulation* 1995;92:2558-64.

**25.** Schlosberg M. Stun Gun Fallacy: How the Lack of Taser Regulation Endangers Lives, 2005.

**26.** Roy OZ, Mortimer AJ, Trollope BJ, Villeneuve EJ. Effects of short-duration transients on cardiac rhythm. *Med Biol Eng Comput* 1984;22:225-8.

**27.** Green R, Rafferty E, Gregory J. Danger levels of short (1 msec. to 15 msec.) electrical shocks from 50 Hz poer supply. In: Bridges J, Ford G, Sherman I, Vainberg M, eds. Electrical Shock SafetyCriteria. New York: Pergamon, 1985:259-272.

**28.** Peleska B. Cardiac arrhythmias following condenser discharges and their dependence upon strength of current and phase of cardiac cycle. *Circulation Research* 1963;13:21-32.

**29.** IEC. Effects of Current on Human Beings and Livestock, CEI/IEC 479-2: Effects of currents passing through the human body, 2nd Edition.: IEC, Geneva, Switzerland, 1987.

**30.** Knickerbocker G. Fibrillating parameters of direct and alternating (20-Hz) currents separately an in combiantion - an experimental study. *IEEE Trans Comm* 1973;21:1015-1027.

**31.** Dalziel CF, Lee WR. Reevaluation of lethal electric currents. *IEEE Transactions on Industry and General Applications* 1968;IGA-4:467-476.

**32.** Ferris LP, King BG, Spence PW, Williams HB. Effect of electric shock on the heart. *Electrical Engineering* 1936;55:498-515.

**33.** Howe BB, Fehn PA, Pensinger RR. Comparative anatomical studies of the coronary arteries of canine and porcine hearts. I. Free ventricular walls. *Acta Anat (Basel)* 1968;71:13-21.

**34.** Pak HN, Kim YH, Lim HE, Chou CC, Miyauchi Y, Fang YH, Sun K, Hwang C, Chen PS. Role of the posterior papillary muscle and purkinje potentials in the mechanism of ventricular fibrillation in open chest dogs and Swine: effects of catheter ablation. *J Cardiovasc Electrophysiol* 2006;17:777-83.

**35.** Stratton SJ, Rogers C, Brickett K, Gruzinski G. Factors associated with sudden death of individuals requiring restraint for excited delirium. *Am J Emerg Med* 2001;19:187-91.

**36.** Panescu D. Less-than-lethal weapons: Design and Medical Safety of Neuromuscular Incapacitation Devices. *IEEE Eng Med Biol Mag* 2007;26(4).

**37.** Panescu D. Design and medical safety of neuromuscular incapacitation devices. *IEEE Eng Med Biol Mag* 2007;26:57-67.

**38.** Panescu D, Kroll MW, Efimov IR, Sweeney JD. Finite Element Modeling of Electric Field Effects of TASER Devices on Nerve and Muscle. *Conf Proc IEEE Eng Med Biol Soc* 2006;1:1277-9.

**39.** Sun H. MODELS OF VENTRICULAR FIBRILLATION PROBABILITY AND NEUROMUSCULAR STIMULATION AFTER TASER® USE IN HUMANS Electrical Engineering. Madison: Wisconsin, 2007:231.

**40.** Holden SJ, Sheridan RD, Coffey TJ, Scaramuzza RA, Diamantopoulos P. Electromagnetic modelling of current flow in the heart from TASER devices and the risk of cardiac dysrhythmias. *Phys Med Biol* 2007;52:7193-209.

**41.** Greenlees KJ, Clutton RE, Larsen CT, Eyre P. Effect of halothane, isoflurane, and pentobarbital anesthesia on myocardial irritability in chickens. *Am J Vet Res* 1990;51:757-8.

**42.** Wu J, Sun H, O'Rourke A, Huebner S, Rahko P, Will J, Webster J. Taser Dart-to-Heart Distance That Causes Ventricular Fibrillation in Pigs. *IEEE TRANSACTIONS ON BIOMEDICAL ENGINEERING,* 2007;54:503-508.

**43.** Wu J, Sun H, O'Rourke A, Huebner S, Rahko P, Will J, Webster J. Taser Blunt Dart-to-Heart Distance Causing Ventricular Fibrillation in Pigs. *IEEE TRANSACTIONS ON BIOMEDICAL ENGINEERING,* 2008:under review.

**44.** Lakkireddy D, Kowalewski W, Wallick A, Verma A, Martin K, Ryschon J, Butany J, Natale A, Tchou P. Cardiovascular safety profile of electrical stun guns (TASER®): Impact of point of delivery on ventricular fibrillation thresholds. *Heart Rhythm* 2006;3:S249.

**45.** Bashian G, Wagner G, Wallick D, Tchou P. Relationship of Body Mass Index (BMI) to Minimum Distance from Skin Surface to Myocardium: Implications for Neuromuscular Incapacitating Devices (NMID). *Circulation* 2007;116:II-947.

**46.** Nanthakumar K, Billingsley IM, Masse S, Dorian P, Cameron D, Chauhan VS, Downar E, Sevaptsidis E. Cardiac electrophysiological consequences of neuromuscular incapacitating device discharges. *J Am Coll Cardiol* 2006;48:798-804.

**47.** Han J, Garciadejalon P, Moe GK. Adrenergic Effects on Ventricular Vulnerability. *Circ Res* 1964;14:516-24.

**48.** Pollanen MS, Chiasson DA, Cairns JT, Young JG. Unexpected death related to restraint for excited delirium: a retrospective study of deaths in police custody and in the community. *Cmaj* 1998;158:1603-7.

**49.** Nanthakumar K, Dorian P. Reply: Cardiac electrophysiological consequences of neuromuscular incapacitating device discharges. *J Am Coll Cardiol* 2007;49:732-733.

**50.** Dennis AJ, Valentino DJ, Walter RJ, Nagy KK, Winners J, Bokhari F, Wiley DE, Joseph KT, Roberts RR. Acute effects of TASER X26 discharges in a swine model. *J Trauma* 2007;63:581-90.

**51.** Ho J, Reardon R, Heegaard W. Deaths in police custody: a 12 month surveillance study 2005.

**52.** Ho J, Reardon R, Heegaard W. Deaths in police custody: an 8 month surveillance study. *Annals Emerg Med,* 2005;46 (suppl) abstract:S94.

**53.** Swerdlow C, Kroll M, Williams H, Biria M, Lakkireddy D, Tchou. P. Presenting rhythm in sudden custodial deaths after use of TASER® electronic control device. *Europace* 2008;8 submitted.

**54.** Harrison D. Science undecided on safety of stun guns. *CanWest News Service* 2007.

**55.** Ho JD, Miner JR, Lakireddy DR, Bultman LL, Heegaard WG. Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med* 2006;13:589-95.

**56.** Ho J. Absence of Electrocardiographic Change Following Prolonged Application of a Conducted Electrical Weapon in Physically Exhausted Adults. *SAEM* 2007.

**57.** Levine SD, Sloane CM, Chan TC, Dunford JV, Vilke GM. Cardiac monitoring of human subjects exposed to the taser(r). *J Emerg Med* 2007;33:113-7.

**58.** Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC. Physiological Effects of a Conducted Electrical Weapon on Human Subjects. *Ann Emerg Med* 2007.

**59.** Vilke G, Sloane C, Bouton K, Levine S, Neuman T, Castillo E, Kolkhorst F, Chan T. Cardiovascular and Metabolic Effects of the TASER on Human Subjects. *J Acad Emerg Med* 2007;14:104.

**60.** Ideker RE, Dosdall DJ. Can the direct cardiac effects of the electric pulses generated by the TASER X26 cause immediate or delayed sudden cardiac arrest in normal adults? *Am J Forensic Med Pathol* 2007;28:195-201.

**61.** Jones A. Recent advances  in the management of late paracetamol poisoning. . *Emerg Med (Aust* 2000.

**62.** Wallace C. Paracetamol poisoning: an evidence based flowchart to guide management. . *Emerg Med J* 2002.

**63.** Ho J, Reardon R, Dawes D, Johnson M, Miner J. ULTRASOUND MEAS-UREMENT OF CARDIAC ACTIVITY DURING CONDUCTED ELECTRICAL WEAPON APPLICATION IN EXERCISING ADULTS. *Fourth Mediterranean Emergency Medicine Congress* 2007.

**64.** Kim PJ, Franklin WH. Ventricular fibrillation after stun-gun discharge. *N Engl J Med* 2005;353:958-9.

**65.** Kroll MW, Calkins H, Luceri RM. Electronic control devices and the clinical milieu. *J Am Coll Cardiol* 2007;49:732; author reply 732-3.

**66.** Cao M, Shinbane JS, Gillberg JM, Saxon LA. Taser-induced rapid ventricular myocardial capture demonstrated by pacemaker intracardiac electrograms. *J Cardiovasc Electrophysiol* 2007;18:876-9.

**67.** Kroll M, Luceri RM, Calkins H. A very interesting case study involving a TASER Conducted Electrical Weapon (CEW) used on a patient with a pace-maker. *J Cardiovasc Electrophysiol* 2007;18:E29-30; author reply E31.

**68.** Sweeney J, Kroll M, Panescu D. Analysis of Electrical Activation of Nerve and Muscle by TASERs American Academy of Forensic Sciences. Seattle, WA, 2006:142-143.

**69.** Camacho MA, Lehr JL, Eisenberg SR. A three-dimensional finite element model of human transthoracic defibrillation: paddle placement and size. *IEEE Trans Biomed Eng* 1995;42:572-8.

**70.** Lerman BB, Deale OC. Relation between transcardiac and transthoracic cur-rent during defibrillation in humans. *Circ Res* 1990;67:1420-6.

**71.** Yoon RS, DeMonte TP, Hasanov KF, Jorgenson DB, Joy ML. Measurement of thoracic current flow in pigs for the study of defibrillation and cardioversion. *IEEE Trans Biomed Eng* 2003;50:1167-73.

**72.** Panescu D, Kroll M, Efimov I, Sweeney J. Finite Element Modeling of Electric Field Effects of TASER Devices on Nerve and Muscle IEEE Engineering in Medi-cine and Biology. New York City, NY, 2006.

**73.** Stratbucker R, Kroll M, McDaniel W, Panescu D. Cardiac Current Density Distribution by Electrical Pulses from TASER devices IEEE Engineering in Medi-cine and Biology Society. New York City, NY, 2006.

**74.** McClain CJ, Kromhout JP, Peterson FJ, Holtzman JL. Potentiation of aceta-minophen hepatotoxicity by alcohol. *Jama* 1980;244:251-3.

**75.** Lesser PB, Vietti MM, Clark WD. Lethal enhancement of therapeutic doses of acetaminophen by alcohol. *Dig Dis Sci* 1986;31:103-5.

**76.** Chilbert M. Standards and Rationale. In: Reilly J, ed. Applied Bioelectricity: From Electrical Stimulation to Electrical Pathology. New York: Springer, 1998:454-501.

**77.** Pozner CN, Levine M, Zane R. The cardiovascular effects of cocaine. *J Emerg Med* 2005;29:173-8.

**78.** Qureshi AI, Suri MF, Guterman LR, Hopkins LN. Cocaine use and the likelihood of nonfatal myocardial infarction and stroke: data from the Third National Health and Nutrition Examination Survey. *Circulation* 2001;103:502-6.

**79.** Karch SB. Cardiac arrest in cocaine users. *Am J Emerg Med* 1996;14:79-81.

**80.** Schwartz AB, Boyle W, Janzen D, Jones RT. Acute effects of cocaine on catecholamines and cardiac electrophysiology in the conscious dog. *Can J Cardiol* 1988;4:188-92.

**81.** Schwartz AB, Janzen D, Jones RT. Electrophysiologic effects of cocaine on the canine ventricle. *J Cardiovasc Pharmacol* 1989;13:253-7.

**82.** Tisdale JE, Shimoyama H, Sabbah HN, Webb CR. The effect of cocaine on Ventricular fibrillation threshold in the normal canine heart. *Pharmacotherapy* 1996;16:429-37.

**83.** Lakkireddy D, Wallick D, Ryschon K, Chung MK, Butany J, Martin D, Saliba W, Kowalewski W, Natale A, Tchou PJ. Effects of cocaine intoxication on the threshold for stun gun induction of ventricular fibrillation. *J Am Coll Cardiol* 2006;48:805-11.

**84.** McDaniel W, Stratbucker R, Smith R. Surface application of TASER stun guns does not cause ventricular fibrillation in canines. Proc Annu Int Conf IEEE Eng Med Biol Soc. , 2000.

**85.** Wilkinson D. PDSB Further evaluation of TASER devices. . *Publication No. 19/2005.* 2005;http://www.homeoffice.gov.uk/docs3/psdb09-02.pdf. .

**86.** Inoue H, Saihara S, Toda I, Sugimoto T. Summation and inhibition by ultra-rapid train pulses in dogs: effects of frequency and duration of trains, lidocaine, and beta blockade. *Pacing Clin Electrophysiol* 1989;12:1777-86.

**87.** Mitrani RD, Miles WM, Klein LS, Zipes DP. Phenylephrine increases T wave shock energy required to induce ventricular fibrillation. *J Cardiovasc Electrophysiol* 1998;9:34-40.

**88.** Moscati R, Ho J, Dawes D, Miner J, Reardon R, Heegaard W, Janchar T, Johnson M, Bultman L. Physiologic Effects of Prolonged Conducted Electrical Weapon Discharge on Intoxicated Adults. *Society of Academic Emergency Medicine abstract issue* 2007.

**89.** Gerst P, Fleming W, JR M. A quantitative evaluation of the effects of acidosis and alkalosis upon the ventricular fibrillation threshold. *Surgery* 1996;59:1050-1060.

**90.** Wit AL, Janse MJ. Experimental models of ventricular tachycardia and fibrillation caused by ischemia and infarction. *Circulation* 1992;85:I32-42.

**91.** Allan JJ, Feld RD, Russell AA, Ladenson JH, Rogers MA, Kerber RE, Jaffe AS. Cardiac troponin I levels are normal or minimally elevated after transthoracic cardioversion. *J Am Coll Cardiol* 1997;30:1052-6.

**92.** Caterine MR, Spencer KT, Pagan-Carlo LA, Smith RS, Buettner GR, Kerber RE. Direct current shocks to the heart generate free radicals: an electron paramagnetic resonance study. *J Am Coll Cardiol* 1996;28:1598-609.

**93.** Clark CB, Zhang Y, Martin SM, Davies LR, Xu L, Kregel KC, Miller FJ, Buettner GR, Kerber RE. The nitric oxide synthase inhibitor N(G)-nitro-L-arginine decreases defibrillation-induced free radical generation. *Resuscitation* 2004;60:351-7.

**94.** Grubb NR, Cuthbert D, Cawood P, Flapan AD, Fox KA. Effect of DC shock on serum levels of total creatine kinase, MB-creatine kinase mass and troponin T. *Resuscitation* 1998;36:193-9.

**95.** Niemann JT, Burian D, Garner D, Lewis RJ. Transthoracic monophasic and biphasic defibrillation in a swine model: a comparison of efficacy, ST segment changes, and postshock hemodynamics. *Resuscitation* 2000;47:51-8.

**96.** Niemann JT, Walker RG, Rosborough JP. Intracardiac voltage gradients during transthoracic defibrillation: implications for postshock myocardial injury. *Acad Emerg Med* 2005;12:99-105.

**97.** Skulec R, Belohlavek J, Kovarnik T, Kolar J, Gandalovicova J, Dytrych V, Linhart A, Aschermann M. Serum cardiac markers response to biphasic and monophasic electrical cardioversion for supraventricular tachyarrhythmia--a randomised study. *Resuscitation* 2006;70:423-31.

**98.** Tung L, Tovar O, Neunlist M, Jain SK, O'Neill RJ. Effects of strong electrical shock on cardiac muscle tissue. *Ann N Y Acad Sci* 1994;720:160-75.

**99.** Yamaguchi H, Weil M, Tang W, Kamohara T, Jin X, Bisera J. Myocardial dysfunction after electrical defibrillation. *Resuscitation* 2002;54:289-96.

**100.** Walcott GP, Killingsworth CR, Ideker RE. Do clinically relevant transthoracic defibrillation energies cause myocardial damage and dysfunction? *Resuscitation* 2003;59:59-70.

**101.** Nikolski VP, Efimov IR. Electroporation of the heart. *Europace* 2005;7 Suppl 2:146-54.

**102.** Lee RC, Gaylor DC, Bhatt D, Israel DA. Role of cell membrane rupture in the pathogenesis of electrical trauma. *J Surg Res* 1988;44:709-19.

**103.** Yabe S, Smith WM, Daubert JP, Wolf PD, Rollins DL, Ideker RE. Conduction disturbances caused by high current density electric fields. *Circ Res* 1990;66:1190-203.

**104.** Tovar O, Tung L. Electroporation of cardiac cell membranes with monophasic or biphasic rectangular pulses. *Pacing Clin Electrophysiol* 1991;14:1887-92.

**105.** Kroll M, Panescu D. Theoretical Considerations Regarding The Safety of Law Enforcement Electronic Control Devices Bioelectromagnetic Society Annual Conference. Cancun, Mexico, 2006.

**106.** IEC. Electromagnetic compatibility (EMC) - Part 4-2: Testing and measurement techniques - Electrostatic discharge immunity test: IEC.

**107.** Ekoe JM, Cunningham M, Jaques O, Balague F, Baumann RP, Humair L, de Torrente A. Disseminated intravascular coagulation and acute myocardial necrosis caused by lightning. *Intensive Care Med* 1985;11:160-2.

**108.** Fineschi V, Karch SB, D'Errico S, Pomara C, Riezzo I, Turillazzi E. Cardiac pathology in death from electrocution. *Int J Legal Med* 2006;120:79-82.

**109.** Fineschi V, Silver MD, Karch SB, Parolini M, Turillazzi E, Pomara C, Baroldi G. Myocardial disarray: an architectural disorganization linked with adrenergic stress? *Int J Cardiol* 2005;99:277-82.

**110.** James TN, Riddick L, Embry JH. Cardiac abnormalities demonstrated postmortem in four cases of accidental electrocution and their potential significance relative to nonfatal electrical injuries of the heart. *Am Heart J* 1990;120:143-57.

**111.** James TN, Isobe JH, Urthaler F. Analysis of components in a cardiogenic hypertensive chemoreflex. *Circulation* 1975;52:179-92.

**112.** Killingsworth CR, Melnick SB, Chapman FW, Walker RG, Smith WM, Ideker RE, Walcott GP. Defibrillation threshold and cardiac responses using an external biphasic defibrillator with pediatric and adult adhesive patches in pediatric-sized piglets. *Resuscitation* 2002;55:177-85.

**113.** BETTY LOU HESTON, individually, and ROBERT H. HESTON, individually and as the personal representatives of ROBERT C. HESTON, deceased, vs. CITY OF SALINAS and SALINAS POLICE DEPARTMENT, SALINAS POLICE CHIEF DANIEL ORTEGA, SALINAS POLICE OFFICERS MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GOODWIN, LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ and TIM SIMPSON, TASER INTERNATIONAL, INC., and DOES 1 to 10 Supplement to Plaintiff's expert report of Mark E. Myers, MD, Rule 26 Report: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, 2007.

**114.** Soteriades ES, Evans JC, Larson MG, Chen MH, Chen L, Benjamin EJ, Levy D. Incidence and prognosis of syncope. *N Engl J Med* 2002;347:878-85.

**115.** Mimura T, Funatsu H, Yamagami S, Usui T, Ono K, Araie M, Amano S. Vasovagal syncope evoked by needle phobia when inserting a contact lens. *Ophthalmic Physiol Opt* 2005;25:171-3.

**116.** Sprague GL, Takermori AE. Enhancement of morphine analgesia and brain levels by methamphetamine in mice. *J Pharmacol Exp Ther* 1978;207:485-93.

**117.** France CP, Snyder AM, Woods JH. Analgesic effects of phencyclidine-like drugs in rhesus monkeys. *J Pharmacol Exp Ther* 1989;250:197-201.

**118.** Mallick NP. Phencyclidine analgesia in multiple rib fractures. *Lancet* 1963;1:392-3.

**119.** Melby EC, Jr., Baker HJ. Phencyclidine for analgesia and anesthesia in simian primates. *J Am Vet Med Assoc* 1965;147:1068-72.

**120.** Allaoua H, Chicheportiche R. Anaesthetic properties of phencyclidine (PCP) and analogues may be related to their interaction with Na+ channels. *Eur J Pharmacol* 1989;163:327-35.

**121.** Woo EJ, Ball R, Braun MM. Fatal syncope-related fall after immunization. *Arch Pediatr Adolesc Med* 2005;159:1083.

**122.** Burke AP, Afzal MN, Barnett DS, Virmani R. Sudden death after a cold drink: case report. *Am J Forensic Med Pathol* 1999;20:37-9.

**123.** Pedrote A, Errazquin F, Quero J, Sobrino JM, Hernandez MC. [Prolonged asystole requiring resuscitation techniques during head-tilt table test]. *Rev Esp Cardiol* 1993;46:313-5.

**124.** Sprung J, Abdelmalak B, Schoenwald PK. Vasovagal cardiac arrest during the insertion of an epidural catheter and before the administration of epidural medication. *Anesth Analg* 1998;86:1263-5.

**125.** Lane RD, Laukes C, Marcus FI, Chesney MA, Sechrest L, Gear K, Fort CL, Priori SG, Schwartz PJ, Steptoe A. Psychological stress preceding idiopathic ventricular fibrillation. *Psychosom Med* 2005;67:359-65.

**126.** Lampert R. Destabilizing effects of mental stress on ventricular arrhythmias in patients with implantable cardioverter-defibrillators. *Circulation* 2000;101:158-164.

**127.** Ho J, Dawes D, Johnson M, Lundin E, Miner J. The Neuroendocrine Effects of the TASER X26 Conducted Electrical Weapon as Compared to Oleoresin Capsicum. *American College of Emergency Physicians Annual Meeting* 2007.

**128.** Halter JB, Stratton JR, Pfeifer MA. Plasma catecholamines and hemodynamic responses to stress states in man. *Acta Physiol Scand Suppl* 1984;527:31-8.

**129.** Lampert R, Shusterman V, Burg MM, Lee FA, Earley C, Goldberg A, McPherson CA, Batsford WP, Soufer R. Effects of psychologic stress on repolarization and relationship to autonomic and hemodynamic factors. *J Cardiovasc Electrophysiol* 2005;16:372-7.

**130.** Jain D, Joska T, Lee FA, Burg M, Lampert R, Zaret BL. Day-to-day reproducibility of mental stress-induced abnormal left ventricular function response in patients with coronary artery disease and its relationship to autonomic activation. *J Nucl Cardiol* 2001;8:347-55.

**131.** Lampert R, Jain D, Burg MM, Batsford WP, McPherson CA. Destabilizing effects of mental stress on ventricular arrhythmias in patients with implantable cardioverter-defibrillators. *Circulation* 2000;101:158-64.

**132.** Myers A, Dewar HA. Circumstances attending 100 sudden deaths from coronary artery disease with coroner's necropsies. *Br Heart J* 1975;37:1133-43.

**133.** Patrick U. Handgun Wounding Factors and Effectiveness FBI Academy Firearms Training Unit, 1989:16.

**134.** White M. Hitting the Target (or Not): Comparing Characteristics of Fatal, Injurious, and Noninjurious Police Shootings. *Police Quarterly* 2006;9:303-330.

**135.** Avenis T. Officer-Involved Shootings: What We Didn't Know Has Hurt Us. *Law & Order* 2003.

**136.** International Electrotechnical Commission. Medical Electrical Equipment, Part 1: General Requirement for Safety. Geneva, Switzerland: International Electrotechnical Commission, 1988.

**137.** Lakkireddy D, Khasnis A, Antenacci J, Ryshcon K, Chung MK, Wallick D, Kowalewski W, Patel D, Mlcochova H, Kondur A, Vacek J, Martin D, Natale A, Tchou P. Do electrical stun guns (TASER-X26) affect the functional integrity of implantable pacemakers and defibrillators? *Europace* 2007;9:551-6.

**138.** Haegeli LM, Sterns LD, Adam DC, Leather RA. Effect of a Taser shot to the chest of a patient with an implantable defibrillator. *Heart Rhythm* 2006;3:339-41.

**139.** Cao M, Shinbane JS, Gillberg JM, Saxon LA. Taser-Induced Rapid Ventricular Myocardial Capture Demonstrated by Pacemaker Intracardiac Electrograms. *J Cardiovasc Electrophysiol* 2007.

**140.** Geddes LA, Voorhees WD, Lagler R, Riscili C, Foster K, Bourland JD. Electrically produced artificial ventilation. *Med Instrum* 1988;22:263-71.

**141.** Greenberg A. Expiremental radiological observations on the action of electrical current upon the respiratory and circulatory organs. . *J Ind Hyg Toxicol* 1940;22:104-110.

**142.** Jauchem JR. Re: Acidosis, lactate, electrolytes, muscle enzymes, and other factors in the blood of Sus scrofa following repeated TASER((R)) exposures. *Forensic Sci Int* 2007.

**143.** Jauchem JR, Sherry CJ, Fines DA, Cook MC. Acidosis, lactate, electrolytes, muscle enzymes, and other factors in the blood of Sus scrofa following repeated TASER exposures. *Forensic Sci Int* 2006;161:20-30.

**144.** Lagutchik MS, Januszkiewicz AJ, Dodd KT, Martin DG. Cardiopulmonary effects of a tiletamine-zolazepam combination in sheep. *Am J Vet Res* 1991;52:1441-7.

**145.** Ho JD, Dawes DM, Bultman LL, Thacker JL, Skinner LD, Bahr JM, Johnson MA, Miner JR. Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers. *Acad Emerg Med* 2007;14:197-201.

**146.** Ho J. Physiologic Effects of Prolonged Conducted Electrical Weapon Discharge on Acidotic Adults. *SAEM* 2007.

**147.** Vilke GM, Sloane CM, Bouton KD, Kolkhorst FW, Levine SD, Neuman TS, Castillo EM, Chan TC. Physiological effects of a conducted electrical weapon on human subjects. *Ann Emerg Med* 2007;50:569-75.

**148.** Mohr WK, Petti TA, Mohr BD. Adverse effects associated with physical restraint. *Can J Psychiatry* 2003;48:330-7.

**149.** Ruttenber AJ, McAnally HB, Wetli CV. Cocaine-associated rhabdomyolysis and excited delirium: different stages of the same syndrome. *Am J Forensic Med Pathol* 1999;20:120-7.

**150.** Ruttenber AJ, Lawler-Heavner J, Yin M, Wetli CV, Hearn WL, Mash DC. Fatal excited delirium following cocaine use: epidemiologic findings provide new evidence for mechanisms of cocaine toxicity. *J Forensic Sci* 1997;42:25-31.

**151.** Bozeman W, Winslow J, Hauda W, Graham D, Martin B, Heck J. Injury Profile of TASER®Electrical  Conducted Energy Weapons (CEWs) *Annals of Emergency Medicine* 2007;50:S65.

**152.** Lee RC, Zhang D, Hannig J. Biophysical injury mechanisms in electrical shock trauma. *Annu Rev Biomed Eng* 2000;2:477-509.

**153.** Davalos RV, Mir IL, Rubinsky B. Tissue ablation with irreversible electroporation. *Ann Biomed Eng* 2005;33:223-31.

**154.** Gehl J, Sorensen TH, Nielsen K, Raskmark P, Nielsen SL, Skovsgaard T, Mir LM. In vivo electroporation of skeletal muscle: threshold, efficacy and relation to electric field distribution. *Biochim Biophys Acta* 1999;1428:233-40.

**155.** Tovar O, Tung L. Electroporation and recovery of cardiac cell membrane with rectangular voltage pulses. *Am J Physiol* 1992;263:H1128-36.

**156.** Greenhalgh J, Knight C, Hind D, Beverley C, Walters S. Clinical and cost-effectiveness of electroconvulsive therapy for depressive illness, schizophrenia, catatonia and mania: systematic reviews and economic modelling studies. *Health Technol Assess* 2005;9:1-156, iii-iv.

**157.** Krystal AD, Weiner RD. ECT seizure duration: reliability of manual and computer-automated determinations. *Convuls Ther* 1995;11:158-69.

**158.** Nilsen SM, Willis KW, Pettinati HM. Initial Impression of Two New Brief-Pulse Electroconvulsive Therapy Machines. *Convuls Ther* 1986;2:43-54.

**159.** Weinstein S. The anticonvulsant effect of electrical fields. *Curr Neurol Neurosci Rep* 2001;1:155-61.

**160.** Rehman TU, Yonas H, Marinaro J. Intracranial penetration of a TASER dart. *Am J Emerg Med* 2007;25:733 e3-4.

**161.** Chen SL, Richard CK, Murthy RC, Lauer AK. Perforating ocular injury by Taser. *Clin Experiment Ophthalmol* 2006;34:378-80.

**162.** Seth RK, Abedi G, Daccache AJ, Tsai JC. Cataract secondary to electrical shock from a Taser gun. *J Cataract Refract Surg* 2007;33:1664-5.

**163.** Smith R. TASER® Non-Lethal Weapons: Safety Data and Field Results American Academy of Forensic Sciences. Seattle, WA, 2006:137-139.

**164.** Police use stun gun on cleaver-wielding man. *Melbourne Herald-Sun* 2007.

**165.** Winslow JE, Bozeman WP, Fortner MC, Alson RL. Thoracic compression fractures as a result of shock from a conducted energy weapon: a case report. *Ann Emerg Med* 2007;50:584-6.

**166.** Sloane CM, Chan TC, Vilke GM. Thoracic Spine Compression Fracture after TASER Activation. *J Emerg Med* 2008.

**167.** Mumola C. Arrest-Related Deaths in the United States, 2003-2005. *Bureau of Justice Statistics Special Report* 2007.

**168.** Sztajnkrycer MD, Baez AA. Cocaine, excited delirium and sudden unexpected death. *Emerg Med Serv* 2005;34:77-81.

**169.** Allam S, Noble JS. Cocaine-excited delirium and severe acidosis. *Anaesthesia* 2001;56:385-6.

**170.** Morrison A, Sadler D. Death of a psychiatric patient during physical restraint. Excited delirium--a case report. *Med Sci Law* 2001;41:46-50.

**171.** Ross DL. Factors associated with excited delirium deaths in police custody. *Mod Pathol* 1998;11:1127-37.

**172.** O'Halloran RL, Lewman LV. Restraint asphyxiation in excited delirium. *Am J Forensic Med Pathol* 1993;14:289-95.

**173.** DiMaio T, VJM D. Excited delirium syndrome cause of death and prevention. Boca Raton: Taylor & Francis, 2006.

**174.** Strote J, Range Hutson H. Taser use in restraint-related deaths. *Prehosp Emerg Care* 2006;10:447-50.

**175.** Mash DC, Ouyang Q, Pablo J, Basile M, Izenwasser S, Lieberman A, Perrin RJ. Cocaine abusers have an overexpression of alpha-synuclein in dopamine neurons. *J Neurosci* 2003;23:2564-71.

**176.** Mash DC, Pablo J, Ouyang Q, Hearn WL, Izenwasser S. Dopamine transport function is elevated in cocaine users. *J Neurochem* 2002;81:292-300.

**177.** Mash DC, Staley JK. D3 dopamine and kappa opioid receptor alterations in human brain of cocaine-overdose victims. *Ann N Y Acad Sci* 1999;877:507-22.

**178.** Mash DC, Staley JK, Izenwasser S, Basile M, Ruttenber AJ. Serotonin transporters upregulate with chronic cocaine use. *J Chem Neuroanat* 2000;20:271-80.

**179.** Paquette M. Excited delirium: does it exist? *Perspect Psychiatr Care* 2003;39:93-4.

**180.** Stratton SJ, Rogers C, Green K. Sudden death in individuals in hobble restraints during paramedic transport. *Ann Emerg Med* 1995;25:710-2.

**181.** Wetli CV, Fishbain DA. Cocaine-induced psychosis and sudden death in recreational cocaine users. *J Forensic Sci* 1985;30:873-80.

**182.** Farnham FR, Kennedy HG. Acute excited states and sudden death. *Bmj* 1997;315:1107-8.

**183.** Brice JH, Pirrallo RG, Racht E, Zachariah BS, Krohmer J. Management of the violent patient. *Prehosp Emerg Care* 2003;7:48-55.

**184.** Blaho K, Winbery S, Park L, Logan B, Karch SB, Barker LA. Cocaine metabolism in hyperthermic patients with excited delirium. *J Clin Forensic Med* 2000;7:71-6.

**185.** Kennedy HG, Farnham FR. Acute excited states and sudden death. *Bmj* 1998;317:1154.

**186.** Karch SB, Wetli CV. Agitated delirium versus positional asphyxia. *Ann Emerg Med* 1995;26:760-1.

**187.** Mets B, Jamdar S, Landry D. The role of catecholamines in cocaine toxicity: a model for cocaine "sudden death". *Life Sci* 1996;59:2021-31.

**188.** Mirchandani HG, Rorke LB, Sekula-Perlman A, Hood IC. Cocaine-induced agitated delirium, forceful struggle, and minor head injury. A further definition of sudden death during restraint. *Am J Forensic Med Pathol* 1994;15:95-9.

**189.** Park KS, Korn CS, Henderson SO. Agitated delirium and sudden death: two case reports. *Prehosp Emerg Care* 2001;5:214-6.

**190.** Wetli CV, Mash D, Karch SB. Cocaine-associated agitated delirium and the neuroleptic malignant syndrome. *Am J Emerg Med* 1996;14:425-8.

**191.** Stefan H. Sudden death of psychiatric patients following great excitation and exhaustion whcih has no actual anatomic basis. *Dtsch Med Wehnschr* 1934;60:1550-1558.

**192.** Shulack N. Sudden "exhaustive" death in excited patients. *Psychiatr Q* 1944;18:3-12.

**193.** Fishbain DA, Wetli CV. Cocaine intoxication, delirium, and death in a body packer. *Ann Emerg Med* 1981;10:531-2.

**194.** Wetli C. Excited delirium. In: Chan R, ed. Sudden Deaths in Custody. Totawa: Humana Press, 2006:99-112.

**195.** Nielsen J, Bruhn AM. Atypical neuroleptic malignant syndrome caused by olanzapine. *Acta Psychiatr Scand* 2005;112:238-40; discussion 240.

**196.** Derby I. Manic-depressive "exhaustion" deaths. *Pyschiatric Q* 1933;7:436-449.

**197.** Shulack N. Sudden "exhaustive" death in excited patients. *Psychiatr Q* 1938;12::282-293.

**198.** Anglin MD, Burke C, Perrochet B, Stamper E, Dawud-Noursi S. History of the methamphetamine problem. *J Psychoactive Drugs* 2000;32:137-41.

**199.** Schroeder U, Schroeder H, Darius J, Grecksch G, Sabel BA. Simulation of psychosis by continuous delivery of phencyclidine from controlled-release polymer implants. *Behav Brain Res* 1998;97:59-68.

**200.** Pedal I, Zimmer G, Mattern R, Mittmeyer HJ, Oehmichen M. [Fatal incidences during arrest of highly agitated persons]. *Arch Kriminol* 1999;203:1-9.

**201.** Fava M. Psychopharmacologic treatment of pathologic aggression. *Psychiatr Clin North Am* 1997;20:427-51.

**202.** Kraines S. Bell's mania (acute delirium). *Am J Psychiatr* 1934;91:29-40.

**203.** Kasantikul D, Kanchanatawan B. Neuroleptic malignant syndrome: a review and report of six cases. *J Med Assoc Thai* 2006;89:2155-60.

**204.** Bell L. On a form of disease resembling some advanced stages of mania and fever, but so contradistinguished from any ordinary observed or described combination of symptoms as to render it probable that it may be overlooked and hitherto unrecorded malady. . *American Journal of Insanity* 1849;6:97-127.

**205.** Mori E, Yamadori A. Acute confusional state and acute agitated delirium. Occurrence after infarction in the right middle cerebral artery territory. *Arch Neurol* 1987;44:1139-43.

**206.** Dubois MJ, Bergeron N, Dumont M, Dial S, Skrobik Y. Delirium in an intensive care unit: a study of risk factors. *Intensive Care Med* 2001;27:1297-304.

**207.** DiMaio VJ. Forensic Pathology 2001:656.

**208.** Gray SD, Fatovich DM, McCoubrie DL, Daly FF. Amphetamine-related presentations to an inner-city tertiary emergency department: a prospective evaluation. *Med J Aust* 2007;186:336-9.

**209.** Stagno D, Gibson C, Breitbart W. The delirium subtypes: a review of prevalence, phenomenology, pathophysiology, and treatment response. *Palliat Support Care* 2004;2:171-9.

**210.** Pearlson GD. Psychiatric and medical syndromes associated with phencyclidine (PCP) abuse. *Johns Hopkins Med J* 1981;148:25-33.

**211.** Ross CA, Peyser CE, Shapiro I, Folstein MF. Delirium: phenomenologic and etiologic subtypes. *Int Psychogeriatr* 1991;3:135-47.

**212.** Davidson G. Concerning the cause of death in certain cases. *Am J Psychiatry* 1934;91:41:49.

**213.** Karch SB. Karch's Pathology of Drug Abuse 2002:541.

**214.** Herlitz J, Ekstrom L, Wennerblom B, Axelsson A, Bang A, Holmberg S. Predictors of early and late survival after out-of-hospital cardiac arrest in which asystole was the first recorded arrhythmia on scene. *Resuscitation* 1994;28:27-36.

**215.** Stephens BG, Jentzen JM, Karch S, Mash DC, Wetli CV. Criteria for the interpretation of cocaine levels in human biological samples and their relation to the cause of death. *Am J Forensic Med Pathol* 2004;25:1-10.

**216.** Stephens BG, Jentzen JM, Karch S, Wetli CV, Mash DC. National Association of Medical Examiners position paper on the certification of cocaine-related deaths. *Am J Forensic Med Pathol* 2004;25:11-3.

**217.** Chen L, Segal DM, Moraes CT, Mash DC. Dopamine transporter mRNA in autopsy studies of chronic cocaine users. *Brain Res Mol Brain Res* 1999;73:181-5.

**218.** Berankova K, Habrdova V, Balikova M, Strejc P. Methamphetamine in hair and interpretation of forensic findings in a fatal case. *Forensic Sci Int* 2005;153:93-7.

**219.** Kimura H, Mukaida M, Mori A. Detection of stimulants in hair by laser microscopy. *J Anal Toxicol* 1999;23:577-80.

**220.** Takayama N, Tanaka S, Hayakawa K. Determination of stimulants in a single human hair sample by high-performance liquid chromatographic method with chemiluminescence detection. *Biomed Chromatogr* 1997;11:25-8.

**221.** Kintz P, Cirimele V, Tracqui A, Mangin P. Simultaneous determination of amphetamine, methamphetamine, 3,4-methylenedioxyamphetamine and 3,4-methylenedioxymethamphetamine in human hair by gas chromatography-mass spectrometry. *J Chromatogr B Biomed Appl* 1995;670:162-6.

**222.** Nagai T, Kamiyama S, Nagai T. Forensic toxicologic analysis of methamphetamine and amphetamine optical isomers by high performance liquid chromatography. *Z Rechtsmed* 1988;101:151-9.

**223.** Ziemssen H. Cyclopædia of the practice of medicine 1881.

**224.** Gowers WR. A Manual of diseases of the nervous system 1896.

**225.** Twentieth century practice 1897.

**226.** Dewhurst K. Willis's Oxford Casebook 1650-1652. Oxford: Sandford, 1981:199.

**227.** Nahas GG, Burks TF, Hollister LE. Drug Abuse in the Decade of the Brain 1997:281.

**228.** Levine B. Principles of Forensic Toxicology 2003:385.

**229.** Karch SB. Drug Abuse Handbook. 2006:1267.

**230.** Irwin P, Murray S, Bilinski A, Chern B, Stafford B. Alcohol withdrawal as an underrated cause of agitated delirium and terminal restlessness in patients with advanced malignancy. *J Pain Symptom Manage* 2005;29:104-8.

**231.** Morita T, Tei Y, Inoue S. Agitated terminal delirium and association with partial opioid substitution and hydration. *J Palliat Med* 2003;6:557-63.

**232.** Morita T, Tei Y, Inoue S. Impaired communication capacity and agitated delirium in the final week of terminally ill cancer patients: prevalence and identification of research focus. *J Pain Symptom Manage* 2003;26:827-34.

**233.** Vatsavayi V, Malhotra S, Franco K. Agitated delirium with posterior cerebral artery infarction. *J Emerg Med* 2003;24:263-6.

**234.** Vilke GM, Chan TC. Agitated delirium and sudden death. *Prehosp Emerg Care* 2002;6:259; author reply 259-60.

**235.** Frye MA, Coudreaut MF, Hakeman SM, Shah BG, Strouse TB, Skotzko CE. Continuous droperidol infusion for management of agitated delirium in an intensive care unit. *Psychosomatics* 1995;36:301-5.

**236.** Levenson JL. High-dose intravenous haloperidol for agitated delirium following lung transplantation. *Psychosomatics* 1995;36:66-8.

**237.** Sanders KM, Murray GB, Cassem NH. High-dose intravenous haloperidol for agitated delirium in a cardiac patient on intra-aortic balloon pump. *J Clin Psychopharmacol* 1991;11:146-7.

**238.** Verslegers W, De Deyn PP, Saerens J, Marien P, Appel B, Pickut BA, Lowenthal A. Slow progressive bilateral posterior artery infarction presenting as agitated delirium, complicated with Anton's syndrome. *Eur Neurol* 1991;31:216-9.

**239.** Julien J, Vital C, Vallat JM, Bourgoin B. Epilepsy and agitated delirium caused by an astrocytoma of the amygdala. *Eur Neurol* 1979;18:387-90.

**240.** Medina JL, Chokroverty S, Rubino FA. Syndrome of agitated delirium and visual impairment: a manifestation of medial temporo-occipital infarction. *J Neurol Neurosurg Psychiatry* 1977;40:861-4.

**241.** Medina JL, Rubino FA, Ross E. Agitated delirium caused by infarctions of the hippocampal formation and fusiform and lingual gyri: a case report. *Neurology* 1974;24:1181-3.

**242.** Horenstein S, Chamberlin W, Conomy J. Infarction of the fusiform and calcarine regions: agitated delirium and hemianopia. *Trans Am Neurol Assoc* 1967;92:85-9.

**243.** Spiller JA, Keen JC. Hypoactive delirium: assessing the extent of the problem for inpatient specialist palliative care. *Palliat Med* 2006;20:17-23.

**244.** Pruett JR, Rizvi ST. A 16-year-old girl with excited catatonia treated with low-dose oral Lorazepam. *J Child Adolesc Psychopharmacol* 2005;15:1005-10.

**245.** Kusne S, Smilack J. Transmission of rabies virus from an organ donor to four transplant recipients. *Liver Transpl* 2005;11:1295-7.

**246.** Duggal MK, Singh A, Arunabh, Lolis JD, Guzik HJ. Olanzapine-induced vasculitis. *Am J Geriatr Pharmacother* 2005;3:21-4.

**247.** Ogasawara K, Komoribayashi N, Kobayashi M, Fukuda T, Inoue T, Yamadate K, Ogawa A. Neural damage caused by cerebral hyperperfusion after arterial bypass surgery in a patient with moyamoya disease: case report. *Neurosurgery* 2005;56:E1380; discussion E1380.

**248.** Srinivasan A, Burton EC, Kuehnert MJ, Rupprecht C, Sutker WL, Ksiazek TG, Paddock CD, Guarner J, Shieh WJ, Goldsmith C, Hanlon CA, Zoretic J, Fischbach B, Niezgoda M, El-Feky WH, Orciari L, Sanchez EQ, Likos A, Klintmalm GB, Cardo D, LeDuc J, Chamberland ME, Jernigan DB, Zaki SR. Transmission of rabies virus from an organ donor to four transplant recipients. *N Engl J Med* 2005;352:1103-11.

**249.** Cameron D, Bridge D, Blitz-Lindeque J. Use of sedation to relieve refractory symptoms in dying patients. *S Afr Med J* 2004;94:445-9.

**250.** Muller-Busch HC, Andres I, Jehser T. Sedation in palliative care - a critical analysis of 7 years experience. *BMC Palliat Care* 2003;2:2.

**251.** Cowan JD, Palmer TW. Practical guide to palliative sedation. *Curr Oncol Rep* 2002;4:242-9.

**252.** Cheng C, Roemer-Becuwe C, Pereira J. When midazolam fails. *J Pain Symptom Manage* 2002;23:256-65.

**253.** Morita T, Tsunoda J, Inoue S, Chihara S. Terminal sedation for existential distress. *Am J Hosp Palliat Care* 2000;17:189-95.

**254.** Travis SS, Conway J, Daly M, Larsen P. Terminal restlessness in the nursing facility: assessment, palliation, and symptom management. *Geriatr Nurs* 2001;22:308-12.

**255.** Chiu TY, Hu WY, Lue BH, Cheng SY, Chen CY. Sedation for refractory symptoms of terminal cancer patients in Taiwan. *J Pain Symptom Manage* 2001;21:467-72.

**256.** Ogasawara K, Ogawa A, Okuguchi T, Kobayashi M, Suzuki M, Yoshimoto T. Postoperative hyperperfusion syndrome in elderly patients with chronic subdural hematoma. *Surg Neurol* 2000;54:155-9.

**257.** Dunlop RJ, Campbell CW. Cytokines and advanced cancer. *J Pain Symptom Manage* 2000;20:214-32.

**258.** Wein S. Sedation in the imminently dying patient. *Oncology (Williston Park)* 2000;14:585-92; discussion 592, 597-8, 601.

**259.** Fainsinger RL, Bruera E. When to treat dehydration in a terminally ill patient? *Support Care Cancer* 1997;5:205-11.

**260.** Black KJ, Perlmutter JS. Septuagenarian Sydenham's with secondary hypomania. *Neuropsychiatry Neuropsychol Behav Neurol* 1997;10:147-50.

**261.** Vaphiades MS, Celesia GG, Brigell MG. Positive spontaneous visual phenomena limited to the hemianopic field in lesions of central visual pathways. *Neurology* 1996;47:408-17.

**262.** Moyle J. The use of propofol in palliative medicine. *J Pain Symptom Manage* 1995;10:643-6.

**263.** Di Salvo TG, O'Gara PT. Torsade de pointes caused by high-dose intravenous haloperidol in cardiac patients. *Clin Cardiol* 1995;18:285-90.

**264.** Nicolai A, Lazzarino LG. Acute confusional states secondary to infarctions in the territory of the posterior cerebral artery in elderly patients. *Ital J Neurol Sci* 1994;15:91-6.

**265.** Sanders KM, Stern TA. Management of delirium associated with use of the intra-aortic balloon pump. *Am J Crit Care* 1993;2:371-7.

**266.** Fernandez F, Holmes VF, Adams F, Kavanaugh JJ. Treatment of severe, refractory agitation with a haloperidol drip. *J Clin Psychiatry* 1988;49:239-41.

**267.** Swedlow DB, Schreiner MS. Management of Reye's syndrome. *Crit Care Clin* 1985;1:285-311.

**268.** Price J, Whitlock FA, Hall RT. The psychiatry of vertebro-basilar insufficiency with the report of a case. *Psychiatr Clin (Basel)* 1983;16:26-44.

**269.** Steinhart MJ. Treatment of delirium--a reappraisal. *Int J Psychiatry Med* 1978;9:191-7.

**270.** Brenner WI, Lieberman AN. Acute clonidine withdrawal syndrome following open-heart operation. *Ann Thorac Surg* 1977;24:80-2.

**271.** Wendkos M. Acute Exhaustive Mania Sudden death and psychiatric illness. New York: Medical & Scientific Books, 1979:Chapter 10.

**272.** Mann SC, Caroff SN, Bleier HR, Welz WK, Kling MA, Hayashida M. Lethal catatonia. *Am J Psychiatry* 1986;143:1374-81.

**273.** Garrison J, Haynes S. FINAL REPORT OF AUTOPSY of Mary E. Jeffries. *Marshall County, Mississippi Autopsy Records* 2005;AME# IO-AIO-OS.

**274.** Roberts J. The Acutely Agitated Patient: Focusing the Problem. *Emergency Medicine News* 2007;29:13-16.

**275.** Roberts J. Rapid Tranquilization of the Violently Agitated Patient: Ketamine and an Update on Haloperidol. *Emergency Medicine News* 2007;29:14-16.

**276.** Roberts J. The Acutely Agitated Patient: Fatalities and Physiology. *Emergency Medicine News* 2007;29:27-30.

**277.** Roberts J. Acute Agitated Delirium from Cocaine: A Medical Emergency. *Emergency Medicine News* 2007;29:18-20.

**278.** Roberts J. Rapid Tranquilization of Violently Agitated Patients. *Emergency Medicine News* 2007;29:15-18.

**279.** Wetli C, Natarajan G. Death in Custody, United States of America. In: Payne-James B, Corey and Henderson, ed. In Encyclopedia of Forensic and Legal Medicine. Glasgow: Elsevier, 2005:65-73.

**280.** AMA. Current Procedures Terminology 2008.

**281.** Ritchie EC, Benedek D, Malone R, Carr-Malone R. Psychiatry and the military: an update. *Psychiatr Clin North Am* 2006;29:695-707.

**282.** Warden D. Military TBI during the Iraq and Afghanistan wars. *J Head Trauma Rehabil* 2006;21:398-402.

**283.** Warden DL, French L. Traumatic brain injury in the war zone. *N Engl J Med* 2005;353:633-4.

**284.** Wounded Warrior Assistance Act of 2007, 2007:HR 1538.

**285.** Amnesty I. USA: Renewed call for suspension as taser-related deaths pass 150 mark. 2006.

**286.** Amnesty I. United States of America: Excessive and lethal force? Amnesty International's concerns about deaths and ill-treatment involving police use of TASERs. 2004:https://web.amnsety.org/library/index/ENGAMR511392004.

**287.** Anglen R. TASER safety claim questioned Arizona Republic. Phoenix, 2004.

**288.** Anglen R. 120 cases of death following stun gun use. Arizona Republic. Phoenix, 2004.

**289.** Berenson A. Demands rise for tighter oversight on use of stun guns. New York Times. New York City, 2005:24.

**290.** ACLU. Pepper Spray: A Magic Bullet Under Scrutiny. ACLU of Southern California, 1993.

**291.** Koiwai E. Deaths allegedly caused by the use of "choke holds" (shime-waza). *J Forensic Sci.* 1987;32(2):419-432.

**292.** Bell MD, Rao VJ, Wetli CV, Rodriguez RN. Positional asphyxiation in adults. A series of 30 cases from the Dade and Broward County Florida Medical Examiner Offices from 1982 to 1990. *Am J Forensic Med Pathol* 1992;13:101-7.

**293.** Chan TC, Vilke GM, Neuman T. Reexamination of custody restraint position and positional asphyxia. *Am J Forensic Med Pathol* 1998;19:201-5.

**294.** Chan TC, Vilke GM, Neuman T. Restraint position and positional asphyxia. *Am J Forensic Med Pathol* 2000;21:93.

**295.** Chan TC, Vilke GM, Neuman T, Clausen JL. Restraint position and positional asphyxia. *Ann Emerg Med* 1997;30:578-86.

**296.** Howard JD, Reay DT. Positional asphyxia. *Ann Emerg Med* 1998;32:116-8.

**297.** Reay DT. Positional asphyxia during law enforcement transport. *Am J Forensic Med Pathol* 1993;14:170-1.

**298.** Reay DT, Fligner CL, Stilwell AD, Arnold J. Positional asphyxia during law enforcement transport. *Am J Forensic Med Pathol* 1992;13:90-7.

**299.** Reay DT, Howard JD. Restraint position and positional asphyxia. *Am J Forensic Med Pathol* 1999;20:300-1.

**300.** Hick JL, Smith SW, Lynch MT. Metabolic acidosis in restraint-associated cardiac arrest: a case series. *Acad Emerg Med* 1999;6:239-43.

**301.** Makino J, Uchino S, Morimatsu H, Bellomo R. A quantitative analysis of the acidosis of cardiac arrest: a prospective observational study. *Crit Care* 2005;9:R357-62.

**302.** Karch SB, Stephens BG. Drug abusers who die during arrest or in custody. *J R Soc Med* 1999;92:110-3.

**303.** Ho J, Reardon R, Heegaard W. Deaths in police custody: a 12 month surveillance study 2006.

**304.** McCann UD, Wong DF, Yokoi F, Villemagne V, Dannals RF, Ricaurte GA. Reduced striatal dopamine transporter density in abstinent methamphetamine and methcathinone users: evidence from positron emission tomography studies with [11C]WIN-35,428. *J Neurosci* 1998;18:8417-22.

**305.** Karch SB. Introduction to the forensic pathology of cocaine. *Am J Forensic Med Pathol* 1991;12:126-31.

**306.** Kroll M, Panescu D, Ho J, Luceri R, IR E, Calkins H, Tchou P. Potential Errors in Autopsy Reports of Custodial Deaths Temporally Associated With Electronic Control Devices: A Cardiovascular Prospective American Academy of Forensic Sciences. San Antonio, TX, 2007:284-285.

**307.** TASER International v CHIEF MEDICAL EXAMINER OF
SUMMIT COUNTY, OHIO
: COURT OF COMMON PLEAS, STATE OF OHIO, COUNTY OF SUMMIT
, 2006.

**308.** Esposito S. No jail time for sons of medical examiner Chicago Sun-Times. Chicago, 2005:42.

**309.** Korecki N. Federal charges against medical examiner's sons dropped Chicago Sun-Times. Chicago, 2004:9.

**310.** Larson AM, Polson J, Fontana RJ, Davern TJ, Lalani E, Hynan LS, Reisch JS, Schiodt FV, Ostapowicz G, Shakil AO, Lee WM. Acetaminophen-induced acute liver failure: results of a United States multicenter, prospective study. *Hepatology* 2005;42:1364-72.

**311.** Moscati R. Physiologic Effects of Prolonged Conducted Electrical Weapon Discharge on Intoxicated Adults. *SAEM* 2007.

**312.** Cincinnati Experiences Injury Reductions with TASER Devices Cincinnati Enquirer. Cincinnati, 2004.

**313.** Main F. Taser killed man, pathologist finds Chicago Sun-Times. Chicago, 2005.

**314.** Rainey JM, Jr., Crowder MK. Prolonged psychosis attributed to phencyclidine: report of three cases. *Am J Psychiatry* 1975;132:1076-8.

**315.** Wilson AE, Domino EF. Plasma phencyclidine pharmacokinetics in dog and monkey using a gas chromatography selected ion monitoring assay. *Biomed Mass Spectrom* 1978;5:112-16.

**316.** Contreras P, Monohan J, Lanthorn T, Pullan L, DiMaggio D, Handlemann G, Gray N, ODonohue T. Phencyclidine. Physiological actions, interactions with excitatory amino acids and endogenous ligands. *Mol Neurobiol.* 1987;1(3):191-211.

**317.** Brooks S, Burrin J, Cheetham M, Hall G, Yeo T, Williams C. The responses of the catecholamines and beta-endorphin to brief maximal exercise in man. *Eur J Appl Physiol Occup Physiol.* 1988;57(2):230-234.

**318.** Hadley S. Report of Prolonged ECD Application In: International T, ed. Glendale, AZ, 2005:Report of ECD Incident.

**319.** Gowitt G. Deposition in Ruby Mann v TASER International, et al: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA, ROME DIVISION
, 2007.

**320.** Farrell M. Warning: Lawsuits Hazardous To Financial Health Forbes, 2007.

# Scientific Basis for the TASER Weapon Cardiac Safety

**Mark Kroll, PhD, FACC, FHRS**

**Adjunct Professor Biomedical Engineering
Lecturer on Cardiovascular Physiology
California Polytechnic University**

**Adjunct Full Professor Biomedical Engineering
University of Minnesota**

**Faculty for Creativity and Innovation Program
UCLA**

**mark@krolls.org**

# Outline

- Primers:
  - Cardiology
  - Electricity
- Myths
  - TASER CEW puts 50,000 volts into body
  - CEWs can affect the heart
  - CEWs are more dangerous with drugs
  - CEWs can harm pacemakers
  - TASER CEWs lack sufficient testing
  - They lack independent testing
  - Negative studies suggest CEW's are dangerous
  - Medical examiners are ruling against TASER CEWs

## Primer on Cardiology

- *Heart condition*
- Heart attack
- *Massive heart attack*
- *Massive coronary*
- Heart failure
- Fibrillation (VF)

## Coronary Arteries

- Provide blood to the heart just like a lawn sprinkler system
- Big coronaries are good

## Heart Attack:

- Fuel problem
- Myocardial infarction
- Infarct
- Heart muscle deprived of blood dies
  - Like unwatered grass
  - But takes hours instead of days



## Normal Rhythm



- Normally: the crowd of heart cells is led by your internal pacemaker.
  - All cells follow in sync
  - They each shorten just like your biceps
  - Together they squeeze out the blood

## VF

- Ventricular fibrillation (VF)
- Heart cells riot
- Electrical problem
  - Treated with defibrillator
- Main cause of cardiac arrest



## What Happens to Heart Attack Survivors?

- Most do fine
- If the heart is weakened enough:
  - Gradually wears out
  - Slow death from the heart attack
    - Heart failure
    - Aka *Congestive heart failure* (CHF)
  - Typical survival was 2 years
    - Now 5 years

# Some Fun Terms:

- **Heart condition**
  Hot tub label
- **Massive heart attack**
  Google: 329,900 hits
  National Library of Medicine (PubMed.gov): 5 hits
- **Massive coronary**
  Google: 49,600 hits
  National Library of Medicine: 0 hits
- Press loves these terms

# Review of Cardiology

- Fuel problem
  – Heart attack
- Electrical riot
  – VF, Fibrillation
- Slow heart death
  – CHF, heart failure
- Hot tub warning:
  – Heart condition
- Press term for a cardiac arrest:
  – Massive heart attack
  – Massive coronary

 amnesty.org.uk

"Many experts believe Taser shocks may exacerbate a risk of heart failure in people…"

## Cardiac Arrest Rhythms

- VF (ventricular fibrillation)
  – Easiest to induce
  – Can do with electrical stimulation
- PEA/EMD and asystole
  – Generally caused by oxygen deprivation
  – Or acidic blood
  – Almost impossible to cause by electrical stimulation
  – Most common rhythm after excited delirium

## Current Must Pass Through the Heart for Fibrillation



# Primer on Electricity

| Water | Electricity |
|---|---|
| Current | Current |
| Pressure | Voltage |
| Resistance | Resistance |

# How do we Measure Current?



- River: mph
- Pipe: gallons per hour
- Wire: electrons per second (or minute)
  - But electrons are pretty wimpy so the numbers would get too big

# So, we use the "ampere"

- 360,000,000,000,000,000,000 electrons per minute
- Same particle flow as 2 drops of water per minute.
  - Electrical flow is composed of particles you can't see
  - Water is composed of tiny particles you can't see
  - 2 drops have: 360,000,000,000,000,000,000 water molecules
- Sometimes called "amp" in informal settings

# Current

- 500 amperes
- 3,000,000,000,000,000,000,000 electrons per second

- 500 gpm
- 150,000,000,000,000,000,000,000,000 water molecules per second



# Voltage

- Electrical pressure
- Pushes the electrons through their path
- Path could be:
  - Wires
  - Light bulb
  - Muscles

# Its Not the Voltage...

- But, it's the current that kills you.
- Birds on a high voltage wire don't get hurt!
- They do when they touch two wires. Or a wire and a ground.
- Big killer of large birds





# Dangerous Level of Current

- 120 volts
- With dirty water could get 0.3 ampere current
- λ Aka 300 milliamperes or 300 mA
- This level of *steady* current can be lethal



# Strong Static Shock



- Level 4 static shock
- 30 amperes peak
- 100 times bathtub current!
- Lethal?

*International Standard IEC-61000-4-2 specifies exactly what a strong static shock is.*

# Why Doesn't Static Kill?

- Pulse is too short to affect the heart
- Sure stimulates the nerves!!



# TASER Pulse

- 1200 volts peak
- 3 amperes peak
  - About a TENTH the peak current of a strong static shock
- But, the pulse is also too short to affect the heart
  - Only 90 microseconds long!
  - Long enough to stimulate nerves (just like a static shock)
  - *A 9 mm round only goes 1.3 inches in this short time!*

Typical values for X26 which may vary with tolerances.
The TASER weapon delivers more charge than a static shock but it is still too small to affect the heart.

## But What About the 50,000 Volts?

- Does not go through the body
- Only the clothes
- Like the bird on the wire:
  - Voltage that does not go through you
  - Cannot hurt you!

## What Would 50,000 Volts Through the Body Do?











## The X26 has the Wrong “Wavelength” to Capture the Heart

*External Pacemaker waveform is*

*20,000 to 40,000 microseconds long*

**200 Times Longer !**

*90 micro-seconds long*

“Wavelength” is used here as the common metaphor for fundamental frequency

## So, How Can It Capture Skeletal Muscles but *Not* Affect the Heart?



- Wrong "wavelength"
- Anatomy
  - Skeletal muscles are on the outside of the body.
  - Electrical current tends to favor the grain of the muscle by 10:1 vs. going against the grain.
    - So current tends to stay on the outside.
  - **NEWS FLASH:**
  - **MEDICAL DISCOVERY:**
  - Heart is on the inside of the body!



## Four TASER Safety Points

1. 50,000 volts NEVER goes through the body.
2. The pulse has less peak current than a strong static shock.
3. The skeletal muscles tend to shield the heart from the current.
4. The pulse is 50-200 times too short to efficiently stimulate the heart.

# TASER CEWs Off the Chart
## (Well Below Safe VF Limits)



# Medical Electrocution
# Occurs 500 Times Per Day

1. VF is either induced or not induced within 1-4 seconds.
2. Asystole or PEA are never induced.
3. The cardiac pulse disappears immediately.
4. The patient loses consciousness within 5-15 seconds.
5. A defibrillation shock—either internal or external—restores a sinus rhythm 99.9% of the time.
6. There is no increased risk of a later VF since electrical current does not linger in the body as a poison or drug might.



*This is the experience of 1 million patient implants.*

## Also True for Elephants



## Collapse After Long Duration

- Imagine a 3 minute CEW application
  - Followed by a collapse
- If the current was high enough:
  - suspect would be dead in 5 seconds
  - stop resisting
- To blame the CEW means you must conclude:
  - Sadistic officer applied current to a dead person
  - Desecrating a body
- Obviously what happened was:
  - Suspect stopped fighting when he was near death
  - Restraint force no longer needed

## Drug Interactions?



# Cleveland Clinic Study

- America's top heart hospital 12 years in a row by U.S. News & World Report.
- Cocaine increased safety margin by 50-100%

Lakkireddy DR, Wallick D, Ryschon K, Chung MK, Butany J, Martin D, Saliba W, Kowalewski W, Natale A, Tchou PJ. Effects of Cocaine Intoxication on the Threshold for Stun Gun Induction of Ventricular Fibrillation. J Am Coll Cardiol 2006;48:805–11.

| | Relative Safety Margin After Cocaine |
|---|---|
| On back | ~150% |
| Across chest | ~150% |
| Neck to belly button | ~205% |
| Down sternum | ~225% |
| Directly across heart | ~185% |

## Can the TASER CEW Hurt Pacemakers or Implantable Defibrillators?

- NO!
- Not even close!
- Pacemakers and ICDs (Implantable Defibrillators) are required to take:
  - Much stronger shocks from external defibrillators
  - "Active Implantable Medical Device" requirements 90/385/EEC.
- The 360 joule external defibrillator has almost 5000 times more energy per pulse than the 0.07 joules of the X26!



## Capt. Michael McGuigan
### Implantable Defibrillator and TASER Training Hit Charles Cty, MD Sheriff's Dept.



# Weapons Can Damage ICDs



# Do TASER Devices Lack Sufficient Testing?

- Animal Testing
  - New pacemaker model
    - 5-10 pigs and all with internal researchers
  - TASER X26
    - Over 50 pigs with majority tested by outsiders
- Human Testing Before First Shipments
  - Pacemaker
    - 30-60
  - TASER X26
    - Over 300

# Independent Studies

- Most CEW studies are completely independent of TASER Intl.
- Drug studies to get FDA approval.
  - All paid for by the manufacturer
- No TASER sponsored studies have ever been repudiated.

# Taser Safety Factor



McDaniel WC, Stratbucker RA, Nerheim M, Brewer JE. Cardiac safety of neuromuscular incapacitating defensive devices. Pacing Clin Electrophysiol. 2005 Jan;28 Suppl 1:S284-7.

## Safety Factors in Your Home

- Acetaminophen or paracetamol
- 2 g dosage
    = 4 extra-strength tablets
- Deaths reported at 15 g
    = 30 extra-strength tablets
- Safety factor:
    $= 30 \div 4$
    = 7.5 to 1

## How About the Negative Studies?

- Toronto
    – Nanthakumar
- Wisconsin
    – Webster

Journal of the American College of Cardiology
© 2006 by the American College of Cardiology Foundation
Published by Elsevier Inc.

Vol. 48, No. 4, 2006
ISSN 0735-1097/06/$32.00
doi:10.1016/j.jacc.2006.02.076

**Cardiovascular Consequences of Stun Gun**

# Cardiac Electrophysiological Consequences of Neuromuscular Incapacitating Device Discharges

Kumaraswamy Nanthakumar, MD, Ian M. Billingsley, MD, Stephane Masse, MASc, Paul Dorian, MD,
Douglas Cameron, MD, Vijay S. Chauhan, MD, Eugene Downar, MD, Elias Sevaptsidis, DEC

*Toronto, Ontario, Canada*

| | |
|---|---|
| **OBJECTIVES** | The purpose of this study was to evaluate the cardiac consequences of neuromuscular incapacitating device (NID)/stun gun discharge in an experimental model. |
| **BACKGROUND** | The large-voltage electrical discharges from NIDs have been suggested to pose a risk for triggering cardiac arrhythmias. |
| **METHODS** | Intracardiac catheters and blood pressure transducers were inserted before the application of NID discharges in six anesthetized pigs. Two different commercially available models (NID-1 and NID-2), two different vectors of discharges (thoracic: parallel to the long axis of the heart on the chest wall, and nonthoracic: away from the chest, across the abdomen), and two different durations of discharge (5 and 15 s) were tested. The effect of simulated adrenergic stress using epinephrine was also evaluated. |
| **RESULTS** | We studied a total of 150 discharges to 6 pigs; 74 of these discharges resulted in stimulation of the myocardium, as documented by electrical capture (mean ventricular rate during stimulation and capture, 324 ± 66 beats/min). Of the 94 thoracic discharges, 74 stimulated the myocardium, compared with none from 56 nonthoracic discharges (p < 0.0001). During 16 discharges with epinephrine, there were 13 episodes of stimulation of the myocardium, of which 1 induced ventricular fibrillation and 1 caused ventricular tachycardia. Thoracic discharges from NID-1 were more likely to stimulate the myocardium than those from NID-2 (98% vs. 54%, p = 0.0007). |
| **CONCLUSIONS** | In an experimental model, NID discharges across the chest can produce cardiac stimulation at high rates. This study suggests that NIDs may have cardiac risks that require further investigation in humans.   (J Am Coll Cardiol 2006;48:798–804) © 2006 by the American College of Cardiology Foundation |

## Errors

- Assuming ICD rhythm is VF
- Using pigs when all other mammals require 50% more current for VF
- Barbs laid sideways completely under the skin on both sides of the heart
- Injection of epinephrine right before TASER CEW application

# Follow-up

732    Correspondence

JACC Vol. 49, No. 6, 2007
February 13, 2007:729–33

6. Lange RA, Hillis LD. Cardiovascular complications of cocaine use. N Engl J Med 2001;345:531–8.
7. Pound P, Ebrahim S, Sandercock P, Bracken MB, Roberts I. Where is the evidence that animal research benefits humans? BMJ 2004;328:514–7.

## Electronic Control Devices and the Clinical Milieu

In a 2006 issue of the *Journal*, Nanthakumar et al. (1) presented a study of Taser ECDs (electronic control devices) using 6 pigs averaging 50 kg (110 lb). Research on these devices is important as they are rapidly changing the practices of law enforcement in North America and the United Kingdom with over 620 uses per day. The ECD delivers its short, motor-neuron capturing pulses through a pair of small darts (or barbs) attached by very fine wires. Darts were positioned subcutaneously to maximize current through the heart, in a vector not possible in humans due to the differences in thoracic geometry. Some ventricular capture was seen but no arrhythmias induced during 94 full-strength applica-

hyperactivity (8) for several minutes, and third parties call for help. The police require 5 to 15 min to arrive before they can apply any restraint device. At this point, the adrenergic tone has been elevated for several minutes. An epinephrine infusion minutes before an ECD shock would appear to give results *opposite* of those seen with the clinical scenario.

Finally, we would draw attention to the results of the Cleveland Clinic study published in the same issue of the *Journal* (9). This study used significantly higher exposures (total shock charge of approximately 2,000 five-second weapon discharges per pig versus about 50 for the Nanthakumar et al. [1]) and also evaluated the risk of the induction of ventricular arrhythmias. The investigators found no induction of arrhythmias except at a high multiple of the device output and that cocaine increased this safety margin even further. That would appear to be more consistent with the clinical results in which no objectively documented VF has occurred in 610,000 police uses of these devices.

*Mark W. Kroll, PhD, FACC
Hugh Calkins, MD, FACC
Richard M. Luceri, MD, FACC

# Conclusions Clarified

sions in humans is premature. We did not state that NIDs cause ventricular fibrillation in humans, and we agree that we cannot conclude from our study that NID discharges cause arrhythmias in typical use.

We hope that readers agree that our study does suggest the possibility that NIDs may, in some circumstances, cause cardiac capture, and that this possibility should at least be considered in future research in humans. We hope that our work stimulates such research, using similar methods, in this area in humans.

Paul Dorian, MD
*Kumaraswamy Nanthakumar, MD

# The Big Negative Study?

NEW YORK TIMES

**The Safety of Tasers Is Questioned Again**

May 25, 2006

By ALEX BERENSON

The safety of Tasers, the electric pistols that are widely used by police, is under new scrutiny after a study by a Wisconsin scientist showed that shocks from the guns cause the hearts of healthy pigs to stop beating.

The finding contradicts previous studies that showed that Taser shocks did not cause heart disturbances in pigs, whose hearts are similar to those in humans.

# The Big "Negative" Study

- Chest opened
- Conductive fluid injected to provide a direct electrical path to the heart!
- Estimated risk of inducing VF of 0.000172
- Actual risk < 0.000003



Webster : Univ of Wisconsin

# Errors

- Direct electrical path to the heart
  - Low resistance
  - Ignored "grain" effects
- Cleveland Clinic pushed barbs **closer** to the heart — without injecting conductive gel — and had no VF
- Distance calculations exaggerated
  - Assumed all barbs go in straight to full depth
  - Used ultrasound for measurements instead of more accurate CT scan
  - Ignored clothing which pigs tend to lack
- VF risk exaggerated
  - Isoflurane for anesthetic
  - Other mammals require 50% more current for VF

# The Actual Paper

IEEE TRANSACTIONS ON BIOMEDICAL ENGINEERING, VOL. 54, NO. 3, MARCH 2007

## Taser Dart-to-Heart Distance That Causes Ventricular Fibrillation in Pigs

Jiun-Yan Wu, *Student Member, IEEE*, Hongyu Sun, *Member, IEEE*, Ann P. O'Rourke, Shane Huebner, Peter S. Rahko, James A. Will, and John G. Webster*, *Life Fellow, IEEE*

### Conclusion

Necessary, but not sufficient, conditions for direct electrocution of the heart are 1) dart landing in a small frontal region over the heart suggested by our results, and 2) cardiac arrest of the subject shortly after Taser firing suggested by the literature. Coroners should seek to confirm these conditions before ascribing Tasers as a contributing cause of death. These results suggest that all Taser training should be done on the back, thus avoiding the front of the torso.

## Brotherly Love



## How About the Autopsies

- TASER devices are used over 690 times per day
- 250 000 uses on police
- 425 000 uses on criminals
- 675 000 total uses
- Total of 5 deaths blamed on TASER CEW
  – Only in 2005

# The Big Five

- Hasse, Chicago

- Holcomb, Ohio

- Cunningham, SC

- Williams, Fort Worth

- Mathis, Colorado

- Methamphetamine overdose thrown out of court.
- Meth excited delirium dismissed from court.
- Cardiac pathology by Ideker, MD, PhD, showed autopsy wrong.
- Fought afterwards, cuffed, and sitting up.
- "Heart failure with the TASER shocks…" Not adjudicated as no lawsuit. Died 3 weeks after TASER hit.

# TASER-related Errors Dropping Fast!



**Error Rate by Year of Death**

# Conclusion

- TASER CEW will not harm pacemakers (or implantable defibrillators)
- TASER CEW will not cause VF (cardiac arrest)
- TASER CEW cannot harm the heart.
- No TASER CEW has killed anyone.

mark@krolls.org

# Riddle Time

- Why do I always find something in the last place I look?
- Excited delirium case is restrained with a TASER Electronic Control Device
  - Until he stops fighting
  - Because he finally got acidic enough to go quiet
  - So he gets cuffed
  - TASER device therapy stopped
  - Acidity causes cardiac arrest
- Clues:
  - Time from the first shock -- not the last
  - Was it really VF?
- Rooster crows
  - Sun comes up

# Typical ME Past Errors

- Failure to appreciate:
  1. pulse disappears immediately,
  2. there is loss of physical strength for continued resistance
  3. collapse occurs within 5-20 seconds
  4. VF rhythm is shown on a cardiac monitor
  5. immediate defibrillation is usually successful

# Other Formerly Common Errors

6. Blaming the CEW for cardiac physical changes
7. Inclusion of a publicity sensitive safe comment (e.g. "we were unable to eliminate the role" of the CEW)
8. Assuming prolonged CEW applications are more dangerous than other restraint techniques
9. Claiming that CEWs impair breathing
10. Presumption of a lethal synergy between stimulant drugs and the CEW
11. Use of the CEW in the "drive stun" mode only since this involves current passing between 2 very close electrodes
12. Non-medical emotional explanations such as "last straw" or "pushed over the edge."

## The Hasse Case

- Ronald Hasse age 54
- Naked, on 26th floor
- Talking to aliens on his cell phone
- CPD and EMS show up
- TASER device is used to take him into custody
- Dies
- High level of methamphetamine found in his body

## Hasse Headlines

### Chicago Sun-Times,  Jul 29, 2005

- Taser Killed Man, Pathologist Finds.
- In the first ruling of its kind in the nation, the Cook County medical examiner's office has determined the Feb. 10 death of Ronald Hasse was caused by a Taser stun gun a Chicago Police sergeant used to subdue the doped-up 54-year-old man.
- Hasse received a five-second electrical burst from the Taser, followed by a 57-second charge, according to Dr. Scott Denton, a deputy medical examiner.

## Sun Times story ctd.

- "That's extraordinary," Denton said Thursday. "He became unresponsive and died after this."
- The primary cause of Hasse's death was electrocution from the use of the Taser, Denton said.
- A contributing cause was methamphetamine intoxication, he said.
- An autopsy found Hasse's system contained .55 micrograms of methamphetamine per milliliter of blood -- .05 micrograms above what is considered a lethal level.
- But the illegal drug probably would not have killed Hasse without his getting "pushed over the edge" by the Taser's jolts, Denton said.
- After Hasse's death, Chicago police halted plans for a Taser expansion.

## What Really Happened?

- Hasse tried to kick and bite officers and threatened to infect paramedics with HIV.
- A 5 second TASER hit dropped Hasse.
- Immediately after he got right back up.
  - Not feeling any pain.
- This time they need a 57 second therapy until they are able to get handcuffs on.
- Hasse then climbed into the stair-chair.
- Paramedics verify normal pulse and respiration.
- Hasse wheeled to elevator.

- Taken down 26 floors.
- Collapses on ground floor.
- Defibrillation unsuccessful.
- Death clearly not caused by TASER:
  - Continued to struggle after first application.
  - Normal pulse after both applications.
  - Normal respiration after both applications.
  - Collapse minutes not seconds after TASER usage.
  - Failure of defibrillation.

## Why Did Dr. Denton Blame the TASER?

- Denton … said his conclusion was also based on the findings of an "electrical engineer" who in February made a presentation to the American Academy of Forensic Sciences in which he said Taser shocks could cause cardiac arrest.
- "Electrical Engineer" facts:
  - High school dropout
  - No engineering degree of any kind
  - "Found" that the TASER M26 had a 50% fatality rate.

## Why Did Dr. Denton Blame the TASER?

- Why would Dr. Denton go with junk science instead of:
  - The paramedic report
  - Level of methamphetamine
  - Obvious excited delirium behavior
- Medical examiners never hear "thanks" from their patients.
- Illinois law does not allow legal review of autopsy findings.
- Irony: Chicago PD did everything perfectly.

## Impact of Epinephrine

- Even direct injections of epinephrine *raise* the VF threshold after a few minutes — not lower it!

Han J, Garciadejalon P, Moe GK. Adrenergic effects on ventricular vulnerability. *Circ Res*. 1964 Jun;14:516–24.



*Effects of left stellate stimulation and infusion of l-epinephrine and l-norepinephrine on the ventricular "fibrillation" threshold. Duration of experimental conditions is indicated by solid bar.*

## The Current Does Not Go Deeply



## Russian Roulette

- I heard there was a sensitive time when the heart could be stopped by electricity.
- "could put the heart into a tailspin"
- "like playing Russian roulette"
- How do we avoid this dangerous spot?



# The Heart Does, Indeed, Have a Sensitive Spot

- It is called the "T-wave."
- That is when the heart is most susceptible to an electric pulse causing VF.

 

# The TASER Pulses Hit Most T-waves

- So there is no 'lightning lottery!"



# The Lightning Lottery

- Most T-waves are hit by an X26 pulse.
- Most tires will not slip between spikes on a stop-strip.
- The "Russian Roulette" idea is just another urban myth.



# How Ice Cream Causes Shark Attacks in South Carolina









**APPENDIX 3**

**CURRICULUM VITAE**

| | |
|---|---|
| **NAME:** | Mark W. Kroll, PhD, FACC, FHRS |
| **OFFICE:** | Box 23<br>Crystal Bay, MN 55323 USA |
| **VOICE:** | +1-805-428-1838 |
| **FAX:** | +1-952-471-2482 |
| **E-MAIL:** | mark@krolls.org |
| **CITIZENSHIP:** | United States |
| **MARITAL STATUS:** | Married, four children |

**ACADEMIC DEGREES:**

| | |
|---|---|
| 1975 | B.S. - Mathematics |
| 1983 | M.S. - Electrical Engineering |
| 1987 | Ph.D. - Electrical Engineering |
| 1990 | M.B.A. |

**EDUCATION:**

| | |
|---|---|
| 1967-1970 | Minnetonka High School<br>Minnetonka, Minnesota |
| Summer 1969 | Michigan State University<br>(N.S.F. Honors Summer Program)<br>East Lansing, Michigan |
| 1970-1975 | University of Minnesota<br>Institute of Technology<br>Minneapolis, Minnesota |
| 1975-1979 | University of Minnesota Graduate School |

1988-1990          University of St. Thomas
                   Minneapolis, Minnesota

**ACADEMIC AFFILIATIONS:**

2006-Present       Adjunct Full Professor, Biomedical Engineering
                   University of Minnesota, Minneapolis

2003-Present       Adjunct Full Professor, Biomedical Engineering
                   California Polytechnic State University, San
Luis Obispo

2002-Present       Faculty for Creativity and Innovation Program
                   UCLA

**PROFESSIONAL POSITIONS:**

Research Aide (1970-1972)
Medtronic, Inc., Minneapolis, Minnesota

Teaching Assistant and Graduate Instructor (1973-1978)
Economics, Mathematics & Electrical Engineering Departments
University of Minnesota, Minneapolis, Minnesota

Vice President, Research & Development (1978-1985)
Intercomp Company, Plymouth, Minnesota

Vice President, Research & Development (1985-1991)
Cherne Medical, Inc., Edina, Minnesota

Vice President, Research (1991-995)
Angeion Corp., Plymouth, Minnesota

Vice President, Tachycardia Business Unit (1995-1997)
St. Jude Medical, Inc., Los Angeles, California

Vice President, Research and Development for Daig subsidiary
(1997-1999)
St. Jude Medical, Inc. Cardiac Rhythm Management Division

Senior Vice President, Technology and Design (1999-2000)
St. Jude Medical, Inc. Cardiac Rhythm Management Division

Senior Vice President, Chief Technology Officer (2001-August 2005) St. Jude Medical, Inc. Cardiac Rhythm Management Division

Principal, Mark Kroll & Associates, LLC (March 2006 to present)

**HONORS AND AWARDS:**

| | | |
|---|---|---|
| 1969 | National Science Foundation High School Honors Program |
| 1970 | Putnam Varsity Team (Intercollegiate Mathematics Competition) when Freshman |
| 1971 | Alfred P. Sloan Fellowship |
| 1971 | Ellerbe Scholastic Award for Institute of Technology |
| 1983 | Set new record for EE PhD Preliminary Examination |
| 1992 | Who's Who in Science and Engineering |
| 1993 | Who's Who in the Midwest |
| 1996 | Who's Who in the West |
| 1997 | Fellow, American College of Cardiology |
| 1998 | Prolific Inventor, U.S. Patent and Trademark Office |
| 1998 | Who's Who in Medicine and Healthcare |
| 2007 | Fellow, Heart Rhythm Society |

**PROFESSIONAL ASSOCIATIONS:**

Institute of Electrical and Electronic Engineers Senior

Member American College of Cardiology — Fellow

Heart Rhythm Society — Fellow

American Heart Association

**LANGUAGES:**

Spanish (Good)

German (Usable)

French (Reading Only)

**BOARDS:**

Haemonetics (NYSE:HAE), Boston, MA

Taser International (NASD:TASR), Scottsdale, AZ

Medisyn, (Mathematical Drug Design)

**EDITORIAL ROLES:**

Advances in Arrhythmias: Editorial Board

Heart Rhythm Journal: Ad Hoc Reviewer

Journal of Cardiovascular Electrophysiology: Ad Hoc Reviewer

Europace: Ad Hoc Reviewer

IEEE Transactions on Biomedical Engineering:
Ad Hoc Reviewer
Journal American College of Cardiology
Ad Hoc Reviewer

**U.S. PATENTS:**

| | |
|---|---|
| 4,672,976 | Heart Sound Sensor |
| 4,672,977 | Lung Sound Cancellation Method and Apparatus |
| 4,714,121 | Wheel Scale Assembly |
| 4,744,369 | Medical Current Limiting Circuit |
| 4,763,660 | Flexible and Disposable Electrode Belt Device |
| 4,769,760 | Terrain Biased Dynamic Multiple Threshold Synchronization Method and Apparatus |
| 4,775,018 | Load Cell Assembly |
| 4,811,156 | Medical Current Limiter |
| 4,832,608 | Electrode Belt Adapter |
| 4,879,760 | Optical Fiber Transmissive Signal Modulation System |
| 4,890,630 | Bio-Electric Noise Cancellation System |
| 4,947,859 | Bio-Acoustic Sound Sensor |
| 4,956,877 | Optical Fiber Reflective Signal Modulation System |
| 5,117,834 | Method and Apparatus for Non-invasively Determining a Patient's Susceptibility to Ventricular Arrhythmias |
| 5,188,116 | Electrocardiographic Method and Device |
| 5,199,429 | Implantable Defibrillator System with Switched Capacitors |
| 5,241,960 | Small Implantable Cardioverter Defibrillator System |

| | |
|---|---|
| 5,257,634 | Low Impedance Defibrillation Catheter |
| 5,258,906 | Medical Metering and Invoicing Method |
| 5,265,623 | Optimized Field Defibrillation Catheter |
| 5,300,110 | Dirk Based Defibrillation Electrode |
| 5,306,291 | Optimal Energy Steering |
| 5,312,443 | Arrhythmia Detection Criteria Process |
| 5,314,448 | Pulse Pre-Treatment Method of Defibrillation |
| 5,325,870 | Multiplexed Defibrillation Electrode Apparatus System |
| 5,330,509 | Far-Field Anti-Tachycardia Termination |
| 5,334,219 | Separated Capacitor Cardioversion |
| 5,336,245 | Electrogram Interrogation Apparatus Storage |
| 5,342,399 | Process for Defibrillation with Small Capacitor |
| 5,351,687 | Method and Apparatus for Non-invasively Determining a Patient's Susceptibility to Ventricular Arrhythmias |
| 5,366,484 | Narrow Pulse Cardioversion |
| 5,366,485 | Pulse Pretreatment Device |
| 5,366,487 | Pulse Correlation Detection Method |
| 5,376,103 | Improved Electrode System |
| 5,383,907 | System and Method for Delivering Multiple Closely Spaced Defibrillation Pulses |
| 5,391,185 | Atrial Cardioverter with Ventricular Protection |

| | |
|---|---|
| 5,391,186 | Method and Apparatus for Utilizing Short TAU Capacitors in an Implantable Cardioverter Defibrillator |
| 5,405,363 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| 5,407,444 | Cardioversion Method |
| 5,411,526 | True Voltage Pulse Defibrillation |
| 5,413,591 | Current Truncated Waveform Defibrillator |
| 5,431,686 | Optimal Pulse Duration |
| 5,431,687 | Impedance Timed Defibrillation System |
| 5,439,482 | Prophylactic Implantable Cardioverter Defibrillator |
| 5,441,518 | Implantable Cardioverter Defibrillator System Having Independently Controllable Electrode Discharge Pathway |
| 5,447,521 | Safety System for an Implantable Defibrillator |
| 5,449,377 | Overcharged Final Countershock for an Implantable Cardioverter Defibrillator and Method |
| 5,454,839 | Low Profile Defibrillation Catheter |
| 5,458,620 | Interdependent Detection Parameter Method of Diagnosing Fibrillation |
| 5,507,781 | Implantable Defibrillator System with Capacitor Switching Circuitry |
| 5,514,160 | Implantable Defibrillator for Producing a Rectangular-Shaped Defibrillation Waveform |
| 5,522,853 | Method and Apparatus for Progressive Recruitment of Cardiac Fibrillation |

| | |
|---|---|
| 5,527,346 | Implantable Cardioverter Defibrillator Employing Polymer Thin Film Capacitors |
| 5,531,764 | Implantable Defibrillator System and Method Having Successive Changeable Defibrillation Waveforms |
| 5,531,766 | Implantable Cardioverter Defibrillator Pulse Generator Kite-Tail Electrode System |
| 5,531,770 | Implantable Defibrillator for Producing a Rectangular – Shaped Defibrillation Waveform |
| 5,531,782 | Implantable Medical Electrode with Reduced Number of Conductors |
| 5,534,015 | Method and Apparatus for Generating Biphasic Waveforms in an Implantable Defibrillator |
| 5,540,721 | Process and Apparatus for Defibrillation with a Small Capacitor |
| 5,549,643 | Optimal Pulse Defibrillator |
| 5,549,933 | Process for Painting Snow; Powder; Nontoxic |
| 5,584,866 | Method and Apparatus for Temporarily Electrically Forcing Tachyarrhythmia Patient |
| 5,591,209 | Implantable Defibrillator System for Generating an Active Biphasic Waveform |
| 5,591,210 | Implantable Defibrillation System and Method for Producing Only Short Pulses |
| 5,607,460 | Physician Interface Export System for Programming Implantable Treatment Devices |
| 5,620,464 | System and Method for Delivering Multiple Closely Spaced Defibrillation Pulses |
| 5,620,469 | Stepped Cardioversion System for an Implantable Cardioverter Defibrillator |

| | |
|---|---|
| 5,643,323 | System and Method Inducing Fibrillation Using an Implantable Defibrillator |
| 5,645,572 | Implantable Cardioverter Defibrillator with Slew Rate Limiting |
| 5,645,573 | Optimal Pulse Defibrillator |
| 5,649,974 | Low Profile Defibrillation Catheter |
| 5,658,319 | Implantable Cardioverter Defibrillator Having a High Voltage Capacitor<br>Golf Ball Finding System |
| 5,662,534 | Implantable Cardioverter Defibrillator Having a High Voltage Capacitor<br>Golf Ball Finding System |
| 5,662,696 | One Piece Disposable Threshold Test Can Electrode for Use with an Implantable Cardioverter Defibrillator System |
| 5,674,248 | Staged Energy Concentration for an Implantable Biomedical Device |
| 5,690,685 | Automatic Battery-Maintaining Implantable Cardioverter Defibrillator and Method for Use |
| 5,697,953 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| 5,709,709 | ICD with Rate-Responsive Pacing |
| 5,713,944 | Cardioversion-Defibrillation Catheter Lead Having Selectively Exposable Outer Conductors |
| 5,718,718 | Method and Apparatus for Polarity Reversal of Consecutive Defibrillation Countershocks Having Back Biasing Precharge Pulses |
| 5,733,309 | Method and Apparatus for Capacitive Switching Output for Implantable Cardioverter Defibrillator |

| | |
|---|---|
| 5,735,876 | Electrical Cardiac Output Forcing Method and Apparatus for an Atrial Defibrillator |
| 5,735,878 | Implantable Defibrillator Having Multiple Pathways |
| 5,738,105 | Method and Apparatus for Sensing R-Waves Using Both Near Field and Far Field Sensing Simultaneously |
| 5,741,303 | Electrode Back-Charging Pre-Treatment System for an Implantable Cardioverter Defibrillator |
| 5,741,307 | Method for Determining an ICD Replacement Time |
| 5,749,910 | Shield for Implantable Cardioverter Defibrillator |
| 5,761,019 | Medical Current Limiter |
| 5,772,689 | Implantable Cardioverter-Defibrillator with Apical Shock Delivery |
| 5,772,690 | System Having a Surrogate Defibrillation Electrode for Testing  Implantable Cardioverter-Defibrillators During Implant |
| 5,782,883 | Suboptimal Output Device to Manage Cardiac Tachyarrhythmias |
| 5,814,075 | Method and Apparatus for Optimizing Source Allocation Within an Implantable Cardioverter-Defibrillator |
| 5,827,326 | Implantable Cardioverter Defibrillator Having a Smaller Energy Storage Capacity |
| 5,830,236 | System for Delivering Low Pain Therapeutic Electrical Waveforms to the Heart |

| | |
|---|---|
| 5,833,712 | Implantable Defibrillator System for Generating a Biphasic Waveform |
| 5,836,973 | Staged Energy Concentration for an Implantable Biomedical Device |
| 5,861,006 | System for Selectively Reforming an ICD |
| 5,871,505 | Apparatus for Generating Biphasic Waveforms in an Implantable Defibrillator |
| 5,871,510 | Method and Apparatus for Temporarily Electrically Forcing Cardiac Output as a Backup for Tachycardia Patients |
| 5,899,923 | Automatic Capacitor Maintenance System for an Implantable Cardioverter Defibrillator |
| 5,904,705 | Automatic Battery-Maintaining Implantable Cardioverter Defibrillator and Method for Use |
| 5,906,633 | System for Delivering Low Pain Therapeutic Electrical Waveforms to the Heart |
| 5,913,877 | Implantable Defibrillator System for Generating a Biphasic Waveform with Enhanced Phase Transition |
| 5,925,068 | Method for Determining an ICD Replacement Time |
| 5,925,066 | Atrial Arrhythmia Sensor with Drug and Electrical Therapy Control Apparatus |
| 5,944,746 | ICD with Continuous Regular Testing of Defibrillation Lead Status |
| 5,957,956 | Implantable Cardioverter Defibrillator Having a Smaller Mass |
| 5,978,703 | Method and Apparatus for Temporarily Electrically Forcing Cardiac Output in a Tachyarrhythmia Patient |

| | |
|---|---|
| 5,988,161 | Altitude Adjustment Method and Apparatus |
| 6,007,395 | Sun Tanning Life Vest |
| 6,041,255 | Disposable External Defibrillator |
| 6,062,474 | ATM Signature Security System |
| 6,093,982 | High Voltage Output Array Switching System |
| 6,101,414 | Method and Apparatus for Antitachycardia Pacing with an Optimal Coupling Interval |
| 6,112,118 | Implantable Cardioverter Defibrillator with Slew Rate Limiting |
| 6,115,597 | Disposal Emergency Cellular Phone |
| 6,132,426 | Temperature and Current Limited Ablation Catheter |
| 6,167,306 | Method and Apparatus for Electrically Forcing Cardiac Output in an Arrhythmia Patient |
| 6,169,923 | Implantable Cardioverter-Defibrillator with Automatic Arrhythmia Detection Criteria Adjustment |
| 6,185,457 | Method and Apparatus for Electrically Forcing Cardiac Output in an Arrhythmia Patient |
| 6,198,249 | Thermal Booster Battery System |
| 6,208,899 | Implantable Cardioversion Device with Automatic Filter Control |
| 6,219,582 | Temporary Atrial Cardioversion Catheter |
| 6,233,483 | System and Method for Generating a High Efficiency Biphasic Defibrillation Waveform for Use in an Implantable Cardioverter/Defibrillator (ICD). |

| 6,282,444 | Implantable Device with Electrical Infection Control |
| 6,287,306 | Even Temperature Linear Lesion Ablation Catheter |
| 6,292,694 | Implantable Medical Device Having Atrial Tachyarrhythmia Prevention Therapy |
| 6,314,319 | Method and Apparatus for Temporarily Electrically Forcing Cardiac Output in a Tachyarrhythmia Patient |
| 6,327,498 | Implantable Stimulation Lead for Use with an ICD Device Having Automatic Capture Pacing Features |
| 6,345,200 | Implant Guiding Programmer for Implantable Cardioverter Defibrillator |
| 6,350,168 | Light Selective Sport Garments |
| 6,366,808 | Implantable Device and Method for the Electrical Treatment of Cancer |
| 6,370,234 | Public Service Answering Point with Automatic Triage Capability |
| 6,405,922 | Keyboard Signature Security System |
| 6,408,206 | Disposable External Defibrillator |
| 6,411,844 | Fast Recovery Sensor Amplifier Circuit for Implantable Medical Device |
| 6,438,426 | Temporary Atrial Cardioversion Catheter |
| 6,442,426 | Implantable Ventricular Cardioverter-Defibrillator Employing Atrial Pacing for Preventing Atrial Fibrillation from Ventricular Cardioversion and Defibrillation Shocks |
| 6,445,949 | Implantable Cardioversion Device with a Self-Adjusting Threshold for Therapy Selection |

| | |
|---|---|
| 6,445,950 | Implantable Cardioverter/Defibrillator Employing Shock Delivery Timing for Preventing Induced Fibrillation |
| 6,456,876 | Dual-Chamber Implantable Cardiac Stimulation System and Device with Selectable Arrhythmia Termination Electrode Configurations and Method |
| 6,484,056 | System and Method of Generating a High Efficiency Biphasic Defibrillation Waveform for Use in an Implantable Cardioverter/ Defibrillator (ICD) |
| 6,539,254 | Implantable Ventricular Cardioverter-Defibrillator Employing Atrial Pacing for Preventing Atrial Fibrillation from Ventricular Cardioversion and Defibrillation Shocks |
| 6,549,806 | Implantable Dual Site Cardiac Stimulation Device Having Independent Automatic Capture Capability |
| 6,549,807 | Implantable Cardioverter Defibrillator Having a Rechargeable, Fast-Charging Battery and Method Thereof |
| 6,560,484 | Method and Apparatus for Electrically Forcing Cardiac Output in an Arrhythmia Patient |
| 6,560,974 | Nitrogen-Based Refrigerator Crisper |
| 6,561,185 | Altitude Adjustment Method and Apparatus |
| 6,567,697 | External Defibrillator with Electrical CPR Assist |
| 6,578,499 | Wind and Insect Resistant Picnic System |
| 6,580,908 | Generic Number Cellular Telephone |
| 6,580,915 | Aircraft Internal EMI Detection and Location |
| 6,590,534 | Electronic Car Locator |

| | |
|---|---|
| 6,609,027 | His Bundle Sensing Device and Associated Method |
| 6,625,493 | Orientation of Patient's Position Sensor Using External Field |
| 6,628,986 | System for Predicting Defibrillation Threshold Based on Patient Data |
| 6,645,153 | System and Method for Evaluating Risk of Mortality Due to Congestive Heart Failure Using Physiologic Sensors |
| 6,658,292 | Detection of Patient's Position and Activity Using 3D Accelerometer-Based Position Sensor |
| 6,662,047 | Pacing Mode to Reduce Effects of Orthostatic Hypotension and Synocope |
| 6,687,542 | XY Selectable Lead Assembly |
| 6,694,188 | Dynamic Control of Overdrive Pacing Based on Degree of Randomness Within Heart Rate |
| 6,714,818 | System and Method of Generating an Optimal Three-Step Defibrillation Waveform for Use in an Implantable Cardioverter/Defibrillator (ICD) |
| 6,731,982 | Anti-Tachycardia Pacing Methods and Devices |
| 6,738,663 | Implantable Device and Method for the Electrical Treatment of Cancer |
| 6,744,152 | Implantable Cardioverter Defibrillator with Switchable Power Source and Patient Warning System Cardiac Device |
| 6,745,073 | System and Method of Generating a Low-Pain Multi-Step Defibrillation Waveform for Use in an Implantable Cardioverter/Defibrillator (ICD) |

| 6,748,261 | Implantable Cardiac Stimulation Device for and Method of Monitoring Progression or Regression of Heart Disease by Monitoring Interchamber Conduction Delays |
| --- | --- |
| 6,751,503 | Methods and Systems for Treating Patients with Congestive Heart Failure (CHF) |
| 6,754,531 | Anti-Tachycardia Pacing Methods and Devices |
| 6,760,625 | Battery Monitoring System for an Implantable Medical Device |
| 6,763,266 | System and Method of Generating a Low-Pain Multi-Step Defibrillation Waveform for Use in an Implantable Cardioverter/Defibrillator (ICD) |
| 6,766,194 | Dynamic Control of Overdrive Pacing Based on Degree of Randomness Within Heart Rate |
| 6,766,196 | Anti-Tachycardia Pacing Methods and Devices |
| 6,772,007 | System and Method of Generating a Low-Pain Multi-Step Defibrillation Waveform for Use in an Implantable Cardioverter/Defibrillator (ICD) |
| 6,775,571 | Dynamic Control of Overdrive Pacing Based on Degree of Randomness Within Heart Rate |
| 6,780,181 | Even Temperature Linear Lesion Ablation Catheter |
| 6,795,731 | Anti-Tachycardia Pacing Methods and Devices |
| 6,804,577 | Battery Monitoring System for an Implantable Medical Device |
| 6,817,520 | Magnetic Card Swipe Signature Security System |
| 6,826,427 | Methods and Devices for Inhibiting Battery Voltage Delays in an Implantable Cardiac Device |

| | |
|---|---|
| 6,853,859 | Electrical Cardiac Output Forcer |
| 6,854,844 | Tan-Thru Sunglasses |
| 6,862,475 | Pediatric Rate Varying Implantable Cardiac Device |
| 6,865,420 | Cardiac Stimulation Device for Optimizing Cardiac output with Myocardial Ischemia Protection |
| 6,904,314 | Automatic defibrillation threshold tracking |
| 6,907,286 | Anti-tachycardia pacing methods and devices |
| 6,928,321 | Hypnosis augmented ICD |
| 6,931,278 | Implantable cardioverter defibrillator having fast action operation |
| 6,937,896 | Sympathetic nerve stimulator and/or pacemaker |
| 6,954,669 | System and method of generating an optimal three-step defibrillation waveform for use in an implantable cardioverter/defibrillator (ICD) |
| 6,961,615 | System and method for evaluating risk of mortality due to congestive heart failure using physiologic sensors |
| 6,964,116 | Ambulatory hairdryer |
| 6,968,574 | Light selective sports garments |
| 6,980,850 | System and method for emulating a surface EKG using an implantable cardiac stimulation device |
| 6,987,999 | Implantable defibrillator with alternating counter electrode |

| | |
|---|---|
| 6,993,379 | System and method for emulating a surface EKG using an implantable cardiac stimulation device |
| 6,997,180 | Breathing gas therapeutic method and apparatus |
| 7,003,348 | Monitoring cardiac geometry for diagnostics and therapy |
| 7,010,358 | Single lead system for high voltage CHF device |
| 7,010,346 | Implantable medical device having atrial tachyarrhythmia prevention therapy |
| 7,006,867 | Methods and apparatus for overdrive pacing multiple atrial sites using an implantable cardiac stimulation device |
| 7,006,347 | Low deformation electrolytic capacitor |
| 7,006,867 | Methods and apparatus for overdrive pacing multiple atrial sites using an implantable cardiac stimulation device |
| 7,010,346 | Implantable medical device having atrial tachyarrhythmia prevention therapy |
| 7,010,358 | Single lead system for high voltage CHF device |
| 7,016,720 | System and method for monitoring blood glucose levels using an implantable medical device |
| 7,020,521 | Methods and apparatus for detecting and/or monitoring heart failure |
| 7,024,243 | System and methods for preventing, detecting, and terminating pacemaker mediated tachycardia in biventricular implantable cardiac stimulation device |

| 7,029,443 | System and method for monitoring blood glucose levels using an implantable medical device |
| 7,043,301 | Implantable cardiac stimulation system providing high output far-field pacing and method |
| 7,062,328 | System and method for providing improved specificity for automatic mode switching within an implantable medical device |
| 7,072,712 | Disposable external defibrillator with hinged housing halves |
| 7,076,295 | Automatic defibrillation shock energy adjuster |
| 7,076,300 | Implantable cardiac stimulation device and method that discriminates between and treats atrial tachycardia and atrial fibrillation |
| 7,076,301 | Implantable cardiac stimulation device that minimizes parasitic muscle stimulation and method |
| 7,079,891 | System and method for providing cardioversion therapy and overdrive pacing using an implantable cardiac stimulation device |
| 7,103,412 | Implantable cardiac stimulation device and method for detecting asymptomatic diabetes |
| 7,113,822 | System and method for providing cardioversion therapy and overdrive pacing using an implantable cardiac stimulation device |
| 7,120,491 | Implantable cardioversion device with a self-adjusting threshold for therapy selection |
| 7,123,961 | Stimulation of autonomic nerves |
| 7,139,611 | System and method for rejecting far-field signals using an implantable cardiac stimulation device |

| | |
|---|---|
| 7,149,579 | System and method for determining patient posture based on 3-D trajectory using an implantable medical device |
| 7,149,584 | System and method for determining patient posture based on 3-D trajectory using an implantable medical device |
| 7,155,277 | Pathway management for CHF patients |
| 7,155,286 | System and method for reducing pain associated with cardioversion shocks generated by implantable cardiac stimulation devices |
| 7,158,825 | Implantable cardioverter defibrillator with leakage detection and prevention system |
| 7,158,826 | System and method for generating pain inhibition pulses using an implantable cardiac stimulation device |
| 7,162,299 | ICD with VF prevention |
| 7,164,944 | Analgesic therapy for ICD patients |
| 7,164,950 | Implantable stimulation device with isolating system for minimizing magnetic induction |
| 7,171,268 | Implantable cardiac stimulation device providing accelerated defibrillation delivery and method |
| 7,181,281 | ICD using MEMS for optimal therapy |
| 7,181,277 | Methods and systems for reducing the likelihood of arrhythmia onset |
| 7,181,269 | Implantable device that diagnoses ischemia and myocardial infarction and method |
| 7,177,684 | Activity monitor and six-minute walk test for depression and CHF patients |

| 7,175,271 | Tan-thru glasses |
| --- | --- |
| 7,177,684 | Activity monitor and six-minute walk test for depression and CHF patients |
| 7,181,269 | Implantable device that diagnoses ischemia and myocardial infarction and method |
| 7,181,277 | Methods and systems for reducing the likelihood of arrhythmia onset |
| 7,181,281 | ICD using MEMS for optimal therapy |
| 7,191,002 | Anti-tachycardia pacing methods and devices |
| 7,194,304 | Implantable cardiac defibrillation assembly including a self-evaluation system and method |
| 7,200,437 | Tissue contact for satellite cardiac pacemaker |
| 7,203,546 | System and method of implementing a prophylactic pacer/defibrillator |
| 7,203,547 | System and method of implementing a prophylactic pacer/defibrillator |
| 7,203,550 | Implantable medical device with a current generated for infection control |
| 7,212,855 | System and method for providing preventive overdrive pacing and antitachycardia pacing using an implantable cardiac stimulation device |
| 7,212,859 | Dual-chamber implantable cardiac stimulation system and device with selectable arrhythmia termination electrode configurations and method |
| 7,225,030 | Management of implantable devices |
| 7,225,029 | Implantable cardiac therapy device with dual chamber can to isolate high-frequency circuitry |

| | |
|---|---|
| 7,225,020 | System and method for providing preventive overdrive pacing and antitachycardia pacing using an implantable cardiac stimulation device |
| 7,225,029 | Implantable cardiac therapy device with dual chamber can to isolate high-frequency circuitry |
| 7,225,030 | Management of implantable devices |
| 7,231,255 | System and method for reducing pain associated with cardioversion shocks generated by implantable cardiac stimulation devices |
| 7,254,440 | Implantable ischemia and myocardial infarction monitor and method |
| 7,260,433 | Subcutaneous cardiac stimulation device providing anti-tachycardia pacing therapy and method |
| 7,270,411 | Light selective sports garments |
| 7,272,438 | Mode switching heart stimulation apparatus and method |
| 7,274,961 | Implantable cardiac stimulation device and method that discriminates between and treats ventricular tachycardia and ventricular fibrillation |
| 7,277,755 | Subcutaneous cardiac stimulation device providing anti-tachycardia pacing therapy and method |
| 7,283,871 | Self adjusting optimal waveforms |
| 7,292,886 | Bifocal cardiac stimulation device and methods |
| 7,295,873 | Anti-tachycardia pacing method and apparatus for multi-chamber pacing |
| 7,305,266 | Cardiac stimulation devices and methods for measuring impedances associated with the heart |

| 7,305,270 | Cardiac pacing/sensing lead providing far-field signal rejection |
| 7,308,305 | Optimally timed early shock defibrillation |
| 7,308,307 | Implantable single-chamber atrial pacing device providing active ventricular far field sensing and rate limit |
| 7,321,792 | Pacing therapy and acupuncture |

## INTERNATIONAL PATENTS: (Partial)

| | |
|---|---|
| AU1305595A1 | Method and Apparatus Utilizing Short Tau Capacitors |
| AU1305795A1 | Implantable Defibrillator Employing Polymer Thin Film Capacitors |
| AU1696897A1 | Medical Current Limiter |
| AU2003299471 | Method and Device for Treating Cancer with Electrical Therapy in Conjunction with Chemotherapeutic Agents and Radiation Therapy |
| AU3625295A1 | Low Profile Defibrillation Catheter |
| AU697971B2 | Medical Current Limiter |
| AU9048267 | Bio-Acoustic Signal Sensor |
| AU921460392A1 | Electrocardiographic Signal Processing Device |
| AU9513055 | Implantable Cardioverter Defibrillator (Extended Shock  Duration) |
| AU9513057 | Implantable Cardioverter Defibrillator (Polymer Thin Film Capacitors) |
| AU952637295 | Implantable Defibrillator System for Generating Biphasic Waveforms |
| AU9539631 | Implantable Cardioverter Defibrillator (Stepped Cardioversion) |
| AU9716968 | Two Terminal Bi-Directional Medical Current Limiter |
| CA1291792 | Flexible and Disposable Electrode Belt Device |
| DE3637956 | Flexible Egwerfbare Elektrodenbandvorrichtung (Electrode Belt) |

| DE60016125T | Implantable Cardioversion Device with Automatic Filter Control |
|---|---|
| DE69218658 | Implantable Defibrillator System Providing Waveform Optimization |
| DE69228735T2 | Defibrillationssystem Mit Einem Kleinen Kondensator |
| DE69230430C0 | Vorrichtung Zur Behandlung Von Herz Vor Einer Defibrillation |
| DE69319641T2 | Detektion Von Tachykardie Und Herzflimmern |
| DE69320474T2 | Implantierbarer Kardiovertierer/Defibrillator Mit Einem Kleineren Verdraengungsvolumen |
| DE69321629T2 | Optimale Energiesteuerung Fuer Einen Implantierbaren Defibrillator |
| DE69323868C0 | Herzrhythmuskorrektur Mittels Kurzer Impulse |
| EP1114653 | An Implantable Cardioversion Device with a Self-Adjusting Threshold for Therapy Selection |
| EP1127587 | Dual-Chamber Implantable Cardiac Stimulation System and Device with Selectable Arrhythmia Termination Electrode Configurations and Method |
| EP1140279 | Temporary Atrial Cardioversion Electrode Catheter |
| EP1155711 | Method and Apparatus for Biventricular Stimulation and Capture Monitoring |
| EP1155712 | Implantable Dual Site Cardiac Stimulation Device Having Independent Automatic Capture Capability |
| EP1205215 | Implantable Cardioverter Defibrillator Having a Rechargeable, Fast-Charging Battery and Method Thereof |

| EP1234597 | His Bundle Sensing Device and Associated Method |
| EP1291036 | Pacing Mode to Reduce Effects of Orthostatic Hypotension and Syncope |
| EP1300175 | XY Selectable Lead Assembly |
| EP1304138 | Automatic Defibrillation Shock Energy Adjuster |
| EP1306105 | Implantable Cardiac Therapy Device with Dual Chamber Can |
| EP1308182 | Implantable Cardiac Stimulation Device |
| EP1419731 | System and Method For Monitoring Blood Glucose Levels Using an Implantable Medical Device |
| EP1515775 | Method and Device For Treating Cancer With Electrical Therapy in Conjunction with Chemotherapeutic Agents and Radiation Therapy |
| EP1524008 | Implantable Cardiac Stimulation Device Providing Arbitrarily Shaped Defibrillation Waveforms |
| EP406381 | Bio-Acoustic Signal Sensor |
| EP515059 | Implantable Defibrillator System Providing Waveform Optimization |
| EP540266 | Cardiac Pacemaker with Pretreatment Circuit |
| EP547878A3 | Defibrillation Pulse Generator with Small Value Capacitor |
| EP558353 | Implantable Defibrillation System with Optimum Energy Steering |
| EP560569 | Defibrillation and Tachycardia Detection System |
| EP578700 | Electrocardiographic Signal Processing Device |

| | |
|---|---|
| EP636041 | Cardioversion Waveform Production Circuit for Tachycardia Termination |
| EP642368 | Treatment of Ventricular Tachycardia Using Far-Field Pulse Series |
| EP642369B1 | Implantable Cardioverter Defibrillator for Subcutaneous Location |
| EP720496A4 | Prophylactic Implantable Cardioverter Defibrillator |
| EP738171 | Implantable Cardioverter Defibrillator (Stepped Cardioversion) |
| EP739223 | Implantable Cardioverter Defibrillator (Extended Shock Duration) |
| EP739224 | Implantable Cardioverter Defibrillator (Polymer Thin Film Capacitors) |
| EP751805A4 | Staged Energy Storage System for Implantable Defibrillator |
| EP820652 | Two Terminal Bi-Directional Medical Current Limiter |
| FR642369R4 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| FR720496R1 | Prophylactic Implantable Cardioverter Defibrillator |
| FR751805R1 | Staged Energy Storage System for Implantable Defibrillator |
| GB2185403B | Flexible and Disposable Electrode Belt Device |
| GB642369R4 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| GB720496R1 | Prophylactic Implantable Cardioverter Defibrillator |

| GB751805R1 | Staged Energy Storage System for Implantable Defibrillator |
| IT642369R4 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| JP8509385 T2 | Implantable Cardioverter Defibrillator for Subcutaneous Location |
| JP9622811W1 | Staged Energy Storage System for Implantable Defibrillator |
| NL642369R4 | Implantable Cardioverter Defibrillator for Subcutaneous Location |
| NL650383R4 | Implantable Cardioverter Defibrillator Having a Smaller Displacement Volume |
| NL720496R1 | Prophylactic Implantable Cardioverter Defibrillator |
| NL751805R1 | Staged Energy Storage System for Implantable Defibrillator |
| WO 532020A1 | Implantable Defibrillator System for Generating Biphasic Waveforms |
| WO0020071 | Implantable Stimulation Lead for Use with an ICD Device Having Autocapture Pacing Features |
| WO0036987 | Dual Sensor Ablation Catheter |
| WO0038780 | Temporary Atrial Cardioversion Electrode Catheter |
| WO0057955 | Method and Apparatus for Electrically Forcing Cardiac Output in an Arrhythmia Patient |
| WO0187410 | Cardiac Stimulation Devices and Methods for Measuring Impedances Associated with the Left Side of the Heart |

| | |
|---|---|
| WO020071A1 | Implantable Stimulation Lead for Use with an ICD Device Having Autocapture Pacing Features |
| WO02068049 | Implantable Medical Device with a Current Generated for Infection Control |
| WO03072192 | Management of Implantable Devices |
| WO03073192 | Management of Not Yet Implanted IMD by Use of Telemetry Means |
| WO036987A1 | Dual Sensor Ablation Catheter |
| WO038780A1 | Temporary Atrial Cardioversion Electrode Catheter |
| WO2004037341 | Method and Device for Treating Cancer with Electrical Therapy in Conjunction with Chemotherapeutic Agents and Radiation Therapy |
| WO9008506 | Bio-Acoustic Signal Sensor |
| WO9215245 | Electrocardiographic Signal Processing Device |
| WO9319809 | Treatment of Ventricular Tachycardia Using Far-Field Pulse Series |
| WO9320892 | Cardioversion Waveform Production Circuit for Tachycardia Termination |
| WO9400193A1 | Implantable Cardioverter Defibrillator for Subcutaneous Location |
| WO9509030 | Prophylactic Implantable Cardioverter Defibrillator |
| WO9509030A3 | Prophylactic ICD |
| WO9516492 | Implantable Cardioverter Defibrillator (Extended Shock Duration) |
| WO9516495 | Implantable Cardioverter Defibrillator (Polymer Thin Film Capacitors) |

| | |
|---|---|
| WO9606655 | Low Profile Defibrillation Catheter |
| WO9611035 | Implantable Cardioverter Defibrillator (Stepped Cardioversion) |
| WO9622811 | Implantable Cardioverter Defibrillator Pulse Generator Kite-Staged Energy Storage System for Implantable Cardioverter-Defibrillator |
| WO9622811A1 | Staged Energy Storage System for Implantable Defibrillator |
| WO9622812 | ICD Kite Tail Electrode System |
| WO9622812 | Implantable Cardioverter Defibrillator Pulse Generator Kite-Tail Electrode System |
| WO9715351 | Temporary Electrical Forcing Cardiac Output as Tachycardia Backup |
| WO9715351 | Method and Apparatus for Temporarily Electrically Forcing Cardiac Output as a Backup for Tachycardia Patients |
| WO9725761 | Two Terminal Bi-Directional Medical Current Limiter |
| WO9725761 | Medical Current Limiter |
| EP1515775 (A2) | Method and device for treating concer with electrical therapy in conjunction with chemotherapeutic agents and radiation therapy |
| EP1524008 (A1) | Implantable cardiac stimulation device providing arbitrarily shaped defibrillation waveforms |
| EP1570880 (A1) | Left heart implantable cardiac stimulation system with clot prevention |
| EP1598093 (A2) | System for automated fluid monitoring |
| EP1614446 (A2) | Electrically forcing cardiac output temporarily in tachycardia patients |

EP1647301 (A1)   Mode switching heart stimulation apparatus
                 and method

EP1666086 (A1)   Automatic capture pacing lead

WO2005099812 (A2)   Partially implantable system for the
                    electrical treatment of cancer

WO2006058133 (A2)   Medium voltage therapy applications in
                    treating cardiac arrest

WO2006085990 (A2)   Immobilization weapon

**BOOK AND BOOK CHAPTERS:**

Tchou P, Kroll MW

>"The Sentinel 2000" in Wang, Estes, and Manolis (Ed.). Automatic Cardioverter Defibrillators: A Comprehensive Text, Marcel Dekker, New York. 1993.

Bach S M; Lehmann M H; Kroll M W

>"Tachyarrhythmia Detection" in Kroll, M. W. and M. H. Lehmann (Ed.). Implantable cardioverter defibrillator therapy: The engineering-clinical interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA.

Lehmann M H; Kroll M W

>"Future Clinical Challenges" in Kroll, M. W. and M. H. Lehmann (Ed.). Implantable cardioverter defibrillator therapy: The engineering-clinical interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA.

Ennis J B; Kroll M W

>"The High Voltage Capacitor" in Kroll, M. W. and M. H. Lehmann (Ed.). Implantable cardioverter defibrillator therapy: The engineering-clinical interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA.

Kroll M W; Lehmann M H; Tchou P J

>"Defining the Defibrillation Dosage" in Kroll, M. W. and M. H. Lehmann (Ed.). Implantable cardioverter defibrillator therapy: The engineering-clinical interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA.

Kroll M W and M. H. Lehmann (Ed.)

>Implantable cardioverter defibrillator therapy: The engineering-clinical interface. xxii+585p. Kluwer Academic Publishers: Dordrecht, Netherlands; Norwell, Massachusetts, USA. ISBN 0-7923-4300-X.

Kroll MW; Tchou PJ

"Testing of Implantable Defibrillator Functions at Implantation" in Clinical Cardiac Pacing and Defibrillation 2nd Ed.  Ed. By Ellenbogen, Kay, and Wilkoff. W.B. Saunders Company, Philadelphia, USA 1999.

Paul A. Levine, Robert E. Smith Jr., Balakrishnan Shankar, Greg Hauck, Jeffrey Snell, Andre Walker and Mark Kroll

Pacemaker Memory: Basic Concepts and New Technology. In "The Fifth Decade of Cardiac Pacing" Edited by: Serge Barold and Jacques Mugica. Blackwell Publishing 2003.

Kroll MW; Tchou PJ

"Testing of Implantable Defibrillator Functions at Implantation" in Clinical Cardiac Pacing, Defibrillation, and Resynchonization Therapy, 3rd Ed.  Ed. By Ellenbogen, Kay, Lau, and Wilkoff. W.B. Saunders Company, Philadelphia, USA 2006.

Kroll MW; Levine PA

"Pacemaker and Implantable Cardioverter-Defibrillator Circuitry" in Clinical Cardiac Pacing, Defibrillation and Resynchonization Therapy. 3rd Ed.  Ed. By Ellenbogen, Kay, Lau, and Wilkoff. W.B. Saunders Company, Philadelphia, USA 2006.

Kroll MW.

"Industry Research and Management" in Career Development in Bioengineering and Biotechnology. Ed. By Guruprasad Madhavan, Barbara Oakley, Luis Kun. Springer 2007 *Invited book  chapter under review*

Efimov I, Kroll MW, Tchou PJ.

Cardiac Bioelectric Therapy: Mechanisms and Practical Implications. Springer Kluwer 2008 *Contracted book in press.*

Kroll MW, Orlov M.

"History of cardiac defibrillation." In Cardiac Bioelectric Therapy: Mechanisms and Practical Implications. Eds. Efimov, Kroll, and Tchou. Springer Kluwer 2008. *Chapter in press.*

Kroll MW, Tchou PJ.

"Lessons for the clinical implant." In Cardiac Bioelectric Therapy: Mechanisms and Practical Implications. Eds. Efimov, Kroll, and Tchou. Springer Kluwer 2007. *Chapter in press.*

Kroll MW, Efimov I, Swerdlow CD.

"Future implantable devices." In Cardiac Bioelectric Therapy: Mechanisms and Practical Implications. Eds. Efimov, Kroll, and Tchou. Springer Kluwer 2007. *Chapter in press.*

## ABSTRACTS, PRESENTATIONS, AND PUBLISHED LETTERS:

Kroll MW

"Electromagnetic Interference (in High Resolution Instrumentation)," *International Conference on Weights and Measurement,* June 1980, San Francisco, CA.

Kroll MW, Kroll WH

"Vibration Isolation Efficiency Limitations in Practice Due to Air Effects," *10th International Congress on Acoustics,* July 1980, Sydney, Australia.

Kroll MW

"Diagnosis and Management of Electromagnetic Interference," *ICWM,* May 1981, Dallas, TX.

Kroll MW

"Hardware Modification Boosts Z-80 Counting Rate to 2MHz," *Electronic Design*, May 1982 V30, N11.

Kroll MW

"'Trap Door' Approach to Record Level Lockouts in OS-9," *68XX Journal*, April 1983.

Kroll MW

"Topological Methods in Circuit Layout," *MEIS Conference,* University of Minnesota, May 1983, Minneapolis, MN.

Kroll MW

"Macro Modeling of Time-Dependent Logic Equations," *IEEE Circuit Theory Conference,* July 1985, Norfolk, VA.

Kroll MW

"Chronic Ischemia and the Screening for Coronary Artery Disease," *Invited Presentation to in-Patient Cardiology Department of Cedars Sinai Hospital,* November 1987, Los Angeles, CA.

Kroll MW

"The Electrical Detection of Chronic and Acute Myocardial Ischemia," *IEEE Engineering in Medicine and Biology Society,* May 1988, St. Paul, MN.

Kroll MW

"Protection of Software in a Medical Product," *1988 WorldMed Conference*, Minneapolis, MN.

Kroll MW; Cook T; Brewer JE

"An Accurate Noninvasive ECG Procedure to Identify Clinically Important Coronary Disease," *2nd International Conference on Preventive Cardiology, 29th Annual Meeting of the American Heart Association Council on Epidemiology,* June 1989, Washington, DC.

Kroll MW; Cook T; Brewer J

"Stress EKG vs. A Resting Test for the Detection of Coronary Disease in 402 Police Officers," *2nd International Conference on Preventive Cardiology, 29th Annual Meeting of the American Heart Association Council on Epidemiology,* June 1989, Washington, DC.

Kroll MW

"Electrocardiographic Diagnosis of the Acute Infarction: Standard vs. Chaos Analysis," *Emergency Forum*, May 1990, Minneapolis, MN.

Kroll MW; Anderson LM; Cook TC; Lund RS

"Detection of Asymptomatic Coronary Artery Disease: Comparing the Exercise EKG and a New Computer Based Resting Electrocardiographic Procedure," *May 1990 Presentation at the American College of Sports Medicine Annual Meeting*, *Medicine and Science in Sports and Exercise* Vol. 22 #2, May 1990.

Gobel F; Tschida V; Anderson L; Kroll MW

"Computer-Based Electrocardiographic Procedure to Detect Clinically Significant Coronary Artery Disease in Patients with Normal Electrocardiograms," *European Heart Journal*, August 1990, Vol 11A.

Gobel F; Tschida V; Kroll M; Anderson L

"Detection of Single and Multiple Vessel Coronary Artery Disease Using Electrocardiogram Chaos Analysis," *European Heart Journal*, August 1990, Vol 11A.

Kroll MW; Anderson L

"Screening for Coronary Artery Disease: Treadmill vs. Resting Electrocardiographic Chaos Test," *Chest*, August 1990 Vol 98 Supp. 2.

Tschida V; Gobel F; Kroll, MW; Anderson L

"Screening Yield of Electrocardiogram Chaos Analysis in Asymptomatic Individuals," *European Heart Journal*, August 1990, Vol 11A.

Anderson L; Kroll M; Brewer J

"Screening of Asymptomatic Individuals for Coronary Artery Disease: Treadmill Testing vs. Resting Electrocardiogram Chaos Analysis," *European Heart Journal*, August 1990, Vol 11A.

Kammerling J; Kroll MW

"Is Electrocardiogram Chaos an Independent Predictor of Electrophysiologic Inducibility?", *Journal of the American College of Cardiology*, February 1991, Vol 17 No. 2A.

Kroll MW

"Electrocardiographic Chaos Analysis", Invited Address, *16th Conference on Research and Applications in Computerized Electrocardiology*, Santa Barbara, CA, April 1991.

Kroll MW

"Precision Weighing in Congestive Heart Failure," Invited Address, *1991 International Conference on Weights and Measurement*, San Antonio, TX June 1991.

Kroll MW; Adams TP

"The Optimum Pulse Truncation Point for Internal Defibrillation," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Kroll MW; Adams TP

"Current or Energy for Defibrillation," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Kroll MW; Fulton KW

"Slope Filtered Correlation Dimension Calculation of Pre-Fibrillation RR Intervals," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Kroll MW; Adams TP

"Pulse Correlation for Arrhythmia Discrimination in the Implantable Defibrillator," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Adams TP; Kroll MW

"Progress in External Pacemakers," *European Journal of Cardiac Pacing and Electrophysiology*, June 1992, Vol 2 # 2.

Kroll MW

"Use of Pulse Correlation for Arrhythmia Discrimination in Implantable Devices," *17th Conference on Research and Applications in Computerized Electrocardiology*, Keystone, CO, April 1992.

Kroll MW

"The Optimum Pulse Width for the Implantable Defibrillator," Seventh Purdue Conference on Defibrillation, *American Heart Journal*, Sept. 1992, Vol. 124 # 3.

Leonelli FM; Kuo CS; Fujimura O; Kroll MW; Koch C

> "Defibrillation Thresholds are Lower with Small Output Capacitor Values," *Pacing and Cardiovascular Electrophysiology*, April 1993, Vol 16 #4 Pt.II.

Leonelli FM;  Kuo CS; Kroll MW; Koch C; Anderson K

> "Increased Right Ventricular Coil Length Lowers Defibrillation Thresholds Despite Reduction in Catheter Diameter and Total Surface Area," *Pacing and Cardiovascular Electrophysiology*, April 1993, Vol 16 #4 Pt.II.

Rist K; Kroll MW; Mowrey K; Keim S; Mehdirad A; Mazgalev T; Hardesty R; Tchou P

> "Comparison of Epicardial Defibrillation Energy Requirements Using 140 and 85 Microfarad Capacitor Values," *Pacing and Cardiovascular Electrophysiology*, April 1993, Vol 16 #4 Pt.II.

Kroll MW

> Effect of Capacitor Size on Thresholds of Monophasic and Biphasic Waveforms, *Duke Defibrillation Workshop*, April 1993.

Kroll MW; Kroll KC; Brewer JE

> The Effect of Pulse Duration on Epicardial Patch Impedance, *European Journal of Cardiac Pacing and Electrophysiology*, 1993.

Kroll MW; Kroll KC; Brewer JE

> Low Energy Test Shocks Need not Overestimate Defibrillation Impedances, *European Journal of Cardiac Pacing and Electrophysiology*, 1993.

Kroll MW; Kroll KC; Adams TP

> Low Energy Cardioversion Shocks Have Significantly Longer Durations Than Defibrillation Shocks of the Same Tilt in the Swine Heart *Circulation,* October 1993, Vol. 88 # 4.

Ryan SJ; Kroll MW; McQuilken GL; Kroll KC; Adams TP

Discrimination of Ventricular Tachycardia from Exercise Induced High Sinus Rates by use of Rate Model Change Index. *Circulation* October 1993, Vol. 88 # 4.

Adams T; Kroll MW; Kroll  KC; Lueders RS; Perttu JS

Short Low Energy Shocks are More Accurate Than Long Shocks for Estimating Defibrillation Impedances. *Pacing and Cardiovascular Electrophysiology*, September 1993, Vol 16 #9 Pt.II.

Kroll MW; Brewer JE; Kroll KC

Epicardial Patch Impedance is Influenced by Shock Duration Especially at Low Voltages. *Third International Conference on Rate Adaptive Pacing and Implantable Defibrillators,* October 1993, Munich, Germany.

Ryan SJ; Kroll MW; McQuilken GL; Kroll KC; Adams TP

Discrimination of Ventricular Tachycardia From Exercise Induced High Sinus Rates by Use of Rate Modal Change Index. *Third International Conference on Rate Adaptive Pacing and Implantable Defibrillators,* October 1993, Munich, Germany.

Kroll MW; Kroll KC; Adams TP

Low Energy Cardioversion Shocks Have Significantly Longer Durations Than Defibrillation Shocks with Fixed Tilt Waveforms. *Pacing and Cardiovascular Electrophysiology*, September 1993, Vol 16 #9 Pt.II.

Kroll MW; Supino CG; Adams TP

A Quantitative Model of the Biphasic Defibrillation Waveform. *Pacing and Cardiovascular Electrophysiology*, September 1993, Vol 16 #9 Pt.II.

Kroll MW

The Future of the ICD: Fourth Generation and Beyond. *Raymond James Healthcare Conference*, St. Petersburg, FL, March 1994.

Kroll MW

A Minimal Model of the Single Capacitor Biphasic Defibrillation Waveform, *Duke Defibrillation Workshop*, April 1994.

Brewer JE; Tvedt MA; Martin L; Kroll MW; Adams TP

Cardioversion Shocks Have a Significantly Higher Tilt of the Internal Electrical Field Than do Defibrillation Shocks, *Pacing and Cardiovascular Electrophysiology*, April 1994, Vol 17 #4 Pt.II.

Kroll MW

Defining the Dosage for Defibrillation: Energy vs. Effective Current. *Association for the Advancement of Medical Instrumentation*, Washington, DC, May 1994

Kroll MW; Brewer JE

Optimal Biphasic Phase Durations. *European Journal of Cardiac Pacing and Electrophysiology*, June 1994, Vol 4, #2, Supp. 4.

Brewer JE; Kroll MW

Myocardial Transfer Impedances Show that the Shock Current is a Better Indicator of the Tissue Electric Field than the Voltage. *European Journal of Cardiac Pacing and Electrophysiology*, June 1994, Vol 4, #2, Supp. 4.

Kroll MW; Brewer JE

Preconditioning Theory does not Explain the Action of the Single Capacitor Biphasic Defibrillation Waveform. *European Journal of Cardiac Pacing and Electrophysiology*, June 1994, Vol 4, #2, Supp. 4.

Swerdlow CD; Kroll MW

How Important is Capacitor Size for Implantable Defibrillators? Eighth Purdue Conference on Cardiac Defibrillation, *American Heart Journal*, September 1994, Vol 128, #3.

Kroll MW

> Meta-Analytical Validation of the Burping Hypothesis for the Mechanism of the Single Capacitor Biphasic Defibrillation Waveform. Eighth Purdue Conference on Cardiac Defibrillation, *American Heart Journal*, September 1994, Vol 128, #3.

Leonelli FM; Kroll MW; Brewer JE

> Effect on Defibrillation Threshold of Optimized Biphasic Phase Durations and Capacitor Size. *1995 Cardiostim Meeting*, St. Petersburg, Russia.

Leonelli FM; Kroll MW; Brewer JE

> Dependence of Defibrillation Threshold on Right Ventricular Coil Length for Unipolar System. *1995 Cardiostim Meeting*, St. Petersburg, Russia.

Brewer JE; Perttu JS; Brumwell D; Supino J; Adams T; Kroll MW

> Dual Level Sensing Significantly Improves Automatic Threshold Control for R-Wave Detection in Implantable Defibrillators. *Pacing and Cardiovascular Electrophysiology*, May 1995.

Swerdlow CD; Kass RM; Kroll MW; Brewer J

> Average-Current Hypothesis for Ventricular Defibrillation in Humans: value of Strength-Inverse Duration Plot. *Pacing and Cardiovascular Electrophysiology*, April 1995, V18.

Kroll MW

> Two Fundamental Challenges in the Modeling of Defibrillation Waveforms. Invited Address, *Duke Defibrillation Workshop*, 1995.

Leonelli FM; Brewer JE; Kroll MW

> A Small Capacitor Optimized Duration Waveform Has Lower Thresholds Than the Presently Available Biphasic Waveform. *Pacing and Cardiovascular Electrophysiology*, May 1995.

Leonelli FM; Brewer JE; Kroll MW

> Dependence of Defibrillation Threshold on Right Ventricular Coil Length for Active Can Electrode System. *European Heart Journal,* August 1995.

Leonelli F; Brewer J; Kroll MW; Adams T

> "Defibrillation Thresholds with Optimized Durations and a Smaller Capacitor in Active Can System." *European Heart Journal 16* – 1995

Leonelli FM; Brewer J; Kroll MW

> A Short Duration Small Capacitor Biphasic Waveform Has Lower Thresholds Than the Clinically Available Biphasic Waveform. *Pacing and Clinical Electrophysiology*, April 1995, V18.

Leonelli F; Brewer J; Kroll MW

> Dependence of Defibrillation Threshold on Right Ventricular Coil Length for Active Can Electrode System. *European Journal of Cardiology,* August 1995.

Yamouchi Y; Mowrey K; Nadzam G; Kroll M; Brewer J; Donohoo A; Wilkoff B; Tchou P

> Large Voltage Changes at Phase Reversal Improves Defibrillation Thresholds. *Circulation*, October 1995.

Yamanouchi Y; Mowrey K; Nadzam G; Hills D; Kroll M; Brewer J; Donohoo A; Wilkoff B; Tchou P

> Multipeaked Phase I Biphasic Defibrillation Waveform: A Comparison with Standard Waveform Used in Clinical Devices. *Circulation*, October 1995.

Leonelli FM; Wang K; Garcia F; Patwardhan A; Brewer JE; Donohoo AM; Kroll MW

> "Improved Defibrillation with Timed Energy Steering." *European Heart Journal* 17, 1996.

Brewer JE; Perttu JS; Brumwell D; Supino J; Adams T; Kroll MW

"Dual Level Sensing Significantly Improves Automatic Threshold Control for R-Wave Sensing in Implantable Defibrillators." *Pacing and Clinical Electrophysiology*, April 1995, V18.

Yamanouchi Y; Mowrey KA; Nadzam GR; Hills DG; Kroll MW; Brewer JE; Donohoo AM; Wilkoff BL; Tchou PJ

"Optimized First Phase Tilt Maximizes Voltage Kick in "Parallel-Series" Biphasic Waveform." *Journal of the American College of Cardiology,* February 1997.

Stanton MS; Love CJ; Mehdirad A; Duncan JL; Kroll MW

"Initial Clinical Results of a New ICD Using a Novel Small Capacitor Biphasic Waveform." *Journal of the American College of Cardiology*, February 1997.

Swerdlow CD; Brewer JE; Kass RM; Kroll MW

"Estimation of Optimal ICD Capacitance From Human Strength-Duration Data." *Journal of the American College of Cardiology*, February 1997.

John Swartz; James Hassett; Michael Bednarek; Karen Kelly; Mark Kroll

Burn Pulmonary Vein Isolation With A Virtual Circumferential Electrode. *Pacing and Clinical Electrophysiology*, April 1998 Vol. 21 No. 4.

John Swartz*;* James Hassett; Michael Bednarek; Michael Pikus; Mark Kroll

Saline Flow Rate Optimization With A Virtual Circumferential Electrode For Pulmonary Vein Isolation. *European Journal Of Cardiac Pacing And Electrophysiology*, June 1998

John Swartz; James Hassett; Michael Bednarek; Karen Kelly; Mark Kroll

Single Burn Pulmonary Vein Isolation with a Virtual Circumferential Electrode. *European Journal of Cardiac Pacing and Electrophysiology*, June 1998

M Malik, SJ Ryan, MW Kroll, HH Hoium

Computer Simulation of Optimum Electrode Configuration for the Induction of Noninvasive Wedensky Phenomenon in Man. *Proceedings of Computers in Cardiology, 1999;26:209:212*

K Hnatkova, MW. Kroll, SJ. Ryan, TM Munger, N Samniah, L Hegrenaes, DG Benditt, M Stanton, O Rossvoll, HH. Hoium, M Malik

Wavelet Decomposition of Wedensky Modulated Electrocardiograms: Differences Between Patients with Ventricular Tachycardia and Healthy Volunteers. *Proceedings of Computers in Cardiology, 1999; 26:157-160*

Katerina Hnatkova, David G. Benditt, Marek Malik, MD, Ole Rossvoll, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, Harold H. Hoium, Marshall S. Stanton

Wedensky Transthoracic Stimulation: Dose Response in Healthy Volunteers and Ventricular Tachycardia Patients. *(North American Society of Pacing and Electrophysiology, May 1999, Toronto, Canada)*

Katerina Hnatkova, Marek Malik, Mark W. Kroll, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, , David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium, Stephen J. Ryan

QRS Complex Alternans Detected By Wavelet Decomposition of Signal Averaged Electrocardiograms: Differences Between Patients with Ventricular Tachycardia and Normal Healthy Volunteers. *(North American Society of Pacing and Electrophysiology, May 1999, Toronto, Canada)*

Katerina Hnatkova, Marshall S. Stanton, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, David G. Benditt, Ole Rossvoll, Harold H. Hoium

> Wedensky Phenomenon Within the Late Potential Region: Dose Related Separation of Patients with Ventricular Tachycardia From Healthy Controls. *(North American Society of Pacing and Electrophysiology, May 1999, Toronto, Canada)*

Katerina Hnatkova, Marshall S. Stanton, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, David G Benditt, Ole Rossvoll, Harold H. Hoium

> Wedensky Phenomenon and Cardiac Modulation: Dose Related Separation of Patients with Ventricular Tachycardia From Healthy Controls. *(XIth World Symposium on Cardiac Pacing and Electrophysiology, June 1999, Berlin, Germany)*

Marek Malik, David G. Benditt, Katerina Hnatkova, Lars Hegrenaes, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, Harold H. Hoium, Marshall S. Stanton

> External Cardiac Modulation: Evidence of Wedensky Phenomenon in Healthy Subjects and Ventricular Tachycardia Patients. *XIth World Symposium on Cardiac Pacing and Electrophysiology,* June 1999, Berlin, Germany

Katerina Hnatkova, Mark W. Kroll, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium

> Wavelet Analysis of Subthreshold Cardiac Modulation in Healthy Subjects and Ventricular Tachycardia Patients. *XIth World Symposium on Cardiac Pacing and Electrophysiology,* June 1999, Berlin, Germany

Katerina Hnatkova, Marek Malik, Mark W. Kroll, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium, Stephen J. Ryan

>Wavelet Decomposition of QRS Complex Alternans: Differences Between Patients with Ventricular Tachycardia and Normal Healthy Volunteers. *XIth World Symposium on Cardiac Pacing and Electrophysiology,* June 1999, Berlin, Germany

Katerina Hnatkova, David G. Benditt, Marek Malik, Ole Rossvoll, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, Harold H. Hoium, Marshall S. Stanton

>Wedensky Transthoracic Modulation: Dose Response in Healthy Volunteers and Ventricular Tachycardia Patients. *XIth World Symposium on Cardiac Pacing and Electrophysiology,* June 1999, Berlin, Germany

Marek Malik, David G. Benditt, Katerina Hnatkova, Lars Hegrenaes, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, Harold H. Hoium, Marshall S. Stanton

>External Cardiac Modulation: Evidence of Wedensky Phenomenon in Healthy Subjects and Ventricular Tachycardia Patients. *European Society of Cardiology,* August 1999, Barcelona, Spain

Katerina Hnatkova, Mark W. Kroll, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium

>Wavelet Analysis of Subthreshold Cardiac Modulation in Healthy Subjects and Ventricular Tachycardia Patients. *European Society of Cardiology,* August 1999, Barcelona, Spain

Katerina Hnatkova, Marek Malik, Mark W. Kroll, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium, Stephen J. Ryan

> Wavelet Decomposition of QRS Complex Alternans: Differences Between Patients with Ventricular Tachycardia and Normal Healthy Volunteers. *European Society of Cardiology*, August 1999, Barcelona, Spain

Katerina Hnatkova, Marshall S. Stanton, Stephen J. Ryan, Marek Malik, Thomas M. Munger, Nemer Samniah, Jorn Bathen, Mark W. Kroll, David G. Benditt, Ole Rossvoll, Harold H. Hoium

> Wedensky Cardiac Modulation: Dose Related Separation of Patients with Ventricular Tachycardia From Healthy Controls.*(European Society of Cardiology,* August 1999, Barcelona, Spain

M. Malik, M. Kroll, S. Ryan, H. Hoium

> Optimum Electrode Configuration to Induce Non-Invasive Wedensky Phenomenon in Man. *Computers in Cardiology,* November 1999, Hanover, Germany

K. Hnatkova, M.W. Kroll, S.J. Ryan, T.M. Munger, N. Samniah, L. Hegrenaes, D.G. Benditt, M. Stanton, O. Rossvoll, H.H. Hoium, M. Malik

> Wavelet Decomposition of Wedensky Modulated Electrocardiograms: Differences Between Patients with Ventricular Tachycardia and Healthy Volunteers. *Computers in Cardiology,* November 1999, Hanover, Germany

Katerina Hnatkova, Mark W. Kroll, Stephen J. Ryan, Thomas M. Munger, Nemer Samniah, Lars Hegrenaes, David G. Benditt, Marshall S. Stanton, Ole Rossvoll, Harold H. Hoium, Marek Malik

> Wedensky Modulated Signal Averaged Electrocardiograms Combination of Time Domain and Wavelet Decomposition Parameters for Identification of Ventricular Tachycardia Patients. *Circulation,* October 1999, Atlanta, Georgia

K Hnatkova, SJ Ryan, DG Benditt, O Rossvoll, TM Munger, N Samniah, J Bathen, MS Stanton, MW Kroll, HH Hoium, M Malik

> Reproducibility of Non-invasive Wedensky Modulation in Man is Dependent on Number of Averaged Cardiac Cycles. *North American Society of Pacing and Electrophysiology,* May 2000, Washington DC

Marek Malik, Steven J Ryan, Mark W Kroll, Harold H Hoium

> Computer Simulation of Optimum Electrode Configuration for the Induction of Non-invasive Wedensky Modulation in Man. *North American Society of Pacing and Electrophysiology,* May 2000, Washington DC

K. Hnatkova, S.J. Ryan, D.G. Benditt, O. Rossvoll, T.M. Munger, N. Samniah, J. Bathen, M.S. Stanton, M.W. Kroll, H.H. Hoium, M. Malik

> Reproducibility of non-invasive Wedensky modulation in man is dependent on modulation energy but independent of modulation moment. *European Society of Cardiology,* August/September 2000, Amsterdam, Netherlands

K Hnatkova, SJ Ryan, DG Benditt, O Rossvoll, TM Munger, N Samniah, J Bathen, MS Stanton, MW Kroll, HH Hoium, M Malik

> Stability of Non-invasive Wedensky Modulation in Man Depends on Modulation Energy but not on Modulation Moment. *Cardiostim,* June 2000, Nice, France

Marek Malik, Steven J Ryan, Mark W Kroll, Harold H Hoium

> Optimum Electrode Configuration for the Induction of Non-invasive Wedensky Modulation in Man: Computer Modeling Study. *Cardiostim,* June 2000, Nice, France

Kroll MW

> History of Pacing and Defibrillation. Invited Address, *United States Patent and Trademark Office*, June 2001, Arlington, Virginia.

Kroll MW

Creativity and Invention. Invited Address, *UCLA*, November 2001, 2002, 2003, 2004. Los Angeles, California.

Kroll, Mark W; Brewer, James E, and Ellenbogen, Kenneth A

Threshold Creep as a Possible Cause of Sudden Death in ICD Patients. *Twelfth World Congress on Cardiac Pacing and Electrophysiology*, Feb. 2003, Hong Kong.

Kroll MW

History of Pacing and Defibrillation. Invited Address, *California Polytechnical Institute*. February 2003, San Luis Obispo, California.

Kroll MW

Medical Startup: Do's and Don'ts. Invited Address: *Caltech/MIT Enterprise Forum*. March 2003

Kroll MW

History of Pacing and Defibrillation. Invited Address, *The Citadel*, March 2003 Charleston, South Carolina.

Kroll MW

Clinical Applications of Defibrillation Research. Invited Address, *University of Michigan Cardiac Electrophysiology Dept*. 2003, 2004.

Kroll M, Lebel R, Suh A, Muntz AH.

Medical Devices: The Power of Small. Panel for the MIT Club meeting at Caltech, Jan 2004.

Kroll MW.

Cardiac Concerns and the TASER Devices. TASER International Tactical Conference, Las Vegas. Feb 2004.

Kroll MW

Clinical Applicatons of Defibrillation Research.   Invited Address.   *Stanford University Cardiac Electrophysiology Dept.*, Palo Alto, California, 2004.

Karlheinz Seidel KH, MD, Chris Moulder, MS, Gabriel Mouchawar, PhD, Christoph Stoeppler, MD, T. Becker, MD, T. Kleemann, MD., U. Weise, MD, Mark Kroll, PhD

Stepped Defibrillation Waveform is More Efficient than the Biphasic Waveform, *Europace Supplements*, Vol. 6, June 2004.

Kroll MW, Stoeppler C, Larsson B, Schaeken A, Mouchawar G, Moulder C, Bailleul C

Beyond the Biphasic: The Next Step for DFT Reduction, *Europace Supplements*, Vol.6, June 2004.

Kroll MW, Olson W, Karam R, Lathrop D, Zipes DP.

Sudden Cardiac Death: Where are we and where are we going in the next 20 years? Gordon Research Conference: *Cardiac Arrhythmia Mechanisms*. February 2005

Mark Kroll, James Sweeney, Charles Swerdlow.

Theoretical Considerations Regarding the  Cardiac Safety of Law Enforcement Electronic Control Devices. *American Academy of Forensic Sciences. Annual Meeting* Feb 2006. Proceedings Vol XII C18 pp 139-140.

Mark Kroll, James Sweeney, Dorin Panescu.

Analysis of Electrical Activation of Nerve and Muscle by TASERs *American Academy of Forensic Sciences. Annual Meeting* Feb 2006. Proceedings Vol XII C22 pp 142-143.

Kroll MW, Seidl KH, Moulder C, Mouchawar G, Stoeppler C, Becker T, Donges K, Kleeman T, Weise U, Anskey E, Burnett H, Denman RA.

Stepped Defibrillation Waveform Is Substantially More Efficient Than The 50% Tilt Biphasic. *JACC* February 2006

Kroll MW.

Clinical Applications of Defibrillation Research. Invited address, *Cornell University Cardiac Electrophysiology Dept*. May 2006.

Boriani G, Kroll MW, Biffi M, Silvestri P, Martignani C, Valzania C, Diemberger I, Moulder C, Mouchawar G, Branzi A.

Plateau Waveform Shape Allows a Higher Patient Shock Energy Tolerance. *Heart Rhythm* abstract issue 2006

Mark Kroll and Dorin Panescu.

Theoretical Considerations Regarding the Cardiac Safety of Law Enforcement Electronic Control Devices. *Bioelectromagnetic Society* 2006 Conf.

Kroll MW

The History and Future of Defibrillation Waveforms. Cardiostim 2006 and *Europace* Abstract Issue 2006.

Val-Mejias J. E., Gupta M. S., Kroll M. W.

Paradoxical Relationship between Defibrillation Threshold and Shock Pulse Time Constant. Cardiostim 2006 and *Europace* Abstract Issue 2006.

Seidl K., Kroll M.W., Mouchawar G, Becker T., Donges K., Kleemann T., Weise U., Moulder C., Stoeppler C., Umesan C.V., Martin P.T., Anskey E.J., Burnett H., Denman R.A.

Stepped Defibrillation Waveform Is More Efficient than the 50% Tilt Biphasic. Cardiostim 2006 and *Europace* Abstract Issue 2006.

Boriani G, Edvardsson N, Kroll MW., Biffi M, Silvestri P, Martignani C, Valzania C, Diemberger I, Poçi D, Moulder C, Mouchawar G, Branzi A - Bologna, ITA

Plateau Waveform Shape Allows a Higher Patient Shock Energy Tolerance. Cardiostim 2006 and *Europace* Abstract Issue 2006.


Val-Mejias J. E., Gupta M. S., Kroll M. W.

Is There an Optimal Impedance for Internal Defibrillation? Cardiostim 2006 and *Europace* Abstract Issue 2006.


Natarajan S, Henthorn R, Burroughs J, Esberg D, Zweibel S, Ross T, Kroll MW, Gianola D

Prospective Comparison of Fixed Duration "Tuned" Vs. 50/50% Fixed Tilt Defibrillation Waveforms. Cardiostim 2006 and *Europace* Abstract Issue 2006.


Panescu D, Mehra R, Kroll MW, Terry R.

Medical device development: An industry-academia joint venture? *28th Annual Intl Conf. IEEE Engineering in Medicine and Biology Society* 2006.


Dorin Panescu, Ph.D., Mark W. Kroll, Ph.D., Igor R. Efimov, Ph.D. and James D. Sweeney, Ph.D

Finite Element Modeling of Electric Field Effects of TASER Devices on Nerve and Muscle. *28th Annual Intl Conf. IEEE Engineering in Medicine and Biology Society* 2006.


Robert A. Stratbucker, M.D., Ph.D. , Mark W. Kroll, Ph.D. , Wayne McDaniel, Ph.D. and Dorin Panescu, Ph.D.

Cardiac Current Density Distribution by Electrical Pulses from TASER devices. *28th Annual Intl Conf. IEEE Engineering in Medicine and Biology Society* 2006.

Kroll MW.

>Reply to comment on: Benefit of millisecond waveform duration for patients with high defibrillation thresholds. *Heart Rhythm.* 2006 Sep;3(9):1114; author reply 1114. Epub 2006 Jul 8

Michael Gold, MD, PhD, Jesus Val-Mejias, MD, Robert B. Leman MD, Rangarao Tummala, MD, Sanjeev Goyal, MD, Jeffrey Kluger, MD, Mark Kroll, PhD, Ashish Oza, MS.

>Effect of SVC Coil Usage and SVC Electrode Spacing on Defibrillation Thresholds. American Heart Association  2006 Scientific Sessions *Circulation* Oct 2006.

Kroll MW.

>Scientific Basis for the Cardiac Safety of Conducted Electrical Weapons. 2006 Annual Seminar: Institute for the Prevention of In Custody Death, Las Vegas. 17 Nov. 2006.

Keane D, Aweh N, Hynes B, Sheahan RG, Cripps T, Bashir Y, Zaidi A, Fahy G, Lowe M, Doherty P, Kroll MK.

>Achieving Sufficient Defibrillation Safety Margins with Fixed Duration Waveforms and the Use of Multiple Time Constants. ACC March 2007 e-Poster.

Gilman B, Kroll MW.

>Electrically Induced Chest Constrictions During Ventricular Fibrillation Produce Blood Flow. JACC March 2007

Mark W. Kroll, PhD, Jeffrey D. Ho, MD,. Dorin Panescu, PhD, Sunnyvale, CA. Igor R. Efimov, PhD, Richard M. Luceri, MD, Patrick J. Tchou, MD, Hugh Calkins, MD.

>Potential Errors in Autopsy Reports of Custodial Deaths Temporally Associated with Electronic Control Devices: A Cardiovascular Perspective. American Academy of Forensic Science Annual Conference Feb 2007. Pp 284-285

Gilman, BL, Kroll, MW, Wang P, Berry, J, Kroll, K.

>Electrically Induced Chest Constrictions Produce Blood Flow During Ventricular Fibrillation Via Thoracic-Only Pump Mechanism. Heart Rhythm Society Annual Scientific Sessions. May 2007

Kroll MW.

>Reply to comment on: Stepped Defibrillation Waveform Is Substantially More Efficient Than The 50% Tilt Biphasic. *Heart Rhythm.* 2007

Kroll MW.
>Physiology and Pathology of Conducted Energy Weapons. Invited Plenary Address: Bioelectromagnetic Society Annual Meeting Kanazawa, Japan, June 2007.

Gold MR, Val-Mejias J, Leman RB, Kroll MW, Graumann R, Oza A.
>Effect of Superior Vena Cava Coil Location and Shock Impedance on Defibrillation Thresholds. Europace June 2007 Lisbon Portugal.

Kroll MW
>Physiology and Pathology of Electronic Control Devices. 12th Masters Conference on Advanced Death Investigation. July 24, 2007. St. Louis University, St. Louis, MO.

Kroll MW
>Clinical Applications of Defibrillation Research. South Pacific Cardiology Meeting. Hong Kong, August 13, 2007

Kroll MW, Calkins H, Luceri RM.
>Electronic control devices and the clinical milieu. J Am Coll Cardiol. 2007 Feb 13;49(6):732; author reply 732-3

Kroll MW.

>Scientific Basis for the Safety of Conducted Electrical Weapons. 2007 Annual Seminar: Institute for the Prevention of In Custody Death, Las Vegas. 28 Nov. 2007.

Kroll MW, Luceri RM, Calkins H.

> A very interesting case study involving a TASER Conducted Electrical Weapon (CEW) used on a patient with a pacemaker. J Cardiovasc Electrophysiol. 2007 Dec;18(12):E29-30

Kroll MW.

> Clinical Applications of Defibrillation Research. Invited address, *New York University Cardiac Electrophysiology Dept.* Jan 2008.

**FULL LENGTH PAPERS:**

Kroll MW; Fulton KW

"Slope Filtered Pointwise Correlation Dimension Algorithm and its Evaluation with Pre-Fibrillation Heart Rate Data," J*ournal of Electro cardiology*, March 1992, Vol 24S

Kroll MW; Anderson KM; Supino CG; Adams TP

"Decline in Defibrillation Thresholds," *Pacing and Cardiovascular Electrophysiology*, Jan. 1993, Vol 16 #1 Pt. II.

Kroll MW

"A Minimal Model for the Monophasic Defibrillation Pulse," *Pacing and Cardiovascular Electrophysiology*, April 1993, Vol 16 #4.

Kroll MW

A Minimal Model of the Single Capacitor Biphasic Defibrillation Waveform. *Pacing and Cardiovascular Electrophysiology*, November 1994 Vol 17 Pt. I.

Hoium H; Brewer JE; Kroll KC; Kroll MW; Kroll KJ

Use of Subthreshold Transcutaneous Stimulation as a Possible Prognostic Test for Ventricular Tachycardia. *European Journal of Biomedical Engineering*, June 1994, Vol 16, # 3/4.

Rist K; Tchou PJ; Mowrey K; Kroll MW; Brewer JE

Small Capacitors Improve the Biphasic Waveform. *Journal of Cardiovascular Electrophysiology*, September 1994.

Brewer JE; Tvedt MA; Adams TP; Kroll MW

Low Voltage Shocks Have a Significantly Higher Tilt of the Internal Electric Field Than Do High Voltage Shocks. *Pacing and Cardiovascular Electrophysiology*,  January 1995, Vol 18, Pt. II

Leonelli FM; Wright H; Latterell ST; Nelson RS; Adams TP; Kroll MW

> "A Long Thin Electrode Is Equivalent to a Short Thick Electrode for Defibrillation in The Right Ventricle." *Pacing Clinical Electrophysiology*, January 1995.

Leonelli FM, Wright H, Brewer JE, Adams TP, Kroll MW

> Woven wire patches are superior to solid disks for subcutaneous electrodes: implications for active can defibrillation. *Pacing Clinical Electrophysiology* January 1995.

Leonelli FM; Kroll MW, Brewer JE

> "Defibrillation Thresholds Are Lower with Smaller Storage Capacitors." *Pacing and Clinical Electrophysiology*, Sept 1995. Vol. 18.

Brewer JE; Perttu JS; Brumwell D; Supino J; Adams T; Kroll MW

> Dual level sensing significantly improves automatic threshold control for R wave sensing in implantable defibrillators. *Pacing Clinical Electrophysiology* 1996 Dec;19(12 Pt 1)

Yamanouchi Y, Mowrey KA, Nadzam GR, Hills DG, Kroll MW, Brewer JE, Donohoo AM, Wilkoff BL, Tchou PJ

> Large change in voltage at phase reversal improves biphasic defibrillation thresholds. Parallel-series mode switching. *Circulation* 1996 Oct 1;94(7)

Yamanouchi Y, Brewer JE, Mowrey KA, Kroll MW, Donohoo AM, Wilkoff BL, Tchou PJ

> Sawtooth first phase biphasic defibrillation waveform: A comparison with standard waveform in clinical devices *Journal Cardiovascular Electrophysiology* 8 (5) (May 1997)

Swerdlow CD, Brewer JE, Kass RM, Kroll MW

> Application of models of defibrillation to human defibrillation data: implications for optimizing implantable defibrillator capacitance. *Circulation* 1997 Nov 4;96(9)

Yamanouchi Y, Mowrey KA, Kroll MW, Brewer JE, Donohoo AM, Wilkoff BL, Tchou PJ

> Optimized first phase tilt in "parallel-series" biphasic waveform. *Journal Cardiovascular Electrophysiology* 1997 Jun;8(6)

Kroll MW, Brewer JE

> Automated external defibrillators: design considerations. *New Horizons in Emergency Medicine* 1997 May;5(2)

Mouchawar GA, Wolsleger WK, Doan PD, Causey JD 3rd, Kroll MW

> Does an SVC electrode further reduce DFT in a hot-can ICD system? *Pacing Clinical Electrophysiology*   1997 Jan;20(1 Pt 2)

Yamanouchi Y, Mowrey KA, Nadzam GR, Hills DG, Kroll MW, Brewer JE, Donohoo AM, Wilkoff BL, Tchou PJ

> Effects of polarity on defibrillation thresholds using a biphasic waveform in a hot can electrode system. *Pacing Clinical Electrophysiology* 1997 Dec;20(12 Pt 1)

Yamanouchi YY, Mowrey KA, Kroll MW, Brewer JE, Donohoo AM, Niebauer MJ, Wilkoff BL, Tchou PJ

> Effects of respiration phase on ventricular defibrillation threshold in a hot can electrode system. *Pacing Clinical Electrophysiology* 1998 Jun;21(6)

Leonelli FM, Wang KE, King C, Brewer J, Donohoo AM, Kroll MW

> Energy steering of biphasic waveforms using a transvenous three electrode system.
> *Pacing Clinical Electrophysiology*. 1999 Jun;22(6 Pt 1):849-54.

Mehdirad AA, Love CJ, Stanton MS, Strickberger SA< Duncan JL, Kroll MW

> Preliminary clinical results of a biphasic waveform and an RV lead system.
> *Pacing Clinical Electrophysiology*. 1999 Apr;22(4 Pt 1):594-9.

Mouchawar G, Kroll M, Val-Mejias JE, Schwartzman D, McKenzie J, Fitzgerald D, Prater S, Catcher M, Fain E, Syed Z.

> ICD waveform optimization: A randomized, prospective, pair-sampled multimember study. *Pacing Clinical Electrophysiology*. 2000 Nov;23(11 Pt 2):1992-5.

Val-Mejias JE, Brewer, JE, Kroll MW

> Efficient defibrillation with new asymmetric waveform, Cardiostim 2001 Proceedings, *Europace* 2001; 589—594.

Val-Mejias JE, Brewer, JE, Kroll MW

> Capture threshold correlates with defibrillation threshold, Cardiostim 2001 Proceedings, *Europace* 2001; 595—600

Kroll MW

> Waveform Flexibility, The Key to the Future of Defibrillation, *Proceedings of the Eighth International Workshop on Cardiac Arrhythmias*, Springer Verlag 2003.

Boriani G, Biffi M, Silvestri P, Martignani C, Valzania C, Diemberger I, Moulder C, Mouchawar G, Kroll M, Branzi A.

> Mechanisms of Pain Associated with Internal Defibrillation Shocks: Results of a Randomized Study of Shock Waveform, *Heart Rhythm*, July 2005

Denman RA, Umesan C, Martin PT, Forbes RN, Kroll MW, Anskey EJ, Burnett HE.

> Benefit of millisecond waveform durations for patients with high defibrillation thresholds. *Heart Rhythm*. 2006 May;3(5):536-41.

Kroll MW, Efimov IR, Tchou PJ

> Present Understanding of Shock Polarity For Internal Defibrillation: The Obvious and Nonobvious Clinical Implications. *PACE Aug 2006;29 :1-7*

Keane D, Aweh N, Hynes B, Sheahan RG, Cripps T, Bashir Y, Zaidi A, Fahy G, Lowe M, Doherty P, Kroll MK.

Achieving Sufficient Defibrillation Safety Margins with Fixed Duration Waveforms and the Use of Multiple Time Constants. *PACE* 2007 May;30(5):596-602.

Karlheinz Seidl, Russell A. Denman, J. Christopher Moulder, Gabriel Mouchawar, Christoph Stoeppler, Torsten Becker, Udo Weise, Emma J. Anskey, Helen E. Burnett, Kroll MW

Stepped Defibrillation Waveform Is Substantially More Efficient Than The 50% Tilt Biphasic. *Heart Rhythm* December 2006

Natarajan S, Henthorn R, Burroughs J, Esberg D, Zweibel S, Ross T, Kroll MW, Gianola D, Oza A

"Tuned" Defibrillation Waveforms Outperform 50/50% Tilt Defibrillation Waveforms. *PACE* 2007; 30:S139–S142

Boriani, G, Edvardsson N, Biffi, M Silvestri P, Martignani C, Valzania C, Diemberger I, Moulder C, Mouchawar G, Poci D, Branzi A, and Kroll MW,

Plateau Waveform Shape Allows a Much Higher Shock Energy Tolerance in AF Patients. *J Cardiovascular Electrophysiology* May 14, 2007

Kroll MW, Swerdlow CD

Optimal Waveforms for ICDs. *Journal of Interventional Cardiac Electrophysiology* 2007 Apr;18(3):247-63.

Stratbucker RA, Kroll MW, McDaniel W, Panescu D.

Cardiac Current Density Distribution by Electrical Pulses from TASER devices. Conf Proc IEEE Eng Med Biol Soc. 2006;1:6305-7.

Panescu D, Kroll MW, Efimov IR, Sweeney JD.

    Finite Element Modeling of Electric Field Effects of TASER Devices on Nerve and Muscle. Conf Proc IEEE Eng Med Biol Soc. 2006;1:1277-9.


Kroll MW.

    Crafting the Perfect Shock. Spectrum Dec 2007.


Gold MR, Val-Mejias J, Leman RB, Tummala R, Royal S, Kluger J, Kroll MW, Oza A. What is the optimal SVC coil usage in ICD patients?: Results from a randomized, prospective multicenter study. Heart Rhythm 2008 *in press*