# United States District Court

### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

YANGA J. WILLIAMS, as surviving spouse of
FREDERICK JEROME WILLIAMS,
deceased, and the ESTATE of FREDERICK
JEROME WILLIAMS, by its Administrator
BRENDA G. BATES,

     Plaintiffs,

v.

TASER INTERNATIONAL, INC., a Delaware
Corporation, GWINNETT COUNTY,
GEORGIA, GWINNETT COUNTY SHERIFF
R.L. "BUTCH" CONWAY, in his official and
individual capacity, ROBERT E. KENYON, in
his individual capacity, T.J. TOPOR,
in his individual capacity, PRISON
HEALTH SERVICES, INC., a Delaware
Corporation, STEPHEN C. SMITH, MICHAEL A.
MUSTACHIO, in his individual capacity, MARK R.
COOK, in his individual capacity, TODD P. BUTORAC,
in his individual capacity and JAMES THOMAS
FERGUSON, in his individual capacity,

    Defendants.

Case No.: 1:06-cv-0051-RWS

## DEFENDANT TASER INTERNATIONAL, INC.'S
## DISCLOSURE OF EXPERT, JEFFREY D. HO, M.D.

Pursuant to Fed. R. Civ. P. 26(a)(2), I, Jeffrey D. Ho, M.D., hereby submit my

report that contains a complete statement of all opinions to be expressed and the

bases and reasons therefore; the data and other information I considered in forming

the opinions; the exhibits or list of references I used as a summary of or support for

the opinions; my qualifications, including a list of all publications authored within

the preceding ten years; the compensation to be paid for the study and testimony;

and a listing of any other cases in which I have testified as an expert at trial or by

deposition within the preceding four years.

I further state that I am a competent adult and have personal knowledge of the following facts. Attached hereto is a true and accurate copy of my expert report in the above-referenced. My opinion is expressed to a reasonable degree of medical certainty.

I affirm under penalties of perjury that the foregoing statements are true.

Date: _2-7-08_

_Jeffrey D. Ho, M.D._

STATE OF _Minnesota_ )
COUNTY OF _Hennepin_ )

Before me the undersigned, a Notary Public in and for said County and State, personally appeared _Jeffrey Ho, MD_, who acknowledged the execution of the foregoing instrument as of this _7th_ day of _February_, 2008.

_Ramsey_
County of Residence

_01-31-2011_
My Commission Expires

_Mary P. Hirschboeck_
Notary Public

_MARY P. Hirschboeck_
Printed

MARY P. HIRSCHBOECK
Notary Public-Minnesota
My Commission Expires Jan 31, 2011

INDS02 MCR 952388v1

Expert Report

Case: Yanga J. Williams, et al. v. TASER International, Inc. et al.
Case #: 1:06-CV-0051-RWS

Pursuant to Fed. R.Civ.P. 26(a)(2), I, Jeffrey D. Ho, hereby submit my report that contains a complete statement of all opinions to be expressed and the bases and reasons therefore; the data and other information I considered in forming the opinions; the exhibits or list of references I used as a summary of or support for the opinions; my qualifications, including a list of all publications authored within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which I have testified as an expert at trial or by deposition within the preceding four years.

Signed:      Jeffrey D. Ho, MD, FACEP

Date:        February 1, 2008

Case: Yanga J. Williams, et al. v. TASER International, Inc. et al.
Case #: 1:06-CV-0051-RWS

**\*Introduction**

I have been retained as an expert medical consultant on behalf of the Defendant, TASER International, Inc. (TASER) in the above-referenced case.  I have been asked to provide my opinions about the effects of the electrical output from a TASER® electronic control device (ECD or device) on human physiology and what its human effects are in this particular case.

I reserve the right to supplement or modify this statement if and when I acquire additional relevant information prior to the time of trial.

**\*Qualifications**:

I am a practicing, residency trained and board-certified emergency medicine physician and hold an academic appointment at the University of Minnesota Medical School.  I also hold a full-time peace officer license in the State of Minnesota and currently work as a deputy sheriff. I have previous experience as a firefighter/EMT and have fellowship training specifically in the area of EMS/pre-hospital emergency care.  I have 9 years of reserve military service and I currently serve as a medical director to several EMS agencies in the upper Midwest.  I am also an expert medical research consultant on in-custody death issues to TASER International and maintain certification as a TASER Instructor. My area of expertise includes research in the area of sudden and unexpected

2

death in law-enforcement custody and also the physiologic effects of non-lethal

electronic control devices (ECD). I have conducted numerous research studies on these

devices and have had my work published in peer-reviewed medical journals and have

presented at national/international meetings and assemblies on these topics. I have been

allowed to provide expert opinions on TASER ECD effects on human subjects in other

legal cases. My opinions in this case are based on the above qualifications.  In addition to

these qualifications, I will refer interested persons to my attached CV for further

qualifications and information.


\***Publications in the last 10 years**:

Please refer to my curriculum vitae for a listing of publications.


\***Compensation**:

<u>Hourly billing rate</u>: $350.00 per hour for time spent actively working on this case
(reviewing, writing, testifying, providing deposition) regardless of location.

<u>Travel Billing Rate</u>: $350.00 per hour during business hours (8a-5p) and $175.00 per

hour during non-business hours (5p-8a) for travel time for purposes of business related to

this matter. Travel expenses are to be reimbursed. Domestic first class travel will be

allowed for commercial travel over 6 hours from home station.

**\*Previous testimony or deposition as an expert within the last 4 years**:

1. Morrison v. Muskingum County Sheriff Robert J. Stephenson, et al. (October 2007; expert for the defense, civil use of force case)

2. Lomax v. Las Vegas Metropolitan Police Department, et al. (October 2007 ; expert for the defense, civil wrongful death case)

3. Heston v. City of Salinas, CA, et al. (June 2007; expert for the defense, civil wrongful death case)

4. Giannetti v. City of Stillwater, OK (August, 2005; expert for the defense, civil wrongful death case)

5. United States of America v. Jason Malone (July, 2005; expert for the prosecution, criminal evidence suppression and use of force case)

6. Walker v. City of Edina, MN (August, 2004; expert for the defense, civil wrongful death case)

**\*Reviewed Documents**

I have reviewed the following documents in preparing this report:

Amended Complaint filed 1-27-06

Appendix A: Expert Review Material

FirmLogic Medical Records Summary dated 1-11-08

Plaintiff Expert Report from Dr. Werner Spitz

Plaintiff Expert Report from Dr. Douglas Stuart

Plaintiff Expert Report from Dr. Susi Vassallo

Plaintiff Expert Report from Dr. John Webster

Plaintiff Expert Report from Dr. Lori Roscoe

Plaintiff Expert Report from Dr. Douglas Zipes

GA Bureau of Investigation Official Toxicology Report, DOFS Case#2004-1015251

Gwinnett Hospital System ED Record from 8-1-02

Gwinnett Hospital System ED Record from 1-13-03

Gwinnett Hospital System Records from admission on 5-25-04

Medical Examiner's Report dated 9-1-04

Appendix C Jail Timeline of Events dated 1-6-08

DVD of video taken at Gwinnett County, GA Jail on 5-25-04

DVD of Event re-enactment, TASER download, Detention facility, Interview with Sepha

Deposition of Sebastian Williams dated 10-4-06

Deposition of Cecilia Williams dated 10-4-06

Deposition of Yanga Williams dated 10-4-06

**\*Case Summary:**

These are the facts of the case that I consider relevant in forming my opinion. The decedent in this case is Mr. Frederick Jerome Williams (DOB 6-27-72) who was 31 years old, and 69 inches and 195 pounds at the time of his autopsy.  These measurements yield a Body Mass Index of 28.8 which places him in the "overweight" category per federal guidelines.[1]  Mr. Williams had a history of a seizure disorder and had issues of noncompliance in taking his anti-seizure medication (Dilantin).[2] [3]  Mr. Williams has also had inappropriate behavioral outbursts in the past requiring authoritative intervention.[3] There is also documentation of concern for an undiagnosed, underlying mental disorder due to previous behavior.[4]

On May 24, 2004, Mr. Williams was sent home from work because of odd behavior. Early in the morning of May 25, Mr. Williams had 3 seizures while sleeping.   Over the course of that day, Mr. Williams is described to have been weak and complaining of a mouth injury believed to have been sustained during one of his seizures.  Mr. Williams began to obsess over the injury to his mouth and his behavior began to become odd, paranoid, and agitated which prompted a call by family members to 911 because they were frightened by this. Law enforcement officials responded.  Mr. Williams exhibited violent behavior towards the law enforcement officers and was subsequently arrested and transported to the local detention facility.

Upon arrival at the detention facility, Mr. Williams continued to exhibit agitated, no-compliant behavior which necessitated several personnel to be involved in his restraint

and control process. Prior to his transport into the jail facility, there was evidence that he may have been in distress. He had stated that, "I can't breathe man" as he was being carried into the facility. This was prior to any ECD application.[5] He was placed into a restraint chair over the course of several minutes of struggle. During this time, an ADVANCED TASER M26 (M26) electronic control device (ECD) was applied to him 5 times in drive stun fashion.  The applications were to his anterior thorax in various locations and lasted up to 5 seconds each. The applications took place over an approximate 60 second time span.

At some point during this control process, Mr. Williams became unresponsive. Resuscitation was initiated in the jail and continued after transport to a hospital. Mr. Williams was resuscitated successfully but had a profound lack of brainstem activity and life support was withdrawn during his hospital stay.  An autopsy was performed and listed the manner of death as undetermined with a cause of death due to hypoxic encephalopathy due to cardiorespiratory arrest of uncertain etiology.  Significant findings with regard to ECD application in this case includes a lack of abnormality noted on gross and microscopic exam of the cardiac tissue.

**Opinion**

I have been asked to specifically address the physiologic effects of a TASER ECD application to humans in this report.  In this case, there is evidence and supporting law enforcement documentation that are consistent with a TASER M26 having been discharged in drive stun mode to Mr. Williams 5 times during a restraint and control

process.  The ECD applications occurred to various areas of Mr. William's anterior torso and to various durations and degrees of delivery (contacts).

In this unfortunate case of Mr. Williams, it is important to address the logic of the situation before getting into the specific physiologic consequences.  The issue to consider is whether or not inappropriate logic is being utilized when examining allegations of a possible association between ECD use and the sudden death (SD) event. Because the SD event followed shortly after an ECD was used, it is tempting to draw an association between the two simply because of their close association by time sequence. This concept is known as *post hoc, ergo propter hoc* ("after this, therefore because of this").

A simple but obvious example of post hoc, ergo propter hoc logic would be when roosters crow in the morning - shortly after the rooster crows, the sun rises. Using post hoc, ergo propter hoc logic would lead one to believe that the two events described are related because they occur close together in time. The two events are obviously not related and if the rooster doesn't crow the sun still rises.  The problem with making simple time associations as the basis for one's logic is that time associations do not really establish causation. In order to do so, you need to consider other factors such as the probability of chance, the inherent diurnal nature of roosters which causes them to crow in the morning and the fact that the sun will rise every morning because of the laws of the solar system.  After considering these other factors, it is clear that the crowing of the rooster and the rising of the sun are not causally related at all. While this example may seem absurd, I use it to demonstrate an actual error in logic that mankind has made in the

past.  It is also applicable to SD cases such as this one since it is also this type of logic that is inferred in cases like this without regard to what the body of science shows.

This concept of inappropriate logic cannot be overstated. This is the exact reason why so many people unjustifiably believe that ECD use and SD events are related.  This applies not only to laypersons but also to educated professionals such as law enforcement officers, city officials, attorneys and physicians.  It is very easy to make these associations when events or concepts are not easily understood.  In fact, the concept of flawed logic as it relates to medical conclusions and also to SD events has been pointed out in the past.[6][7]  ECDs and SD are not easily understood concepts and therefore tend to be at high risk for misunderstanding and inappropriate logic.  It is important to keep in mind that to understand the relationship between 2 factors (in this case, sudden death in humans and ECD), one should have a good understanding of both.  Simply understanding the human body or the ECD separately and independently does not necessarily qualify persons to speak intelligently on the 2 in combination.

Before first considering what occurs at a cellular or base level in human physiology, it is important to provide information about how a TASER ECD operates. There is often confusion surrounding this because an ECD, by definition, utilizes electricity to accomplish its intended task.  Unless a person has had specific training in ECD electrical principles, this confusion often leads to inappropriate assumptions or conclusions. Furthermore, this confusion is often perpetuated by media sources in the public domain. (e.g. A national, daily publication read by thousands of people ran a front page article on

9

June 3, 2005 that compared and *incorrectly* showed an ECD to have even greater electrical current output than that of the judicial electric chair used for capital punishment. The reported output of the ECD was off by a factor of 1 million.)[8]

I have significant experience in dealing specifically with many of the ECD electrical principles in my realm of human research and medicine.  I also have dealt with numerous SD cases, many with similarities to the case in question.  In this case, Plaintiff's allege that the ECD caused or contributed to this death.  There are several factors that are necessary for electrical current to cause damage to the human body. These include quantity of delivered electrical charge, location of charge delivery, method of delivery, etc. One aspect that needs to be discussed is voltage. In laypersons language, voltage is a measure of the pressure that is pushing electrons down a certain path. This voltage, if high enough, can cause electricity to "arc" through open space or through clothing. (e.g. in a dry environment when you walk across the carpet in socks and go to touch a metal doorknob, you often receive a "static" shock to your hand even before your hand has touched the knob. This jumping or "arcing" of the shock from your hand to the knob occurs because of the higher voltage involved, often at least tens of thousands of volts but there is no danger here due to the very low delivered charge involved.  Amperage is one component and represents the flow or the total number of electrons flowing per second down a given path. This component is necessary at a relatively high number to cause physiologic damage in a human. (e.g. A typical residential wall outlet will only have about 110 volts but up to 16 amperes (A) of current available. This is why it can be dangerous for humans to come into contact with it.)  By comparison, the TASER M-26

used in this case generates a peak arcing voltage of up to 50,000 volts (V)  (to be able to arc across a 50 millimeter (mm) air space or through clothing if necessary) but delivers a peak voltage of only about 5,000 V across the skin surface in a drive stun mode with maximum current of 0.0036 A.  Perhaps the most pertinent concept to keep in mind with regard to this case is that higher voltage with very low amperage is not known to be dangerous to humans from a scientific standpoint.

Another more concrete way to understand these concepts is to compare the energy delivered from a TASER M-26 with that of a commonly used medical device, the emergency cardiac defibrillator which is used by laypersons and medical personnel alike to deliver life-saving shocks to patients in cardiac arrest states. Defibrillator energy is usually characterized in terms of "joules" (J) which is an International System of Units measurement of energy (mechanical, electrical, or thermal) describing the energy delivered in a single pulse. It is important to understand that a single J is a very small amount of energy. Emergency external cardiac defibrillators typically deliver electrical energy in the range of 150-360 J.  The TASER M26 delivers 0.5 J.  The minimum energy recommendation, measured in joules, by the American Heart Association (AHA) to be used in common medical situations to generate a physiologic change at a cellular level is at least 1 J/Kg which would be about 65-90 J for an average American adult. This level of energy is significantly more than what Mr. Williams was exposed to from the ECD during the incident in question.  It is significant that there was no evidence of microscopic injury to Mr. William's cardiac tissue at autopsy. At the time of autopsy, the medical examiner was uncertain whether or not this finding was of significance in

excluding the ECD as a contributor in this case. There is now a plethora of human data showing that human exposures to ECDs in both probe deployment and drive stun modes do not yield findings of cardiac abnormality, as measured by serum biomarkers, electrocardiograms, and echocardiography (see references below).

From a physiologic standpoint, there is no harm that has been found to be associated with an ECD exposure.  There have been several human studies looking at many factors of cellular physiology associated with ECD exposure and no dangerous short or long-term findings have been apparent.[9] [10] [11] [12] [13] [14] [15]  Some of these studies were conducted with single 5 second exposures that mimic what Mr. Williams experienced and some were conducted with exposure times that were even longer.  These studies have been conducted in corporately sponsored research as well as independent and government funded research groups and the findings have been similar. Furthermore, the studies from the Ho et al group have utilized human subjects with mean body mass indexes (BMIs) that are similar to Mr. Williams so there is better correlation between this type of modeling than studies where animal models have been utilized.

Furthermore, many of the above referenced studies were done using deployed probe modeling. The fact that ECD probe deployment incorporates larger areas of the body than drive stun application (as in the case of Mr. Williams) only serves to enhance the fact that if a harmful physiologic effect were to have been found with an ECD application, it would have been even more likely to be done so in these studies.  Because these studies

did not demonstrate harmful effects makes the likelihood of any connection between an ECD drive stun and an adverse outcome even more remote.

From a common sense standpoint, there is even more compelling evidence (in terms of sheer numbers of exposures) that an ECD exposure does not constitute a dangerous situation.  This is based on the simple numbers of exposures on record with the TASER ECD manufacturer. To date, there are well over 100,000 voluntary exposures recognized by the manufacturer.[16]  There have been no complaints of death following these exposures.[17] This is significant if taken in the context of how a medical device or therapeutic drug would be ascertained to be safe to use on the general public in this country. In order to deem a medical device or therapeutic drug to be safe for public use, it must pass a series of human clinical testing trials. These trials typically amount to less than a few thousand subjects without demonstrating harm. TASER ECDs have well surpassed this mark in terms of numbers with no reported consistent, associative complaints.

While there is not a clear existence of association between ECD use and sudden death, there is a clear existence of association between a certain profile of person at risk for sudden death events. This has been demonstrated in several research studies and texts and Mr. Williams is represented by this profile in several ways including age, gender, BMI, and behavior at time of death.[18] [19] [20] [21] The exact, final common pathway leading to death in many custodial cases is likely due to a profound acidosis condition which is made worse by continued agitation. Both of these conditions were present by definition in Mr.

13

Williams at his time of death and are independent of ECD application. (e.g., Mr. Williams was exhibiting agitation and violent acts prior to and up to the point of being restrained) And, he demonstrated significant resistive behaviors with the law enforcement officers.  These behaviors demonstrate a person with an elevated metabolic demand which is significant and defines a condition of metabolic acidosis. It is unclear to me what the exact cause of Mr. William's agitation was but it is clear to me that Mr. Williams was in distress long before his arrival at the jail.  I am in agreement with Plaintiffs that Mr. Williams' state of agitation leading up to his death increased his metabolic demand and contributed to his worsening condition. (e.g., ". . . *Mr. Williams would experience and vocalize paranoid delusions, and exhibit physical and mental distress.*")[22]

A last point that I would like to address is the opinion of plaintiff's expert Dr. Spitz. In Dr. Spitz' opinion, "applications to the chest area are especially hazardous since, the chest musculature, the diaphragm and the heart are all affected."[23]  This opinion is clearly no supported by the available human data which shows that the diaphragm and the heart are not affected.[9 10 11 13 14 15]  For Dr. Spitz to maintain that the heart and diaphragm are affected in humans in this setting (presumably he is implying that ECD application in this area would cause either cardiac or respiratory arrest) is a demonstration of his lack of knowledge of the literature in this subject area. While Dr. Spitz is entitled to his opinion, it should be noted that his opinion is not based on the current human literature.

I think it is also worthy to point out that Plaintiff's experts have all reviewed some animal model research literature on the subject of ECDs but little, if any, in the way of the human research data that is available. There are several human studies that have either been presented in peer-reviewed preliminary format or published in respectable journals that are not mentioned or referenced in their expert reports. Some of this work directly contradicts the "negative" findings that are described in some animal models. Animal modeling is significantly less realistic to human modeling for a number of reasons such as the need for anesthesia as well as anatomical differences and manipulation. Additionally, there are significant differences in the effects of electrical charges on animals as compared to humans. To provide an expert report based only on animal model study is disingenuous and fails to acknowledge the body of human data that currently exists.

**Conclusions**

Based on the available ECD human research and my review of the totality of the documentation listed above, as well as my professional education, experience and background, it is my opinion, to a reasonable degree of medical probability, that the use of the TASER ECD did not cause or contribute to Mr. William's death.

[1] Dept. of Health and Human Services, National Institute of Health Body Mass Index Calculator. Accessed on 1-31-08 at http://www.nhlbisupport.com/bmi/

[2] Gwinnett Hospital System ED Record 8-1-02.

[3] Gwinnett Hospital System ED Record 1-13-03.

[4] FirmLogic Medical Record Summary dated 1-11-08.

[5] Appendix C, Jail Timeline of Events dated 1-6-08.

[6] Rudolph RD. The post hoc ergo propter hoc fallacy in medicine. *Can Med Assoc J*, 1938;38:281-284.

[7] Farnham FR and HG Kennedy. Acute excited states and sudden death: much journalism, little evidence. *Br Med J*, 1997;315:1107-8.

[8] USA Today. "Tasers pack potent but brief punch of electricity." June 3, 2005; Front page headline.

[9] Ho JD, et al. Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med*, 2006;13:589-595.

[10] Ho J, Dawes D, Bultman L, et al. Physiologic effects of prolonged conducted electrical weapon discharge on acidotic adults. *Acad Emerg Med*, 2007;14 (supplement 1):S63.

[11] Ho JD, et al. Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers. *Acad Emerg Med*, 2007;14:197-201.

[12] Moscati R, Ho J, Dawes D, et al. Physiologic effects of prolonged conducted electrical weapon discharge on intoxicated adults. *Acad Emerg Med*, 2007;14 (supplement 1):S63-S64.

[13] Vilke G, Sloane C, Bouton K, et al. Cardiovascular and metabolic effects of the TASER on human subjects. *Acad Emerg Med*, 2007;14(supplement 1):S104-S105.

[14] Ho J, Reardon R, Dawes D, et al. Ultrasound measurement of cardiac activity during conducted electrical weapon application in exercising adults. Presented at the 4th Annual Mediterranean Emergency Medicine Conference, September 17, 2007, Sorrento, Italy. Accessed on September 20, 2007 at: http://memciv.abstractcentral.com/planner

[15] Levine SD, Sloane CM, Chan TC, et al. Cardiac monitoring of human subjects exposed to the TASER. *Am J Emerg Med*, 2007;33:113-117.

[16] TASER International website, Physician FAQ section (monitoring). Accessed on August 23, 2007 at: http://www2.taser.com/research/Pages/PhysicianFAQs.aspx

[17] Personal Communication with TASER International legal representative Holly Gibeaut, August 21, 2007.

[18] Ho JD, et al. Deaths in police custody: an 8 month surveillance study. *Annals Emerg Med*, 2005;46 (suppl):S94.

[19] Stratton SJ, Rogers C, Brickett K, and G Gruzinski. Factors associated with sudden death of individuals requiring restraint for excited delirium. *Am J Emerg Med*, 2001;21:187-191.

[20] Forensic Science and Medicine: Sudden Deaths in Custody. DL Ross and TC Chan (eds.), Totowa, New Jersey, Humana Press, 2006.

[21] Di Maio TG and VJM Di Maio. Excited delirium syndrome cause of death and prevention. 1st ed. Boca Raton, Florida: Taylor & Francis Group, 2006.

[22] Amended complaint 1-27-06, III, 18.

[23] Expert Opinion of Werner U. Spitz, MD, dated 12-20-07, page 5, last paragraph.

Department of Emergency Medicine    612-873-4904
Hennepin County Medical Center    JHo911doc@gmail.com
701 Park Avenue South
Minneapolis, MN    55415

# Jeffrey D. Ho, M.D., F.A.C.E.P.

## EDUCATION:

**DEGREE - Associate of Science (Criminal Justice/Law Enforcement)**
Inver Hills Community College
Inver Grove Heights, Minnesota
March, 2005

**FELLOWSHIP – Emergency Medical Services/Prehospital Care**
Hennepin County Medical Center
Minneapolis, Minnesota
July, 1995 – June, 1996

**RESIDENCY – Emergency Medicine**
Hennepin County Medical Center
Minneapolis, Minnesota
May, 1992 – June, 1995

**DEGREE – Doctor of Medicine**
Loma Linda University School of Medicine
Loma Linda, California
August, 1988 – May 1992

**DEGREE – Bachelor of Science (Biology/Zoology)**
Loma Linda University College of Arts and Sciences
Riverside, California
September, 1984 – June, 1988

## HONORS and AWARDS:

**January, 2007 – Top Doctor Award in Emergency Medicine**
11th Annual MPLS/St. Paul Magazine, Minneapolis, Minnesota
*Presented annually to Twin Cities physicians upon receiving top nomination by their peers.

**September, 2006 – Mark Rathke, MD Lecture Award**
21st Annual MN EMS Medical Director Conference, Alexandria, Minnesota
*Presented annually to a distinguished lecturer in the area of local EMS in honor of a previous EMS physician who served the profession with dedication.

**April, 2005 – Outstanding Accelerated Program Student Award**
Inver Hills Community College, Inver Grove Heights, Minnesota
*Awarded by the college faculty in recognition of outstanding academic achievements in the accelerated law enforcement training program.

**May, 2003 – Archibald Bush Foundation Medical Fellowship**
Archibald Bush Foundation, St. Paul, Minnesota
*Competitively awarded as a career enhancement grant to allow me to pursue cross-training in law enforcement.

*HONORS and AWARDS* (continued):

June, 2002 – Ernest Ruiz Teaching Award
Hennepin County Medical Center, Minneapolis, Minnesota
*Awarded by the senior residents in Emergency Medicine in recognition of
outstanding teaching contributions within the residency training program.

May, 2002 – Chief's Award of Merit
Police Department, Minneapolis, Minnesota
*Awarded in recognition of outstanding leadership provided to the tactical paramedic
program of the Emergency Response Unit.

December, 2001 – Service Award
Police Department, Minneapolis, Minnesota
*Awarded in recognition of service to the Emergency Response Unit.

January, 2000 – Meritorious Service Award
Fire Department, Minneapolis, Minnesota
*Awarded in recognition of meritorious and heroic service during the extrication and
rescue of an accident victim resulting in the saving of a human life.

November, 1999 – Fellow of the American College of Emergency Physicians
ACEP Annual Meeting, Las Vegas, Nevada
*Fellow status is granted only after meeting stringent training, teaching and
certification standards.

July, 1997 – Best Oral Presentation of Original Research Award
National Association of EMS Physicians Annual Meeting, Lake Tahoe, Nevada
*Awarded for presentation of a research project conducted during fellowship.

May, 1997 – Award of Recognition
Dakota County Technical School, Dakota County, Minnesota
*Awarded for providing mentorship in emergency medicine to high school students
considering health care careers.

June, 1995 – James Andersen Scholarship Award
Hennepin County Medical Center, Minneapolis, Minnesota
*Annually awarded to a single senior resident who demonstrates excellence in
leadership and clinical abilities in emergency medicine.

March, 1995 – University of Minnesota School of Medicine Resident Physician
Distinguished Teaching Award Nominee
University of Minnesota School of Medicine, Minneapolis, Minnesota
*Nominated by the University of Minnesota senior medical students for excellence in
academic and clinical teaching.

June, 1994 – Emergency Medicine Chief Resident
Hennepin County Medical Center, Minneapolis, Minnesota
*Selected by my colleagues to maintain and promote intra and interdepartmental
leadership, rapport and education through a wide variety of administrative
responsibilities.

February, 1993 – Resident Association Representative Elect
Hennepin County Medical Center, Minneapolis, Minnesota
*Elected by my peers to serve a 2 year term to represent my residency at the national
level to the Emergency Medicine Residents Association of the American College of
Emergency Physicians.

*HONORS and AWARDS* (continued):

> May, 1991 – California Medical Association Student Representative Elect
> Loma Linda University School of Medicine, Loma Linda, California
> *Elected by a state planning agency to serve on the Association's Committee for
> Emergency and Disaster Preparedness.

> March, 1989 – CIBA/GEIGY Award
> Loma Linda University School of Medicine, Loma Linda, California
> *Awarded annually to a medical student for outstanding community service in medical
> related projects.

> May, 1988 – Cum Laude Graduate
> Loma Linda University College of Arts and Sciences, Riverside, California

> May, 1985 through May, 1988 – Dean's List of Academic Achievement
> Loma Linda University College of Arts and Sciences, Riverside, California

> January, 1988 – Carnation Corporation Scholarship
> Loma Linda University College of Arts and Sciences, Riverside, California
> *For providing community service while maintaining standards of academic
> excellence.

> January, 1986 – Howard O. Welty Scholarship
> Loma Linda University College of Arts and Sciences, Riverside, California
> *For achieving standards of academic excellence.

> April, 1984 – Loma Linda University Academic Scholarship
> Orangewood Adventist Academy, Garden Grove, California
> *For academic excellence prior to entering undergraduate study

*ACADEMIC APPOINTMENTS:*

> July, 1996 through Present – Assistant Professor of Emergency Medicine
> University of Minnesota School of Medicine
> Twin Cities Campus, Minneapolis, Minnesota
> *Anticipated promotion to Associate Professor rank in March, 2007.

*CLINICAL EXPERIENCE:*

> July, 1996 through Present – Attending Faculty, Emergency Medicine
> Hennepin County Medical Center (Level 1 Trauma Center)
> Hennepin Faculty Associates, Minneapolis, Minnesota

> June, 1996 through June, 1998 – Courtesy Staff Physician, Emergency Medicine
> Ridgeview Medical Center, Waconia, Minnesota

> November, 1993 through June, 1997 – Courtesy Staff Physician, Emergency Medicine
> District Memorial Hospital, Forest Lake, Minnesota
> United Hospital, St. Paul, Minnesota
> Northfield Hospital, Northfield, Minnesota
> Emergency Practice Associates, Faribault and Hibbing, Minnesota

*MEDICAL DIRECTOR EXPERIENCE:*

**October, 2006 through January, 2007 – Expert Medical Consultant**
City of Oakland, California
*Provide a comprehensive report on the human effects of conducted electrical weapons for the city administration as they move to implement these devices into their police department.

**April, 2006 through Present – Medical Director**
Fire Department, St. Louis Park, Minnesota
*Direct a fire-service based EMS program of 25 personnel.

**March, 2006 through Present – Deputy Medical Director**
Minnesota Task Force-1 Urban Search and Rescue Team, Minneapolis, Minnesota
*Provide leadership, operational ability and expert medical advice for a statewide specialized rescue team.

**August, 2004 through Present – Expert Medical Consultant**
TASER International, Scottsdale, Arizona
*Provide research expertise and expert medical advice for a company that manufactures conducted electrical weapons for law enforcement, military and civilian application.

**January, 2003 through Decmber, 2003 – Medical Director**
Medevac, Inc., Minneapolis, Minnesota
*Provide medical oversight, treatment protocols, standing orders, equipment and product evaluation for a company that provides basic life support instruction, automatic external defibrillator equipment and training and limited event emergency medical services.

**September, 2002 through November, 2003 – Chief Medical Officer**
MN-1 Disaster Medical Assistance Team, Minneapolis, Minnesota
*Direct and participate on a team of medical personnel tasked for deployment by the Federal Office of Emergency Preparedness to national needs for emergency medical aid.

**September, 1997 through May, 2001 – Medical Director & Tactical Physician**
Police Department Emergency Response Unit, Minneapolis, Minnesota
*Direct and participate on a team of 10 medical personnel assigned to the SWAT team.

**July, 1998 through Present – Director of EMS Fellowship Program**
Hennepin County Medical Center, Minneapolis, Minnesota

**May, 1997 through Present – Medical Director of Public Safety/Paramedic Services**
Fire Department, Edina, Minnesota
*Direct a fire-service based paramedic program of 25 personnel.

**July, 1996 through Present – Associate Medical Director of Paramedic Services**
Hennepin County Ambulance Service, Minneapolis, Minnesota
*Assist with the direction of an urban, third-service based paramedic program of 110 personnel.

**July, 1996 through Present – Director of Resident EMS Education**
Hennepin County Medical Center, Minneapolis, Minnesota

**July, 1996 through Present – Medical Director of Spectator Services**
Hubert H. Humphrey Metrodome, Minneapolis, Minnesota
*Direct a stadium first-responder team of 60 personnel.

*MEDICAL DIRECTOR EXPERIENCE* (continued):

July, 1996 through July, 1998 – Medical Director of Spectator Services
Minneapolis Children's Grand Prix, Minneapolis, Minnesota
*Directed a fully enclosed race track based first-responder team of 20 personnel.

*OTHER EXPERIENCE:*

December, 2006 through Present – Deputy Sheriff
Meeker County Sheriff's Office, Meeker County, Minnesota
*Responsible for providing law enforcement services and protection of life and property
to the surrounding community.

January, 2006 through December, 2006 – Police Officer
Dassel Police Department, Dassel, Minnesota
*Responsible for providing law enforcement services and protection of life and property
to the surrounding community.

October, 2005 through Present – Examiner
American Board of Emergency Medicine, Lansing, Michigan
*Responsible for administering the oral examination to candidates pursuing board
certification in emergency medicine.

July, 2005 through Present – Police Officer
Buffalo Lake Police Department, Buffalo Lake, Minnesota
*Responsible for providing law enforcement services and protection of life and property
to the surrounding community.

May, 1989 through June, 1990 – Clinic Director
Social Action Corps Clinic, Rialto, California
*Responsible for directing the efficient operation of a student-run medical clinic which
provided low cost health care to an indigent population.

February, 1986 through May, 1988 – Fire Apparatus Engineer
Riverside County Fire Department, Riverside County, California
*Provided emergency medical service and fire suppression activities to the surrounding
community.

November, 1984 through February 1986 – Firefighter
Riverside County Fire Department, Riverside County, California
*Provided emergency medical service and fire suppression activities to the surrounding
community.

November, 1984 through May, 1988 – Firefighter
Home Gardens Volunteer Rescue Squad, Home Gardens, California
*Provided emergency medical and rescue services to the surrounding community on a
volunteer basis.

## MILITARY EXPERIENCE:

June, 1992 through September, 1998 – Army National Guard, Minnesota
Major, Medical Corps
434th Main Support Battalion and STARC Detachment 7
Cottage Grove and Minneapolis, Minnesota
Honorable Discharge

May, 1989 through June, 1992 – Army National Guard, California
Second Lieutenant, Medical Service Corps
143rd Evacuation Hospital
Los Alamitos, California
Honorable transfer to Minnesota

Military Awards Earned:
1. Army Reserve Component Achievement Award (1997)
2. Minnesota State Service Award (1997)
3. Army Award of Accomplishment (1996)
4. Army Service Award (1995)
5. National Defense Service Medal (1993)
6. Humanitarian Service Award (1989)
7. California Medal of Merit (1989)

## PUBLICATIONS:

Ho J, Dawes D, Johnson M, et al: Impact of Conducted Electrical Weapons in a Mentally Ill Population: A Brief Report. *Am J Emerg Med* 2007; In Press.

Ho J, Dawes D, Miner J, et al: Cardiovascular and Physiologic Effect of Prolonged Conducted Electrical Weapon Application on an Exhausted Human Sample. Currently under peer-review consideration..

Ho J, Dawes D, Miner J, et al: Deaths in American police custody: 12 months of surveillance. Currently under peer-review consideration.

Ho J and R Scharbach: Dispositifs Taser et effets physiologiques sur l'homme. *La Revue des SAMU* 2006; speciale Septembre :260.

Ho J, Dawes D, Bultman L, et al: Respiratory Effects of Prolonged Conducted Electrical Weapon Application on Human Volunteers; *Acad Emerg Med* 2007;In Press.

Ho J: Conducted Electrical Weapon Research – New Information for Law Enforcement. *POLICE* 2007; In Press.

Ho J, Heegaard W and D Brunette: Successful transcutaneous pacing in 2 severely hypothermic patients. *Ann Emerg Med* 2007;In Press.

Ho J and B Ackermann. "Continuum of force, intermediate weapons, and sudden in-custody death." <u>Tactical Emergency Medicine</u>. Ed. R Schwartz, J McManus and R Swienton.  Lippincott, Williams and Wilkins, 2007. In Press.

*PUBLICATIONS* (continued):

Ho J, Miner J, Lakireddy D, Bultman L and W Heegaard: Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med* 2006;13:589-595.

Lindquist MD and JD Ho. "Operational interface with public safety, government, public health and legal entities." The Paramedic: A Comprehensive Textbook. Ed. W Chapleau, A Burba, and P Pons. Dubuque: McGraw-Hill Higher Education, 2006. In Press.

Ho J: Some More Food for Thought on the Current TASER Device Literature. *American College of Emergency Physicians Tactical EMS Interest Group Newsletter* 2005; 3rd Quarter.

Ho J: Sudden In-Custody Death. POLICE August 2005; 29:46-56.

Martel M, Miner J, Fringer R, Sufka K, Miamen A, Ho J, et al: Discontinuation of Droperidol for the Control of Acutely Agitated Out-of-Hospital Patients. *Prehosp Emerg Care* 2005; 9:44-48..

Hick JL and JD Ho: [Case Report] Ketamine chemical restraint to facilitate rescue of a combative "jumper". *Preshosp Emerg Care* 2005;9:85-89.

Ho J: Last Night (reflections piece). *Acad Emerg Med* 2003; 10:1023.

Ho J, Lindquist M, Bultman L, Torstenson C: Apathy is not Welcome Here (editorial). *Prehosp Emerg Care* 2003; 7:414-416.

Ho J, Conterato M, Mahoney B, et al: [Case Report] Field Extremity Amputation with Subsequent Cardiac Arrest. *Prehosp Emerg Care* 2003; 7:149-153.

Ho J, Lindquist M: The Time Saved with the Use of Emergency Warning Lights and Siren While Responding to Requests for Medical Aid in a Rural Environment. *Prehosp Emerg Care* 2001; 5:159-162.

Ho J: Response vs. Transport Times (letter to ed.). *Emerg Med News* 2000; 22:38.

Ho J: Misplaced Tubes (letter to ed.). *Prehosp Emerg Care* 2000; 4:202.

Ho J: Tactical EMS Team Contributions. *Minneapolis Police Department After Action Report for International Society of Animal Geneticists Mass Gathering Incident*; July, 1999.

Reed D, Gough J, Ho J, et al: Prehospital Consideration of Sildenafil-Nitrate Interactions. *Prehosp Emerg Care* 1999; 3:306-309.
Ho J: Lights and Sirens or Silence? (commentary). *Emerg Med News* 1999; 21:2, 36 .

Ho J, Casey B: Emergency Warning Lights and Sirens (reply to letter). *Ann Emerg Med* 1999; 34:114-115.

Ho J, Casey B: The Time Saved With the Use of Emergency Warning Lights and Sirens While Responding to Requests for Emergency Medical Aid. *Ann Emerg Med* 1998; 32:585-588.

## PUBLICATIONS (continued)

Ho J, Held T, Heegaard W, et al: Automatic External Defibrillation and its Effects on Neurologic Outcome in Cardiac Arrest Patients in an Urban Two-Tiered EMS System. *Prehosp Disaster Med* 1997; 12:284-287.

Green S, Rothrock S, Ho J, et al: Failure of Adjunctive Bicarbonate to Improve Outcome in Severe Pediatric Diabetic Ketoacidosis. *Ann Emerg Med* 1998; 31:41-48.

## GRANT EXPERIENCE:

May, 2003 - $56,000.00
Source: Archibald Bush Foundation Medical Fellowship Grant
Project: Physician cross-training in law enforcement to provide emergency medical care in tactical, high-risk environments.

January, 1998 - $75,000.00
Source: American International Health Alliance
Project: The Effect of Introducing Automatic External Defibrillation Upon the Citizens of an Emerging Country (Republic of Moldova)

December, 1997 - $7,500.00
Source: Twin Cities Metropolitan 911 Board
Project: The Effect of Utilizing ALS "Jump Cars" Within a Two-Tiered EMS System

October, 1995 - $4,000.00
Source: Twin Cities Metropolitan 911 Board
Project: The Time Saved With the Use of Emergency Warning Lights and Sirens While Responding to Requests for Emergency Medical Aid in and Urban Environment

## FORMAL PRESENTATIONS:

June, 2006 – Annual Meeting of the National Alliance for the Mentally Ill
Washington, D.C.
Dawes D, Ho J, et al: Beneficial Impact of Conducted Electrical Weapons in the Mentally Ill Population
*Poster presentation of original research

June, 2006 – CARDIOSTIM 2006 Annual Meeting of International Cardiac Electrophysiologists
Nice, France
Ho J, et al: Absence of Electrocardiographic Findings Following TASER Device Application in Human Volunteers
*Poster presentation of original research

September, 2005 – 2005 Scientific Assembly of the American College of Emergency Physicians
Washington, D.C.
Ho J, et al: Deaths in Police Custody: An 8-Month Surveillance Study
*Poster presentation of original research

September, 2005 – Third Mediterranean Emergency Medicine Congress
Nice, France
Ho J, et al: Deaths in American Police Custody: A 12-Month Surveillance Study
*Oral Presentation of original research

*FORMAL PRESENTATIONS* (continued):

January, 2005 – Annual Meeting of the National Association of EMS Physicians, Naples, Florida
Bultman L, Ho J, Page D: Safety Restraint Usage Patterns in an Urban EMS System
*Poster presentation of original research

January, 2005 – Annual Meeting of the National Association of EMS Physicians, Naples, Florida
Bultman L, Ho J, Page D: Disposition of Undesignated patients in Urban Minnesota
*Poster presentation of original research

September, 2004 – Minnesota Ambulance Medical Directors Annual Conference, Alexandria, Minnesota
Bultman L, Ho J, Page D: Preliminary Report on Undesignated Patient Disposition in Urban Minnesota
*Oral presentation of original research

January, 2004 – Annual Meeting of the National Association of EMS Physicians, Tucson, Arizona
Ansari R, Ho J: Hand Sanitization Rates in an Urban EMS System
*Oral presentation of original research,
*Awarded Best Oral Presentation of Original Research

January, 2001 – Annual Meeting of the National Association of EMS Physicians, Sanibel Island, Florida
Black C, Ho J: 1 Paramedic vs. 2-How Often is a Second Paramedic Utilized in an Urban EMS System?
*Poster presentation of original research

September, 1997 – Minnesota Ambulance Medical Directors Annual Conference, Alexandria, Minnesota
Ho J: Preliminary Report on the Time Saved with the Use of Emergency Warning Lights and Siren While Responding to Requests for Medical Aid in a Rural Environment.
*Oral presentation of original research

May, 1997 – Annual Meeting of the Society for Academic Emergency Medicine, Washington, D.C.
Ho J: Time Saved with the Use of Emergency Warning Lights and Sirens While Responding to Requests for Medical Aid.
*Poster presentation of original research

January, 1997 – Mid-Year Scientific Meeting of the National Association of EMS Physicians, Lake Tahoe, Nevada
Ho J: Time Saved with the Use of Emergency Warning Lights and Sirens While Responding to Requests for Medical Aid.
*Oral presentation of original research
*Awarded Best Oral Presentation of Original Research

November, 1996 – Twin Cities Metropolitan 911 Board, St. Paul, Minnesota
Ho J: Final Report on the Time Saved with the Use of Emergency Warning Lights and Sirens While Responding to Requests for Medical Aid in Minneapolis.
*Oral presentation of original research

*FORMAL PRESENTATIONS* (continued):

May, 1996 – Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado
Ho J: Automatic External Defibrillation and its Effects on Neurologic Outcome in Cardiac Arrest Patients in an Urban Two-Tiered EMS System.
*Poster presentation of original research

May, 1996 – Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado
Ho J: The Utility of the Routine Swimmers View Cervical Radiograph in Addition to the Cross Table Lateral Cervical Radiograph in Detecting Cervical Spine Injury in Critical Trauma Patients.
*Poster presentation of original research

May, 1995 – Clinical-Pathologic Case Competition at the Annual Meeting of the Society for Academic Emergency Medicine, San Antonio, Texas
Ho J: Cutaneous Actinomycosis
*Oral presentation of a case study

*INVITED PRESENTATIONS:*

March, 2007 – City Council Task Force Meeting
Palo Alto, California
Ho J: TASER Devices and Human Effects – What can research tell us?
*Oral testimony to city officials and the lay public of current research as they debate moving towards deployment of conducted electrical weapons in their city.

March, 2007 – MN Reserve Police Officer Association Annual Meeting
Brooklyn Park, Minnesota
Ho J: Custodial Death and Intermediate Weapons
*Oral presentation to membership about the custodial death phenomenon

January, 2007 – Minnesota Bureau of Criminal Apprehension
St. Paul, Minnesota
Ho J: Medical Considerations in Sudden Custodial Death Investigations
*Oral presentation to state investigators about the custodial death phenomenon

December, 2006 – An Garda Siochaina (Irish National Police Agency)
Dublin, Ireland
Ho J: Conducted Electrical Weapon Research Update
*Oral presentation of pertinent safety research given to the police administration as they move towards deployment of conducted electrical weapons in Ireland

December, 2006 – Accident and Emergency Physicians Association of Ireland
Dublin, Ireland
Ho J: Comprehensive Analysis of Custodial Death and Conducted Electrical Weapons
*Oral presentation of the custodial death phenomenon and how it relates to the introduction of electrical weapons into society

November, 2006 – Meeker County Sheriff's Office Use of Force Update
Litchfield, Minnesota
Ho J: Electronic Control Device and Use of Force Physiology for Law Enforcement
*Oral Presentation of human response to electronic control device applications

*INVITED PRESENTATIONS* (continued):

November, 2006 – 1st Annual Conference of the Institute for the Prevention of In Custody Death
Las Vegas, Nevada
HoJ: Human Research on Conducted Electrical Weapons
*Oral presentation of past, present and future human research involving electrical weaponry.

November, 2006 – Grand Rounds for the Faculte' de Medecine Rene Descartes Paris 5 School of Medicine
Paris, France
Ho J: Conducted Electrical Weapon Controversies and Research
*Oral presentation of experience and research to prepare their providers for patient care issues as France begins to deploy electrical weapons to their police forces.

September, 2006 – 21st Annual MN EMS Medical Director Conference
Alexandria, Minnesota
Ho J: Issues of In Custody Death for EMS Providers
*Oral presentation on the interface of EMS providers with the phenomenon of sudden, unexpected death of persons in law enforcement custody.

June, 2006 – US Department of Defense and National Institute of Justice Human Electro-Muscular Incapacitation Device Conference
Quantico, Virgina
Ho J: Conducted Electrical Weapon Human Research Update
*Oral presentation on the state of research involving electronic weapons and their effects on human subjects.

May, 2006 – TASER International Domestic Tactical Conference
Las Vegas, Nevada
Ho J: TASER Device Medical Research Update
*Oral presentation of current medical research specifically involving TASER devices

2005-2007 – Minneapolis Police Crisis Intervention Tactics Training
Various locations within Minnesota
Ho J: Custodial Death in the Mentally Ill Population
*Oral presentation at a recurring training class sponsored by the Barbara Schneider Foundation to train law enforcement officers in specific tactics for dealing with mentally ill subjects.

*INVITED PRESENTATIONS* (continued):

        March, 2007 – Virginia (Prince William County Sheriff's Office)
        December, 2006 – Canada (Toronto Police Department)
        November, 2006 – California (Oakland Police Department)
        October, 2006 – Illinois (Chicago Police Department)
        August, 2006 – Colorado (Colorado Springs Police Department)
        July, 2006 – Oregon (Portland Bureau of Police)
        June, 2006 – Ohio ( Cleveland Police Department)
        June, 2006 – Nice, France (CARDIOSTIM/French National Police)
        March, 2006 – California (Santa Ana Police Department)
        February, 2006 – California (San Diego County Sheriff's Office)
        December, 2005 – Scottsdale, Arizona (TASER International)
        October, 2005 – Scottsdale, Arizona (TASER International)
        Ho J: TASER Device Medical Update
        *Recurring Lecture Series: TASER Police Executive Conference; Oral presentation of
        theories of In Custody Death based on history and medical literature addressing
        concerns of the roles that TASER devices play in this phenomenon

        December, 2005 – New Mexico Police Chief Association, Albuquerque, New Mexico
        November, 2005 – Public Information Forum, Gary, Indiana
        September, 2005 – International Association of Chiefs of Police, Miami, Florida
        August, 2005 – Kansas Law Enforcement Conference, Topeka, Kansas
        July, 2005 – Houston Area Public Safety Forum, Houston, Texas
        June, 2005 – PRIMA Annual Meeting, Milwaukee, Wisconsin
        June, 2005 – San Jose Police Management Meeting, San Jose, California
        May, 2005 – National League of Cities Public Safety Council, Reno, Nevada
        Ho J: In Custody Death Issues
        *Oral presentation of medical literature, research data and experience

        April, 2005 – TASER International Domestic Tactical Conference
        Scottsdale, Arizona
        Ho J: In Custody Death and Law Enforcement Considerations
        *Oral presentation of medical literature, research data and experience

        June, 2004 – Metro Atlanta Police Chiefs Association
        Atlanta, Georgia
        Ho J: Medical Considerations for In-Custody Deaths
        *Oral presentation of medical literature and experience

        December, 2002-present – Hopkins High School (ISD 270) Healthcare Career Class
        Hopkins, Minnesota
        Ho J: A Career in Emergency Medicine
        *Oral presentation given annually to high school seniors considering careers in medicine

        September, 2002 – Annual Meeting of the International Rescue Association
        Bloomington, Minnesota
        Ho J: Ballistic Considerations for Field EMS Personnel
        *Oral presentation of continuing medical education

        May, August, September and October, 2000 – Annual Meetings of the Hennepin
        County Medical Center Trauma Team; Minnesota ACEP; Minnesota Ambulance
        Medical Directors; and LifeLink III Prehospital Providers; Bloomington, Brainerd,
        Alexandria and Red Wing, Minnesota
        Ho J: Rescue on Interstate 35
        *Oral presentations of a case study

*INVITED PRESENTATIONS* (continued):

September, 1999 – Ambulance Personnel Instruction at Republican Trauma
Hospital, Chisinau, Moldova
Heegaard W, Ho J: Automatic External Defibrillation
*Oral presentation of continuing medical education and research proposal

May, 1998 – Trauma Grand Rounds at Careggi Medical and Trauma
Center,Florence, Italy
Ho J: American Emergency Medical Services
*Oral Grand Rounds presentation

May, 1998 – Trauma Grand Rounds at Republican Trauma Hospital
Chisinau, Moldova
Ho J: Advances in Trauma Care
*Oral Grand Rounds presentation
January, 1998 – Minnesota Tactical EMS Conference
Minneapolis, Minnesota
Ho J: Firearm Injuries
*Oral presentation of continuing medical education

January, 1998 – Augsburg College Physician Assistant Training Program
Minneapolis, Minnesota
Ho J: An Introduction to Emergency Medical Services
*Oral presentation of continuing medical education

January, 1997 – Emergency Medicine Grand Rounds at Loma Linda University
Loma Linda, California
Ho J: Controversies in EMS
*Oral Grand Rounds presentation

February, 1996 – Annual Meeting of the Arrowhead EMS Association
Duluth, Minnesota
Ho J: Initial Patient Assessment – Everything You Need to Know
*Oral presentation of continuing medical education

August, 1995 – The University of Costa Rica College of Medicine National
Symposium on Emergency Health Care
San Jose, Costa Rica
Ho J: Advances in Cardiac Care and Emergency Management of HIV Patients
*Oral presentations of continuing medical education

## LOCAL ACADEMIC LECTURES:

- November, 2006: In-Custody Death Events – paramedic education
- 2003 to Present: The Violent Emergency Department Patient – resident education
- 2002 to Present: The Difficult Patient Encounter – resident education
- 1996 to Present: Medical Student Introduction to the EMS System
- 1996 to Present: Residency Update on the State of EMS
- September, 1995: Allergic Reactions – paramedic education
- April, 1995: Basic Head Trauma Management – paramedic education
- March, 1995: Emergency Cardiac Care Update – paramedic education
- March, 1995: Adrenal Emergencies – paramedic education
- October, 1994: Ophthalmologic Emergencies – resident education
- September, 1994: Fluid Resuscitation in Thermal Injuries – resident education
- May, 1994: Cardiopulmonary Emergencies – paramedic education
- October, 1993: Cocaine Related Chest Pain – resident education
- May, 1993: Rectal Foreign Bodies – resident education
- April, 1993: Acute Pancreatitis – resident education

## COMMITTEE EXPERIENCE:

### Chair

- 2002 to 2004: Hennepin County EMS Council/Medical Director Subcommittee
- 1998 to 2002: Hennepin County EMS Council/Paramedic Subcommittee
- 1997 to Present: Minnesota Chapter, American College of Emergency Physicians EMS Committee
- 1996 to 1997: Hennepin County Medical Center Patient Retention Task Force
- 1996 to 1998: Hennepin County EMS Council/Paramedic Education Task Force

### Boards of Directors

- 2006 to Present: MN EMS Medical Directors Education Association, Inc. (President)
- 2004 to 2006: MN EMS Medical Directors Education Association, Inc. (Secretary/Treasurer)
- 1996 to 1997: Minnesota Chapter, American College of Emergency Physicians
- 1995 to 1998: Minnesota Association of EMS Physicians

### Member

- 2006 to Present: Hospital Security Task Force, Hennepin County Medical Center
- 2003 to Present: American College of Emergency Physicians Section on Tactical EMS (Communications Leader)
- 2000 to 2001: Minneapolis Civil Disturbance Planning Committee
- 1999 to Present: Minnesota Annual Ambulance Medical Director Retreat Planning Committee
- 1997 to Present: LifeLink III Aeromedical Transport Medical Advisory Committee
- 1997 to Present: Hennepin County EMS Council Medical Standards Committee
- 1997 to Present: Hennepin County EMS Council
- 1995 to 1998: Hennepin County EMS Council/Paramedic Subcommittee
- 1995 to 1996: Hennepin County Medical Center Trauma Multidisciplinary Committee

*PROFESSIONAL ASSOCIATIONS:*
- American College of Emergency Physicians - Member
- American Board of Emergency Medicine - Diplomate
- Society of Academic Emergency Medicine - Member
- National Association of EMS Physicians – Member
- International Association of Chiefs of Police – Member
- Fraternal Order of Police – Member

*LICENSURE & CERTIFICATION:*
- Minnesota Peace Officers Standards and Training Board, License #18203
- Fellow of the American College of Emergency Physicians #355932
- Diplomate of the American Board of Emergency Medicine-1997
  Recertified 2006-2016
- Diplomate of the National Board of Medical Examiners-1994
- Minnesota Medical License #36894
- Nevada Medical License #8083
- ACLS/APLS/ATLS provider and instructor certified
- PALS provider certified
- TASER operator and instructor certified
- Minnesota Emergency Vehicle Operator Certification
- Minnesota Police Pursuit Vehicle Operator Certification
- Minnesota Police Pursuit Intervention Tactics (PIT) Certification
- Tactical EMS/SWAT Physician Certification
- California Firefighter Certification

*REFERENCES:*
- Excellent references provided upon request