# History of serial number P2-008364

## Details for Serial number P2-008364

| Date | Description |
|---|---|
| 5/31/2002 | Serial was shipped on AFID order '918653' to 'DOG GONE GOOD INC.' |

Taser International
# Serial Search Report

| Sold To | Name | Delivery Address | Date | Sales order |
|---|---|---|---|---|
| DOG GONE GOOD INC. | RUSSEL STENDER | 8384 E. KNOTTS LANDING DR<br>Jacksonville, FL 32244 | 5/31/2002 | 918653 |

TI-Williams-042835



Remit Payment to:
Taser International
7860 East McClain Drive, Suite 2
Scottsdale, AZ 85260
Ph. (480) 991-0797
Fax: (480) 991-0791
sales@taser.com
ww.taser.com

| INVOICE NO. | PAGE |
|---|---|
| 00918653 | 1 |
| INVOICE DATE | |
| 05/31/02 | |

Federal Tax I.D.
86-0741227

BILL TO:

DGG TASER
10034 PLANK LANE

JACKSONVILLE, FL 32220
USA

SHIP TO:

DGG TASER
10034 PLANK LANE
ATTN: RUSS
JACKSONVILLE, FL 32220
USA

| | | | | SALES REP |
|---|---|---|---|---|
| 918653 | 05/13/02 | 000000105925 | AZ1 | 403 |

Please see reverse side for return and exchange policy. All past due accounts will be charged 1.5% per month. Shipping and handling charges are non-refundable.

| CUSTOMER PO | | JOB NUMBER | SHIP VIA | PPD/COL |
|---|---|---|---|---|
| PO# 455 | | | RAPID PARCEL | |

| ITEM NUMBER | QTY SHIPPED/RETURNED QTY BACKORDERED | UNIT PRICE | UOM DISC | EXTENDED PRICE |
|---|---|---|---|---|
| 44000 Advanced Taser M-26 Kit | 77.00 77.00 | 299.970 | EA | 23,097.69 |
| 44200 Advanced Taser Air Cartridge 21 Foot Range | 840.00 840.00 | 14.990 | EA | 12,591.60 |
| 44200 Air Taser Air Cartridge | 560.00 560.00 | 12.500 | EA | 7,000.00 |
| 44860 A.T. Second Cartridge Holder | 77.00 77.00 | 14.990 | EA | 1,154.23 |

COMMENTS: Thank you for your order.

TERMS: 2/10 Net 30

| | |
|---|---|
| SALE AMOUNT | 43,843.52 |
| MISC./HANDLING | .00 |
| SHIPPING/FREIGHT | 285.00 |
| SALES TAX | .00 |
| TOTAL | 44,128.52 |
| AMOUNT RECEIVED | .00 |
| **BALANCE DUE** | **44,128.52** |

TI-Williams-042836

# PACKING LIST



**Taser International**
7860 East McClain Drive, Suite 2
Scottsdale, AZ 85260

TI-Williams-042837

| ORDER NO. | DATE | PAGE NO. |
|---|---|---|
| 918653 | 05/13/02 | 1 |

**CUSTOMER P.O. NUMBER**

PO# 455

**BILL TO:**
DGG TASER
DGG TASER
10034 PLANK LANE
JACKSONVILLE, FL 32220
USA
TEL: 904-771-6105     FAX:

**SHIP TO:**
DGG TASER
DGG TASER
10034 PLANK LANE
ATTN: RUSS
JACKSONVILLE, FL 32220
USA

*handwritten: 185 / 11349 / 11441*

| CUSTOMER NO. | SHIP DATE | SHIP VIA / WAREHOUSE LOCATION | SHIPPING INSTRUCTIONS |
|---|---|---|---|
| 000000105925 | 05/13/02 | RAPID PARCEL / Finished Goods | NEEDS BY 5/24 |

*handwritten: 44128.52 / 43843.52+285=*

| SHIP | B/O | ITEM NUMBER / DESCRIPTION | UOM | QUANTITY PACKED |
|---|---|---|---|---|
| 77.00 | 77.00 | 44000 Advanced Taser M-26 Kit | EA | ............... |
| 840.00 | 840.00 | 44200 Advanced Taser Air Cartridge 21 Foot Range | EA | ............... |
| 560.00 | 560.00 | 34200 Air Taser Air Cartridge | EA | ............... |
| 77.00 | 77.00 | 44860 A.T. Second Cartridge Holder | EA | ............... |

---

Invoice: 918653    Date: 05/31/02    SHIPPING $14.00
Customer:          Wgt: 24.1 LBS     SPECIAL  $2.10
Dept:                                HANDLING $0.00
PO Number: 455     DV $672.00        TOTAL    $16.10
MODE: FEDEX GROUND GND M/W D/V
TRACK: 0370474 30071020

Invoice: 918653    Date: 05/31/02    SHIPPING $14.00
Customer:          Wgt: 24.1 LBS     SPECIAL  $2.10
Dept:                                HANDLING $0.00
PO Number: 455     DV $672.00        TOTAL    $16.10
MODE: FEDEX GROUND GND M/W D/V
TRACK: 0370474 30071075

Invoice: 918653    Date: 05/31/02    SHIPPING $14.00
Customer:          Wgt: 24.1 LBS     SPECIAL  $2.10
Dept:                                HANDLING $0.00
PO Number: 455     DV $672.00        TOTAL    $16.10
MODE: FEDEX GROUND GND M/W D/V
TRACK: 0370474 30071037

Invoice: 918653    Date: 05/31/02    SHIPPING $14.00
Customer:          Wgt: 24.1 LBS     SPECIAL  $2.10
Dept:                                HANDLING $0.00
PO Number: 455     DV $672.00        TOTAL    $16.10
MODE: FEDEX GROUND GND M/W D/V
TRACK: 0370474 30071082

Invoice: 918653    Date: 05/31/02    SHIPPING $14.00
Customer:          Wgt: 24.1 LBS     SPECIAL  $2.10
Dept:                                HANDLING $0.00
PO Number: 455     DV $672.00        TOTAL    $16.10
MODE: FEDEX GROUND GND M/W D/V
TRACK: 0370474 30071044

Invoice: 918653    Date: 05/31/02    SHIPPING $17.79
Customer:          Wgt: 32.9 LBS     SPECIAL  $2.10
Dept:                                HANDLING $0.00
PO Number: 455     DV $695.00        TOTAL    $19.89
MODE: FEDEX GROUND GND M/W D/V
TRACK: 0370474 30071099

Invoice: 918653    Date: 05/31/02    SHIPPING $14.00
Customer:          Wgt: 24.1 LBS     SPECIAL  $2.10
Dept:                                HANDLING $0.00
PO Number: 455     DV $672.00        TOTAL    $16.10
MODE: FEDEX GROUND GND M/W D/V
TRACK: 0370474 30071051

Invoice: 918653    Date: 05/31/02    SHIPPING $17.79
Customer:          Wgt: 32.9 LBS     SPECIAL  $2.10
Dept:                                HANDLING $0.00
PO Number: 455     DV $695.00        TOTAL    $19.89
MODE: FEDEX GROUND GND M/W D/V
TRACK: 0370474 30071105

Invoice: 918653    Date: 05/31/02    SHIPPING $14.00
Customer:          Wgt: 24.1 LBS     SPECIAL  $2.10
Dept:                                HANDLING $0.00
PO Number: 455     DV $672.00        TOTAL    $16.10
MODE: FEDEX GROUND GND M/W D/V
TRACK: 0370474 30071068

Invoice: 918653    Date: 05/31/02    SHIPPING $17.79
Customer:          Wgt: 32.9 LBS     SPECIAL  $2.10
Dept:                                HANDLING $0.00
PO Number: 455     DV $699.00        TOTAL    $19.89
MODE: FEDEX GROUND GND M/W D/V
TRACK: 0370474 30071112

TOTAL QUANTITY    1,554.00

DGG TASER  
10034 PLANK LANE  
JACKSONVILLE, FL 32220  
904-781-8184 FAX 904-781-8194  
DGGTASER@AOL.COM  

# Purchase Order

| Date | P.O. No. |
|---|---|
| 5/13/2002 | 455 |

| Vendor | Ship To |
|---|---|
| TASER INTERNATIONAL<br>7860 E McCLAIN DR<br>SCOTTSDALE, AZ 85260<br>ATTN:STACIE SUNBERG<br>1-800-978-2737 EXT 2071 | DGG TASER<br>10034 PLANK LANE<br>JACKSONVILLE, FL 32220<br>904-781-8184 FAX 904-781-8194<br>DGGTASER@AOL.COM |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| M-26 | | 77 | 299.97 | 23,097.69 |
| CASE 21FT CAR | | 30 | 419.72 | 12,591.60 |
| CASE 15FT CA... | CASE OF 15 FT CARTRIDGES | 20 | 350.00 | 7,000.00 |
| 2ND CARTRID... | | 77 | 14.99 | 1,154.23 |
| | GREETINGS PAULA! | | | |
| | | | Total | $43,843.52 |

918653

GRD

TI-Williams-042838

# FAX COVER

To: Paula 2088

Company : TASER INTERNATIONAL

Fax Number : 4809910791

From : Russel Stender

Company : D.G.G. TASER

Fax Number : 9047818194

**Subject :**

Pages including cover page: 2     Time : 5:40:18 PM     Date : 5/13/2002

## MESSAGE

Greetings!
I wanted to save a place in line for this order, just in case there is a wait.
I expect to be able to have you ship us this order by 5-24-02 at the latest.
If you think that it would be delayed on your end please let me know so that we can make other plans.


Russel